2UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEALTHCARE JUSTICE COALITION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 1:26-cv-11001-JEK<br><br>**DECLARATION OF JANE STALINSKI IN SUPPORT OF OPPOSITION TO MOTION TO REMAND** |

I, Jane Stalinski, certify as follows:

1. I am over the age of 18 years, of sound mind, and fully competent to make this Certification.

2. I am a Senior Legal Services Specialist and an authorized representative of United HealthCare Services, Inc. and certain affiliated entities, including UnitedHealthcare Insurance Company ("Defendant" or "UHIC"). As part of my duties and responsibilities, I manage a team that has access to and reviews business records maintained in the ordinary course of business. I submit this Declaration in support of the opposition to the motion to remand filed by UHIC.

3. I base my statements contained herein upon my personal knowledge and from information obtained from various sources, including based on my team's review of corporate and business records and business documents contemporaneously maintained in the regular and ordinary course of business, and therefore, except as stated upon information and belief, know these statements to be true.

4. Based on the allegations in the Complaint, UHIC reviewed and compiled certain business records related to claims data. Those records were identified through directed searches using identifiers by Lakes/National Emergency Physicians Inc. That resulted in data being pulled from claims systems that store commercial, Medicare, and Medicaid claims data for claims billed by Lakes/National Emergency Physicians Inc.

2

5.     It is my understanding that a claims matching process was then completed by using the data referenced in paragraph 4 above.

6.     Based on this claims matching process, UHIC reviewed and compiled certain business records.  This process included the identification and retrieval of exemplar plans and corresponding claim forms.

7.     Attached hereto as **Exhibit A** is a true and correct copy of a 2022 plan for "Roca, Inc."  Attached hereto as **Exhibit B** is a true and correct redacted copy of a claim form for the corresponding member, reflecting a July 11, 2022 date of service.

8.     Attached hereto as **Exhibit C** is a true and correct copy of a 2019 "Sonoco Medical Plan."  Attached hereto as **Exhibit D** is a true and correct redacted copy of a claim form for the corresponding member, reflecting a February 6, 2021 date of service.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 28th day of May, 2026.

_Jane Stalinski_
Jane Stalinski

# EXHIBIT A

# UnitedHealthcare Choice

# UnitedHealthcare Insurance Company

# Certificate of Coverage

**For**

**the Health Reimbursement Account (HRA) Plan BUP5**

**of**

**Roca, Inc.**

**Group Number: 924712**

**Effective Date: July 1, 2022**

# Table of Contents

**Schedule of Benefits** ...................................................................................**2**
How Do You Access Benefits?.............................................................................. 2
Does Prior Authorization Apply? ........................................................................... 2
What Will You Pay for Covered Health Care Services?......................................... 3
Additional Benefits Required By Massachusetts Law ......................................... 15
Allowed Amounts................................................................................................ 16
Provider Network ................................................................................................ 18
Designated Providers .......................................................................................... 19
Health Care Services from Out-of-Network Providers Paid as Network Benefits ... 19
Limitations on Selection of Providers ................................................................. 20

**Certificate of Coverage**.............................................................................**1**
What Is the Certificate of Coverage? ..................................................................... 1
Can This Certificate Change? ............................................................................... 1
Other Information You Should Have ...................................................................... 1
myHealthcare Cost Estimator............................................................................... 1
Pre-Existing Conditions ........................................................................................ 2
Effective Date of this Certificate .......................................................................... 2

**Introduction to Your Certificate** ...........................................................**3**
Interpreters ........................................................................................................... 3
What Are Defined Terms? ..................................................................................... 4
How Do You Use This Document?......................................................................... 4
How Do You Contact Us?...................................................................................... 5

**Your Responsibilities** ................................................................................**6**
Enrollment and Required Contributions ................................................................ 6
Be Aware the Policy Does Not Pay for All Health Care Services........................... 6
Decide What Services You Should Receive .......................................................... 6
Choose Your Physician ......................................................................................... 6
Obtain Prior Authorization .................................................................................... 6
Pay Your Share .................................................................................................... 6
Pay the Cost of Excluded Services ....................................................................... 6
Show Your ID Card................................................................................................ 6
File Claims with Complete and Accurate Information ............................................ 7
Use Your Prior Health Care Coverage .................................................................. 7

**Our Responsibilities** ...................................................................................**8**
Determine Benefits ............................................................................................... 8
Pay for Our Portion of the Cost of Covered Health Care Services ........................ 8
Pay Network Providers .......................................................................................... 8
Pay for Covered Health Care Services Provided by Out-of-Network Providers ..... 8
Review and Determine Benefits in Accordance with our Reimbursement Policies ... 8
Offer Health Education Services to You................................................................. 9

**Certificate of Coverage Table of Contents**.............................................**10**
**Section 1: Covered Health Care Services** ............................................**11**
When Are Benefits Available for Covered Health Care Services?........................ 11
1. Ambulance Services....................................................................................... 11
2. Cellular and Gene Therapy ........................................................................... 12
3. Clinical Trials ................................................................................................ 12
4. Congenital Heart Disease (CHD) Surgeries................................................... 14
5. Dental Services - Accident Only.................................................................... 14
6. Diabetes Services.......................................................................................... 15
7. Durable Medical Equipment (DME), Orthotics and Supplies ......................... 15
8. Emergency Health Care Services - Outpatient .............................................. 16

9. Enteral Nutrition ..................................................................................................................... 16
10. Fertility Preservation for Iatrogenic Infertility ...................................................................... 17
11. Habilitative Services ............................................................................................................ 17
12. Hearing Aids ....................................................................................................................... 18
13. Home Health Care .............................................................................................................. 19
14. Hospice Care ...................................................................................................................... 19
15. Hospital - Inpatient Stay ..................................................................................................... 19
16. Infertility Services ............................................................................................................... 19
17. Lab, X-Ray and Diagnostic - Outpatient ............................................................................. 20
18. Major Diagnostic and Imaging - Outpatient ........................................................................ 21
19. Mental Health Care and Substance-Related and Addictive Disorders Services ................. 21
20. Ostomy Supplies ................................................................................................................ 22
21. Pharmaceutical Products - Outpatient ................................................................................ 23
22. Physician Fees for Surgical and Medical Services ............................................................. 23
23. Physician's Office Services - Sickness and Injury ............................................................... 23
24. Pregnancy - Maternity Services ......................................................................................... 24
25. Preimplantation Genetic Testing (PGT) and Related Services ............................................ 24
26. Preventive Care Services ................................................................................................... 25
27. Prosthetic Devices ............................................................................................................. 25
28. Reconstructive Procedures ................................................................................................ 26
29. Rehabilitation Services - Outpatient Therapy and Manipulative Treatment ......................... 26
30. Scopic Procedures - Outpatient Diagnostic and Therapeutic ............................................. 27
31. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services ....................................... 27
32. Surgery - Outpatient ........................................................................................................... 28
33. Therapeutic Treatments - Outpatient .................................................................................. 28
34. Transplantation Services .................................................................................................... 28
35. Urgent Care Center Services .............................................................................................. 29
36. Urinary Catheters ............................................................................................................... 29
37. Virtual Care Services .......................................................................................................... 29
38. Wigs ................................................................................................................................... 30
Additional Benefits Required By Massachusetts Law .............................................................. 30
39. Autism Spectrum Disorder Treatment ................................................................................ 30
40. Early Intervention Services ................................................................................................. 31
41. HIV-Associated Lipodystrophy Treatment ........................................................................... 31
42. Hormone Replacement Therapy and Contraceptive Services ............................................. 31
43. Hypodermic Needles and Syringes ..................................................................................... 31
44. Lyme Disease Treatment .................................................................................................... 31
45. Speech, Hearing, and Language Disorders ........................................................................ 32
46. Treatment of Cleft Lip or Palate or Both ............................................................................. 32

**Section 2: Exclusions and Limitations ............................................... 33**
How Do We Use Headings in this Section? ............................................................................. 33
We Do Not Pay Benefits for Exclusions .................................................................................. 33
Where Are Benefit Limitations Shown? ................................................................................... 33
A. Alternative Treatments ....................................................................................................... 33
B. Dental ................................................................................................................................ 33
C. Devices, Appliances and Prosthetics ................................................................................. 34
D. Drugs ................................................................................................................................. 35
E. Experimental or Investigational or Unproven Services ....................................................... 36
F. Foot Care ........................................................................................................................... 36
G. Medical Supplies and Equipment ....................................................................................... 36
H. Mental Health Care and Substance-Related and Addictive Disorders ................................ 37
I. Nutrition .............................................................................................................................. 37
J. Personal Care, Comfort or Convenience ............................................................................. 38
K. Physical Appearance .......................................................................................................... 39
L. Procedures and Treatments ................................................................................................ 39

M. Providers ........................................................................................................................40
N. Reproduction....................................................................................................................40
O. Services Provided under another Plan ............................................................................41
P. Transplants ......................................................................................................................41
Q. Travel ..............................................................................................................................42
R. Types of Care ..................................................................................................................42
S. Vision and Hearing..........................................................................................................42
T. All Other Exclusions ........................................................................................................42

## Section 3: When Coverage Begins ........................................................45

How Do You Enroll? ..............................................................................................................45
What If You Are Hospitalized When Your Coverage Begins?.................................................45
What If You Are Eligible for Medicare? ..................................................................................45
Who Is Eligible for Coverage?...............................................................................................45
Eligible Person......................................................................................................................45
Dependent .............................................................................................................................45
When Do You Enroll and When Does Coverage Begin? ........................................................46
Initial Enrollment Period.........................................................................................................46
Open Enrollment Period .........................................................................................................46
New Eligible Persons..............................................................................................................46
Adding New Dependents.........................................................................................................46
Special Enrollment Period ......................................................................................................46
Late Enrollees........................................................................................................................47
Premiums...............................................................................................................................47

## Section 4: When Coverage Ends ...........................................................49

General Information about When Coverage Ends ..................................................................49
What Events End Your Coverage? .........................................................................................49
Fraud or Intentional Misrepresentation of a Material Fact......................................................50
Coverage for a Disabled Dependent Child.............................................................................50
Continuation of Coverage.......................................................................................................50
Continuation Coverage under State Law After Layoff, Death or Plant Closing........................51
Continuation Coverage under State Law After Judgment Absolute of Divorce or of Separate Support.51
How to Purchase a Non-Group Plan ......................................................................................51

## Section 5: How to File a Claim ..............................................................52

How Are Covered Health Care Services from Network Providers Paid?..................................52
How Are Covered Health Care Services from an Out-of-Network Provider Paid? ...................52
Required Information ..............................................................................................................52
Payment of Benefits ...............................................................................................................52

## Section 6: Questions, Complaints and Appeals ....................................54

What if You Have a Question? ................................................................................................54
What if You Have a Complaint? ..............................................................................................54
How Do You Appeal a Claim Decision? ..................................................................................54
Post-service Claims................................................................................................................54
Pre-service Requests for Benefits ..........................................................................................54
How to Request an Appeal......................................................................................................54
Appeal Process ......................................................................................................................54
Appeals Determinations .........................................................................................................55
Pre-service Requests for Benefits and Post-service Claim Appeals .......................................55
Urgent Appeals that Require Immediate Action ......................................................................55
The Informal Inquiry Process..................................................................................................56
The Formal Complaint Procedure ...........................................................................................56
The Formal Appeal Process ....................................................................................................57
The Expedited Appeal Process ...............................................................................................59
What You May Do If Your Appeal Is Denied ............................................................................60
Reconsideration.....................................................................................................................60

External Review ............................................................................................................... 60
Your Rights Under Mental Health Parity Laws ............................................................... 61

## Section 7: Coordination of Benefits ................................................................ 63

Benefits When You Have Coverage under More than One Plan ..................................... 63
When Does Coordination of Benefits Apply? ................................................................. 63
Definitions ...................................................................................................................... 63
What Are the Rules for Determining the Order of Benefit Payments? ............................ 65
Effect on the Benefits of This Plan ................................................................................ 67
Right to Receive and Release Needed Information ........................................................ 68
Payments Made ............................................................................................................. 68
Does This Plan Have the Right of Recovery? ................................................................ 68
How Are Benefits Paid When This Plan is Secondary to Medicare? .............................. 68

## Section 8: General Legal Provisions ................................................................ 69

What Is Your Relationship with Us? ............................................................................... 69
What Is Our Relationship with Providers and Groups? .................................................. 69
What Is Your Relationship with Providers and Groups? ................................................. 69
Notice ............................................................................................................................. 70
Statements by Group or Subscriber .............................................................................. 70
Do We Pay Incentives to Providers? ............................................................................. 70
Are Incentives Available to You? ................................................................................... 71
Do We Receive Rebates and Other Payments? ............................................................ 71
Who Interprets Benefits and Other Provisions under the Policy? ................................... 71
Who Provides Administrative Services? ......................................................................... 71
Amendments to the Policy ............................................................................................. 71
How Do We Use Information and Records? .................................................................... 72
Do We Require Examination of Covered Persons? ........................................................ 73
Is Workers' Compensation Affected? ............................................................................. 73
How Are Benefits Paid When You Are Medicare Eligible? ............................................. 73
Subrogation and Reimbursement .................................................................................. 73
When Do We Receive Refunds of Overpayments? ........................................................ 76
Is There a Limitation of Action? ..................................................................................... 76
What Is the Entire Policy? .............................................................................................. 77
Genetic Testing and Privacy Information ....................................................................... 77
Utilization Review Procedures ....................................................................................... 77
Quality Assurance Programs .......................................................................................... 78

## Section 9: Defined Terms ................................................................................ 79

# Amendments, Riders and Notices (As Applicable)

**Outpatient Prescription Drug Rider**
**Kidney Donor Travel and Lodging Program Rider**
**Real Appeal Rider**
**Virtual Behavioral Health Therapy and Coaching Rider**
**Language Assistance Services**
**Notice of Non-Discrimination**
**Important Notices**
**Statement of Employee Retirement Income Security Act of 1974 (ERISA) Rights**
**ERISA Statement**

# UnitedHealthcare Insurance Company

450 Columbus Boulevard

Hartford, Connecticut 06115-0450

1-800-357-1371

# Disclosure of Minimum Creditable Coverage Standards

This benefit plan design meets Minimum Creditable Coverage (MCC) standards and will satisfy the individual Massachusetts mandate that you have health insurance. Please see below for additional information.

**Massachusetts Requirement to Purchase Health Insurance**:

As of January 1, 2009, the Massachusetts Health Care Reform Law requires that Massachusetts residents, eighteen (18) years of age and older, must have health coverage that meets the Minimum Creditable Coverage (MCC) standards set by the Commonwealth Health Insurance Connector, unless waived from the health insurance requirement based on affordability or individual hardship. For more information, call the Connector at 1-877-MA-ENROLL or visit the Connector website at www.mahealthconnector.org.

This benefit plan design meets MCC standards that are effective January 1, 2009 as part of the Massachusetts Health Care Reform Law. If you purchase (or, if this health plan is offered to you through your place of employment, your employer purchases) this plan, you will satisfy the statutory requirement that you have health insurance meeting these standards.

**THIS DISCLOSURE IS FOR MINIMUM CREDITABLE COVERAGE STANDARDS THAT ARE EFFECTIVE JANUARY 1, 2009. BECAUSE THESE STANDARDS MAY CHANGE, REVIEW YOUR HEALTH PLAN MATERIAL EACH YEAR TO DETERMINE WHETHER YOUR PLAN MEETS THE LATEST STANDARDS.**

If you have questions about this notice, you may contact the Division of Insurance by calling (617) 521-7794 or visiting its website at www.mass.gov/doi.

# UnitedHealthcare Choice

# UnitedHealthcare Insurance Company

# Schedule of Benefits

## How Do You Access Benefits?

You must see a Network Physician in order to obtain Benefits. Except as specifically described in this *Schedule of Benefits,* Benefits are not available for services provided by out-of-Network providers. This Benefit plan does not provide an out-of-Network level of Benefits.

**Benefits** apply to Covered Health Care Services that are provided by a Network Physician or other Network provider. You are not required to select a Primary Care Provider in order to obtain Benefits.

Emergency Health Care Services that are provided by an out-of-Network provider will be reimbursed as set forth under *Allowed Amounts* as described at the end of this *Schedule of Benefits.*

Covered Health Care Services provided at certain Network facilities by an out-of-Network Physician, when not Emergency Health Care Services, will be reimbursed as set forth under *Allowed Amounts* as described at the end of this *Schedule of Benefits.* For these Covered Health Care Services. "certain Network facility" is limited to a hospital (as defined in *1861(e) of the Social Security Act*), a hospital outpatient department, a critical access hospital (as defined in *1861(mm)(1) of the Social Security Act*), an ambulatory surgical center as described in section *1833(i)(1)(A) of the Social Security Act*, and any other facility specified by the Secretary.

Air Ambulance transport provided by an out-of-Network provider will be reimbursed as set forth under *Allowed Amounts* as described at the end of this *Schedule of Benefits.*

Depending on the geographic area and the service you receive, you may have access through our Shared Savings Program to out-of-Network providers who have agreed to discount their billed charges for Covered Health Care Services. Refer to the definition of Shared Savings Program in *Section 9: Defined Terms* of the *Certificate* for details about how the Shared Savings Program applies.

You must show your identification card (ID card) every time you request health care services from a Network provider. If you do not show your ID card, Network providers have no way of knowing that you are enrolled under a UnitedHealthcare Policy. As a result, they may bill you for the entire cost of the services you receive.

**Additional information about the network of providers and how your Benefits may be affected appears at the end of this *Schedule of Benefits*.**

If there is a conflict between this *Schedule of Benefits* and any summaries provided to you by the Group, this *Schedule of Benefits* will control.

## Does Prior Authorization Apply?

We require prior authorization for certain Covered Health Care Services. Network providers are responsible for obtaining prior authorization before they provide these services to you.

We recommend that you confirm with us that all Covered Health Care Services have been prior authorized as required. Before receiving these services from a Network provider, you may want to call us to verify that the Hospital, Physician and other providers are Network providers and that they have obtained the required prior authorization. Network facilities and Network providers cannot bill you for services they do not prior authorize as required. You can call us at the telephone number on your ID card.

# What Will You Pay for Covered Health Care Services?

Benefits for Covered Health Care Services are described in the tables below.

Annual Deductibles are calculated on a Policy year basis.

Out-of-Pocket Limits are calculated on a Policy year basis.

Benefit limits are calculated on a Policy year basis unless otherwise specifically stated.

| Payment Term And Description | Amounts |
|---|---|
| **Annual Deductible** | |
| The amount you pay for Covered Health Care Services per year before you are eligible to receive Benefits.<br><br>Coupons: We may not permit certain coupons or offers from pharmaceutical manufacturers or an affiliate to apply to your Annual Deductible.<br><br>Amounts paid toward the Annual Deductible for Covered Health Care Services that are subject to a visit or day limit will also be calculated against that maximum Benefit limit. As a result, the limited Benefit will be reduced by the number of days/visits used toward meeting the Annual Deductible.<br><br>When a Covered Person was previously covered under a group policy that was replaced by the group Policy, any amount already applied to that annual deductible provision of the prior policy will apply to the Annual Deductible provision under the Policy.<br><br>The amount that is applied to the Annual Deductible is calculated on the basis of the Allowed Amount or the Recognized Amount when applicable. The Annual Deductible does not include any amount that exceeds the Allowed Amount. Details about the way in which Allowed Amounts are determined appear at the end of the *Schedule of Benefits* table. | $1,000 per Covered Person, not to exceed $2,000 for all Covered Persons in a family. |
| **Out-of-Pocket Limit** | |
| The maximum you pay per year for the Annual Deductible, Co-payments or Co-insurance. Once you reach the Out-of-Pocket Limit, Benefits are payable at 100% of Allowed Amounts during the rest of that year. The Out-of-Pocket Limit applies to Covered Health Care Services under the Policy as indicated in this *Schedule of Benefits*, including Covered Health Care Services provided under the *Outpatient Prescription Drug Rider*.<br><br>Details about the way in which Allowed Amounts are determined appear at the end of the *Schedule of Benefits* table.<br><br>The Out-of-Pocket Limit does not include any of the following and, once the Out-of-Pocket Limit has been reached, you still will be required to pay the following:<br><br>• Any charges for non-Covered Health Care Services.<br><br>• Charges that exceed Allowed Amounts, when | $6,600 per Covered Person, not to exceed $13,200 for all Covered Persons in a family.<br><br>The Out-of-Pocket Limit includes the Annual Deductible. |

| Payment Term And Description | Amounts |
|---|---|
| applicable.<br><br>• Co-payments or Co-insurance for any Covered Health Care Service shown in the *Schedule of Benefits* table that does not apply to the Out-of-Pocket Limit.<br><br>Coupons: We may not permit certain coupons or offers from pharmaceutical manufacturers or an affiliate to apply to your Out-of-Pocket Limit. | |
| **Co-payment** | |
| Co-payment is the amount you pay (calculated as a set dollar amount) each time you receive certain Covered Health Care Services. When Co-payments apply, the amount is listed on the following pages next to the description for each Covered Health Care Service.<br><br>Please note that for Covered Health Care Services, you are responsible for paying the lesser of:<br><br>• The applicable Co-payment.<br><br>• The Allowed Amount or the Recognized Amount when applicable.<br><br>Details about the way in which Allowed Amounts are determined appear at the end of the *Schedule of Benefits* table. | |
| **Co-insurance** | |
| Co-insurance is the amount you pay (calculated as a percentage of the Allowed Amount or the Recognized Amount when applicable) each time you receive certain Covered Health Care Services.<br><br>Details about the way in which Allowed Amounts are determined appear at the end of the *Schedule of Benefits* table. | |

**Amounts which you are required to pay as shown below in the *Schedule of Benefits* are based on Allowed Amounts or, for specific Covered Health Care Services as described in the definition of Recognized Amount in the *Certificate*, Recognized Amounts. The *Allowed Amounts* provision near the end of this *Schedule of Benefits* will tell you when you are responsible for amounts that exceed the Allowed Amount.**

| Covered Health Care Service | What Is the Co-payment or Co-insurance You Pay? This May Include a Co-payment, Co-insurance or Both. | Does the Amount You Pay Apply to the Out-of-Pocket Limit? | Does the Annual Deductible Apply? |
|---|---|---|---|
| **1. Ambulance Services** | | | |
| In most cases, we will initiate and direct non-Emergency ambulance transportation. | | | |
| **Emergency Ambulance**<br><br>Allowed Amounts for Air Ambulance transport provided by an out-of-Network provider will be determined as described below under *Allowed Amounts* in this *Schedule of Benefits*. | *Ground Ambulance*<br>None<br><br><br><br><br><br>*Air Ambulance*<br>None | Yes<br><br><br><br><br><br><br><br>Yes | Yes<br><br><br><br><br><br><br><br>Yes |
| **Non-Emergency Ambulance**<br><br>Ground or Air Ambulance, as we determine appropriate.<br><br>Allowed Amounts for Air Ambulance transport provided by an out-of-Network provider will be determined as described below under *Allowed Amounts* in this *Schedule of Benefits*. | *Ground Ambulance*<br>None<br><br><br><br><br><br><br><br><br><br>*Air Ambulance*<br>None | Yes<br><br><br><br><br><br><br><br><br><br><br><br>Yes | Yes<br><br><br><br><br><br><br><br><br><br><br><br>Yes |
| **2. Cellular and Gene Therapy** | | | |
| Cellular or Gene Therapy services must be received from a Designated Provider. | Depending upon where the Covered Health Care Service is provided, Benefits will be the same as those stated under each Covered Health Care Service category in this *Schedule of Benefits*. | | |
| **3. Clinical Trials** | | | |
| Depending upon the Covered Health Care Service, Benefit limits are the same as those stated under the specific Benefit category in this *Schedule of Benefits.* | Depending upon where the Covered Health Care Service is provided, Benefits will be the same as those stated under each Covered Health Care Service category in this *Schedule of Benefits.* | | |
| **4. Congenital Heart Disease (CHD) Surgeries** | | | |

**Amounts which you are required to pay as shown below in the *Schedule of Benefits* are based on Allowed Amounts or, for specific Covered Health Care Services as described in the definition of Recognized Amount in the *Certificate*, Recognized Amounts. The *Allowed Amounts* provision near the end of this *Schedule of Benefits* will tell you when you are responsible for amounts that exceed the Allowed Amount.**

| Covered Health Care Service | What Is the Co-payment or Co-insurance You Pay? This May Include a Co-payment, Co-insurance or Both. | Does the Amount You Pay Apply to the Out-of-Pocket Limit? | Does the Annual Deductible Apply? |
|---|---|---|---|
| **It is important that you notify us regarding your intention to have surgery. Your notification will open the opportunity to become enrolled in programs that are designed to achieve the best outcomes for you.** | | | |
| Benefits under this section include only the inpatient facility charges for the CHD surgery. Depending upon where the Covered Health Care Service is provided, Benefits for diagnostic services, cardiac catheterization and non-surgical management of CHD will be the same as those stated under each Covered Health Care Service category in this *Schedule of Benefits*. | $500 per Inpatient Stay | Yes | No |
| **5. Dental Services - Accident Only** | | | |
| Limited to $3,000 per year. Benefits are further limited to a maximum of $900 per tooth. | None | Yes | Yes |
| **6. Diabetes Services** | | | |
| **Diabetes Self-Management and Training/Diabetic Eye Exams/Foot Care** | Depending upon where the Covered Health Care Service is provided, Benefits for diabetes self-management and training/diabetic eye exams/foot care will be the same as those stated under each Covered Health Care Service category in this *Schedule of Benefits*. | | |
| **Diabetes Self-Management Items**<br><br>Benefits for diabetes equipment that meets the definition of DME are subject to the limit stated under *Durable Medical Equipment (DME), Orthotics and Supplies.* | Depending upon where the Covered Health Care Service is provided, Benefits for diabetes self-management items will be the same as those stated under *Durable Medical Equipment (DME), Orthotics and Supplies* and in the *Outpatient Prescription Drug Rider*. Benefits for blood glucose monitors will be same as those stated under *Durable Medical Equipment (DME), Orthotics and Supplies* and in the *Outpatient Prescription Drug Rider*. | | |
| **7. Durable Medical Equipment (DME), Orthotics and Supplies** | | | |
| Benefits are limited to a single purchase of a type of DME or orthotic every three years. Repair and/or replacement of DME or orthotics | None | Yes | Yes |

| | **What Is the Co-payment or Co-insurance You Pay? This May Include a Co-payment, Co-insurance or Both.** | **Does the Amount You Pay Apply to the Out-of-Pocket Limit?** | **Does the Annual Deductible Apply?** |
|---|---|---|---|
| **Amounts which you are required to pay as shown below in the *Schedule of Benefits* are based on Allowed Amounts or, for specific Covered Health Care Services as described in the definition of Recognized Amount in the *Certificate*, Recognized Amounts. The *Allowed Amounts* provision near the end of this *Schedule of Benefits* will tell you when you are responsible for amounts that exceed the Allowed Amount.** | | | |
| **Covered Health Care Service** | | | |
| would apply to this limit in the same manner as a purchase. This limit does not apply to wound vacuums, which are limited to a single purchase (including repair/replacement) every three years. You must obtain the DME or orthotic from the vendor we identify or from the prescribing Network Physician. | | | |
| **8. Emergency Health Care Services - Outpatient** | | | |
| **Note:** If you are confined in an out-of-Network Hospital after you receive outpatient Emergency Health Care Services, you must notify us within two business days. Notification provided to us by the attending physician will satisfy this requirement. We may elect to transfer you to a Network Hospital as soon as it is medically appropriate to do so. If you choose to stay in the out-of-Network Hospital after the date we decide a transfer is medically appropriate, Benefits will not be provided. If you are admitted as an inpatient to a Hospital directly from the Emergency room, the Benefits provided as described under *Hospital - Inpatient Stay* will apply. You will not have to pay the Emergency Health Care Services Co-payment, Co-insurance and/or deductible. This does not apply to services provided to stabilize an Emergency after admission to a Hospital. Allowed Amounts for Emergency Health Care Services provided by an out-of-Network provider will be determined as described below under *Allowed Amounts* in this *Schedule of* | $50 per visit. | Yes | No |

| | **What Is the Co-payment or Co-insurance You Pay? This May Include a Co-payment, Co-insurance or Both.** | **Does the Amount You Pay Apply to the Out-of-Pocket Limit?** | **Does the Annual Deductible Apply?** |
|---|---|---|---|
| **Amounts which you are required to pay as shown below in the *Schedule of Benefits* are based on Allowed Amounts or, for specific Covered Health Care Services as described in the definition of Recognized Amount in the *Certificate*, Recognized Amounts. The *Allowed Amounts* provision near the end of this *Schedule of Benefits* will tell you when you are responsible for amounts that exceed the Allowed Amount.** | | | |
| **Covered Health Care Service** | | | |
| *Benefits*. | | | |
| **9. Enteral Nutrition** | | | |
| | None | Yes | Yes |
| **10. Fertility Preservation for Iatrogenic Infertility** | | | |
| Benefits are limited to one cycle of fertility preservation for Iatrogenic Infertility per Covered Person during the entire time he or she is enrolled for coverage under the Policy. | None | Yes | Yes |
| **11. Habilitative Services** | | | |
| Inpatient services limited per year as follows:<br><br>Limit will be the same as, and combined with, those stated under *Skilled Nursing Facility/Inpatient Rehabilitation Services*.<br><br>Outpatient therapies:<br><br>• Physical therapy.<br><br>• Occupational therapy.<br><br>• Manipulative Treatment.<br><br>• Speech therapy.<br><br>• Post-cochlear implant aural therapy.<br><br>• Cognitive therapy.<br><br>For the above outpatient therapies:<br><br>Limits will be the same as, and combined with, those stated under *Rehabilitation Services - Outpatient Therapy* and *Manipulative Treatment*. | *Inpatient*<br><br>Depending upon where the Covered Health Care Service is provided, Benefits will be the same as those stated under each Covered Health Care Service category in this *Schedule of Benefits.*<br><br>*Outpatient*<br><br>$20 per visit | Yes | No |
| **12. Hearing Aids** | | | |
| Note: Limited to $2,000 per hearing | None | Yes | Yes |

| Amounts which you are required to pay as shown below in the *Schedule of Benefits* are based on Allowed Amounts or, for specific Covered Health Care Services as described in the definition of Recognized Amount in the *Certificate*, Recognized Amounts. The *Allowed Amounts* provision near the end of this *Schedule of Benefits* will tell you when you are responsible for amounts that exceed the Allowed Amount. | | | |
|---|---|---|---|
| **Covered Health Care Service** | **What Is the Co-payment or Co-insurance You Pay? This May Include a Co-payment, Co-insurance or Both.** | **Does the Amount You Pay Apply to the Out-of-Pocket Limit?** | **Does the Annual Deductible Apply?** |
| aid per hearing impaired ear every 36 months. The difference above the limit of $2,000 will be payable by the insured if the insured elects to pay the difference. | | | |
| **13. Home Health Care** | | | |
| For the administration of intravenous infusion, you must receive services from a provider we identify. | None | Yes | Yes |
| **14. Hospice Care** | | | |
| | None | Yes | Yes |
| **15. Hospital - Inpatient Stay** | | | |
| | $500 per Inpatient Stay | Yes | No |
| **16. Infertility Services** | | | |
| | None | Yes | Yes |
| **17. Lab, X-Ray and Diagnostic - Outpatient** | | | |
| **Lab Testing - Outpatient** Limited to 18 Presumptive Drug Tests per year. Limited to 18 Definitive Drug Tests per year. | None | Yes | No |
| **X-Ray and Other Diagnostic Testing - Outpatient** | None | Yes | No |
| **18. Major Diagnostic and Imaging - Outpatient** | | | |
| | None | Yes | Yes |
| **19. Mental Health Care and** | | | |

**Amounts which you are required to pay as shown below in the *Schedule of Benefits* are based on Allowed Amounts or, for specific Covered Health Care Services as described in the definition of Recognized Amount in the *Certificate*, Recognized Amounts. The *Allowed Amounts* provision near the end of this *Schedule of Benefits* will tell you when you are responsible for amounts that exceed the Allowed Amount.**

| Covered Health Care Service | What Is the Co-payment or Co-insurance You Pay? This May Include a Co-payment, Co-insurance or Both. | Does the Amount You Pay Apply to the Out-of-Pocket Limit? | Does the Annual Deductible Apply? |
|---|---|---|---|
| **Substance-Related and Addictive Disorders Services** | | | |
| | *Inpatient* <br><br> $500 per Inpatient Stay | Yes | No |
| | *Outpatient* <br><br> $20 per visit | Yes | No |
| | None for Partial Hospitalization/Intensive Outpatient Treatment | Yes | Yes |
| **20. Ostomy Supplies** | | | |
| | None | Yes | Yes |
| **21. Pharmaceutical Products - Outpatient** | | | |
| | None <br><br> None for oral chemotherapeutic agents | Yes | Yes, except for oral chemotherapeutic agents |
| **22. Physician Fees for Surgical and Medical Services** | | | |
| Allowed Amounts for Covered Health Care Services provided by an out-of-Network Physician in certain Network facilities will be determined as described below under Allowed Amounts in this *Schedule of Benefits*. | None | Yes | Yes |
| **23. Physician's Office Services - Sickness and Injury** | | | |
| Co-payment/Co-insurance and any deductible for the following services also apply when the Covered Health Care Service is performed in a Physician's office: | $20 per visit for a Primary Care Provider office visit or $20 per visit for a Specialist office visit | Yes | No |

Amounts which you are required to pay as shown below in the *Schedule of Benefits* are based on Allowed Amounts or, for specific Covered Health Care Services as described in the definition of Recognized Amount in the *Certificate*, Recognized Amounts. The *Allowed Amounts* provision near the end of this *Schedule of Benefits* will tell you when you are responsible for amounts that exceed the Allowed Amount.

| Covered Health Care Service | What Is the Co-payment or Co-insurance You Pay? This May Include a Co-payment, Co-insurance or Both. | Does the Amount You Pay Apply to the Out-of-Pocket Limit? | Does the Annual Deductible Apply? |
|---|---|---|---|
| • Major diagnostic and nuclear medicine described under Major *Diagnostic and Imaging - Outpatient*.<br><br>• Outpatient Pharmaceutical Products described under *Pharmaceutical Products - Outpatient*.<br><br>• Diagnostic and therapeutic scopic procedures described under *Scopic Procedures - Outpatient Diagnostic and Therapeutic*.<br><br>• Outpatient surgery procedures described under *Surgery - Outpatient*.<br><br>• Outpatient therapeutic procedures described under *Therapeutic Treatments - Outpatient*. | | | |
| **24. Pregnancy - Maternity Services** | | | |
| | Benefits will be the same as those stated under each Covered Health Care Service category in this *Schedule of Benefits* except that an Annual Deductible will not apply for a newborn child whose length of stay in the Hospital is the same as the mother's length of stay. | | |
| **25. Preimplantation Genetic Testing (PGT) and Related Services** | | | |
| | None | Yes | Yes |
| **26. Preventive Care Services** | | | |
| **Physician office services** | None | No | No |
| **Lab, X-ray or other preventive tests** | None | No | No |
| **Breast pumps** | None | No | No |
| **27. Prosthetic Devices** | | | |

Amounts which you are required to pay as shown below in the *Schedule of Benefits* are based on Allowed Amounts or, for specific Covered Health Care Services as described in the definition of Recognized Amount in the *Certificate*, Recognized Amounts. The *Allowed Amounts* provision near the end of this *Schedule of Benefits* will tell you when you are responsible for amounts that exceed the Allowed Amount.

| Covered Health Care Service | What Is the Co-payment or Co-insurance You Pay? This May Include a Co-payment, Co-insurance or Both. | Does the Amount You Pay Apply to the Out-of-Pocket Limit? | Does the Annual Deductible Apply? |
|---|---|---|---|
| Benefits are limited to a single purchase of each type of prosthetic device every three years. Repair and/or replacement of a prosthetic device would apply to this limit in the same manner as a purchase. Once this limit is reached, Benefits continue to be available for items required by the *Women's Health and Cancer Rights Act of 1998*. | None | Yes | Yes |
| **28. Reconstructive Procedures** | | | |
| | Depending upon where the Covered Health Care Service is provided, Benefits will be the same as those stated under each Covered Health Care Service category in this *Schedule of Benefits*. | | |
| **29. Rehabilitation Services - Outpatient Therapy and Manipulative Treatment** | | | |
| Limited per year as follows: <br>• 20 visits of physical therapy. <br>• 20 visits of occupational therapy. <br>• 20 Manipulative Treatments. <br>• 20 visits of pulmonary rehabilitation therapy. <br>• 30 visits of post-cochlear implant aural therapy. <br>• 20 visits of cognitive rehabilitation therapy. <br>• Unlimited visits of cardiac rehabilitation therapy. <br>• Unlimited visits of speech therapy. <br>When physical and/or occupational therapy is furnished as part of the | *Any combination of Manipulative Treatment and physical therapy for new low back pain* <br>None for the first 3 visits in a year; $20 per visit for all other visits in that year | Yes | No |

| Amounts which you are required to pay as shown below in the *Schedule of Benefits* are based on Allowed Amounts or, for specific Covered Health Care Services as described in the definition of Recognized Amount in the *Certificate*, Recognized Amounts. The *Allowed Amounts* provision near the end of this *Schedule of Benefits* will tell you when you are responsible for amounts that exceed the Allowed Amount. | | | |
| --- | --- | --- | --- |
| **Covered Health Care Service** | **What Is the Co-payment or Co-insurance You Pay? This May Include a Co-payment, Co-insurance or Both.** | **Does the Amount You Pay Apply to the Out-of-Pocket Limit?** | **Does the Annual Deductible Apply?** |
| treatment of an autism spectrum disorder or as part of home health care, a Benefit limit will not apply to these services. *All other therapies* $20 per visit | | Yes | No |
| **30. Scopic Procedures - Outpatient Diagnostic and Therapeutic** | | | |
| | None | Yes | Yes |
| **31. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services** | | | |
| Limited to: <br> • 100 days per year in a Skilled Nursing Facility. <br> • 60 days per year in an Inpatient Rehabilitation Facility. | $500 per Inpatient Stay | Yes | No |
| **32. Surgery - Outpatient** | | | |
| | $500 per date of service | Yes | No |
| **33. Therapeutic Treatments - Outpatient** | | | |
| | None | Yes | Yes |
| **34. Transplantation Services** | | | |
| Transplantation services must be received from a Designated Provider. We do not require that cornea transplants be received from a Designated Provider. | Depending upon where the Covered Health Care Service is provided, Benefits will be the same as those stated under each Covered Health Care Service category in this *Schedule of Benefits.* | | |
| **35. Urgent Care Center Services** | | | |
| Co-payment/Co-insurance and any deductible for the following services also apply when the Covered Health | $20 per visit | Yes | No |

| Amounts which you are required to pay as shown below in the *Schedule of Benefits* are based on Allowed Amounts or, for specific Covered Health Care Services as described in the definition of Recognized Amount in the *Certificate*, Recognized Amounts. The *Allowed Amounts* provision near the end of this *Schedule of Benefits* will tell you when you are responsible for amounts that exceed the Allowed Amount. | | | |
|---|---|---|---|
| **Covered Health Care Service** | **What Is the Co-payment or Co-insurance You Pay? This May Include a Co-payment, Co-insurance or Both.** | **Does the Amount You Pay Apply to the Out-of-Pocket Limit?** | **Does the Annual Deductible Apply?** |
| Care Service is performed at an Urgent Care Center:<br><br>• Major diagnostic and nuclear medicine described under *Major Diagnostic and Imaging - Outpatient*.<br><br>• Outpatient Pharmaceutical Products described under *Pharmaceutical Products - Outpatient*.<br><br>• Diagnostic and therapeutic scopic procedures described under *Scopic Procedures - Outpatient Diagnostic and Therapeutic*.<br><br>• Outpatient surgery procedures described under *Surgery - Outpatient*.<br><br>• Outpatient therapeutic procedures described under *Therapeutic Treatments - Outpatient*. | | | |
| **36. Urinary Catheters** | | | |
| | None | Yes | Yes |
| **37. Virtual Care Services** | | | |
| Benefits are available only when services are delivered through a Designated Virtual Network Provider. You can find a Designated Virtual Network Provider by contacting us at www.myuhc.com or the telephone number on your ID card. | *Urgent Care*<br>None | Yes | No |
| **38. Wigs** | | | |
| | None | Yes | Yes |

Amounts which you are required to pay as shown below in the *Schedule of Benefits* are based on Allowed Amounts or, for specific Covered Health Care Services as described in the definition of Recognized Amount in the *Certificate*, Recognized Amounts. The *Allowed Amounts* provision near the end of this *Schedule of Benefits* will tell you when you are responsible for amounts that exceed the Allowed Amount.

| Covered Health Care Service | What Is the Co-payment or Co-insurance You Pay? This May Include a Co-payment, Co-insurance or Both. | Does the Amount You Pay Apply to the Out-of-Pocket Limit? | Does the Annual Deductible Apply? |
|---|---|---|---|
| **Additional Benefits Required By Massachusetts Law** | | | |
| **39. Autism Spectrum Disorder Treatment** | | | |
| Limits stated under *Rehabilitation Services - Outpatient Therapy* in your *Schedule of Benefits* do not apply to *Autism Spectrum Disorder Treatment.* | Depending upon where the Covered Health Care Service is provided Benefits will be the same as those stated under each Covered Health Care Service category in this *Schedule of Benefits.* | | |
| **40. Early Intervention Services** | | | |
| | None | Yes | No |
| **41. HIV-Associated Lipodystrophy Treatment** | | | |
| | Depending upon where the Covered Health Care Service is provided, Benefits will be the same as those stated under each Covered Health Care Service category in this *Schedule of Benefits.* | | |
| **42. Hormone Replacement Therapy and Contraceptive Services** | | | |
| | Depending upon where the Covered Health Care Service is provided Benefits will be the same as those stated under each Covered Health Care Service category in this *Schedule of Benefits.* | | |
| **43. Hypodermic Needles and Syringes** | | | |
| | None | Yes | Yes |
| **44. Lyme Disease Treatment** | | | |
| | Depending upon where the Covered Health Care Service is provided Benefits will be the same as those stated under each Covered Health Care Service category in this *Schedule of Benefits.* | | |
| **45. Speech, Hearing, and Language Disorders** | | | |
| | Depending upon where the Covered Health Care Service is provided Benefits will be the same as those stated under each | | |

| | **What Is the Co-payment or Co-insurance You Pay? This May Include a Co-payment, Co-insurance or Both.** | **Does the Amount You Pay Apply to the Out-of-Pocket Limit?** | **Does the Annual Deductible Apply?** |
|---|---|---|---|
| **Covered Health Care Service** | | | |
| | Covered Health Care Service category in this *Schedule of Benefits.* | | |
| **46. Treatment of Cleft Lip or Cleft Palate or Both** | | | |
| | Depending upon where the Covered Health Care Service is provided Benefits will be the same as those stated under each Covered Health Care Service category in this *Schedule of Benefits.* | | |

Amounts which you are required to pay as shown below in the *Schedule of Benefits* are based on Allowed Amounts or, for specific Covered Health Care Services as described in the definition of Recognized Amount in the *Certificate*, Recognized Amounts. The *Allowed Amounts* provision near the end of this *Schedule of Benefits* will tell you when you are responsible for amounts that exceed the Allowed Amount.

## Allowed Amounts

Allowed Amounts are the amount we determine that we will pay for Benefits.

- For Network Benefits, for Covered Health Care Services provided by a Network provider, except for your cost sharing obligations, you are not responsible for any difference between Allowed Amounts and the amount the provider bills.

- For Covered Health Care Services that are ***Ancillary Services received at certain Network facilities on a non-Emergency basis from out-of-Network Physicians***, you are not responsible, and the out-of-Network provider may not bill you, for amounts in excess of your Co-payment, Co-insurance or deductible which is based on the Recognized Amount as defined in the *Certificate*.

- For Covered Health Care Services that are ***non-Ancillary Services received at certain Network facilities on a non-Emergency basis from out-of-Network Physicians who have not satisfied the notice and consent criteria or for unforeseen or urgent medical needs that arise at the time a non-Ancillary Service is provided for which notice and consent has been satisfied as described below***, you are not responsible, and the out-of-Network provider may not bill you, for amounts in excess of your Co-payment, Co-insurance or deductible which is based on the Recognized Amount as defined in the *Certificate*.

- For Covered Health Care Services that are ***Emergency Health Care Services provided by an out-of-Network provider***, you are not responsible, and the out-of-Network provider may not bill you, for amounts in excess of your applicable Co-payment, Co-insurance or deductible which is based on the Recognized Amount as defined in the *Certificate*.

- For Covered Health Care Services that are ***Air Ambulance services provided by an out-of-Network provider***, you are not responsible, and the out-of-Network provider may not bill you, for amounts in excess of your applicable Co-payment, Co-insurance or deductible which is based on the rates that would apply if the service was provided by a Network provider which is based on the Recognized Amount as defined in the *Certificate*.

Allowed Amounts are determined in accordance with our reimbursement policy guidelines or as required by law, as described in the *Certificate*.

**For Network Benefits,** Allowed Amounts are based on the following:

- When Covered Health Care Services are received from a Network provider, Allowed Amounts are our contracted fee(s) with that provider.

- When Covered Health Care Services are received from an out-of-Network provider as arranged by us, Allowed Amounts are an amount negotiated by us or an amount permitted by law. Please contact us if you are billed for amounts in excess of your applicable Co-insurance, Co-payment or any deductible. We will not pay excessive charges or amounts you are not legally obligated to pay.

**When Covered Health Care Services are received from an out-of-Network provider as described below, Allowed Amounts are determined as follows:**

**For non-Emergency Covered Health Care Services received at certain Network facilities from out-of-Network Physicians** when such services are either Ancillary Services, or non-Ancillary Services that have not satisfied the notice and consent criteria of section *2799B-2(d) of the Public Health Service Act* with respect to a visit as defined by the Secretary, the Allowed Amount is based on one of the following in the order listed below as applicable:

- The reimbursement rate as determined by a state *All Payer Model Agreement.*

- The reimbursement rate as determined by state law.

- The initial payment made by us or the amount subsequently agreed to by the out-of-Network provider and us.

- The amount determined by *Independent Dispute Resolution (IDR).*

    For the purpose of this provision, "certain Network facilities" are limited to a hospital (as defined in *1861(e) of the Social Security Act*), a hospital outpatient department, a critical access hospital (as defined in *1861(mm)(1) of the Social Security Act*), an ambulatory surgical center as described in section *1833(i)(1)(A) of the Social Security Act*, and any other facility specified by the Secretary.

    **IMPORTANT NOTICE**: For Ancillary Services, non-Ancillary Services provided without notice and consent, and non-Ancillary Services for unforeseen or urgent medical needs that arise at the time a service is provided for which notice and consent has been satisfied, you are not responsible, and an out-of-Network Physician may not bill you, for amounts in excess of your applicable Co-payment, Co-insurance or deductible which is based on the Recognized Amount as defined in the *Certificate.*

**For Emergency Health Care Services provided by an out-of-Network provider**, the Allowed Amount is based on one of the following in the order listed below as applicable:

- The reimbursement rate as determined by a state *All Payer Model Agreement.*

- The reimbursement rate as determined by state law.

- The initial payment made by us or the amount subsequently agreed to by the out-of-Network provider and us.

- The amount determined by *Independent Dispute Resolution (IDR).*

    **IMPORTANT NOTICE**: You are not responsible, and an out-of-Network provider may not bill you, for amounts in excess of your applicable Co-payment, Co-insurance or deductible which is based on the Recognized Amount as defined in the *Certificate.*

**For Air Ambulance transportation provided by an out-of-Network provider**, the Allowed Amount is based on one of the following in the order listed below as applicable:

- The reimbursement rate as determined by a state *All Payer Model Agreement.*

- The reimbursement rate as determined by state law.

- The initial payment made by us or the amount subsequently agreed to by the out-of-Network provider and us.

- The amount determined by *Independent Dispute Resolution (IDR).*

**IMPORTANT NOTICE**: You are not responsible, and an out-of-Network provider may not bill you, for amounts in excess of your Co-payment, Co-insurance or deductible which is based on the rates that would apply if the service was provided by a Network provider which is based on the Recognized Amount as defined in the *Certificate.*

# Provider Network

We arrange for health care providers to take part in a Network. Network providers are independent practitioners. They are not our employees. It is your responsibility to choose your provider.

Our credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided.

Before obtaining services you should always verify the Network status of a provider. A provider's status may change. You can verify the provider's status by calling the telephone number on your ID card. A directory of providers is available by contacting us at www.myuhc.com or the telephone number on your ID card to request a copy. If you receive a Covered Health Care Service from an out-of-Network provider and were informed incorrectly by us prior to receipt of the Covered Health Care Service that the provider was a Network provider, either through our database, our provider directory, or in our response to your request for such information (via telephone, electronic, web-based or internet-based means), you may be eligible for cost sharing (Co-payment, Co-insurance and applicable deductible) that would be no greater than if the service had been provided from a Network provider.

It is possible that you might not be able to obtain services from a particular Network provider. The network of providers is subject to change. Or you might find that a particular Network provider may not be accepting new patients. If a provider leaves the Network or is otherwise not available to you, you must choose another Network provider to get Benefits. However, if you are currently receiving treatment for Covered Health Care Services from a provider whose network status changes from Network to out-of-Network during such treatment due to termination (non-renewal or expiration) of the provider's contract, you may be eligible to request continued care from your current provider under the same terms and conditions that would have applied prior to termination of the provider's contract for specified conditions and timeframes. This provision does not apply to provider contract terminations for failure to meet applicable quality standards or for fraud. If you would like help to find out if you are eligible for continuity of care Benefits, please call the telephone number on your ID card.

If you are currently undergoing a course of treatment using an out-of-Network Physician or health care facility, you may be eligible to receive transition of care Benefits. This transition period is available for specific medical services and for limited periods of time. If you have questions regarding this transition of care reimbursement policy or would like help to find out if you are eligible for transition of care Benefits, please call the telephone number on your ID card.

### *Continuity of Care*

Network Benefits for continued treatment are provided in the following situations:

- If a Covered Person is in her second or third trimester of Pregnancy and receiving obstetrical care from a provider who is involuntarily disenrolled from the Network, other than disenrollment for quality-related reasons or for fraud, the Covered Person may continue to be treated by that provider for that Pregnancy up to and including the first postpartum visit.

- If a Covered Person is receiving care for a terminal illness from a provider who is involuntarily disenrolled from the Network, other than disenrollment for quality-related reasons or for fraud, the Covered Person may continue to be treated by that provider until the Covered Person's death.

- Network Benefits will be paid for services of an out-of-Network Physician for the time period shown below beginning on the effective date of coverage for a new Eligible Person if the Group only offers a choice of carriers in which the Physician is not a participating provider and one of the following situations applies:

  - Up to 30 days if the Physician is providing the Covered Person an ongoing course of treatment or is the Covered Person's Primary Care Provider.

SBN22.CHC.I.2018.LG.MA                                18

- ▪ Through the first postpartum visit for a Covered Person in her second or third trimester of Pregnancy.

- ▪ Until the Covered Person's death for a Covered Person with a terminal illness.

This Continued Treatment provision only applies if the provider agrees to the following three conditions:

- To accept reimbursement from us at the rates applicable prior to notice of disenrollment as payment in full and not to impose cost sharing with respect to the Covered Person in an amount that would exceed the cost sharing that could have been imposed if the provider had not been disenrolled.

- To adhere to our quality assurance standards and to provide us with necessary medical information related to the care provided.

- To adhere to our policies and procedures, including procedures regarding referrals, obtaining prior authorization and services provided pursuant to a treatment plan, if any, approved by us.

This Continued Treatment provision will not be construed to require the coverage of Benefits that would not have been covered if the provider involved remained a Network provider.

Do not assume that a Network provider's agreement includes all Covered Health Care Services. Some Network providers contract with us to provide only certain Covered Health Care Services, but not all Covered Health Care Services. Some Network providers choose to be a Network provider for only some of our products. Refer to your provider directory or contact us for help.

## Designated Providers

If you have a medical condition that we believe needs special services, we may direct you to a Designated Provider chosen by us. If you require certain complex Covered Health Care Services for which expertise is limited, we may direct you to a Network facility or provider that is outside your local geographic area. If you are required to travel to obtain such Covered Health Care Services from a Designated Provider, we may reimburse certain travel expenses.

In both cases, Benefits will only be paid if your Covered Health Care Services for that condition are provided by or arranged by the Designated Provider chosen by us.

You or your Network Physician must notify us of special service needs (such as transplants or cancer treatment) that might warrant referral to a Designated Provider. If you do not notify us in advance, and if you receive services from an out-of-Network facility (regardless of whether it is a Designated Provider) or other out-of-Network provider, Benefits will not be paid.

## Health Care Services from Out-of-Network Providers Paid as Network Benefits

If specific Covered Health Care Services are not available from a Network provider, you may be eligible for Benefits when Covered Health Care Services are received from out-of-Network providers. In this situation, your Network Physician will notify us and, if we confirm that care is not available from a Network provider, we will work with you and your Network Physician to coordinate care through an out-of-Network provider. We will cover the out-of-Network Covered Health Care Service and you will not be responsible to pay more than the amount which would be required for a similar Covered Health Care Service offered within our Network. In addition, whenever a location is part of our network, we will cover a Covered Health Care Service delivered at that location and you will not be responsible to pay more than the amount required for Network services even if part of the Covered Health Care Service is performed by an out-of-Network providers, unless you had a reasonable opportunity to choose to have the service performed by a Network provider.

## Limitations on Selection of Providers

If we determine that you are using health care services in a harmful or abusive manner, or with harmful frequency, your selection of Network providers may be limited. If this happens, we may require you to select a single Network Physician to provide and coordinate all future Covered Health Care Services.

If you don't make a selection within 31 days of the date we notify you, we will select a single Network Physician for you.

If you do not use the selected Network Physician, Benefits will not be paid.

# Certificate of Coverage

# UnitedHealthcare Insurance Company

## What Is the Certificate of Coverage?

This *Certificate of Coverage (Certificate)* is part of the Policy that is a legal document between UnitedHealthcare Insurance Company and the Group. The *Certificate* describes Covered Health Care Services, subject to the terms, conditions, exclusions and limitations of the Policy. We issue the Policy based on the Group's *Application* and payment of the required Policy Charges.

In addition to this *Certificate,* the Policy includes:

- The *Schedule of Benefits*.

- The Group's *Application*.

- Riders, including the *Outpatient Prescription Drug Rider* and the *Routine Vision Examination Rider*.

- Amendments.

You can review the Policy at the Group's office during regular business hours.

## Can This Certificate Change?

We may, from time to time, change this *Certificate* by attaching legal documents called Riders and/or Amendments that may change certain provisions of this *Certificate*. When this happens we will send you a new *Certificate*, Rider or Amendment.

## Other Information You Should Have

We have the right to change, interpret, withdraw or add Benefits, or to end the Policy, as permitted by law, without your approval.

On its effective date, this *Certificate* replaces and overrules any *Certificate* that we may have previously issued to you. This *Certificate* will in turn be overruled by any *Certificate* we issue to you in the future.

The Policy will take effect on the date shown in the Policy. Coverage under the Policy starts at 12:01 a.m. and ends at 12:00 midnight in the time zone of the Group's location. The Policy will remain in effect as long as the Policy Charges are paid when they are due, subject to *Section 4: When Coverage Ends*.

We are delivering the Policy in Massachusetts. The Policy is subject to the laws of the state of Massachusetts and ERISA, unless the Group is not a private plan sponsor subject to ERISA. To the extent that state law applies, Massachusetts law governs the Policy.

## myHealthcare Cost Estimator

UnitedHealthcare is obligated to make healthcare more accessible and its costs more transparent, so you can make more informed healthcare decisions. myHealthcare Cost Estimator is an online tool designed to assist you in making informed decisions regarding treatment options, providers, and service locations. Cost estimates are displayed for Network Hospitals, Facilities and Physicians. Estimates are personalized to reflect an individual's own health plan benefits, including their real-time deductible and account balances when applicable.

myHealthcare Cost Estimator is available to UnitedHealthcare members at no additional cost. When you are able to get information based on your individual plan, you'll have the knowledge to better understand your choices and be in greater control of your health care.

Visit www.myuhc.com to get started with myHealthcare Cost Estimator or you can contact us by calling 877-760-3322.

## Pre-Existing Conditions

Your coverage in this health plan is not limited based on medical conditions that are present on or before your effective date. This means that your health care services will be covered from the effective date of your coverage in this health plan without a pre-existing condition restriction or a waiting period. But, Benefits for these health care services are subject to all the provisions of this health plan.

## Effective Date of this Certificate

The effective date of this Certificate is 12:01 a.m. on July 1, 2022 (issued July 1, 2022) in the time zone of the Group's location.

# Introduction to Your Certificate

This *Certificate* and the other Policy documents describe your Benefits, as well as your rights and responsibilities, under the Policy.

## Interpreters

UnitedHealthcare provides members, upon request, interpreter and translation services related to administrative procedures. These services are generally provided through the AT&T language service.

español (Spanish)

ATENCIÓN: Si habla español (Spanish), hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al número de teléfono gratuito que aparece en su tarjeta de identificación. Si no es miembro de UHC, llame al 888-383-9253.

português (Portuguese)

ATENÇÃO: Se você fala português (Portuguese), contate o serviço de assistência de idiomas gratuito. Ligue gratuitamente para o número encontrado no seu cartão de identificação. Caso não seja membro da UHC, ligue para 888-383-9253.

中文(Chinese)

請注意：如果您說中文 (Chinese)，我們免費為您提供語言協助服務。請撥打會員卡所列的免付費會員電話號碼。
如果您不是 UHC 會員，請撥打 888-383-9253。

Kreyòl ayisyen (Haitian Creole)

ATANSYON: Si w pale Kreyòl ayisyen (Haitian Creole), ou kapab benefisye sèvis ki gratis pou ede w nan lang pa w. Tanpri rele nimewo gratis ki sou kat idantifikasyon w. Si ou pa manm UHC, rele 888-383-9253.

Việt (Vietnamese)

XIN LƯU Ý: Nếu quý vị nói tiếng Việt (Vietnamese), quý vị sẽ được cung cấp dịch vụ trợ giúp về ngôn ngữ miễn phí. Vui lòng gọi số điện thoại miễn phí ở mặt sau thẻ hội viên của quý vị. Nếu quý vị không phải là hội viên của UHC, xin vui lòng gọi 888-383-9253.

русском (Russian)

ВНИМАНИЕ: бесплатные услуги перевода доступны для людей, чей родной язык является русском (Russian). Позвоните по бесплатному номеру телефона, указанному на вашей идентификационной карте. Если вы не являетесь участником UHC, вы можете позвонить по номеру 888-383-9253.

العربية (Arabic)

تنبيه: إذا كنت تتحدث العربية (Arabic)، فإن خدمات المساعدة اللغوية المجانية متاحة لك. يُرجى الاتصال برقم الهاتف المجاني المدرج على بطاقة التعريف الخاصة بك. إذا لم تكن عضوًا في UHC، اتصل على الرقم 888-383-9253.

□□□□□□□□□ (Khmer)

ចំណាប់អារម្មណ៍: បើសិនអ្នកនិយាយភាសាខ្មែរ (Khmer) សេវាជំនួយភាសាដោយឥតគិតថ្លៃ គឺមានសំរាប់អ្នក។ សូមទូរស័ព្ទទៅលេខឥតគិតថ្លៃ ដែលមាននៅលើអត្តសញ្ញាណប័ណ្ណរបស់អ្នក។ បើសិនអ្នកមិនមែនជាសមាជិក UHC ទេ ទូរស័ព្ទទៅលេខ 888-383-9253។

français (French)

ATTENTION: Si vous parlez français (French), des services d'aide linguistique vous sont proposés gratuitement. Veuillez appeler le numéro de téléphone gratuit figurant sur votre carte d'identification. Si vous n'êtes pas affilié(e) à UHC, veuillez appeler le 888-383-9253.

l'italiano (Italian)

ATTENZIONE: in caso la lingua parlata sia l'italiano (Italian), sono disponibili servizi di assistenza linguistica gratuiti. Per favore chiamate il numero di telefono verde indicato sulla vostra tessera identificativa. Se non siete membri UHC, chiamate il numero 888-383-9253.

한국어(Korean)

알림: 한국어(Korean)를 사용하시는 경우 언어 지원 서비스를 무료로 이용하실 수 있습니다. 귀하의 신분증 카드에 기재된 무료 회원 전화번호로 문의하십시오. UHC 회원이 아닌 경우, 888-383-9253 번으로 전화하십시오.

Ελληνικά (Greek)

ΠΡΟΣΟΧΗ: Αν μιλάτε Ελληνικά (Greek), υπάρχει δωρεάν βοήθεια στη γλώσσα σας. Παρακαλείστε να καλέσετε το δωρεάν αριθμό που θα βρείτε στην κάρτα ταυτότητας μέλους. Αν δεν είστε μέλος της UHC, καλέστε το 888-383-9253.

polsku (Polish)

UWAGA: Jeżeli mówisz po polsku (Polish), udostępniliśmy darmowe usługi tłumacza. Prosimy zadzwonić pod bezpłatny numer telefonu podany na karcie identyfikacyjnej. Jeżeli nie jesteś członkiem UHC, zadzwoń pod numer 888-383-9253.

□□□□□ (Hindi)

□□□□ □□□□□ □□□: □□□ □□ □□□□□ (Hindi) □□□□ □□□ □□ □□□□□ □□□ □□□□ □□□□□□□ □□□□□□□ □□:□□□□□ □□□□□□□ □□□□ □□□□□ □□□□□ □□□□□□ □□□□ □□ □□□ □□□-□□□□□ □□□□ □□□□□ □□ □□□ □□□□□ □□□ □□ UHC □□□□□□ □□ □□ □□□, 888-383-9253 □□ □□□ □□□□□

□□□□□□□ (Gujarati)

□□□□□ □□□: □□ □□□ □□□□□□□ (Gujarati) □□□□□ □□ □□ □□□□ □□□□□□□ □□□□□□ □□□□ □□□□ □□□□□□ □□□□□□□ □□. □□□□ □□□ □□□□□ □□□□□□□□□□□□□□ □□□□ □□ □□□□□ □□□-□□□□ □□□□ □□ □□□ □□□. □□ □□□ UHC □□ □□□□ □ □□□ □□ 888-383-9253 □□ □□□ □□□.

## What Are Defined Terms?

Certain capitalized words have special meanings. We have defined these words in *Section 9: Defined Terms*.

When we use the words "we," "us," and "our" in this document, we are referring to UnitedHealthcare Insurance Company. When we use the words "you" and "your," we are referring to people who are Covered Persons, as that term is defined in *Section 9: Defined Terms*.

## How Do You Use This Document?

Read your entire *Certificate* and any attached Riders and/or Amendments. You may not have all of the information you need by reading just one section. Keep your *Certificate* and *Schedule of Benefits* and any attachments in a safe place for your future reference. You can also get this *Certificate* at www.myuhc.com.

Review the Benefit limitations of this *Certificate* by reading the attached *Schedule of Benefits* along with *Section 1: Covered Health Care Services* and *Section 2: Exclusions and Limitations*. Read *Section 8: General Legal Provisions* to understand how this *Certificate* and your Benefits work. Call us if you have questions about the limits of the coverage available to you.

If there is a conflict between this *Certificate* and any summaries provided to you by the Group, this *Certificate* controls.

Please be aware that your Physician is not responsible for knowing or communicating your Benefits.

## How Do You Contact Us?

Call the telephone number listed on your identification (ID) card. Throughout the document you will find statements that encourage you to contact us for more information.

# Your Responsibilities

## Enrollment and Required Contributions

Benefits are available to you if you are enrolled for coverage under the Policy. Your enrollment options, and the corresponding dates that coverage begins, are listed in *Section 3: When Coverage Begins*. To be enrolled and receive Benefits, both of the following apply:

- Your enrollment must be in accordance with the requirements of the Policy issued to your Group, including the eligibility requirements.

- You must qualify as a Subscriber or a Dependent as those terms are defined in *Section 9: Defined Terms*.

Your Group may require you to make certain payments to them, in order for you to remain enrolled under the Policy. If you have questions about this, contact your Group.

## Be Aware the Policy Does Not Pay for All Health Care Services

The Policy does not pay for all health care services. Benefits are limited to Covered Health Care Services. The *Schedule of Benefits* will tell you the portion you must pay for Covered Health Care Services.

## Decide What Services You Should Receive

Care decisions are between you and your Physician. We do not make decisions about the kind of care you should or should not receive.

## Choose Your Physician

It is your responsibility to select the health care professionals who will deliver your care. We arrange for Physicians and other health care professionals and facilities to participate in a Network. Our credentialing process confirms public information about the professionals' and facilities' licenses and other credentials, but does not assure the quality of their services. These professionals and facilities are independent practitioners and entities that are solely responsible for the care they deliver.

## Obtain Prior Authorization

Some Covered Health Care Services require prior authorization. Physicians and other health care professionals who participate in a Network are responsible for obtaining prior authorization. For detailed information on the Covered Health Care Services that require prior authorization, please refer to the *Schedule of Benefits*.

## Pay Your Share

You must meet any applicable deductible and pay a Co-payment and/or Co-insurance for most Covered Health Care Services. These payments are due at the time of service or when billed by the Physician, provider or facility. Any applicable deductible, Co-payment and Co-insurance amounts are listed in the *Schedule of Benefits*.

## Pay the Cost of Excluded Services

You must pay the cost of all excluded services and items. Review *Section 2: Exclusions and Limitations* to become familiar with the Policy's exclusions.

## Show Your ID Card

You should show your ID card every time you request health care services. If you do not show your ID card, the provider may fail to bill the correct entity for the services delivered.

## File Claims with Complete and Accurate Information

When you receive Covered Health Care Services from an out-of-Network provider, you are responsible for requesting payment from us. You must file the claim in a format that contains all of the information we require, as described in *Section 5: How to File a Claim*.

## Use Your Prior Health Care Coverage

If you have prior coverage that, as required by state law, extends benefits for a particular condition or a disability, we will not pay Benefits for health care services for that condition or disability until the prior coverage ends. We will pay Benefits as of the day your coverage begins under the Policy for all other Covered Health Care Services that are not related to the condition or disability for which you have other coverage.

# Our Responsibilities

## Determine Benefits

We make administrative decisions regarding whether the Policy will pay for any portion of the cost of a health care service you intend to receive or have received. Our decisions are for payment purposes only. We do not make decisions about the kind of care you should or should not receive. You and your providers must make those treatment decisions.

We have the final authority to do the following:

- Interpret Benefits and the other terms, limitations and exclusions set out in this *Certificate*, the *Schedule of Benefits* and any Riders and/or Amendments.

- Make factual determinations relating to Benefits.

We may assign this authority to other persons or entities that may provide administrative services for the Policy, such as claims processing. The identity of the service providers and the nature of their services may be changed from time to time as we determine. In order to receive Benefits, you must cooperate with those service providers.

## Pay for Our Portion of the Cost of Covered Health Care Services

We pay Benefits for Covered Health Care Services as described in *Section 1: Covered Health Care Services* and in the *Schedule of Benefits*, unless the service is excluded in *Section 2: Exclusions and Limitations*. This means we only pay our portion of the cost of Covered Health Care Services. It also means that not all of the health care services you receive may be paid for (in full or in part) by the Policy.

## Pay Network Providers

It is the responsibility of Network Physicians and facilities to file for payment from us. When you receive Covered Health Care Services from Network providers, you do not have to submit a claim to us.

## Pay for Covered Health Care Services Provided by Out-of-Network Providers

In accordance with any state prompt pay requirements, we pay Benefits after we receive your request for payment that includes all required information. See *Section 5: How to File a Claim*.

## Review and Determine Benefits in Accordance with our Reimbursement Policies

We develop our reimbursement policy guidelines, as we determine, in accordance with one or more of the following methodologies:

- As shown in the most recent edition of the *Current Procedural Terminology (CPT)*, a publication of the *American Medical Association*, and/or the *Centers for Medicare and Medicaid Services (CMS)*.

- As reported by generally recognized professionals or publications.

- As used for Medicare.

- As determined by medical staff and outside medical consultants pursuant to other appropriate sources or determinations that we accept.

Following evaluation and validation of certain provider billings (e.g., error, abuse and fraud reviews), our reimbursement policies are applied to provider billings. We share our reimbursement policies with Physicians and other providers in our Network through our provider website. Network Physicians and providers may not bill you for the difference between their contract rate (as may be modified by our

COC22.INS.2018.LG.MA                    8

reimbursement policies) and the billed charge. However, out-of-Network providers may bill you for any amounts we do not pay, including amounts that are denied because one of our reimbursement policies does not reimburse (in whole or in part) for the service billed. You may get copies of our reimbursement policies for yourself or to share with your out-of-Network Physician or provider by contacting us at www.myuhc.com or the telephone number on your ID card.

If specific Covered Health Care Services are not available from a Network provider, you may be eligible for Benefits when Covered Health Care Services are received from out-of-Network providers. In this situation, your Network Physician will notify us and, if we confirm that care is not available from a Network provider, we will work with you and your Network Physician to coordinate care through an out-of-Network provider. We will cover the out-of-Network Covered Health Care Service and you will not be responsible to pay more than the amount which would be required for a similar Covered Health Care Service offered within our network.

We may apply a reimbursement methodology established by *OptumInsight* and/or a third party vendor, which is based on *CMS* coding principles, to determine appropriate reimbursement levels for Emergency Health Care Services. The methodology is usually based on elements reflecting the patient complexity, direct costs, and indirect costs of an Emergency Health Care Service. If the methodology(ies) currently in use become no longer available, we will use a comparable methodology(ies). We and *OptumInsight* are related companies through common ownership by *UnitedHealth Group*. Refer to our website at www.myuhc.com for information regarding the vendor that provides the applicable methodology.

## Offer Health Education Services to You

We may provide you with access to information about additional services that are available to you, such as disease management programs, health education and patient advocacy. It is solely your decision whether to take part in the programs, but we recommend that you discuss them with your Physician.

# Certificate of Coverage Table of Contents

**Section 1: Covered Health Care Services** ...............................................**11**
**Section 2: Exclusions and Limitations**....................................................**33**
**Section 3: When Coverage Begins** .........................................................**45**
**Section 4: When Coverage Ends** ............................................................**49**
**Section 5: How to File a Claim** ...............................................................**52**
**Section 6: Questions, Complaints and Appeals** ...................................**54**
**Section 7: Coordination of Benefits** ......................................................**63**
**Section 8: General Legal Provisions** ......................................................**69**
**Section 9: Defined Terms**........................................................................**79**

# Section 1: Covered Health Care Services

## When Are Benefits Available for Covered Health Care Services?

Benefits are available only when all of the following are true:

- The health care service, including supplies or Pharmaceutical Products, is only a Covered Health Care Service if it is Medically Necessary. (See definitions of Medically Necessary and Covered Health Care Service in *Section 9: Defined Terms.*)

- You receive Covered Health Care Services while the Policy is in effect.

- You receive Covered Health Care Services prior to the date that any of the individual termination conditions listed in *Section 4: When Coverage Ends* occurs.

- The person who receives Covered Health Care Services is a Covered Person and meets all eligibility requirements specified in the Policy.

The fact that a Physician or other provider has performed or prescribed a procedure or treatment, or the fact that it may be the only available treatment for a Sickness, Injury, Mental Illness, substance-related and addictive disorders, disease or its symptoms does not mean that the procedure or treatment is a Covered Health Care Service under the Policy.

Benefits are provided for services delivered via Telehealth/Telemedicine. Benefits are also provided for Remote Physiologic Monitoring. Benefits for these services are provided to the same extent as an in-person service under any applicable Benefit category in this section unless otherwise specified in the *Schedule of Benefits.*

This section describes Covered Health Care Services for which Benefits are available. Please refer to the attached *Schedule of Benefits* for details about:

- The amount you must pay for these Covered Health Care Services (including any Annual Deductible, Co-payment and/or Co-insurance).

- Any limit that applies to these Covered Health Care Services (including visit, day and dollar limits on services).

- Any limit that applies to the portion of the Allowed Amount or the Recognized Amount when applicable, you are required to pay in a year (Out-of-Pocket Limit).

- Any responsibility you have for obtaining prior authorization or notifying us.

***Please note that in listing services or examples, when we say "this includes," it is not our intent to limit the description to that specific list. When we do intend to limit a list of services or examples, we state specifically that the list "is limited to."***

### 1. Ambulance Services

Emergency ambulance transportation by a licensed ambulance service (either ground or Air Ambulance) to the nearest Hospital where the required Emergency Health Care Services can be performed.

Non-Emergency ambulance transportation by a licensed ambulance service (either ground or Air Ambulance, as we determine appropriate) between facilities only when the transport meets one of the following:

- From an out-of-Network Hospital to the closest Network Hospital when Covered Health Care Services are required.

- To the closest Network Hospital that provides the required Covered Health Care Services that were not available at the original Hospital.

- From a short-term acute care facility to the closest Network long-term acute care facility (LTAC), Network Inpatient Rehabilitation Facility, or other Network sub-acute facility where the required Covered Health Care Services can be delivered.

For the purpose of this Benefit the following terms have the following meanings:

- "Long-term acute care facility (LTAC)" means a facility or Hospital that provides care to people with complex medical needs requiring long-term Hospital stay in an acute or critical setting.

- "Short-term acute care facility" means a facility or Hospital that provides care to people with medical needs requiring short-term Hospital stay in an acute or critical setting such as for recovery following a surgery, care following sudden Sickness, Injury, or flare-up of a chronic Sickness.

- "Sub-acute facility" means a facility that provides intermediate care on short-term or long-term basis.

## 2. Cellular and Gene Therapy

Cellular Therapy and Gene Therapy received on an inpatient or outpatient basis at a Hospital or on an outpatient basis at an Alternate Facility or in a Physician's office.

Benefits for CAR-T therapy for malignancies are provided as described under *Transplantation Services*.

## 3. Clinical Trials

Routine patient care costs incurred while taking part in a qualifying clinical trial for the treatment of:

- Cancer or other life-threatening disease or condition. For purposes of this Benefit, a life-threatening disease or condition is one which is likely to cause death unless the course of the disease or condition is interrupted.

- Cardiovascular disease (cardiac/stroke) which is not life threatening, when we determine the clinical trial meets the qualifying clinical trial criteria stated below.

- Surgical musculoskeletal disorders of the spine, hip and knees, which are not life threatening, when we determine the clinical trial meets the qualifying clinical trial criteria stated below.

- Other diseases or disorders which are not life threatening, when we determine the clinical trial meets the qualifying clinical trial criteria stated below.

Benefits include the reasonable and necessary items and services used to prevent, diagnose and treat complications arising from taking part in a qualifying clinical trial.

Benefits are available only when you are clinically eligible, as determined by the researcher, to take part in the qualifying clinical trial.

Routine patient care costs for qualifying clinical trials include:

- Covered Health Care Services for which Benefits are typically provided absent a clinical trial.

- Covered Health Care Services required solely for the following:

  - The provision of the Experimental or Investigational Service(s) or item.

  - The clinically appropriate monitoring of the effects of the service or item, or

  - The prevention of complications.

- Covered Health Care Services needed for reasonable and necessary care arising from the receipt of an Experimental or Investigational Service(s) or item.

Routine costs for clinical trials do not include:

- The Experimental or Investigational Service(s) or item. The only exceptions to this are:

COC22.INS.2018.LG.MA                    12

- Certain *Category B* devices.
- Certain promising interventions for patients with terminal illnesses.
- Other items and services that meet specified criteria in accordance with our medical and drug policies.

- Items and services provided solely to meet data collection and analysis needs and that are not used in the direct clinical management of the patient.

- A service that clearly does not meet widely accepted and established standards of care for a particular diagnosis.

- Items and services provided by the research sponsors free of charge for any person taking part in the trial.

With respect to cancer or other life-threatening diseases or conditions, a qualifying clinical trial is a Phase I, Phase II, Phase III, or Phase IV clinical trial. It takes place in relation to the prevention, detection or treatment of cancer or other life-threatening disease or condition. It meets any of the following criteria in the bulleted list below.

With respect to cardiovascular disease, musculoskeletal disorders of the spine, hip and knees and other diseases or disorders which are not life-threatening, a qualifying clinical trial is a Phase I, Phase II, or Phase III clinical trial. It takes place in relation to the detection or treatment of such non-life-threatening disease or disorder. It meets any of the following criteria in the bulleted list below.

- Federally funded trials. The study or investigation is approved or funded (which may include funding through in-kind contributions) by one or more of the following:

  - *National Institutes of Health (NIH).* (Includes *National Cancer Institute (NCI).*)

  - *Centers for Disease Control and Prevention (CDC).*

  - *Agency for Healthcare Research and Quality (AHRQ).*

  - *Centers for Medicare and Medicaid Services (CMS).*

  - A cooperative group or center of any of the entities described above or the *Department of Defense (DOD)* or the *Veterans Administration (VA).*

  - A qualified non-governmental research entity identified in the guidelines issued by the *National Institutes of Health* for center support grants.

  - The *Department of Veterans Affairs*, the *Department of Defense* or the *Department of Energy* if the study or investigation has been reviewed and approved through a system of peer review. The peer review system is determined by the *Secretary of Health and Human Services* to meet both of the following criteria:

    - Comparable to the system of peer review of studies and investigations used by the *National Institutes of Health.*

    - Ensures unbiased review of the highest scientific standards by qualified individuals who have no interest in the outcome of the review.

- The study or investigation takes place under an investigational new drug application reviewed by the *U.S. Food and Drug Administration.*

- The study or investigation is a drug trial that is exempt from having such an investigational new drug application.

- The clinical trial must have a written protocol that describes a scientifically sound study. It must have been approved by all relevant institutional review boards (*IRBs*) before you are enrolled in the trial. We may, at any time, request documentation about the trial.

- The subject or purpose of the trial must be the evaluation of an item or service that meets the definition of a Covered Health Care Service and is not otherwise excluded under the Policy.

## 4. Congenital Heart Disease (CHD) Surgeries

CHD surgeries which are ordered by a Physician. CHD surgical procedures include surgeries to treat conditions such as:

- Coarctation of the aorta.
- Aortic stenosis.
- Tetralogy of Fallot.
- Transposition of the great vessels.
- Hypoplastic left or right heart syndrome.

Benefits include the facility charge and the charge for supplies and equipment. Benefits for Physician services are described under *Physician Fees for Surgical and Medical Services.*

Surgery may be performed as open or closed surgical procedures or may be performed through interventional cardiac catheterization.

You can call us at the telephone number on your ID card for information about our specific guidelines regarding Benefits for CHD services.

## 5. Dental Services - Accident Only

Dental services when all of the following are true:

- Treatment is needed because of accidental damage.
- You receive dental services from a Doctor of Dental Surgery or Doctor of Medical Dentistry.
- The dental damage is severe enough that first contact with a Physician or dentist happened within 72 hours of the accident. (You may request this time period be longer if you do so within 60 days of the Injury and if extenuating circumstances exist due to the severity of the Injury.)

Please note that dental damage that happens as a result of normal activities of daily living or extraordinary use of the teeth is not considered an accidental Injury. Benefits are not available for repairs to teeth that are damaged as a result of such activities.

Dental services to repair damage caused by accidental Injury must follow these time-frames:

- Treatment is started within three months of the accident, or if not a Covered Person at the time of the accident, within the first three months of coverage under the Policy, unless extenuating circumstances exist (such as prolonged hospitalization or the presence of fixation wires from fracture care).
- Treatment must be completed within 12 months of the accident, or if not a Covered Person at the time of the accident, within the first 12 months of coverage under the Policy.

Benefits for treatment of accidental Injury are limited to the following:

- Emergency exam.
- Diagnostic X-rays.
- Endodontic (root canal) treatment.
- Temporary splinting of teeth.
- Prefabricated post and core.
- Simple minimal restorative procedures (fillings).

COC22.INS.2018.LG.MA                    14

- Extractions.

- Post-traumatic crowns if such are the only clinically acceptable treatment.

- Replacement of lost teeth due to Injury with implant, dentures or bridges.

## 6. Diabetes Services

**Diabetes Self-Management and Training/Diabetic Eye Exams/Foot Care**

Outpatient self-management training for the treatment of diabetes, education and medical nutrition therapy services. Services must be ordered by a Physician and provided by appropriately licensed or registered health care professionals.

Benefits also include medical eye exams (dilated retinal exams) and preventive foot care for diabetes.

Laboratory tests, including hemoglobin, or HbA1c, tests and urinary protein/microalbumin and lipid profiles are described under *Lab, X-Ray and Diagnostics - Outpatient*.

**Diabetic Self-Management Items**

- Insulin pumps and supplies and continuous glucose monitors for the management and treatment of diabetes, based upon your medical needs. An insulin pump is subject to all the conditions of coverage stated under *Durable Medical Equipment (DME), Orthotics and Supplies*.

- Visual magnifying aids for use by the legally blind. Voice-synthesizers for blood glucose monitors for use by the legally blind.

- Therapeutic/molded shoes and shoe inserts for people who have severe diabetic foot disease when the need for therapeutic shoes and inserts has been certified by the treating Physician, the shoes or shoe inserts have been prescribed by a podiatrist or Physician, and the shoes or shoe inserts are furnished by a podiatrist, orthotist, prosthetist or pedorthist.

- Benefits for blood glucose meters including continuous glucose monitors, insulin syringes with needles, blood glucose and urine test strips, ketone test strips and tablets and lancets and lancet devices, insulin and insulin pens are described under the *Outpatient Prescription Drug Rider*.

## 7. Durable Medical Equipment (DME), Orthotics and Supplies

Benefits are provided for DME and certain orthotics and supplies. If more than one item can meet your functional needs, Benefits are available only for the item that meets the minimum specifications for your needs. If you purchase an item that exceeds these minimum specifications, we will pay only the amount that we would have paid for the item that meets the minimum specifications, and you will be responsible for paying any difference in cost.

Additionally, benefits are provided for DME when Medically Necessary and provided in conjunction with a physician-approved eligible home health services plan as described under *Home Health Care*.

*DME and Supplies*

Examples of DME and supplies include:

- Equipment to help mobility, such as a standard wheelchair.

- A standard Hospital-type bed.

- Oxygen and the rental of equipment to administer oxygen (including tubing, connectors and masks).

- Negative pressure wound therapy pumps (wound vacuums).

- Mechanical equipment needed for the treatment of long term or sudden respiratory failure (except that air-conditioners, humidifiers, dehumidifiers, air purifiers and filters and personal comfort items are excluded from coverage).

- Burn garments.

- Insulin pumps and all related needed supplies as described under *Diabetes Services*.
- External cochlear devices and systems. Benefits for cochlear implantation are provided under the applicable medical/surgical Benefit categories in this *Certificate*.

Benefits include lymphedema stockings for the arm as required by the *Women's Health and Cancer Rights Act of 1998.*

Benefits also include dedicated speech generating devices and tracheo-esophageal voice devices required for treatment of severe speech impediment or lack of speech directly due to Sickness or Injury. Benefits for the purchase of these devices are available only after completing a required three-month rental period. Benefits are limited as stated in the *Schedule of Benefits*.

*Orthotics*

Orthotic braces, including needed changes to shoes to fit braces. Braces that stabilize an injured body part and braces to treat curvature of the spine are a Covered Health Care Service.

We will decide if the equipment should be purchased or rented.

Benefits are available for repairs and replacement, except as described in *Section 2: Exclusions and Limitations,* under *Medical Supplies and Equipment.*

These Benefits apply to external DME. Unless otherwise excluded, items that are fully implanted into the body are a Covered Health Care Service for which Benefits are available under the applicable medical/surgical Covered Health Care Service categories in this *Certificate*.

## 8. Emergency Health Care Services - Outpatient

Services that are required to stabilize or begin treatment in an Emergency. Emergency Health Care Services must be received on an outpatient basis at a Hospital or Alternate Facility.

Benefits include the facility charge, supplies and all professional services required to stabilize your condition and/or begin treatment. This includes placement in an observation bed to monitor your condition (rather than being admitted to a Hospital for an Inpatient Stay).

In an Emergency, you have the option to call 911 (or the local equivalent). You will not be denied coverage for medical and transportation services incurred when Emergency Health Care Services are provided as a result of accessing services by dialing 911. Benefits are paid for Emergency Health Care Services, even if the services are provided by an out-of-Network provider.

## 9. Enteral Nutrition

Benefits are provided for enteral formulas and low protein modified food products, administered either orally or by tube feeding as the primary source of nutrition, for certain conditions which require specialized nutrients or formulas. Examples of conditions include:

- Metabolic diseases such as phenylketonuria (PKU) and maple syrup urine disease.
- Severe food allergies.
- Impaired absorption of nutrients caused by disorders affecting the gastrointestinal tract.

Benefits for prescription or over-the-counter formula are available when a Physician issues a prescription or written order stating the formula or product is Medically Necessary for the therapeutic treatment of a condition requiring specialized nutrients and specifying the quantity and the duration of the prescription or order. The formula or product must be administered under the direction of a Physician or registered dietitian.

For the purpose of this Benefit, "enteral formulas" include:

- Amino acid-based elemental formulas.
- Extensively hydrolyzed protein formulas.

- Modified nutrient content formulas.

For the purpose of this Benefit, "severe food allergies" mean allergies which if left untreated will result in:

- Malnourishment;

- Chronic physical disability;

- Intellectual disability; or

- Loss of life.

## 10. Fertility Preservation for Iatrogenic Infertility

Benefits are available for fertility preservation for medical reasons that cause irreversible infertility such as chemotherapy, radiation treatment, and bilateral oophorectomy due to cancer. Services include the following procedures, when provided by or under the care or supervision of a Physician:

- Collection of sperm.

- Cryo-preservation of sperm.

- Ovarian stimulation, retrieval of eggs and fertilization.

- Oocyte cryo-preservation.

- Embryo cryo-preservation.

Benefits for medications related to the treatment of fertility preservation are provided as described under your *Outpatient Prescription Drug Rider* or under *Pharmaceutical Products* in this section.

Benefits are not available for embryo transfer.

Benefits are not available for long-term storage costs (greater than one year).

## 11. Habilitative Services

For purposes of this Benefit, "habilitative services" means Skilled Care services that are part of a prescribed plan of treatment to help a person with a disabling condition to learn or improve skills and functioning for daily living. We will decide if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management. Therapies provided for the purpose of general well-being or conditioning in the absence of a disabling condition are not considered habilitative services.

Habilitative services are limited to:

- Physical therapy.

- Occupational therapy.

- Manipulative Treatment.

- Speech therapy.

- Post-cochlear implant aural therapy.

- Cognitive therapy.

Benefits are provided for habilitative services for both inpatient services and outpatient therapy when you have a disabling condition when both of the following conditions are met:

- Treatment is administered by any of the following:

  - Licensed speech-language pathologist.

  - Licensed audiologist.

  - Licensed occupational therapist.

COC22.INS.2018.LG.MA                    17

- ▪ Licensed physical therapist.

- ▪ Physician.

- Treatment must be proven and not Experimental or Investigational.

The following are not habilitative services:

- Custodial Care.

- Respite care.

- Day care.

- Therapeutic recreation.

- Vocational training.

- Residential Treatment.

- A service that does not help you meet functional goals in a treatment plan within a prescribed time frame.

- Services solely educational in nature.

- Educational services otherwise paid under state or federal law.

We may require the following be provided:

- Treatment plan.

- Medical records.

- Clinical notes.

- Other necessary data to allow us to prove that medical treatment is needed.

When the treating provider expects that continued treatment is or will be required to allow you to achieve progress that is capable of being demonstrated, we may request a treatment plan that includes:

- Diagnosis.

- Proposed treatment by type, frequency, and expected duration of treatment.

- Expected treatment goals.

- Frequency of treatment plan updates.

Habilitative services provided in your home by a Home Health Agency are provided as described under *Home Health Care.* Habilitative services provided in your home other than by a Home Health Agency are provided as described under this section.

Benefits for DME and prosthetic devices, when used as a part of habilitative services, are described under *Durable Medical Equipment (DME), Orthotics and Supplies* and *Prosthetic Devices.*

## 12. Hearing Aids

Hearing aids for Enrolled Dependent children under age 21, required for the correction of a hearing impairment (a reduction in the ability to perceive sound which may range from slight to complete deafness). These are electronic amplifying devices designed to bring sound more effectively into the ear. These consist of a microphone, amplifier and receiver.

Benefits are provided for all services related to a covered hearing aid device every 36 months per hearing impaired ear upon a written statement from the treating Physician (which may be the ear, nose and throat provider), licensed audiologist, or hearing instrument specialist. Benefits are provided for the hearing aid and associated fitting and adjustment charges, supplies (including earmolds) and testing.

If more than one type of hearing aid can meet your functional needs, Benefits are available only for the hearing aid that meets the minimum specifications for your needs. If you purchase a hearing aid that exceeds these minimum specifications, we will pay only the amount that we would have paid for the hearing aid that meets the minimum specifications, and you will be responsible for paying any difference in cost.

Benefits do not include bone anchored hearing aids. Bone anchored hearing aids are a Covered Health Care Service for which Benefits are available under the applicable medical/surgical Covered Health Care Services categories in this *Certificate*. They are only available if you have either of the following:

- Craniofacial anomalies whose abnormal or absent ear canals prevent the use of a wearable hearing aid.

- Hearing loss severe enough that it would not be remedied by a wearable hearing aid.

### 13. Home Health Care

Services, including physical therapy, occupational therapy, speech therapy, medical social work, nutritional consultation, and the provision of DME received from a Home Health Agency that are all of the following:

- Ordered by a Physician.

- Provided in your home by a registered nurse, or provided by either a home health aide or licensed practical nurse and supervised by a registered nurse.

- Provided on a part-time, Intermittent Care schedule.

- Provided when Skilled Care is required.

We will determine if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management.

### 14. Hospice Care

Hospice care that is recommended by a Physician. Hospice care is an integrated program that provides comfort and support services for the terminally ill. It includes the following:

- Physical, psychological, social, spiritual and respite care for the terminally ill person.

- Short-term grief counseling for immediate family members while you are receiving hospice care.

Benefits are available when you receive hospice care from a licensed hospice agency.

You can call us at the telephone number on your ID card for information about our guidelines for hospice care.

### 15. Hospital - Inpatient Stay

Services and supplies provided during an Inpatient Stay in a Hospital.

Benefits are available for:

- Supplies and non-Physician services received during the Inpatient Stay.

- Room and board in a Semi-private Room (a room with two or more beds).

- Physician services for radiologists, anesthesiologists, pathologists and Emergency room Physicians. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services*.)

### 16. Infertility Services

Services for the treatment of infertility when provided by or under the direction of a Physician, limited to the following procedures.

- Ovulation induction.

- Artificial Insemination (AI) and Intrauterine Insemination (IUI).

- Assisted Reproductive Technology (ART) including:

  - In vitro fertilization (IVF).

  - Gamete intrafallopian transfer (GIFT).

  - Zygote intrafallopian transfer (ZIFT).

- Intracytoplasmic Sperm Injection (ISCI) for the treatment of male factor infertility.

- Assisted hatching.

- Cryopreservation of eggs.

- Sperm, egg and/or inseminated egg procurement and processing, and banking of sperm or inseminated eggs, to the extent such costs are not payable by the donor's insurer.

- All other non-experimental infertility procedures.

- Pharmaceutical Products for the treatment of infertility that are administered on an outpatient basis in a Hospital, Alternate Facility, Physician's office, or in your home.

To be eligible for Benefits, you must meet all of the following:

- Have been unable to conceive or produce conception after one year if the woman is under age 35, or after six months, if the woman is over age 35. For the purposes of meeting these criteria, if a woman conceived but is unable to carry that Pregnancy to live birth, the period of time she attempted to conceive prior to achieving that Pregnancy will be included in the calculation of the year or six month period, as applicable.

- Have infertility that is not related to voluntary sterilization or to failed reversal of voluntary sterilization.

- We may approve coverage for infertility services when you have been diagnosed with cancer and, after treatment, you are expected to become infertile. See *Fertility Preservation for Iatrogenic Infertility* under *Section 1: Covered Health Care Services*.

For the purposes of this Benefit, "therapeutic donor insemination" means insemination with a donor sperm sample for the purpose of conceiving a child.

## 17. Lab, X-Ray and Diagnostic - Outpatient

Services for Sickness and Injury-related diagnostic purposes, received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office include:

- Lab and radiology/X-ray.

- Mammography.

- Laboratory tests for the treatment of diabetes, including hemoglobin, or HbA1c, tests and urinary protein/microalbumin and lipid profiles

Benefits include:

- The facility charge and the charge for supplies and equipment.

- Physician services for radiologists, anesthesiologists and pathologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services*.)

- Genetic Testing ordered by a Physician which results in available medical treatment options following Genetic Counseling.

- Presumptive Drug Tests and Definitive Drug Tests.

Lab, X-ray and diagnostic services for preventive care are described under *Preventive Care Services*.

CT scans, PET scans, MRI, MRA, nuclear medicine and major diagnostic services are described under *Major Diagnostic and Imaging - Outpatient*.

## 18. Major Diagnostic and Imaging - Outpatient

Services for CT scans, PET scans, MRI, MRA, nuclear medicine and major diagnostic services received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office.

Benefits include:

- The facility charge and the charge for supplies and equipment.

- Physician services for radiologists, anesthesiologists and pathologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services*.)

## 19. Mental Health Care and Substance-Related and Addictive Disorders Services

Mental Health Care and Substance-Related and Addictive Disorders Services include those received on an inpatient or outpatient basis in a Hospital, an Alternate Facility or in a provider's office, at a mental health clinic licensed by the Massachusetts Department of Public Health, at a public community mental health center, or as a home-based service to treat:

- Biologically-based Mental Disorders. For the purposes of this Benefit, "biologically-based mental disorders" includes schizophrenia, schizoaffective disorder, major depressive disorder, bipolar disorder, paranoia and other psychotic disorders, obsessive-compulsive disorder, panic disorder, delirium and dementia, affective disorders, eating disorders, post-traumatic stress disorder, and Substance-Related and Addictive Disorders Services, including alcoholism." Benefits related to Autism Spectrum Disorders are provided under *Autism Spectrum Disorder Services* below.

- Rape-related mental or emotional disorders for victims of rape or assault with intent to commit rape.

- Non-biologically-based Mental Illness of Dependent children under 19 years of age when the Primary Care Provider, pediatrician, or Licensed Mental Health Professional treating the child has documented that the Mental Illness substantially interferes with or substantially limits the functioning and social interactions of the child or is evidenced by conduct including, but not limited to:

    - An inability to attend school as a result of the disorder.

    - The need to hospitalize the child as a result of the disorder.

    - A pattern of conduct or behavior caused by the disorder which poses a serious danger to the child or others.

    - Benefits for Mental Health Care Services that would otherwise terminate due to a Dependent child having reached 19 years of age may be continued for an Enrolled Dependent child who is engaged in an ongoing course of treatment beyond age 19 until that course of treatment is completed.

- Any other Mental Illness or mental health disorder not described above.

All services must be provided by or under the direction of a properly qualified behavioral health provider.

Benefits include the following levels of care:

- Inpatient treatment.

- Residential Treatment.

- Partial Hospitalization/Day Treatment.

- Intensive Outpatient Treatment.

COC22.INS.2018.LG.MA                    21

- Outpatient treatment.

Inpatient treatment and Residential Treatment includes room and board in a Semi-private Room (a room with two or more beds).

Services include the following:

- Diagnostic evaluations, assessment and treatment planning.

- Treatment and/or procedures.

- Medication management and other associated treatments.

- Individual, family, and group therapy.

- Provider-based case management services.

- Crisis intervention.

- Mental Health Care Services for Autism Spectrum Disorder (including Intensive Behavioral Therapies such as *Applied Behavior Analysis (ABA))* that are the following:

    - Focused on the treatment of core deficits of Autism Spectrum Disorder.

    - Provided by a *Board Certified Behavior Analyst (BCBA)* or other qualified provider under the appropriate supervision.

    - Focused on treating maladaptive/stereotypic behaviors that are posing danger to self, others and property, and impairment in daily functioning.

    This section describes only the behavioral component of treatment for Autism Spectrum Disorder. Medical treatment of Autism Spectrum Disorder is a Covered Health Care Service for which Benefits are available under the applicable medical Covered Health Care Services categories in this *Certificate*.

For children and adolescents under the age of 19: The services listed above include, but are not limited to: *In-Home Behavioral Services* (including behavior management monitoring and behavior management therapy), *In-Home Therapy* (including ongoing therapeutic training and support and therapeutic clinical intervention), *Mobile Crisis Intervention*, *Intensive Care Coordination*, *Community-Based Acute Treatment for Children and Adolescents* and *Intensive Community-Based Treatment for Children and Adolescents*.

The Mental Health/Substance-Related and Addictive Disorders Designee provides administrative services for all levels of care.

Please note that (1) authorization is not required for covered substance-related and addictive disorders treatment including Network Acute Treatment Services and Clinical Stabilization Services for a total of up to 14 days and (2) prior authorization is not required for substance-related and addictive disorders treatment if the provider is certified or licensed by the Department of Public Health and (3) this also includes Network early intervention services for substance-related and addictive disorders treatment, outpatient services, including medically assisted therapies; intensive outpatient and partial hospitalization services, residential or inpatient services, and medically managed intensive inpatient services.

We encourage you to contact the Mental Health/Substance-Related and Addictive Disorders Designee for referrals to providers and coordination of care.

## 20. Ostomy Supplies

Benefits for ostomy supplies are limited to the following:

- Pouches, face plates and belts.

- Irrigation sleeves, bags and ostomy irrigation catheters.

- Skin barriers.

Benefits are not available for deodorants, filters, lubricants, tape, appliance cleaners, adhesive, adhesive remover, or other items not listed above.

## 21. Pharmaceutical Products - Outpatient

Pharmaceutical Products for Covered Health Care Services administered on an outpatient basis in a Hospital, Alternate Facility, Physician's office, or in your home.

Benefits are provided for Pharmaceutical Products which, due to their traits (as determined by us), are administered or directly supervised by a qualified provider or licensed/certified health professional. Depending on where the Pharmaceutical Product is administered, Benefits will be provided for administration of the Pharmaceutical Product under the corresponding Benefit category in this *Certificate*. Benefits for medication normally available by a prescription or order or refill are provided as described under your *Outpatient Prescription Drug Rider.*

If you require certain Pharmaceutical Products, including Specialty Pharmaceutical Products, we may direct you to a Designated Dispensing Entity. Such Designated Dispensing Entities may include an outpatient pharmacy, specialty pharmacy, Home Health Agency provider, Hospital-affiliated pharmacy or hemophilia treatment center contracted pharmacy.

If you/your provider are directed to a Designated Dispensing Entity and you/your provider choose not to get your Pharmaceutical Product from a Designated Dispensing Entity, Benefits are not available for that Pharmaceutical Product.

Certain Pharmaceutical Products are subject to step therapy requirements. This means that in order to receive Benefits for such Pharmaceutical Products, you must use a different Pharmaceutical Product and/or prescription drug product first. You may find out whether a particular Pharmaceutical Product is subject to step therapy requirements by contacting us at www.myuhc.com or the telephone number on your ID card.

We may have certain programs in which you may receive an enhanced or reduced Benefit based on your actions such as adherence/compliance to medication or treatment regimens and/or participation in health management programs. You may access information on these programs by contacting us at www.myuhc.com or the telephone number on your ID card.

## 22. Physician Fees for Surgical and Medical Services

Physician fees for surgical procedures and other medical services received on an outpatient or inpatient basis in a Hospital, Skilled Nursing Facility, Inpatient Rehabilitation Facility or Alternate Facility, or for Physician house calls.

## 23. Physician's Office Services - Sickness and Injury

Services provided in a Physician's office for the diagnosis and treatment of a Sickness or Injury. Benefits are provided regardless of whether the Physician's office is freestanding, located in a clinic or located in a Hospital.

Covered Health Care Services include medical education services that are provided in a Physician's office by appropriately licensed or registered health care professionals when both of the following are true:

- Education is required for a disease in which patient self-management is a part of treatment.

- There is a lack of knowledge regarding the disease which requires the help of a trained health professional.

Covered Health Care Services include Genetic Counseling.

Benefits include allergy injections.

Covered Health Care Services for preventive care provided in a Physician's office are described under *Preventive Care Services*.

Benefits include lab, radiology/X-ray or other diagnostic services performed in the Physician's office. Benefits for CT scans, PET scans, MRI, MRA, nuclear medicine and major diagnostic services are described under *Major Diagnostic and Imaging - Outpatient.*

When a test is performed or a sample is drawn in the Physician's office, Benefits for the analysis or testing of a lab, radiology/X-ray or other diagnostic service, whether performed in or out of the Physician's office, are described under *Lab, X-ray and Diagnostic - Outpatient.*

Benefits for pain management methods other than opiate treatment are available to you to manage pain linked to a physical cause. There are at least two (2) alternative medication treatment options covered under the *Outpatient Prescription Drug Rider*, and at least three (3) non-medication treatment modalities such as supplies, services or treatments that are appropriate as ordered by or provided by a Physician for pain management on an outpatient basis. Examples of non-medication treatment modalities include: manipulative treatment, non-manipulative osteopathic care, physical therapy and occupational therapy as described under *Section 1: Covered Health Care Services.*

## 24. Pregnancy - Maternity Services

Benefits for Pregnancy include all maternity-related medical services for prenatal care, postnatal care, delivery and any related complications.

Both before and during a Pregnancy, Benefits include the services of a genetic counselor when provided or referred by a Physician. These Benefits are available to all Covered Persons in the immediate family. Covered Health Care Services include related tests and treatment.

Benefits are available for the following screening tests when provided to the newborn child prior to discharge from the Hospital:

- A hearing screening test to detect hearing thresholds of 30 decibels or greater in the speech frequency range in either ear.

- Hereditary and metabolic screening at birth.

We will pay Benefits for an Inpatient Stay of at least:

- 48 hours for the mother and newborn child following a normal vaginal delivery.

- 96 hours for the mother and newborn child following a cesarean section delivery.

If the mother agrees, the attending provider may discharge the mother and/or the newborn child earlier than these minimum time frames. If discharge occurs earlier than these minimum time frames, Benefits include, but not to be limited to at least one home care visit, parent education, assistance and training in breast or bottle feeding and the performance of any necessary and appropriate clinical tests. The first home visit must be conducted by a registered nurse, Physician, or certified nurse midwife; and any subsequent home visit determined to be clinically necessary be provided by a licensed health care provider.

Please note: For the purposes of this section attending Physician includes attending obstetrician, pediatrician or certified nurse midwife attending the mother and newly born child.

## 25. Preimplantation Genetic Testing (PGT) and Related Services

Preimplantation Genetic Testing (PGT) performed to identify and to prevent genetic medical conditions from being passed onto offspring. To be eligible for Benefits the following must be met:

- PGT must be ordered by a Physician after Genetic Counseling.

- The genetic medical condition, if passed onto offspring, would result in significant health problems or severe disability and be caused by a single gene (detectable by PGT-M) or structural changes of a parents' chromosome (detectable by PGT-SR).

- Benefits are limited to PGT for the specific genetic disorder and the following related services when provided by or under the supervision of a Physician:

- Ovulation induction (or controlled ovarian stimulation).
- Egg retrieval, fertilization and embryo culture.
- Embryo biopsy.
- Embryo transfer.
- Cryo-preservation and short-term embryo storage (less than one year).

Benefits are not available for long-term storage costs (greater than one year).

## 26. Preventive Care Services

Preventive care services provided on an outpatient basis at a Physician's office, an Alternate Facility or a Hospital encompass medical services that have been demonstrated by clinical evidence to be safe and effective in either the early detection of disease or in the prevention of disease, have been proven to have a beneficial effect on health outcomes and include the following as required under applicable law:

- Evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the *United States Preventive Services Task Force* (www.uspreventiveservicestaskforce.org), including screening colonoscopy or sigmoidoscopy.

- Immunizations for: (i) routine childhood immunizations for residents of the commonwealth; and (ii) immunizations for residents of the commonwealth who are 19 years of age and older according to the most recent schedules recommended by the *Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention* (CDC)(www.cdc.gov).

- With respect to infants, children and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the *Health Resources and Services Administration* (HRSA)(www.hrsa.gov), including screening for lead poisoning. For purposes of this Benefit, "preventive care services" means physician's office services rendered to an Enrolled Dependent child from the date of birth through the attainment of six years of age, including physical exam, history, measurements, sensory screening, neuropsychiatric evaluation and development screening assessments at the following intervals: six times during the child's first year after birth; three times during the next year; and annually thereafter until age six.

- With respect to women, such additional preventive care and screenings as provided for in comprehensive guidelines supported by the *Health Resources and Services Administration (HRSA)(www.hrsa.gov).*

  Benefits defined under the *Health Resources and Services Administration (HRSA)* requirement include:

- Lactation counseling and education services to ensure the successful initiation and maintenance of breastfeeding. Contact us at www.myuhc.com or the telephone number on your ID card, or ask your Primary Care Provider, if you have any questions or need assistance locating a provider for these services.

- One breast pump per Pregnancy in conjunction with childbirth. Breast pumps must be ordered by or provided by a Physician. You can find more information on how to access Benefits for breast pumps by contacting us at www.myuhc.com or the telephone number on your ID card.

  If more than one breast pump can meet your needs, Benefits are available only for the most cost effective pump. We will determine the following:

  - Which pump is the most cost effective.
  - Whether the pump should be purchased or rented (and the duration of any rental).
  - Timing of purchase or rental.

## 27. Prosthetic Devices

External prosthetic devices that replace a limb or a body part, limited to:

- Artificial arms, legs, feet and hands.

- Artificial face, eyes, ears and nose.

- Breast prosthesis as required by the *Women's Health and Cancer Rights Act of 1998.* Benefits include mastectomy bras. Benefits for lymphedema stockings for the arm are provided as described under *Durable Medical Equipment (DME), Orthotics and Supplies.*

Benefits are provided only for external prosthetic devices and do not include any device that is fully implanted into the body. Internal prosthetics are a Covered Health Care Service for which Benefits are available under the applicable medical/surgical Covered Health Care Service categories in this *Certificate.*

If more than one prosthetic device can meet your functional needs, Benefits are available only for the prosthetic device that meets the minimum specifications for your needs. If you purchase a prosthetic device that exceeds these minimum specifications, we will pay only the amount that we would have paid for the prosthetic that meets the minimum specifications, and you will be responsible for paying any difference in cost.

The prosthetic device must be ordered or provided by, or under the direction of a Physician.

Benefits are available for repairs and replacement, except as described in *Section 2: Exclusions and Limitations,* under *Devices, Appliances and Prosthetics.*

## 28. Reconstructive Procedures

Reconstructive procedures when the primary purpose of the procedure is either of the following:

- Treatment of a medical condition.

- Improvement or restoration of physiologic function.

Reconstructive procedures include surgery or other procedures which are related to an Injury, Sickness or Congenital Anomaly. This includes the necessary care and treatment of medically diagnosed Congenital Anomalies in newly born and adoptive children enrolled under the Policy. The primary result of the procedure is not a changed or improved physical appearance.

Cosmetic Procedures are excluded from coverage. Procedures that correct an anatomical Congenital Anomaly without improving or restoring physiologic function are considered Cosmetic Procedures. The fact that you may suffer psychological consequences or socially avoidant behavior as a result of an Injury, Sickness or Congenital Anomaly does not classify surgery (or other procedures done to relieve such consequences or behavior) as a reconstructive procedure.

Please note that Benefits for reconstructive procedures include breast reconstruction following a mastectomy, and reconstruction of the non-affected breast to achieve symmetry. Other services required by the *Women's Health and Cancer Rights Act of 1998*, including breast prostheses and treatment of complications, are provided in the same manner and at the same level as those for any other Covered Health Care Service. You can call us at the telephone number on your ID card for more information about Benefits for mastectomy-related services.

## 29. Rehabilitation Services - Outpatient Therapy and Manipulative Treatment

Short-term outpatient rehabilitation services limited to:

- Physical therapy.

- Occupational therapy.

- Manipulative Treatment.

- Speech therapy.

- Pulmonary rehabilitation therapy.

- Cardiac rehabilitation therapy.

- Post-cochlear implant aural therapy.

- Cognitive rehabilitation therapy.

Rehabilitation services must be performed by a Physician or by a licensed therapy provider. Benefits include rehabilitation services provided in a Physician's office or on an outpatient basis at a Hospital or Alternate Facility. Rehabilitative services provided in your home by a Home Health Agency are provided as described under *Home Health Care*. Rehabilitative services provided in your home other than by a Home Health Agency are provided as described under this section.

Benefits can be denied or shortened when either of the following applies:

- You are not progressing in goal-directed rehabilitation services.

- Rehabilitation goals have previously been met.

Benefits are not available for maintenance/preventive treatment.

For outpatient rehabilitative services for speech therapy we will pay Benefits for the treatment of disorders of speech, language, voice, communication and auditory processing only when the disorder results from Injury, stroke, cancer, or Congenital Anomaly. We will pay Benefits for cognitive rehabilitation therapy only when Medically Necessary following a post-traumatic brain Injury or stroke.

## 30. Scopic Procedures - Outpatient Diagnostic and Therapeutic

Diagnostic and therapeutic scopic procedures and related services received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office.

Diagnostic scopic procedures are those for visualization, biopsy and polyp removal. Examples of diagnostic scopic procedures include:

- Colonoscopy.

- Sigmoidoscopy.

- Diagnostic endoscopy.

Please note that Benefits do not include surgical scopic procedures, which are for the purpose of performing surgery. Benefits for surgical scopic procedures are described under *Surgery - Outpatient*.

Benefits include:

- The facility charge and the charge for supplies and equipment.

- Physician services for radiologists, anesthesiologists and pathologists. (Benefits for all other Physician services are described under *Physician Fees for Surgical and Medical Services*.)

Benefits that apply to certain preventive screenings are described under *Preventive Care Services*.

## 31. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services

Services and supplies provided during an Inpatient Stay in a Skilled Nursing Facility or Inpatient Rehabilitation Facility. Benefits are available for:

- Supplies and non-Physician services received during the Inpatient Stay.

- Room and board in a Semi-private Room (a room with two or more beds).

- Physician services for radiologists, anesthesiologists and pathologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services*.)

Please note that Benefits are available only if both of the following are true:

- If the first confinement in a Skilled Nursing Facility or Inpatient Rehabilitation Facility was or will be a cost effective option to an Inpatient Stay in a Hospital.

- You will receive Skilled Care services that are not primarily Custodial Care.

We will determine if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management.

Benefits can be denied or shortened when either of the following applies:

- You are not progressing in goal-directed rehabilitation services.

- Discharge rehabilitation goals have previously been met.

## 32. Surgery - Outpatient

Surgery and related services received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office.

Benefits include certain scopic procedures. Examples of surgical scopic procedures include:

- Arthroscopy.

- Laparoscopy.

- Bronchoscopy.

- Hysteroscopy.

Examples of surgical procedures performed in a Physician's office are mole removal, ear wax removal, and cast application.

Benefits include:

- The facility charge and the charge for supplies and equipment.

- Physician services for radiologists, anesthesiologists and pathologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services.*)

## 33. Therapeutic Treatments - Outpatient

Therapeutic treatments received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office, including:

- Dialysis (both hemodialysis and peritoneal dialysis).

- Intravenous chemotherapy or other intravenous infusion therapy.

- Radiation oncology.

Covered Health Care Services include medical education services that are provided on an outpatient basis at a Hospital or Alternate Facility by appropriately licensed or registered health care professionals when both of the following are true:

- Education is required for a disease in which patient self-management is a part of treatment.

- There is a lack of knowledge regarding the disease which requires the help of a trained health professional.

Benefits include:

- The facility charge and the charge for related supplies and equipment.

- Physician services for anesthesiologists, pathologists and radiologists. Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services*.

## 34. Transplantation Services

COC22.INS.2018.LG.MA                    28

Organ and tissue transplants, including CAR-T cell therapy for malignancies, when ordered by a Physician. Benefits are available for transplants when the transplant meets the definition of a Covered Health Care Service, and is not an Experimental or Investigational or Unproven Service.

Examples of transplants for which Benefits are available include:

- Bone marrow, including CAR-T cell therapy for malignancies and bone marrow transplants for Covered Persons with breast cancer that has progressed to metastatic disease.

- Heart.

- Heart/lung.

- Lung.

- Kidney.

- Kidney/pancreas.

- Liver.

- Liver/small intestine.

- Pancreas.

- Small intestine.

- Cornea.

Benefits are available for human leukocyte antigen testing or histocompatibility locus antigen testing, including testing for A, B, or DR antigens or any combination thereof, necessary to establish bone marrow transplant donor suitability.

Donor costs related to transplantation are Covered Health Care Services and are payable through the organ recipient's coverage under the Policy, limited to donor:

- Identification.

- Evaluation.

- Organ removal.

- Direct follow-up care.

You can call us at the telephone number on your ID card for information about our specific guidelines regarding Benefits for transplant services.

## 35. Urgent Care Center Services

Covered Health Care Services received at an Urgent Care Center. When services to treat urgent health care needs are provided in a Physician's office, Benefits are available as described under *Physician's Office Services - Sickness and Injury*.

## 36. Urinary Catheters

Benefits for indwelling and intermittent urinary catheters for incontinence or retention.

Benefits include related urologic supplies for indwelling catheters limited to:

- Urinary drainage bag and insertion tray (kit).

- Anchoring device.

- Irrigation tubing set

## 37. Virtual Care Services

Virtual care for Covered Health Care Services that includes the diagnosis and treatment of less serious medical conditions. Virtual care provides communication of medical information in real-time between the patient and a distant Physician or health specialist, outside of a medical facility (for example, from home or from work).

Benefits are available only when services are delivered through a Designated Virtual Network Provider. You can find a Designated Virtual Network Provider by contacting us at www.myuhc.com or the telephone number on your ID card.

Benefits are available for the following:

- Urgent on-demand health care delivered through live audio with video conferencing or audio only technology for treatment of acute but non-emergency medical needs.

**Please Note**: Not all medical conditions can be treated through virtual care. The Designated Virtual Network Provider will identify any condition for which treatment by in-person Physician contact is needed.

Benefits do not include email, or fax and standard telephone calls, or for services that occur within medical facilities (*CMS* defined originating facilities).

## 38. Wigs

Scalp hair prostheses worn for hair loss suffered as a result of cancer or leukemia treatment. Wigs and other scalp hair prostheses regardless of the reason for hair loss.

## Additional Benefits Required By Massachusetts Law

## 39. Autism Spectrum Disorder Treatment

Benefits are provided for therapy services provided by a licensed or certified speech therapist, occupational therapist or physical therapist for the treatment of Autism Spectrum Disorders.

Coverage is not provided for services related to Autism Spectrum Disorders provided under an individualized education program (IEP), including any services provided under an IEP that are delivered by school personnel or any services provided under an IEP purchased from a contractor or vendor.

For purposes of this section, the following defined terms apply:

Autism services provider - a person, entity or group that provides treatment of Autism Spectrum Disorders;

Autism spectrum disorders - any of the pervasive developmental disorders as defined by the most recent edition of the Diagnostic and Statistical Manual of Mental Disorders, including autistic disorder,

Asperger's disorder and pervasive developmental disorders not otherwise specified.

Board certified behavior analyst - a behavior analyst credentialed by the behavior analyst certification board as a board certified behavior analyst;

Habilitative or rehabilitative care - professional, counseling and guidance services and treatment programs, including, but not limited to, applied behavior analysis supervised by a board certified behavior analyst, that are necessary to develop, maintain and restore, to the maximum extent practicable, the functioning of an individual;

Pharmacy care - medications prescribed by a licensed physician and health-related services deemed medically necessary to determine the need or effectiveness of the medications, to the same extent that pharmacy care is provided by the contract for other medical conditions;

Psychiatric care - direct or consultative services provided by a psychiatrist licensed in the state in which the psychiatrist practices;

Psychological care - direct or consultative services provided by a psychologist licensed in the state in which the psychologist practices; and

Therapeutic care - services provided by licensed or certified speech therapists, occupational therapists, physical therapists or social workers.

Applied behavior analysis: the design, implementation and evaluation of environmental modifications, using behavioral stimuli and consequences, to produce socially significant improvement in human behavior, including the use of direct observation, measurement and functional analysis of the relationship between environment and behavior.

Diagnosis of autism spectrum disorders: Medically Necessary assessments, evaluations including neuropsychological evaluations, Genetic Testing or other tests to diagnose whether an individual has 1 of the autism spectrum disorders.

Treatment of autism spectrum disorders: includes the following care prescribed, provided or ordered for an individual diagnosed with 1 of the autism spectrum disorders by a licensed physician or a licensed psychologist who determines the care to be medically necessary: habilitative or rehabilitative care; pharmacy care; psychiatric care; psychological care; and therapeutic care.

## 40. Early Intervention Services

Medically appropriate early intervention services provided to children younger than three years of age and delivered by certified early intervention specialists in accordance with applicable certification requirements and as defined in the early intervention operational standards established by the Massachusetts Department of Public Health. Such services must be provided by certified early intervention specialists who are working in early intervention programs approved by the Massachusetts Department of Public Health.

## 41. HIV-Associated Lipodystrophy Treatment

Coverage for medical or drug treatments to correct or repair disturbances of body composition caused by HIV associated lipodystrophy syndrome to the same extent as Benefits would be provided for the treatment of other conditions including, but not limited to, reconstructive surgery, such as suction assisted lipectomy, other restorative procedures and dermal injections or fillers for reversal of facial lipoatrophy syndrome. A statement from a treating provider that the treatment is necessary for correcting, repairing or ameliorating the effects of HIV associated lipodystrophy syndrome is required.

## 42. Hormone Replacement Therapy and Contraceptive Services

Hormone replacement therapy services for peri and post-menopausal women and outpatient contraceptive services. For purposes of this Benefit, "outpatient contraceptive services" means patient education and counseling, examinations, procedures, management of side effects, counseling for continued adherence and device insertion and removal and medical services provided on an outpatient basis and related to the use of contraceptive methods to prevent pregnancy that have been approved by the *Federal Food and Drug Administration (FDA)*. This includes over-the-counter or dispensed FDA-approved emergency contraception. Benefits are not subject to deductibles, Co-payments and/or Co-insurance when provided in accordance with the comprehensive guidelines supported by Massachusetts law. Unless your Physician recommends a particular FDA-approved oral contraceptive, FDA-approved oral contraceptive drugs that do not have a therapeutic equivalent may be subject to a cost-share. In the event of an appeal of an adverse determination of a request for coverage of an alternative FDA-approved contraceptive drug, device or other product without cost-sharing shall be subject to the expedited grievance process.

Benefits for contraceptive drugs and devices are described under the Outpatient Prescription Drug Rider.

## 43. Hypodermic Needles and Syringes

Medically appropriate hypodermic syringes or hypodermic needles when prescribed by a Physician.

## 44. Lyme Disease Treatment

Patient care services provided for the treatment of chronic lyme disease to the same extent as Benefits would be provided for the treatment of other conditions, including evaluation, diagnostic testing, and long-term antibiotic treatment when ordered by a Physician who has made a thorough evaluation of the patient's symptoms, diagnostic test results, and response to treatment. Patient care services provided for the treatment of chronic lyme disease will not be denied solely because such services may be characterized as unproven, experimental or investigational in nature if Benefits are generally provided for such services for the treatment of conditions other than chronic lyme disease.

## 45. Speech, Hearing, and Language Disorders

Outpatient rehabilitation services for the diagnosis and treatment of speech, hearing and language disorders performed by a Physician or by a licensed therapy provider, including a licensed speech-language pathologist or a licensed audiologist acting within the scope of his or her license. Benefits under this section include rehabilitation services provided in a Physician's office or on an outpatient basis at a Hospital or Alternate Facility.

Please note that we will pay Benefits for speech therapy for the treatment of disorders of speech, language, voice, communication and auditory processing only when the disorder results from Injury, stroke, cancer, Congenital Anomaly, or Autism Spectrum Disorders.

## 46. Treatment of Cleft Lip or Palate or Both

Coverage of treatment of cleft lip or palate or both for children under the age of 18 for medical, dental, oral and facial surgery, surgical management, and follow-up care by oral and plastic surgeons, orthodontic treatment and management, preventive and restorative dentistry to ensure good health and adequate dental structures for orthodontic treatment or prosthetic management therapy, speech therapy, audiology, and nutrition services. Services must be provided by or under the direction of a Physician or surgeon who certifies that the services are medically necessary and consequent to the treatment of the cleft lip or palate, or both.

# Section 2: Exclusions and Limitations

## How Do We Use Headings in this Section?

To help you find exclusions, we use headings (for example *A. Alternative Treatments* below). The headings group services, treatments, items, or supplies that fall into a similar category. Exclusions appear under the headings. A heading does not create, define, change, limit or expand an exclusion. All exclusions in this section apply to you.

## We Do Not Pay Benefits for Exclusions

We will not pay Benefits for any of the services, treatments, items or supplies described in this section, even if either of the following is true:

- It is recommended or prescribed by a Physician.

- It is the only available treatment for your condition.

The services, treatments, items or supplies listed in this section are not Covered Health Care Services, except as may be specifically provided for in *Section 1: Covered Health Care Services* or through a Rider to the Policy.

## Where Are Benefit Limitations Shown?

When Benefits are limited within any of the Covered Health Care Service categories described in *Section 1: Covered Health Care Services*, those limits are stated in the corresponding Covered Health Care Service category in the *Schedule of Benefits*. Limits may also apply to some Covered Health Care Services that fall under more than one Covered Health Care Service category. When this occurs, those limits are also stated in the *Schedule of Benefits* table. Please review all limits carefully, as we will not pay Benefits for any of the services, treatments, items or supplies that exceed these Benefit limits.

***Please note that in listing services or examples, when we say "this includes," it is not our intent to limit the description to that specific list. When we do intend to limit a list of services or examples, we state specifically that the list "is limited to."***

## A. Alternative Treatments

1. Acupressure and acupuncture.

2. Aromatherapy.

3. Hypnotism.

4. Massage therapy.

5. Rolfing.

6. Wilderness, adventure, camping, outdoor, or other similar programs.

7. Art therapy, music therapy, dance therapy, animal-assisted therapy, and other forms of alternative treatment as defined by the *National Center for Complementary and Integrative Health (NCCIH)* of the *National Institutes of Health*. This exclusion does not apply to Manipulative Treatment and non-manipulative osteopathic care for which Benefits are provided as described in *Section 1: Covered Health Care Services*.

## B. Dental

1. Dental care (which includes dental X-rays, supplies and appliances and all related expenses, including hospitalizations and anesthesia).

   This exclusion does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in *Section 1: Covered Health Care Services.*

This exclusion does not apply to dental care (oral exam, X-rays, extractions and non-surgical elimination of oral infection) required for the direct treatment of a medical condition for which Benefits are available under the Policy, limited to:

- Transplant preparation.
- Prior to the initiation of immunosuppressive drugs.
- The direct treatment of acute traumatic Injury, cancer or cleft palate or cleft lip/palate as described under *Treatment of Cleft Lip or Palate or Both* in *Section 1: Covered Health Care Services*.

Dental care that is required to treat the effects of a medical condition, but that is not necessary to directly treat the medical condition, is excluded. Examples include treatment of tooth decay or cavities resulting from dry mouth after radiation treatment or as a result of medication.

Endodontics, periodontal surgery and restorative treatment are excluded.

2. Preventive care, diagnosis, treatment of or related to the teeth, jawbones or gums. Examples include:

- Removal, restoration and replacement of teeth. This exclusion does not apply to the surgical removal of complete bony impacted teeth.
- Medical or surgical treatments of dental conditions.
- Services to improve dental clinical outcomes.

This exclusion does not apply to preventive care for which Benefits are provided under the *United States Preventive Services Task Force* requirement or the *Health Resources and Services Administration (HRSA) requirement.* This exclusion also does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in *Section 1: Covered Health Care Services.*

This exclusion also does not apply to dental services for which Benefits are provided as described under *Treatment of Cleft Lip or Palate or Both* in *Section 1: Covered Health Care Services*.

3. Dental implants, bone grafts and other implant-related procedures. This exclusion does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in *Section 1: Covered Health Care Services.*

4. Dental braces (orthodontics). This exclusion does not apply to cleft lip/palate - related dental services for which Benefits are provided as described under *Treatment of Cleft Lip or Palate or Both* in *Section 1: Covered Health Care Services.*

5. Treatment of congenitally missing, malpositioned or supernumerary teeth, even if part of a Congenital Anomaly. This exclusion does not apply to dental services for which Benefits are provided as described under *Treatment of Cleft Lip or Palate or Both* in *Section 1: Covered Health Care Services*.

## C. Devices, Appliances and Prosthetics

1. Devices used as safety items or to help performance in sports-related activities.

2. Orthotic appliances that straighten or re-shape a body part. Examples include foot orthotics and some types of braces, including over-the-counter orthotic braces. This exclusion does not apply to cranial molding helmets and cranial banding that meet clinical criteria. This exclusion does not apply to braces for which Benefits are provided as described under *Durable Medical Equipment (DME), Orthotics and Supplies* in *Section 1: Covered Health Care Services.*

3. The following items are excluded, even if prescribed by a Physician:

- Blood pressure cuff/monitor.
- Enuresis alarm.

- ▪ Non-wearable external defibrillator.
- ▪ Trusses.
- ▪ Ultrasonic nebulizers.

4. Devices and computers to help in communication and speech except for dedicated speech generating devices and tracheo-esophageal voice devices for which Benefits are provided as described under *Durable Medical Equipment (DME), Orthotics and Supplies* in *Section 1: Covered Health Care Services.*

5. Oral appliances for snoring.

6. Repair or replacement of prosthetic devices due to misuse, malicious damage or gross neglect or to replace lost or stolen items.

7. Diagnostic or monitoring equipment purchased for home use, unless otherwise described as a Covered Health Care Service.

8. Powered and non-powered exoskeleton devices.

## D. Drugs

1. Prescription drug products for outpatient use that are filled by a prescription order or refill.

2. Self-administered or self-infused medications. This exclusion does not apply to medications which, due to their traits (as determined by us), must typically be administered or directly supervised by a qualified provider or licensed/certified health professional in an outpatient setting. This exclusion does not apply to certain hemophilia treatment centers that are contracted with a specific hemophilia treatment center fee schedule that allows medications used to treat bleeding disorders to be dispensed directly to Covered Persons for self-administration.

3. Non-injectable medications given in a Physician's office. This exclusion does not apply to non-injectable medications that are required in an Emergency and used while in the Physician's office.

4. Over-the-counter drugs and treatments when not prescribed by a health care provider.

5. Growth hormone therapy.

6. Certain New Pharmaceutical Products and/or new dosage forms until the date as determined by us or our designee, but no later than December 31st of the following calendar year.

    This exclusion does not apply if you have a life-threatening Sickness or condition (one that is likely to cause death within one year of the request for treatment). If you have a life-threatening Sickness or condition, under such circumstances, Benefits may be available for the New Pharmaceutical Product to the extent provided in *Section 1: Covered Health Care Services.*

7. A Pharmaceutical Product that contains (an) active ingredient(s) available in and therapeutically equivalent (having essentially the same efficacy and adverse effect profile) to another covered Pharmaceutical Product. Such determinations may be made up to six times during a calendar year.

8. A Pharmaceutical Product that contains (an) active ingredient(s) which is (are) a modified version of and therapeutically equivalent (having essentially the same efficacy and adverse effect profile) to another covered Pharmaceutical Product. Such determinations may be made up to six times during a calendar year.

9. A Pharmaceutical Product with an approved biosimilar or a biosimilar and therapeutically equivalent (having essentially the same efficacy and adverse effect profile) to another covered Pharmaceutical Product. For the purpose of this exclusion a "biosimilar" is a biological Pharmaceutical Product approved based on showing that it is highly similar to a reference product (a biological Pharmaceutical Product) and has no clinically meaningful differences in terms of safety and effectiveness from the reference product. Such determinations may be made up to six times per calendar year.

10. Certain Pharmaceutical Products for which there are therapeutically equivalent (having essentially the same efficacy and adverse effect profile) alternatives available, unless otherwise required by law or approved by us. Such determinations may be made up to six times during a calendar year.

11. Certain Pharmaceutical Products that have not been prescribed by a Specialist.

12. Compounded drugs that contain certain bulk chemicals. Compounded drugs that are available as a similar commercially available Pharmaceutical Product.

## E. Experimental or Investigational or Unproven Services

Experimental or Investigational and Unproven Services and all services related to Experimental or Investigational and Unproven Services are excluded. The fact that an Experimental or Investigational or Unproven Service, treatment, device or pharmacological regimen is the only available treatment for a particular condition will not result in Benefits if the procedure is considered to be Experimental or Investigational or Unproven in the treatment of that particular condition.

This exclusion does not apply to Covered Health Care Services provided during a clinical trial for which Benefits are provided as described under *Clinical Trials* in *Section 1: Covered Health Care Services.*

## F. Foot Care

1. Routine foot care. Examples include the cutting or removal of corns and calluses. This exclusion does not apply to preventive foot care if you have diabetes for which Benefits are provided as described under *Diabetes Services* in *Section 1: Covered Health Care Services*.

2. Nail trimming, cutting, or debriding.

3. Hygienic and preventive maintenance foot care. Examples include:

   - Cleaning and soaking the feet.

   - Applying skin creams in order to maintain skin tone.

   This exclusion does not apply to preventive foot care if you are at risk of neurological or vascular disease arising from diseases such as diabetes.

4. Treatment of flat feet.

5. Treatment of subluxation of the foot.

6. Shoes. This exclusion does not apply to therapeutic/molded shoes inserts for which Benefits are provided as described under *Diabetes Services* in *Section 1: Covered Health Care Services*.

7. Shoe orthotics.

8. Shoe inserts. This exclusion does not apply to therapeutic/molded shoes inserts for which Benefits are provided as described under *Diabetes Services* in *Section 1: Covered Health Care Services*.

9. Arch supports.

## G. Medical Supplies and Equipment

1. Prescribed or non-prescribed medical supplies and disposable supplies. Examples include:

   - Compression stockings.

   - Ace bandages.

   - Gauze and dressings.

   This exclusion does not apply to:

   - Disposable supplies necessary for the effective use of DME or prosthetic devices for which Benefits are provided as described under *Durable Medical Equipment (DME), Orthotics and*

      *Supplies* and *Prosthetic Devices* in *Section 1: Covered Health Care Services.* This exception does not apply to supplies for the administration of medical food products.

- Diabetic supplies for which Benefits are provided as described under *Diabetes Services* in *Section 1: Covered Health Care Services*.

- Ostomy supplies for which Benefits are provided as described under *Ostomy Supplies* in *Section 1: Covered Health Care Services.*

- Urinary catheters and related urologic supplies for which Benefits are provided as described under *Urinary Catheters* in *Section 1: Covered Health Care Services*.

2. Tubings and masks except when used with DME as described under *Durable Medical Equipment (DME), Orthotics and Supplies* in *Section 1: Covered Health Care Services.*

3. Prescribed or non-prescribed publicly available devices, software applications and/or monitors that can be used for non-medical purposes.

4. Repair or replacement of DME or orthotics due to misuse, malicious damage or gross neglect or to replace lost or stolen items.

## H. Mental Health Care and Substance-Related and Addictive Disorders

In addition to all other exclusions listed in this *Section 2: Exclusions and Limitations*, the exclusions listed directly below apply to services described under *Mental Health Care and Substance-Related and Addictive Disorders Services* in *Section 1: Covered Health Care Services.*

1. Services performed in connection with conditions not classified in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders or Diagnostic and Statistical Manual of the American Psychiatric Association*.

2. Outside of an assessment, services as treatments for a primary diagnosis of conditions and problems that may be a focus of clinical attention, but are specifically noted not to be mental disorders within the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

3. Services that are solely educational in nature or otherwise paid under state or federal law for purely educational purposes.

4. Tuition or services that are school-based for children and adolescents required to be provided by, or paid for by, the school under the *Individuals with Disabilities Education Act.*

5. Outside of an assessment, unspecified disorders for which the provider is not obligated to provide clinical rationale as defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association.*

6. Transitional Living services.

7. Non-Medical 24-Hour Withdrawal Management.

8. High intensity residential care, including *American Society of Addiction Medicine (ASAM) Criteria* for Covered Persons with substance-related and addictive disorders who are unable to participate in their care due to significant cognitive impairment.

## I. Nutrition

1. Individual and group nutritional counseling, including non-specific disease nutritional education such as general good eating habits, calorie control or dietary preferences. This exclusion does not apply to preventive care for which Benefits are provided under the *United States Preventive Services Task Force* requirement. This exclusion also does not apply to medical nutritional education services that are provided as part of treatment for a disease by appropriately licensed or registered health care professionals when both of the following are true:

- Nutritional education is required for a disease in which patient self-management is a part of treatment.
- There is a lack of knowledge regarding the disease which requires the help of a trained health professional.

2. Food of any kind, infant formula, standard milk-based formula, and donor breast milk. This exclusion does not apply to enteral formula and other modified food products for which Benefits are provided as described under *Enteral Nutrition* in *Section 1: Covered Health Care Services*.

3. Nutritional or cosmetic therapy using high dose or mega quantities of vitamins, minerals or elements and other nutrition-based therapy. Examples include supplements and electrolytes.

## J. Personal Care, Comfort or Convenience

1. Television.

2. Telephone.

3. Beauty/barber service.

4. Guest service.

5. Supplies, equipment and similar incidental services and supplies for personal comfort. Examples include:

- Air conditioners, air purifiers and filters and dehumidifiers.
- Batteries and battery chargers.
- Breast pumps. This exclusion does not apply to breast pumps for which Benefits are provided under the *Health Resources and Services Administration (HRSA)* requirement*.*
- Car seats.
- Chairs, bath chairs, feeding chairs, toddler chairs, chair lifts and recliners.
- Exercise equipment.
- Home modifications such as elevators, handrails and ramps.
- Hot and cold compresses.
- Hot tubs.
- Humidifiers.
- Jacuzzis.
- Mattresses.
- Medical alert systems.
- Motorized beds.
- Music devices.
- Personal computers.
- Pillows.
- Power-operated vehicles.
- Radios.
- Saunas.
- Stair lifts and stair glides.
- Strollers.

- Safety equipment.
- Treadmills.
- Vehicle modifications such as van lifts.
- Video players.
- Whirlpools.

## K. Physical Appearance

1. Cosmetic Procedures. See the definition in *Section 9: Defined Terms*. Examples include:

   - Pharmacological regimens, nutritional procedures or treatments.
   - Scar or tattoo removal or revision procedures (such as salabrasion, chemosurgery and other such skin abrasion procedures).
   - Skin abrasion procedures performed as a treatment for acne.
   - Liposuction or removal of fat deposits considered undesirable, including fat accumulation under the male breast and nipple. This exclusion does not apply to liposuction for which Benefits are provided as described under Reconstructive Procedures in *Section 1: Covered Health Care Services.*
   - Treatment for skin wrinkles or any treatment to improve the appearance of the skin.
   - Treatment for spider veins.
   - Sclerotherapy treatment of veins.
   - Hair removal or replacement by any means, except for hair removal as part of genital reconstruction prescribed by a Physician for the treatment of gender dysphoria.

2. Replacement of an existing breast implant if the earlier breast implant was performed as a Cosmetic Procedure. Note: Replacement of an existing breast implant is considered reconstructive if the first breast implant followed mastectomy. See *Reconstructive Procedures* in *Section 1: Covered Health Care Services*.

3. Treatment of benign gynecomastia (abnormal breast enlargement in males).

4. Physical conditioning programs such as athletic training, body-building, exercise, fitness, or flexibility.

5. Weight loss programs whether or not they are under medical supervision. Weight loss programs for medical reasons are also excluded.

6. Wigs. This exclusion does not apply to scalp hair prosthesis for which Benefits are provided as described under *Wigs* in *Section 1: Covered Health Care Services.*

## L. Procedures and Treatments

1. Removal of hanging skin on any part of the body. Examples include plastic surgery procedures called abdominoplasty and brachioplasty.

2. Medical and surgical treatment of excessive sweating (hyperhidrosis).

3. Medical and surgical treatment for snoring, except when provided as a part of treatment for documented obstructive sleep apnea.

4. Rehabilitation services and Manipulative Treatment to improve general physical conditions that are provided to reduce potential risk factors, where improvement is not expected, including routine, long-term or maintenance/preventive treatment.

5. Rehabilitation services for speech therapy except as required for treatment of a speech impediment or speech dysfunction that results from Injury, stroke, cancer, or Congenital Anomaly.

6.     Habilitative services for maintenance/preventive treatment.

7.     Outpatient cognitive rehabilitation therapy except as Medically Necessary following a post-traumatic brain Injury or stroke.

8.     Physiological treatments and procedures that result in the same therapeutic effects when performed on the same body region during the same visit or office encounter.

9.     Biofeedback.

10.    Services for the evaluation and treatment of TMJ, whether the services are considered to be medical or dental in nature.

11.    Upper and lower jawbone surgery, orthognathic surgery, and jaw alignment. This exclusion does not apply to reconstructive jaw surgery required for you because of a Congenital Anomaly, acute traumatic Injury, dislocation, tumors, cancer or obstructive sleep apnea.

12.    Surgical and non-surgical treatment of obesity.

13.    Stand-alone multi-disciplinary tobacco cessation programs. These are programs that usually include health care providers specializing in tobacco cessation and may include a psychologist, social worker or other licensed or certified professionals. The programs usually include intensive psychological support, behavior modification techniques and medications to control cravings.

14.    Breast reduction surgery except as coverage is required by the *Women's Health and Cancer Rights Act of 1998* for which Benefits are described under *Reconstructive Procedures* in *Section 1: Covered Health Care Services*.

15.    Helicobacter pylori *(H. pylori)* serologic testing.

16.    Intracellular micronutrient testing.

17.    Cellular and Gene Therapy services not received from a Designated Provider.

## M. Providers

1.     Services performed by a provider who is a family member by birth or marriage. Examples include a spouse, brother, sister, parent or child. This includes any service the provider may perform on himself or herself.

2.     Services performed by a provider with your same legal address.

3.     Services provided at a Freestanding Facility or diagnostic Hospital-based Facility without an order written by a Physician or other provider. Services which are self-directed to a Freestanding Facility or diagnostic Hospital-based Facility. Services ordered by a Physician or other provider who is an employee or representative of a Freestanding Facility or diagnostic Hospital-based Facility, when that Physician or other provider:

▪      Has not been involved in your medical care prior to ordering the service, or

▪      Is not involved in your medical care after the service is received.

This exclusion does not apply to mammography.

## N. Reproduction

1.     The following infertility treatment-related services:

▪      Non-medical costs of donor services.

2.     The following services related to a Gestational Carrier or Surrogate:

♦      Assisted Reproductive Technology (ART).

♦      Artificial insemination.

♦      Intrauterine insemination.

♦   Obtaining and transferring embryo(s).

♦   Preimplantation Genetic Testing (PGT) and related services.

The exclusion for costs related to reproductive techniques does not apply when the Gestational Carrier or Surrogate is a Covered Person for whom Benefits are provided as described under *Infertility Services* and *Preimplantation Genetic Testing (PGT) and Related Services* in *Section 1: Covered Health Care Services*.

▪   Health care services including:

♦   Inpatient or outpatient prenatal care and/or preventive care.

♦   Screenings and/or diagnostic testing.

♦   Delivery and post-natal care.

The exclusion for the health care services listed above does not apply when the Gestational Carrier or Surrogate is a Covered Person.

▪   All fees including:

♦   Screening, hiring and compensation of a Gestational Carrier or Surrogate including surrogacy agency fees.

♦   Surrogate insurance premiums.

♦   Travel or transportation fees.

3.   Costs of donor eggs and donor sperm.

4.   The reversal of voluntary sterilization.

5.   In vitro fertilization that is not an Assisted Reproductive Technology for the treatment of infertility. This exclusion does not apply to in vitro fertilization for which Benefits are provided as described under *Preimplantation Genetic Testing (PGT) and Related Services* in *Section 1: Covered Health Care Services.*

## O. Services Provided under another Plan

1.   Health care services for when other coverage is required by federal, state or local law to be bought or provided through other arrangements. Examples include coverage required by workers' compensation, or similar legislation.

If coverage under workers' compensation or similar legislation is optional for you because you could elect it, or could have it elected for you, Benefits will not be paid for any Injury, Sickness or Mental Illness that would have been covered under workers' compensation or similar legislation had that coverage been elected.

2.   Services resulting from accidental bodily injuries arising out of a motor vehicle accident to the extent the services are payable under a medical expense payment provision of an automobile insurance policy.

3.   Health care services for treatment of military service-related disabilities, when you are legally entitled to other coverage and facilities are reasonably available to you.

4.   Health care services during active military duty.

## P. Transplants

1.   Health care services for organ and tissue transplants, except those described under *Transplantation Services* in *Section 1: Covered Health Care Services*.

2.   Health care services connected with the removal of an organ or tissue from you for purposes of a transplant to another person. (Donor costs that are directly related to organ removal are payable for a transplant through the organ recipient's Benefits under the Policy.)

3.    Health care services for transplants involving animal organs.

4.    Transplant services that are not performed at a Designated Facility. This exclusion does not apply to cornea transplants.

## Q. Travel

1.    Health care services provided in a foreign country, unless required as Emergency Health Care Services.

2.    Travel or transportation expenses, even though prescribed by a Physician. Some travel expenses related to Covered Health Care Services received from a Designated Provider may be paid back as determined by us. This exclusion does not apply to ambulance transportation for which Benefits are provided as described under *Ambulance Services* in *Section 1: Covered Health Care Services.*

## R. Types of Care

1.    Multi-disciplinary pain management programs provided on an inpatient basis for sharp, sudden pain or for worsened long term pain.

2.    Custodial Care or maintenance care.

3.    Domiciliary care.

4.    Private Duty Nursing.

5.    Respite care. This exclusion does not apply to respite care for which Benefits are provided as described under *Hospice Care* in *Section 1: Covered Health Care Services*.

6.    Rest cures.

7.    Services of personal care aides.

8.    Work hardening (treatment programs designed to return a person to work or to prepare a person for specific work).

## S. Vision and Hearing

1.    Cost and fitting charge for eyeglasses and contact lenses.

2.    Implantable lenses used only to fix a refractive error (such as *Intacs* corneal implants).

3.    Eye exercise or vision therapy.

4.    Surgery that is intended to allow you to see better without glasses or other vision correction. Examples include radial keratotomy, laser and other refractive eye surgery.

5.    Bone anchored hearing aids except when either of the following applies:

▪    You have craniofacial anomalies whose abnormal or absent ear canals prevent the use of a wearable hearing aid.

▪    You have hearing loss of sufficient severity that it would not be remedied enough by a wearable hearing aid.

More than one bone anchored hearing aid per Covered Person who meets the above coverage criteria during the entire period of time you are enrolled under the Policy.

Repairs and/or replacement for a bone anchored hearing aid when you meet the above coverage criteria, other than for malfunctions.

## T. All Other Exclusions

1.    Health care services and supplies that do not meet the definition of a Covered Health Care Service. Covered Health Care Services are those health services, including services, supplies, or Pharmaceutical Products, which we determine to be all of the following:

- Provided for the purpose of preventing, evaluating, diagnosing or treating a Sickness, Injury, Mental Illness, substance-related and addictive disorders, condition, disease or its symptoms.

- Medically Necessary.

- Described as a Covered Health Care Service in this *Certificate* under *Section 1: Covered Health Care Services* and in the *Schedule of Benefits.*

- Not otherwise excluded in this *Certificate* under *Section 2: Exclusions and Limitations.*

2. Physical, psychiatric or psychological exams, testing, all forms of vaccinations and immunizations or treatments that are otherwise covered under the Policy when:

- Required only for school, sports or camp, travel, career or employment, insurance, marriage or adoption.

- Related to judicial or administrative proceedings or orders. This exclusion does not apply to services that are determined to be Medically Necessary.

- Conducted for purposes of medical research. This exclusion does not apply to Covered Health Care Services provided during a clinical trial for which Benefits are provided as described under *Clinical Trials* in *Section 1: Covered Health Care Services.*

- Required to get or maintain a license of any type.

3. Health care services received as a result of war or any act of war, whether declared or undeclared or caused during service in the armed forces of any country. This exclusion does not apply if you are a civilian injured or otherwise affected by war, any act of war, or terrorism in non-war zones.

4. Health care services received after the date your coverage under the Policy ends. This applies to all health care services, even if the health care service is required to treat a medical condition that started before the date your coverage under the Policy ended.

5. Health care services when you have no legal responsibility to pay, or when a charge would not ordinarily be made in the absence of coverage under the Policy.

6. In the event an out-of-Network provider waives, does not pursue, or fails to collect, Co-payments, Co-insurance and/or any deductible or other amount owed for a particular health care service, no Benefits are provided for the health care service when the Co-payments, Co-insurance and/or deductible are waived.

7. Charges in excess of the Allowed Amount, when applicable, or in excess of any specified limitation.

8. Long term (more than 30 days) storage. Examples include cryopreservation of tissue, blood and blood products.

9. Autopsy.

10. Foreign language and sign language interpretation services offered by or required to be provided by a Network or out-of-Network provider.

11. Health care services related to a non-Covered Health Care Service: When a service is not a Covered Health Care Service, all services related to that non-Covered Health Care Service are also excluded. This exclusion does not apply to services we would otherwise determine to be Covered Health Care Services if the service treats complications that arise from the non-Covered Health Care Service.

For the purpose of this exclusion, a "complication" is an unexpected or unanticipated condition that is superimposed on an existing disease and that affects or modifies the prognosis of the original disease or condition. Examples of a "complication" are bleeding or infections, following a Cosmetic Procedure, that require hospitalization.

12. Health care services from an out-of-Network provider for non-emergent, sub-acute inpatient, or outpatient services at any of the following non-Hospital facilities: Alternate Facility, Freestanding

Facility, Residential Treatment Facility, Inpatient Rehabilitation Facility, and Skilled Nursing Facility received outside of the Covered Person's state of residence. For the purpose of this exclusion the "state of residence" is the state where the Covered Person is a legal resident, plus any geographically bordering adjacent state or, for a Covered Person who is a student, the state where they attend school during the school year. This exclusion does not apply in the case of an Emergency or if authorization has been obtained in advance.

# Section 3: When Coverage Begins

## How Do You Enroll?

Eligible Persons must complete an enrollment form given to them by the Group. The Group will submit the completed forms to us, along with any required Premium. We will not provide Benefits for health care services that you receive before your effective date of coverage.

## What If You Are Hospitalized When Your Coverage Begins?

We will pay Benefits for Covered Health Care Services when all of the following apply:

- You are an inpatient in a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility on the day your coverage begins.

- You receive Covered Health Care Services on or after your first day of coverage related to that Inpatient Stay.

- You receive Covered Health Care Services in accordance with the terms of the Policy.

These Benefits are subject to your previous carrier's obligations under state law or contract.

You should notify us of your hospitalization within 48 hours of the day your coverage begins, or as soon as reasonably possible. For plans that have a Network Benefit level, Network Benefits are available only if you receive Covered Health Care Services from Network providers.

## What If You Are Eligible for Medicare?

Your Benefits may be reduced if you are eligible for Medicare but do not enroll in and maintain coverage under both Medicare Part A and Part B.

Your Benefits may also be reduced if you are enrolled in a *Medicare Advantage* (Medicare Part C) plan but do not follow the rules of that plan. Please see *How Are Benefits Paid When You Are Medicare Eligible?* in *Section 8: General Legal Provisions* for more information about how Medicare may affect your Benefits.

## Who Is Eligible for Coverage?

The Group determines who is eligible to enroll and who qualifies as a Dependent.

### Eligible Person

Eligible Person usually refers to an employee or member of the Group who meets the eligibility rules. When an Eligible Person enrolls, we refer to that person as a Subscriber. For a complete definition of Eligible Person, Group and Subscriber, see *Section 9: Defined Terms*.

Eligible Persons must live within the United States.

If both spouses are Eligible Persons of the Group, each may enroll as a Subscriber or be covered as an Enrolled Dependent of the other, but not both.

### Dependent

Dependent generally refers to the Subscriber's spouse and children. When a Dependent enrolls, we refer to that person as an Enrolled Dependent. For a complete definition of Dependent and Enrolled Dependent, see *Section 9: Defined Terms*.

Dependents of an Eligible Person may not enroll unless the Eligible Person is also covered under the Policy.

If both parents of a Dependent child are enrolled as a Subscriber, only one parent may enroll the child as a Dependent.

## When Do You Enroll and When Does Coverage Begin?

Except as described below, Eligible Persons may not enroll themselves or their Dependents.

### Initial Enrollment Period

When the Group purchases coverage under the Policy from us, the Initial Enrollment Period is the first period of time when Eligible Persons can enroll themselves and their Dependents.

Coverage begins on the date shown in the Policy. We must receive the completed enrollment form and any required Premium within 31 days of the date the Eligible Person becomes eligible.

### Open Enrollment Period

The Group sets the Open Enrollment Period. During the Open Enrollment Period, Eligible Persons can enroll themselves and their Dependents.

Coverage begins on the date identified by the Group. We must receive the completed enrollment form and any required Premium within 31 days of the date the Eligible Person becomes eligible.

### New Eligible Persons

Coverage for a new Eligible Person and his or her Dependents begins on the date agreed to by the Group. We must receive the completed enrollment form and any required Premium within 31 days of the date the new Eligible Person first becomes eligible.

### Adding New Dependents

Subscribers may enroll Dependents who join their family because of any of the following events:

- Birth.
- Legal adoption.
- Placement for adoption.
- Marriage.
- Legal guardianship.
- Court or administrative order.
- Registering a Domestic Partner.

Coverage for the Dependent begins on the date of the event. We must receive the completed enrollment form and any required Premium within 31 days of the event.

### Special Enrollment Period

An Eligible Person and/or Dependent may also be able to enroll during a special enrollment period. A special enrollment period is not available to an Eligible Person and his or her Dependents if coverage under the prior plan ended for cause, or because premiums were not paid on a timely basis.

An Eligible Person and/or Dependent does not need to elect COBRA continuation coverage to preserve special enrollment rights. Special enrollment is available to an Eligible Person and/or Dependent even if COBRA is not elected.

A special enrollment period applies to an Eligible Person and any Dependents when one of the following events occurs:

- Birth.

COC22.INS.2018.LG.MA                    46

- Legal adoption.

- Placement for adoption.

- Marriage.

- Registering a Domestic Partner.

A special enrollment period also applies for an Eligible Person and/or Dependent who did not enroll during the Initial Enrollment Period or Open Enrollment Period if any of the following are true:

- The Eligible Person previously declined coverage under the Policy, but the Eligible Person and/or Dependent becomes eligible for a premium assistance subsidy under *Medicaid* or *Children's Health Insurance Program (CHIP)*. Coverage will begin only if we receive the completed enrollment form and any required Premium within 60 days of the date of determination of subsidy eligibility.

- The Eligible Person and/or Dependent had existing health coverage under another plan at the time they had an opportunity to enroll during the Initial Enrollment Period or Open Enrollment Period and coverage under the prior plan ended because of any of the following:

  - Loss of eligibility (including legal separation, divorce or death).

  - The employer stopped paying the contributions. This is true even if the Eligible Person and/or Dependent continues to receive coverage under the prior plan and to pay the amounts previously paid by the employer.

  - In the case of COBRA continuation coverage, the coverage ended.

  - The Eligible Person and/or Dependent no longer resides, lives or works in an HMO service area if no other benefit option is available.

  - The plan no longer offers benefits to a class of individuals that includes the Eligible Person and/or Dependent.

  - The Eligible Person and/or Dependent loses eligibility under *Medicaid* or *Children's Health Insurance Program (CHIP)*. Coverage will begin only if we receive the completed enrollment form and any required Premium within 60 days of the date coverage ended.

When an event takes place (for example, a birth, marriage or determination of eligibility for state subsidy), coverage begins on the date of the event. We must receive the completed enrollment form and any required Premium within 31 days of the event unless otherwise noted above.

For an Eligible Person and/or Dependent who did not enroll during the Initial Enrollment Period or Open Enrollment Period because they had existing health coverage under another plan, coverage begins on the day following the day coverage under the prior plan ends. Except as otherwise noted above, coverage will begin only if we receive the completed enrollment form and any required Premium within 31 days of the date coverage under the prior plan ended.

## Late Enrollees

A Late Enrollee is an Eligible Person or Dependent who does not enroll for coverage under the Policy when he or she is first eligible, and who does not enroll during the Initial Enrollment Period, Open Enrollment Period, or a special enrollment period as described above.

Coverage for a Late Enrollee begins on the date agreed to by the Group after we receive the completed enrollment form and any required Premium.

## Premiums

Premiums payable by or on behalf of Covered Persons are specified below:

| Coverage Classification | Monthly Premium |
| --- | --- |
| Employee Only | $858.65 |

Employee plus One Dependent                    $1,783.92

Employee plus Family                           $2,574.94

The Group is entitled to a minimum 10-day grace period before Policy Charge will be considered overdue.

Premium information is amended annually. You will receive notification on how to access your premium information.

# Section 4: When Coverage Ends

## General Information about When Coverage Ends

As permitted by law, we may end the Policy and/or all similar benefit plans at any time for the reasons explained in the Policy.

Your right to Benefits automatically ends on the date that coverage ends, even if you are hospitalized or are otherwise receiving medical treatment on that date.

When your coverage ends, we will still pay claims for Covered Health Care Services that you received before the date your coverage ended. However, once your coverage ends, we will not pay claims for any health care services received after that date (even if the medical condition that is being treated occurred before the date your coverage ended).

Unless otherwise stated, an Enrolled Dependent's coverage ends on the date the Subscriber's coverage ends.

## What Events End Your Coverage?

Coverage ends on the earliest of the dates specified below:

- **The Entire Policy Ends**

  Your coverage ends on the date the Policy ends. In this event, the Group is responsible for notifying you that your coverage has ended.

- **Failure to Pay Required Policy Charge**

  - If we terminate the Policy because the Group fails to pay the required Policy Charge, we will send written notice of the termination to each Subscriber at his or her last-known home address. The notice will contain the following information:

    - The date on which the Policy was terminated.

    - A statement that termination was for nonpayment of the required Policy Charge.

    - A statement that we will honor claims submitted by Covered Persons (to the extent that Benefits are available under the Policy) for any Covered Health Care Service received by the Covered Person prior to the notification date. The notice will be effective three days after the date we mailed it to the Subscriber.

  The notice is not required if the Group replaces this Policy with another Group health insurance Policy without interruption of coverage.

- **You Are No Longer Eligible**

  Your coverage ends on the date you are no longer eligible to be a Subscriber or Enrolled Dependent. Please refer to *Section 9: Defined Terms* for definitions of the terms "Eligible Person," "Subscriber," "Dependent" and "Enrolled Dependent."

- **We Receive Notice to End Coverage**

  The Group is responsible for providing the required notice to us to end your coverage. Your coverage ends on the date we receive the required notice from the Group to end your coverage, or on the date requested in the notice, if later.

- **Subscriber Retires or Is Pensioned**

  The Group is responsible for providing the required notice to us to end your coverage. Your coverage ends the date the Subscriber is retired or receiving benefits under the Group's pension or retirement plan.

COC22.INS.2018.LG.MA                    49

This provision applies unless there is specific coverage classification for retired or pensioned persons in the Group's *Application*, and only if the Subscriber continues to meet any applicable eligibility requirements. The Group can provide you with specific information about what coverage is available for retirees.

## Fraud or Intentional Misrepresentation of a Material Fact

We will provide at least 30 days advance required notice to the Subscriber that coverage will end on the date we identify in the notice because you committed an act, practice, or omission that constituted fraud, or an intentional misrepresentation of a material fact. Examples include knowingly providing incorrect information relating to another person's eligibility or status as a Dependent. However, this does not include misrepresentation related to health status. You may appeal this decision during the notice period. The notice will contain information on how to appeal the decision.

If we find that you have performed an act, practice, or omission that constitutes fraud, or have made an intentional misrepresentation of material fact we have the right to demand that you pay back all Benefits we paid to you, or paid in your name, during the time you were incorrectly covered under the Policy.

## Coverage for a Disabled Dependent Child

Coverage for an unmarried Enrolled Dependent child who is disabled will not end just because the child has reached a certain age. We will extend the coverage for that child beyond this age if both of the following are true:

- The Enrolled Dependent child is not able to support him/herself because of mental, developmental, or physical disability.

- The Enrolled Dependent child depends mainly on the Subscriber for support.

Coverage will continue as long as the Enrolled Dependent child is medically certified as disabled and dependent unless coverage otherwise ends in accordance with the terms of the Policy.

You must furnish us with proof of the medical certification of disability within 31 days of the date coverage would have ended because the child reached a certain age. Before we agree to this extension of coverage for the child, we may require that a Physician we choose examine the child. We will pay for that exam.

We may continue to ask you for proof that the child continues to be disabled and dependent. Such proof might include medical exams at our expense. We will not ask for this information more than once a year.

If you do not provide proof of the child's disability and dependency within 31 days of our request as described above, coverage for that child will end.

## Continuation of Coverage

If your coverage ends under the Policy, you may have the right to elect continuation coverage (coverage that continues on in some form) in accordance with federal or state law.

Continuation coverage under *COBRA* (the federal *Consolidated Omnibus Budget Reconciliation Act*) is available only to Groups that are subject to the terms of *COBRA*. Contact your plan administrator to find out if your Group is subject to the provisions of *COBRA*.

If you chose continuation coverage under a prior plan which was then replaced by coverage under the Policy, continuation coverage will end as scheduled under the prior plan or in accordance with federal or state law, whichever is earlier.

We are not the Group's designated "plan administrator" as that term is used in federal law, and we do not assume any responsibilities of a "plan administrator" according to federal law.

We are not obligated to provide continuation coverage to you if the Group or its plan administrator fails to perform its responsibilities under federal law. Examples of the responsibilities of the Group or its plan administrator are:

- Notifying you in a timely manner of the right to elect continuation coverage.

- Notifying us in a timely manner of your election of continuation coverage.

## Continuation Coverage under State Law After Layoff, Death or Plant Closing

Continuation coverage under state law is available to you if your coverage ends under the Policy because of involuntary layoff, death, or plant closing.

Continuation coverage under the Policy will end on the earliest of the following dates:

- 39 weeks from the date your continuation began (90 days from the date your continuation began if the loss of eligibility is because your employment is terminated due to a plant closing or partial closing).

- The date coverage ends for failure to make timely payment of the Premium.

- The date similar coverage is or could be obtained under any other group health plan.

- The date the Policy ends.

- The Group will provide you with written notification of the right to continuation coverage when coverage ends under the Policy. You must elect continuation coverage within 30 days of receiving this notification. You should obtain an election form from the Group or the employer and, once election is made, forward any monthly Premiums to the Group for payment to us.

## Continuation Coverage under State Law After Judgment Absolute of Divorce or of Separate Support

- Continuation coverage under state law is provided to the spouse of a Subscriber in the event of a judgment absolute of divorce or of separate support unless the judgment does not provide for the continuation coverage. Continuation coverage under the Policy will end on the earliest of the following dates:

- The date coverage ends for the Subscriber.

- The date of the remarriage of either the Subscriber or the spouse. If the Subscriber remarries, the former spouse remains eligible for continuation coverage if timely payment of any required Premium is forwarded to the Group for payment to us.

- The date as provided in the judgment.

- The date the Policy ends.

## How to Purchase a Non-Group Plan

If your coverage ended under the Policy and you are a Massachusetts Resident, you may apply for health insurance coverage through several Massachusetts carriers either directly or through the Massachusetts Health Connector. To learn more about the options available to you through UnitedHealthcare Insurance Company, contact us at phone number. To learn more about the Massachusetts Health Care reform and all coverage options available to you, contact the Massachusetts Health Connector by visiting www.MAHealthConnector.org or calling 877-MA-ENROLL.

# Section 5: How to File a Claim

## How Are Covered Health Care Services from Network Providers Paid?

We pay Network providers directly for your Covered Health Care Services. If a Network provider bills you for any Covered Health Care Service, contact us. However, you are required to meet any applicable deductible and to pay any required Co-payments and Co-insurance to a Network provider.

## How Are Covered Health Care Services from an Out-of-Network Provider Paid?

When you receive Covered Health Care Services from an out-of-Network provider, you are responsible for requesting payment from us. You must file the claim in a format that contains all of the information we require, as described below.

You should submit a request for payment of Benefits within 90 days after the date of service. If you don't provide this information to us within one year of the date of service, Benefits for that health care service will be denied or reduced, as determined by us. This time limit does not apply if you are legally incapacitated. If your claim relates to an Inpatient Stay, the date of service is the date your Inpatient Stay ends.

### Required Information

When you request payment of Benefits from us, you must provide us with all of the following information:

- The Subscriber's name and address.

- The patient's name and age.

- The number stated on your ID card.

- The name and address of the provider of the service(s).

- The name and address of any ordering Physician.

- A diagnosis from the Physician.

- An itemized bill from your provider that includes the *Current Procedural Terminology* (CPT) codes or a description of each charge.

- The date the Injury or Sickness began.

- A statement indicating either that you are, or you are not, enrolled for coverage under any other health plan or program. If you are enrolled for other coverage you must include the name of the other carrier(s).

The above information should be filed with us at the address on your ID card.

When filing a claim for Outpatient Prescription Drug Benefits, your claims should be submitted to:

Optum RX

PO Box 29077

Hot Springs, AR 71903

### Payment of Benefits

We will review claims for Benefits within 45 days of receipt. Within that time period we will do one of the following:

- Pay the claim.

- Inform you in writing of any additional information necessary for payment.

- Notify you in writing that the claim is denied, in whole or in part, and the reasons for denial.

- In the event one of the above does not occur within 45 days after the claim was received, we will pay, in addition to any benefits payable under the claim, interest on such benefits beginning 45 days after receipt of the claim at the rate of 1.5% per month not to exceed 18% per year. However, no interest will be paid if the claim is being investigated because of suspected fraud.

If you provide written authorization to allow this, all or a portion of any Allowed Amounts due to a provider may be paid directly to the provider instead of being paid to the Subscriber. We will not reimburse third parties that have purchased or been assigned benefits by Physicians or other providers.

Benefits will be paid to you unless either of the following is true:

- The provider notifies us that your signature is on file, assigning benefits directly to that provider.

- You make a written request at the time you submit your claim.

Payment of Benefits under the Policy shall be in cash or cash equivalents, or in a form of other consideration that we determine to be adequate. Where Benefits are payable directly to a provider, such adequate consideration includes the forgiveness in whole or in part of the amount the provider owes us, or to other plans for which we make payments where we have taken an assignment of the other plans' recovery rights for value.

# Section 6: Questions, Complaints and Appeals

To resolve a question, complaint, or appeal, just follow these steps:

## What if You Have a Question?

Call the telephone number shown on your ID card. Representatives are available to take your call during regular business hours, Monday through Friday.

## What if You Have a Complaint?

Call the telephone number shown on your ID card. Representatives are available to take your call during regular business hours, Monday through Friday.

If you would rather send your complaint to us in writing, the representative can provide you with the address.

If the representative cannot resolve the issue over the phone, he/she can help you prepare and submit a written complaint. We will notify you of our decision regarding your complaint within 60 days of receiving it.

## How Do You Appeal a Claim Decision?

### Post-service Claims

Post-service claims are claims filed for payment of Benefits after medical care has been received.

### Pre-service Requests for Benefits

Pre-service requests for Benefits are requests that require prior authorization or benefit confirmation prior to receiving medical care.

### How to Request an Appeal

If you disagree with a pre-service request for Benefits determination, post-service claim determination or a rescission of coverage determination, you can contact us in writing to request an appeal.

Your request for an appeal should include:

*   The patient's name and the identification number from the ID card.

*   The date(s) of medical service(s).

*   The provider's name.

*   The reason you believe the claim should be paid.

*   Any documentation or other written information to support your request for claim payment.

Your first appeal request must be submitted to us within 180 days after you receive the denial of a pre-service request for Benefits or the claim denial.

## Appeal Process

A qualified individual who was not involved in the decision being appealed will be chosen to decide the appeal. If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with expertise in the field, who was not involved in the prior determination. We may consult with, or ask medical experts to take part in the appeal process. You consent to this referral and the sharing of needed medical claim information. Upon request and free of charge, you have the right to reasonable access to and copies of all documents, records and other information related to your claim for Benefits. If any new or additional evidence is relied upon or generated by us during the determination of

the appeal, we will provide it to you free of charge and in advance of the due date of the response to the adverse benefit determination.

# Appeals Determinations

### Pre-service Requests for Benefits and Post-service Claim Appeals

For procedures related to urgent requests for Benefits, see *Urgent Appeals that Require Immediate Action* below.

You will be provided written or electronic notification of the decision on your appeal as follows:

- For appeals of pre-service requests for Benefits as defined above, the appeal will take place and you will be notified of the decision within 30 days from receipt of a request for appeal of a denied request for Benefits.

- For appeals of post-service claims as defined above, the appeal will take place and you will be notified of the decision within 30 days from receipt of a request for appeal of a denied claim.

Please note that our decision is based only on whether or not Benefits are available under the Policy for the proposed treatment or procedure.

You may have the right to external review through an *Independent Review Organization (IRO)* upon the completion of the internal appeal process. Instructions regarding any such rights, and how to access those rights, will be provided in our decision letter to you.

# Urgent Appeals that Require Immediate Action

Your appeal may require urgent action if a delay in treatment could increase the risk to your health, or the ability to regain maximum function, or cause severe pain. In these urgent situations:

- The appeal does not need to be submitted in writing. You or your Physician should call us as soon as possible.

- We will provide you with a written or electronic determination within 72 hours following receipt of your request for review of the determination, taking into account the seriousness of your condition.

- If we need more information from your Physician to make a decision, we will notify you of the decision by the end of the next business day following receipt of the required information.

The appeal process for urgent situations does not apply to prescheduled treatments, therapies or surgeries.

**Appeals Involving Medical Necessity Determinations**. Special rights apply to appeals involving medical necessity determinations. Such an appeal could involve a decision that a service:

- Is not medically necessary;

- Is not being provided in an appropriate health care setting or level of care;

- Is not effective for treatment of your condition; or

- Is an Experimental or Investigational Service or an Unproven Service.

These include the right to appeal to an external review organization under contract with the Office of Patient Protection of the Health Policy Commission. The procedure for obtaining external review is summarized below under "What You May Do If Your Appeal is Denied."

**The Office of Patient Protection**. The Office of Patient Protection of the Health Policy Commission is the agency responsible for enforcing the Massachusetts laws concerning grievance rights and for administering appeals to external review organizations. The Office of Patient Protection has developed regulations and implemented procedures concerning grievances, medical necessity guidelines, continuity

of care and independent external review. You may obtain a report regarding the number of appeals and complaints filed with us and their outcome from the Office of Patient Protection.

The Office of Patient Protection can be reached at:

Health Policy Commission

Office of Patient Protection

Telephone: 1-800-436-7757

Fax: 1-617-624-5046

Web Site: http://www.mass.gov/hpc/opp

**Enrollment Required for Coverage**. To be eligible for coverage, you must be duly enrolled on the date a service is received. A response to an informal inquiry or an appeal decision approving coverage will not be valid for services received after the termination date. However, payment may be made after the termination date for services received while enrollment was effective.

# The Informal Inquiry Process

Most appeals and complaints result from a misunderstanding with a provider or a claim processing error. Since these problems can be easy to resolve, most appeals and complaints will first be considered in the informal inquiry process. However, the informal inquiry process will not be used to review a denial of coverage involving a medical necessity determination. Coverage decisions involving medical necessity determinations will be handled under the formal appeal process described below under "The Formal Appeal Process."

During the informal inquiry process we will investigate an appeal or complaint and attempt to resolve it to your satisfaction. Whenever possible, we will provide you with a response within three business days of receipt of the inquiry. This response will normally be communicated by telephone.

If we respond to an inquiry within three business days of receipt but the inquiry is not resolved to your satisfaction, you may either file a formal complaint or appeal, as appropriate.

If we cannot respond to the inquiry within three business days, we will transfer the inquiry to the formal appeal or formal complaint process, as appropriate.

# The Formal Complaint Procedure

We are available to take your call during regular business hours, Monday through Friday. If a complaint is filed by telephone, we will write a summary of the complaint and send it to you within 48 hours of receipt. This time limit may be extended by mutual agreement between you and us. Any such agreement must be in writing.

If you would rather send your complaint to us in writing, we can provide you with the appropriate address.

Written complaints will be acknowledged in writing within 15 days of receipt. This time limit may be extended by written mutual agreement between you and us. No acknowledgment of a complaint will be sent we have previously sent a summary of a complaint submitted by telephone.

If we need to review your medical records you agree to furnish us with required information as described in the Information and Records provision in *Section 8: General Legal Provisions*.

You will be provided with a written response to a complaint within 30 business days of the date the complaint was received. This time limit may be extended by mutual agreement between you and us. Any extension will not exceed 30 business days from the date of the agreement. Any such agreement must be in writing.

If a complaint requires the review of medical records, the date of receipt will be the date we receive all necessary information. If we do not respond to an informal inquiry within three business days, the date of receipt will be the fourth business day following the date we receive the informal inquiry. No complaint

shall be deemed received until actual receipt of the complaint at the appropriate address or telephone number listed above.

If we do not act on a complaint concerning benefits under this contract within 30 business days, plus any extension of time mutually agreed upon in writing by you and us, the complaint will be deemed to be resolved your favor.

# The Formal Appeal Process

### How to File an Appeal

If you disagree with either a pre-service request for Benefits determination, post-service claim determination or a rescission of coverage determination, you can contact us in writing to formally request an appeal.

Your request for an appeal should include:

- The patient's name and the identification number from the ID card.

- The date(s) of medical service(s).

- The provider's name.

- The reason you believe the claim should be paid.

- Any documentation or other written information to support your request for claim payment.

Your first appeal request must be submitted to us within 180 days after you receive the denial of a pre-service request for Benefits or the claim denial.

### Documentation of Oral Appeals

If an appeal is filed by telephone, an Appeal Coordinator will write a summary of the appeal and send it to you within 48 hours of receipt. This time limit may be extended by written mutual agreement between you and us.

### Acknowledgment of Appeals

Appeals will be acknowledged in writing within 15 days of receipt. If your oral grievance was reduced to writing by us, your copy, of that grievance will be the acknowledgement. This acknowledgement period may be waived or extended if both you and we agree to a waiver or extension.

### Release of Medical Records

If we need to review your medical records you agree to furnish us with required information as described in the How Do We Use Information and Records provision in *Section 8: General Legal Provisions*.

### Time Limit for Processing Appeals

You will be provided with a written or electronic notification of appeal decision within 30 business days of the date the appeal was received. These time limits may be extended by mutual agreement between you and us. Any extension will not exceed 30 business days from the date of the agreement. We may decline to extend the review period for an appeal if a service has been continued pending an appeal.

Any appeal which requires the review of medical records will include your signature or your authorized representatives' signature on a form provided by us authorizing the release of medical and treatment information to us, in a manner consistent with state and federal law. We will request the authorization from you when necessary for requests reduced to writing by us and for any written requests lacking the authorization.

The 30 business day time period for written resolution of a grievance, which does not require the review of medical records, begins:

On the day immediately following the 3 business day time period for processing inquiries, if the inquiry has not been addressed within that period of time; or

COC22.INS.2018.LG.MA                    57

On the date you or your authorized representative, if any, notifies us that you are not satisfied with the response to an inquiry if earlier than the 3 business day period.

The time limits in this section may be waived or extended by your and our written mutual agreement.

If we do not properly act on any appeal within the required time limits, the grievance will be deemed resolved in your favor. The time limits include any mutually agreed upon extensions made between us and you or your authorized representative.

If a grievance is filed concerning ongoing Benefits, those Benefits will be provided through the completion of the grievance process. These Benefits do not include Benefits which were terminated because of a specific time or episode-related limit or exclusion under the Policy.

**Continuation of Services Pending Appeal**

If an appeal is filed concerning the termination or reduction of coverage for ongoing treatment, such coverage will be continued through the completion of the internal appeal process if:

- The service was authorized by us prior to a request for an informal inquiry or the filing of an appeal;
- The service was not terminated or reduced due to a benefi*t limit under this Certificate*; and
- The appellant is, and continues to be, a duly enrolled Eligible Person under this *Certificate*.

**The Appeal Process**

A qualified individual who was not involved in the decision being appealed will be appointed to decide the appeal. If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with appropriate expertise in the field, who was not involved in the prior determination. In at least one level of review these individuals will be actively practicing health care professionals in the same or similar specialty that typically treat the medical condition, perform the procedure or provide the treatment which is subject to the grievance. We may consult with, or seek the participation of, medical experts as part of the appeal resolution process. You consent to this referral and the sharing of pertinent medical claim information. Upon request and free of charge, you have the right to reasonable access to and copies of all documents, records and other information relevant to your claim for Benefits. In addition, if any new or additional evidence is relied upon or generated by us during the determination of the appeal, we will provide it to you free of charge and sufficiently in advance of the due date of the response to the adverse benefit determination.

- Upon receipt of an appeal, we will review, investigate and decide an appeal within the applicable time limit unless the time limit is extended by mutual agreement.

- Our decision of an appeal will be sent to you in writing. The decision will identify the specific information considered in your appeal and an explanation of the basis for the decision with reference to the provisions on which the decision was based. If the decision is to deny coverage based on a medical necessity determination, the decision will include:

  - The specific information upon which the decision was based;
  - Your presenting symptoms or condition, diagnosis and treatment interventions and the specific reasons such medical evidence fails to meet the relevant medical review criteria;
  - Identification of any alternative treatment option covered by us; and
  - The applicable clinical practice and review criteria information relied on to make the decision.

- The decision will also include a description of other options available for further review of the appeal. These options are described below under "What You May Do If Your Appeal Is Denied."

No one involved in the initial decision to deny a claim under appeal will be a decision-maker in any stage of the appeal process. You have the right to receive, free of charge, all documents, records or other information relevant to the initial denial and appeal.

# The Expedited Appeal Process

Your grievance requires immediate action when your Physician judges that a delay in treatment would significantly increase the risk to your health.

You may obtain expedited review of certain types of appeals. An expedited appeal may be requested if we deny coverage for health care services involving:

- Continued Hospital care,
- Care that a Physician certifies is required to prevent serious harm, or
- A Covered Person with a terminal illness.

An expedited appeal will not be granted to review a termination or reduction in coverage resulting from:

- A benefit limit or cost sharing provision of this *Certificate*, or
- The termination of enrollment.

We will make a decision of an expedited appeal within 72 hours from receipt of the appeal unless a different time limit is specified below. If we do not act on an expedited appeal within the time limits stated below, including any extension of time mutually agreed upon in writing by you and us, the appeal will be deemed to be resolved in your favor. Our decision will be sent to you in writing.

If you are filing an expedited appeal with us, you may also file a request for expedited external review with the Massachusetts Office of Patient Protection at the same time. You do not have to wait until we complete your expedited appeal to file for expedited external review. The procedure for obtaining external review is summarized below under "*What You May Do If Your Appeal is Denied.*"

### Expedited Review of Appeals for Continued Hospital Care

If you are an inpatient in a Hospital you will be provided with an expedited review of any action by us to terminate or reduce coverage for continued Hospital care based upon the medical necessity of the hospitalization or the services provided. Any such appeal will be decided prior to the termination or reduction of the coverage for your hospital stay. Coverage for services will be continued through the completion of the appeals process. The Plan will provide you with written notification of the appeal decision prior to discharge from a Hospital.

### Expedited Review of Appeals for Durable Medical Equipment

An expedited review will be provided for appeals for services or DME that, if not immediately provided, could result in serious harm to you. "Serious harm" means circumstances that could jeopardize your life or health, jeopardize your ability to regain maximum function, or result in severe pain that cannot be adequately managed without the care or treatment requested.

An expedited review will be provided in any case in which we have denied coverage for a service or Durable Medical Equipment if the Physician recommending the treatment or Durable Medical Equipment provides us with a written certification stating that:

- The service or Durable Medical Equipment is Medically Necessary;
- A denial of coverage for the service or Durable Medical Equipment would create a substantial risk of serious harm to the you; and
- The risk of serious harm is so immediate that the provision of the service or Durable Medical Equipment should not await the outcome of the normal appeal process.
- A decision may take place earlier than 48 hours for Durable Medical Equipment if a request for such early reversal is included in the certification, and the Physician's certification includes specific facts indicating the immediate and severe harm that will result from a 48-hour delay.

### Expedited Review of Grievances for Terminal Illness

A grievance submitted for a Covered Person with a terminal illness will be resolved within five business days. If the denial of Benefits is upheld, we will send a written statement within five business days of the

decision that includes the specific medical and scientific reasons for the denial. It will also include information about any alternative treatment, services or supplies covered under the policy.

You may request a conference to review this information. The conference will be scheduled within 10 days of your request. The conference will be held within five business days of the request if the treating Physician determines, after consultation with our medical director or his designee, and based on standard medical practice, that the effectiveness of either the proposed treatment, services or supplies or any covered alternative treatment, services or supplies, would be materially reduced if not provided at the earliest possible date.

We will review the information contained in the statement.

We will make a decision of an expedited appeal within 72 hours from receipt of the appeal unless a different time limit is specified below. If we do not act on an expedited appeal within the time limits stated below, including any extension of time mutually agreed upon in writing by you and us, the appeal will be deemed to be resolved in your favor. Our decision will be sent to you in writing.

## What You May Do If Your Appeal Is Denied

If you disagree with the decision of your appeal, you may have a number of options for further review. These options may include reconsideration of appeals that involve a medical necessity determination or external review by an independent organization appointed by the Office of Patient Protection. Below is a summary of these options.

### Reconsideration

If you are not satisfied with a decision concerning an appeal that involves a medical necessity determination you can ask that decision be reconsidered if relevant medical information:

- Was received too late to review within the 30 business day time limit; or

- Was not received but is expected to become available within a reasonable time period following the last decision.

Reconsideration is not available for the following types of appeals:

- Decisions involving a benefit limitation where the limit is stated in this *Certificate* or any Riders or Amendments;

- Decisions involving excluded services, except Experimental or Investigational Services or Unproven Services; and

- Decisions concerning cost sharing requirements.

- When you or your authorized representative, if any, chooses to request reconsideration, we must agree in writing to a new time period for review, but in no event greater than 30 business days from the agreement to reconsider the grievance.

- You also may request an external review as described below. The time period for requesting external review will begin to run on the date of the resolution of the reconsidered grievance.

### External Review

If you wish to contest a final appeal decision involving a medical necessity determination you may request external review of the decision by an independent organization under contract with the Office of Patient Protection of the Health Policy Commission. You must file the request within 4 months of your receipt of the written notice of the final determination. You may request to have the external review processed as an expedited external review. In this case, the Physician must certify that delay of the health care services for which Benefits have been denied would pose a serious and immediate threat to your health. When a final determination concerns an admission, availability of care, continued stay, or health care service for which the claimant received emergency services, but has not been discharged from a facility, a certification from a health care professional is not necessary to request an expedited external review.

You must pay a fee of $25 to the Office of Patient Protection which should be included with the request for a review. The fee may be waived by the Office of Patient Protection if they determine that the payment of the fee would result in an extreme financial hardship to the insured.

If the subject matter of the external review involves the termination of ongoing Benefits, you may apply to the external review panel to seek the continuation of Benefits for the terminated service during the period the review is pending. The review panel may order the continuation of Benefits where it determines that substantial harm to your health may result absent such continuation or for such other good cause as the review panel will determine. Any such continuation of coverage shall be at our expense regardless of the final external review determination.

The Office of Patient Protection will screen requests for external review to determine whether external review can be granted. If the Office of Patient Protection determines that a request is eligible for external review, the appeal will be assigned to an external review agency and notification will be provided to you (or your representative) and us. The decision of the external review agency is binding and must be complied with by us.

If the Office of Patient Protection determines that a request is not eligible for external review, you (or your representative) will be notified within 10 business days or, in the case of requests for expedited review, 72 hours.

The final decision of the review panel will be in writing and set forth the specific medical and scientific reason for the decision and will be furnished to you, or where applicable your authorized representative, and to us.

The Office of Patient Protection may be reached at:

> Health Policy Commission
>
> Office of Patient Protection
>
> 50 Milk Street, 8th Floor
>
> Boston, MA 02109
>
> Telephone: 1-800-436-7757
>
> Fax: 1-617-624-5046
>
> Web Site: http://www.state.ma.us/hpc/opp/index.htm

## Your Rights Under Mental Health Parity Laws

This plan is subject to state and federal Mental Health Parity laws, which generally prohibit insurance plans from providing mental health or substance-related and addictive disorder benefits in a more restrictive manner than other medical benefits. If a health plan member believes UnitedHealthcare standards or practices relating to the provision of mental health or substance-related and addictive disorders benefits are not compliant with applicable mental health parity laws, the health plan member or an authorized representative may submit a complaint to the Division of Insurance at:

Division of Insurance

1000 Washington Street

Suite 810

Boston, MA 02118-6200

Telephone: 1-877-563-4467

Fax: 1-617-521-7794

TTD/TDD: 1-617-521-7490

Complaints may be submitted verbally or in writing to the Division's Consumer Services Section for review. Insurance Complaint Forms can be found on the Division's webpage at:

http://www.mass.gov/ocabr/consumer/insurance/file-a-complaint/filing-a-complaint.html

Submitting a complaint to the Division does not impact your internal or external appeal rights under this plan.

# Section 7: Coordination of Benefits

## Benefits When You Have Coverage under More than One Plan

This section describes how Benefits under the Policy will be coordinated with those of any other plan that provides benefits to you. The language in this section is from model laws drafted by the *National Association of Insurance Commissioners (NAIC)* and represents standard industry practice for coordinating benefits.

## When Does Coordination of Benefits Apply?

This *Coordination of Benefits (COB)* provision applies when a person has health care coverage under more than one Plan. Plan is defined below.

The order of benefit determination rules below govern the order in which each Plan will pay a claim for benefits.

- **Primary Plan**. The Plan that pays first is called the Primary Plan. The Primary Plan must pay benefits in accordance with its policy terms without regard to the possibility that another Plan may cover some expenses.

- **Secondary Plan**. The Plan that pays after the Primary Plan is the Secondary Plan. The Secondary Plan may reduce the benefits it pays so that payments from all Plans do not exceed 100% of the total Allowable Expense. Allowable Expense is defined below.

## Definitions

For purposes of this section, terms are defined as follows:

A.    **Plan**. A Plan is any of the following that provides benefits or services for medical, pharmacy or dental care or treatment. If separate contracts are used to provide coordinated coverage for members of a group, the separate contracts are considered parts of the same plan and there is no COB among those separate contracts.

1.    Plan includes: group and non-group insurance contracts, health maintenance organization (HMO) contracts, closed panel plans or other forms of group or group-type coverage (whether insured or uninsured); medical care components of long-term care contracts, such as skilled nursing care; medical benefits under group or individual automobile contracts; medical benefits coverage in automobile "no fault" and traditional automobile "fault" type contracts, to the extent permitted by law; group and non-group insurance contracts and subscriber contracts that pay or reimburse for the cost of dental care; group and non-group insurance contracts and subscriber contracts that pay or reimburse for the cost of vision care and Medicare or any other federal governmental plan, as permitted by law.

2.    Plan does not include: hospital Indemnity benefits coverage or other fixed indemnity coverage; accident only coverage; specified disease or specified accident coverage; insured contracts that pay a fixed daily benefit without regard to which expenses are incurred or services received; Medicare supplement policies; school accident-type coverages that cover students for accidents only, including those contracts covering students for accidents or athletic injuries, either on a 24 hour basis or on a "to and from school" basis; benefits provided in long-term care insurance policies for non-medical services or for contracts that pay a fixed daily benefit without regard to expenses incurred or the receipt of services; a state plan under Medicaid; or a governmental plan when, by law, its benefits are in excess of those of any private insurance plan or other nongovernmental plan.

Each contract for coverage under 1. or 2. above is a separate Plan. If a Plan has two parts and COB rules apply only to one of the two, each of the parts is treated as a separate Plan.

B.  **This Plan.** This Plan means, in a COB provision, the part of the contract providing the health care benefits to which the COB provision applies and which may be reduced because of the benefits of other plans. Any other part of the contract providing health care benefits is separate from This Plan. A contract may apply one COB provision to certain benefits, such as dental benefits, coordinating only with similar benefits, and may apply another COB provision to coordinate other benefits.

C.  **Order of Benefit Determination Rules**. The order of benefit determination rules determine whether This Plan is a Primary Plan or Secondary Plan when the person has health care coverage under more than one Plan. When This Plan is primary, it determines payment for its benefits first before those of any other Plan without considering any other Plan's benefits. When This Plan is secondary, it determines its benefits after those of another Plan and may reduce the benefits it pays so that all Plan benefits do not exceed 100% of the total Allowable Expense.

D.  **Allowable Expense.** Allowable Expense is a health care expense, including deductibles, co-insurance and co-payments, that is covered at least in part by any Plan covering the person. When a Plan provides benefits in the form of services, the reasonable cash value of each service will be considered an Allowable Expense and a benefit paid. An expense that is not covered by any Plan covering the person is not an Allowable Expense. In addition, any expense that a provider by law or according to contractual agreement is prohibited from charging a Covered Person is not an Allowable Expense.

The following are examples of expenses or services that are not Allowable Expenses:

1.  The difference between the cost of a semi-private hospital room and a private room is not an Allowable Expense unless one of the Plans provides coverage for private hospital room expenses.

2.  If a person is covered by two or more Plans that compute their benefit payments on the basis of usual and customary fees or relative value schedule reimbursement methodology or other similar reimbursement methodology, any amount in excess of the highest reimbursement amount for a specific benefit is not an Allowable Expense.

3.  If a person is covered by two or more Plans that provide benefits or services on the basis of negotiated fees, an amount in excess of the highest of the negotiated fees is not an Allowable Expense.

4.  If a person is covered by one Plan that calculates its benefits or services on the basis of usual and customary fees or relative value schedule reimbursement methodology or other similar reimbursement methodology and another Plan that provides its benefits or services on the basis of negotiated fees, the Primary Plan's payment arrangement shall be the Allowable Expense for all Plans. However, if the provider has contracted with the Secondary Plan to provide the benefit or service for a specific negotiated fee or payment amount that is different than the Primary Plan's payment arrangement and if the provider's contract permits, the negotiated fee or payment shall be the Allowable Expense used by the Secondary Plan to determine its benefits.

5.  The amount of any benefit reduction by the Primary Plan because a Covered Person has failed to comply with the Plan provisions is not an Allowable Expense. Examples of these types of plan provisions include second surgical opinions, precertification of admissions and preferred provider arrangements.

E.  **Closed Panel Plan.** Closed Panel Plan is a Plan that provides health care benefits to Covered Persons primarily in the form of services through a panel of providers that have contracted with or are employed by the Plan, and that excludes benefits for services provided by other providers, except in cases of emergency or referral by a panel member.

F.  **Custodial Parent.** Custodial Parent is the parent awarded custody by a court decree or, in the absence of a court decree, is the parent with whom the child resides more than one half of the calendar year excluding any temporary visitation.

# What Are the Rules for Determining the Order of Benefit Payments?

When a person is covered by two or more Plans, the rules for determining the order of benefit payments are as follows:

A.   The Primary Plan pays or provides its benefits according to its terms of coverage and without regard to the benefits under any other Plan.

B.   Except as provided in the next paragraph, a Plan that does not contain a coordination of benefits provision that is consistent with this provision is always primary unless the provisions of both Plans state that the complying plan is primary.

Coverage that is obtained by virtue of membership in a group that is designed to supplement a part of a basic package of benefits and provides that this supplementary coverage shall be in excess of any other parts of the Plan provided by the contract holder. Examples of these types of situations are major medical coverages that are superimposed over base plan hospital and surgical benefits and insurance type coverages that are written in connection with a Closed Panel Plan to provide out-of-network benefits.

C.   A Plan may consider the benefits paid or provided by another Plan in determining its benefits only when it is secondary to that other Plan.

D.   Each Plan determines its order of benefits using the first of the following rules that apply:

1.   **Non-Dependent or Dependent**. The Plan that covers the person other than as a dependent, for example as an employee, member, policyholder, subscriber or retiree is the Primary Plan and the Plan that covers the person as a dependent is the Secondary Plan. However, if the person is a Medicare beneficiary and, as a result of federal law, Medicare is secondary to the Plan covering the person as a dependent; and primary to the Plan covering the person as other than a dependent (e.g. a retired employee); then the order of benefits between the two Plans is reversed so that the Plan covering the person as an employee, member, policyholder, subscriber or retiree is the Secondary Plan and the other Plan is the Primary Plan.

2.   **Dependent Child Covered Under More Than One Coverage Plan.** Unless there is a court decree stating otherwise, plans covering a dependent child shall determine the order of benefits as follows:

a)   For a dependent child whose parents are married or are living together, whether or not they have ever been married:

(1)   The Plan of the parent whose birthday falls earlier in the calendar year is the Primary Plan; or

(2)   If both parents have the same birthday, the Plan that covered the parent longest is the Primary Plan.

b)   For a dependent child whose parents are divorced or separated or are not living together, whether or not they have ever been married:

(1)   If a court decree states that one of the parents is responsible for the dependent child's health care expenses or health care coverage and the Plan of that parent has actual knowledge of those terms, that Plan is primary. If the parent with responsibility has no health care coverage for the dependent child's health care expenses, but that parent's spouse does, that parent's spouse's plan is the Primary Plan. This shall not apply with respect to any plan year during which benefits are paid or provided before the entity has actual knowledge of the court decree provision.

(2)   If a court decree states that both parents are responsible for the dependent child's health care expenses or health care coverage, the provisions of subparagraph a) above shall determine the order of benefits.

      (3)    If a court decree states that the parents have joint custody without specifying that one parent has responsibility for the health care expenses or health care coverage of the dependent child, the provisions of subparagraph a) above shall determine the order of benefits.

      (4)    If there is no court decree allocating responsibility for the child's health care expenses or health care coverage, the order of benefits for the child are as follows:

         (a)    The Plan covering the Custodial Parent.

         (b)    The Plan covering the Custodial Parent's spouse.

         (c)    The Plan covering the non-Custodial Parent.

         (d)    The Plan covering the non-Custodial Parent's spouse.

c)    For a dependent child covered under more than one plan of individuals who are not the parents of the child, the order of benefits shall be determined, as applicable, under subparagraph a) or b) above as if those individuals were parents of the child.

d)    (i) For a dependent child who has coverage under either or both parents' plans and also has his or her own coverage as a dependent under a spouse's plan, the rule in paragraph (5) applies.

    (ii) In the event the dependent child's coverage under the spouse's plan began on the same date as the dependent child's coverage under either or both parents' plans, the order of benefits shall be determined by applying the birthday rule in subparagraph (a) to the dependent child's parent(s) and the dependent's spouse.

3.    **Medical Payments Coverage and PIP Coverage in Motor Vehicle Insurance Policies.** If a person who has a health benefit plan and a motor vehicle insurance policy incurs expenses or requires services as a result of an accident with a motor vehicle: personal injury protection, as defined by M.G.L. c. 90, section 34A, shall always be primary and pay the first $2,000 of expenses as allowed under said statute. PIP shall thereafter be secondary to any such health benefit plan(s) and shall coordinate with the health benefit plan(s) pursuant to M.G.L. c. 90, sections 34A and 34M. Medical payments coverage under a motor vehicle insurance policy shall always be secondary to and in excess of any health benefit plan or personal injury protection as defined under 211 CMR 38.00.

4.    **Active Employee or Retired or Laid-off Employee.** The Plan that covers a person as an active employee, that is, an employee who is neither laid off nor retired is the Primary Plan. The same would hold true if a person is a dependent of an active employee and that same person is a dependent of a retired or laid-off employee. If the other Plan does not have this rule, and, as a result, the Plans do not agree on the order of benefits, this rule is ignored. This rule does not apply if the rule labeled D.1. can determine the order of benefits.

5.    **COBRA or State Continuation Coverage.** If a person whose coverage is provided pursuant to COBRA or under a right of continuation provided by state or other federal law is covered under another Plan, the Plan covering the person as an employee, member, subscriber or retiree or covering the person as a dependent of an employee, member, subscriber or retiree is the Primary Plan, and the COBRA or state or other federal continuation coverage is the Secondary Plan. If the other Plan does not have this rule, and as a result, the Plans do not agree on the order of benefits, this rule is ignored. This rule does not apply if the rule labeled D.1. can determine the order of benefits.

6.    **Longer or Shorter Length of Coverage.** The Plan that covered the person the longer period of time is the Primary Plan and the Plan that covered the person the shorter period of time is the Secondary Plan.

7.  If the preceding rules do not determine the order of benefits, the Allowable Expenses shall be shared equally between the Plans meeting the definition of Plan. In addition, This Plan will not pay more than it would have paid had it been the Primary Plan.

## Effect on the Benefits of This Plan

A.  When This Plan is secondary, it may reduce its benefits so that the total benefits paid or provided by all Plans are not more than the total Allowable Expenses. In determining the amount to be paid for any claim, the Secondary Plan will calculate the benefits it would have paid in the absence of other health care coverage and apply that calculated amount to any Allowable Expense under its Plan that is unpaid by the Primary Plan. The Secondary Plan may then reduce its payment by the amount so that, when combined with the amount paid by the Primary Plan, the total benefits paid or provided by all Plans for the claim do not exceed the total Allowable Expense for that claim. In addition, the Secondary Plan shall credit to its plan deductible any amounts it would have credited to its deductible in the absence of other health care coverage.

B.  If a Covered Person is enrolled in two or more Closed Panel Plans and if, for any reason, including the provision of service by a non-panel provider, benefits are not payable by one Closed Panel Plan, COB shall not apply between that Plan and other Closed Panel Plans.

C.  This Coverage Plan reduces its benefits as described below for Covered Persons who are eligible for Medicare when Medicare would be the Primary Plan.

Medicare benefits are determined as if the full amount that would have been payable under Medicare was actually paid under Medicare, even if:

▪   The person is entitled but not enrolled in Medicare. Medicare benefits are determined as if the person were covered under Medicare Parts A and B.

▪   The person is enrolled in a *Medicare Advantage* (Medicare Part C) plan and receives non-covered services because the person did not follow all rules of that plan. Medicare benefits are determined as if the services were covered under Medicare Parts A and B.

▪   The person receives services from a provider who has elected to opt-out of Medicare. Medicare benefits are determined as if the services were covered under Medicare Parts A and B and the provider had agreed to limit charges to the amount of charges allowed under Medicare rules.

▪   The services are provided in any facility that is not eligible for Medicare reimbursements, including a Veterans Administration facility, facility of the Uniformed Services, or other facility of the federal government. Medicare benefits are determined as if the services were provided by a facility that is eligible for reimbursement under Medicare.

▪   The person is enrolled under a plan with a *Medicare Medical Savings Account*. Medicare benefits are determined as if the person were covered under Medicare Parts A and B.

**Important:** If you are eligible for Medicare on a primary basis (Medicare pays before Benefits under this Coverage Plan), you should enroll for and maintain coverage under both Medicare Part A and Part B. If you don't enroll and maintain that coverage, and if we are secondary to Medicare, we will pay Benefits under this Coverage Plan as if you were covered under both Medicare Part A and Part B. As a result, your out-of-pocket costs will be higher.

If you have not enrolled in Medicare, Benefits will be determined as if you timely enrolled in Medicare and obtained services from a Medicare participating provider if either of the following applies:

▪   You are eligible for, but not enrolled in, Medicare and this Coverage Plan is secondary to Medicare.

▪   You have enrolled in Medicare but choose to obtain services from a doctor that opts-out of the Medicare program.

When calculating the Coverage Plan's Benefit in these situations, we use the provider's billed charges as the Allowable Expense.

## Right to Receive and Release Needed Information

Certain facts about health care coverage and services are needed to apply these COB rules and to determine benefits payable under This Plan and other Plans. We may get the facts we need from, or give them to, other organizations or persons for the purpose of applying these rules and determining benefits payable under This Plan and other Plans covering the person claiming benefits.

We need not tell, or get the consent of, any person to do this. Each person claiming benefits under This Plan must give us any facts we need to apply those rules and determine benefits payable. If you do not provide us the information we need to apply these rules and determine the Benefits payable, your claim for Benefits will be denied.

## Payments Made

A payment made under another Plan may include an amount that should have been paid under This Plan. If it does, we may pay that amount to the organization that made the payment. That amount will then be treated as though it were a benefit paid under This Plan. We will not have to pay that amount again. The term "payment made" includes providing benefits in the form of services, in which case "payment made" means reasonable cash value of the benefits provided in the form of services.

## Does This Plan Have the Right of Recovery?

If the amount of the payments we made is more than we should have paid under this COB provision, we may recover the excess from one or more of the persons we have paid or for whom we have paid; or any other person or organization that may be responsible for the benefits or services provided for you. The "amount of the payments made" includes the reasonable cash value of any benefits provided in the form of services.

## How Are Benefits Paid When This Plan is Secondary to Medicare?

If This Plan is secondary to Medicare, then Benefits payable under This Plan will be based on Medicare's reduced benefits.

# Section 8: General Legal Provisions

## What Is Your Relationship with Us?

It is important for you to understand our role with respect to the Group's Policy and how it may affect you. We help finance or administer the Group's Policy in which you are enrolled. We do not provide medical services or make treatment decisions. This means:

- We communicate to you decisions about whether the Group's Policy will cover or pay for the health care that you may receive. The Policy pays for Covered Health Care Services, which are more fully described in this *Certificate*.

- The Policy may not pay for all treatments you or your Physician may believe are needed. If the Policy does not pay, you will be responsible for the cost.

We may use individually identifiable information about you to identify for you (and you alone) procedures, products or services that you may find valuable. We will use individually identifiable information about you as permitted or required by law, including in our operations and in our research. We will use de-identified data for commercial purposes including research.

Please refer to our *Notice of Privacy Practices* for details.

## What Is Our Relationship with Providers and Groups?

We have agreements in place that govern the relationship between us, our Groups and Network providers, some of which are affiliated providers. Network providers enter into agreements with us to provide Covered Health Care Services to Covered Persons.

We do not provide health care services or supplies, or practice medicine. We arrange for health care providers to participate in a Network and we pay Benefits. Network providers are independent practitioners who run their own offices and facilities. Our credentialing process confirms public information about the providers' licenses and other credentials. It does not assure the quality of the services provided. We are not responsible for any act or omission of any provider.

We are not considered to be an employer for any purpose with respect to the administration or provision of benefits under the Group's Policy. We are not responsible for fulfilling any duties or obligations of an employer with respect to the Group's Policy.

The Group is solely responsible for all of the following:

- Enrollment and classification changes (including classification changes resulting in your enrollment or the termination of your coverage).

- The timely payment of the Policy Charge to us.

- Notifying you of when the Policy ends.

When the Group purchases the Policy to provide coverage under a benefit plan governed by the *Employee Retirement Income Security Act* ("ERISA"), 29 U.S.C. §1001 et seq., we are not the plan administrator or named fiduciary of the benefit plan, as those terms are used in ERISA. If you have questions about your welfare benefit plan, you should contact the Group. If you have any questions about this statement or about your rights under ERISA, contact the nearest area office of the *Employee Benefits Security Administration, U. S. Department of Labor*.

## What Is Your Relationship with Providers and Groups?

The relationship between you and any provider is that of provider and patient.

You are responsible for all of the following:

- Choosing your own provider.

COC22.INS.2018.LG.MA                    69

- Paying, directly to your provider, any amount identified as a member responsibility, including Co-payments, Co-insurance, any deductible and any amount that exceeds the Allowed Amount, when applicable.

- Paying, directly to your provider, the cost of any non-Covered Health Care Service.

- Deciding if any provider treating you is right for you. This includes Network providers you choose and providers that they refer.

- Deciding with your provider what care you should receive.

Your provider is solely responsible for the quality of the services provided to you.

The relationship between you and the Group is that of employer and employee, Dependent or other classification as defined in the Policy.

## Notice

When we provide written notice regarding administration of the Policy to an authorized representative of the Group, that notice is deemed notice to all affected Subscribers and their Enrolled Dependents. The Group is responsible for giving notice to you.

## Statements by Group or Subscriber

All statements made by the Group or by a Subscriber shall, in the absence of fraud, be deemed representations and not warranties. We will not use any statement made by the Group to void the Policy after it has been in force for two years unless it is a fraudulent statement.

## Do We Pay Incentives to Providers?

We pay Network providers through various types of contractual arrangements. Some of these arrangements may include financial incentives to promote the delivery of health care in a cost efficient and effective manner. These financial incentives are not intended to affect your access to health care.

Examples of financial incentives for Network providers are:

- Bonuses for performance based on factors that may include quality, member satisfaction and/or cost-effectiveness.

- Capitation - a group of Network providers receives a monthly payment from us for each Covered Person who selects a Network provider within the group to perform or coordinate certain health care services. The Network providers receive this monthly payment regardless of whether the cost of providing or arranging to provide the Covered Person's health care is less than or more than the payment.

- Bundled payments - certain Network providers receive a bundled payment for a group of Covered Health Care Services for a particular procedure or medical condition. The applicable Co-payment and/or Co-insurance will be calculated based on the provider type that received the bundled payment. The Network providers receive these bundled payments regardless of whether the cost of providing or arranging to provide the Covered Person's health care is less than or more than the payment. If you receive follow-up services related to a procedure where a bundled payment is made, an additional Co-payment and/or Co-insurance may not be required if such follow-up services are included in the bundled payment. You may receive some Covered Health Care Services that are not considered part of the inclusive bundled payment and those Covered Health Care Services would be subject to the applicable Co-payment and/or Co-insurance as described in your *Schedule of Benefits*.

We use various payment methods to pay specific Network providers. From time to time, the payment method may change. If you have questions about whether your Network provider's contract with us includes any financial incentives, we encourage you to discuss those questions with your provider. You

COC22.INS.2018.LG.MA                    70

may also call us at the telephone number on your ID card. We can advise whether your Network provider is paid by any financial incentive, including those listed above.

## Are Incentives Available to You?

Sometimes we may offer coupons, enhanced Benefits, or other incentives to encourage you to take part in various programs, including wellness programs, certain disease management programs, surveys, discount programs and/or programs to seek care in a more cost effective setting and/or from Designated Providers. In some instances, these programs may be offered in combination with a non-UnitedHealthcare entity. The decision about whether or not to take part in a program is yours alone. However, we recommend that you discuss taking part in such programs with your Physician. Contact us at www.myuhc.com or the telephone number on your ID card if you have any questions.

## Do We Receive Rebates and Other Payments?

We may receive rebates for certain drugs that are administered to you in your home or in a Physician's office, or at a Hospital or Alternate Facility. This includes rebates for those drugs that are administered to you before you meet any applicable deductible. As determined by us, we may pass a portion of these rebates on to you. When rebates are passed onto you, they may be taken into account in determining your Co-payment and/or Co-insurance.

## Who Interprets Benefits and Other Provisions under the Policy?

We have the final authority to do all of the following:

- Interpret Benefits under the Policy.

- Interpret the other terms, conditions, limitations and exclusions set out in the Policy, including this *Certificate*, the *Schedule of Benefits* and any Riders and/or Amendments.

- Make factual determinations related to the Policy and its Benefits.

We may assign this authority to other persons or entities that provide services in regard to the administration of the Policy.

In certain circumstances, for purposes of overall cost savings or efficiency, we may offer Benefits for services that would otherwise not be Covered Health Care Services. The fact that we do so in any particular case shall not in any way be deemed to require us to do so in other similar cases.

## Who Provides Administrative Services?

We provide administrative services or, as we determine, we may arrange for various persons or entities to provide administrative services, such as claims processing. The identity of the service providers and the nature of the services they provide may be changed from time to time as we determine. We are not required to give you prior notice of any such change, nor are we required to obtain your approval. You must cooperate with those persons or entities in the performance of their responsibilities.

## Amendments to the Policy

To the extent permitted by law, we have the right, as we determine and without your approval, to change, interpret, withdraw or add Benefits or end the Policy.

Any provision of the Policy which, on its effective date, is in conflict with the requirements of state or federal statutes or regulations (of the jurisdiction in which the Policy is delivered) is amended to conform to the minimum requirements of such statutes and regulations.

No other change may be made to the Policy unless it is made by an Amendment or Rider which has been signed by one of our officers and consistent with applicable notice requirements. All of the following conditions apply:

COC22.INS.2018.LG.MA                    71

- Amendments and Riders to the Policy are effective upon the Group's next anniversary date, except as otherwise permitted by law.

- No agent has the authority to change the Policy or to waive any of its provisions.

- No one has authority to make any oral changes or amendments to the Policy.

We will provide to at least one adult Covered Person in each household who resides in Massachusetts notice of all material changes to the Certificate by issuing an amendment, rider or a new Certificate.

We will provide to the Group for delivery to at least one adult Covered Person in each household residing in Massachusetts prior notice of modification in Covered Health Care Services. This notice will be provided at least 60 days before the effective day of the modifications. The notices will include the following:

- Any changes in clinical review criteria.

- A statement about your share, if any, of the cost of the changes.

## How Do We Use Information and Records?

We may use your individually identifiable health information as follows:

- To administer the Policy and pay claims.

- To identify procedures, products, or services that you may find valuable.

- As otherwise permitted or required by law.

We may request additional information from you to decide your claim for Benefits. We will keep this information confidential. We may also use de-identified data for commercial purposes, including research, as permitted by law. More detail about how we may use or disclose your information is found in our *Notice of Privacy Practices.*

By accepting Benefits under the Policy, you authorize and direct any person or institution that has provided services to you to furnish us with all information or copies of records relating to the services provided to you. We have the right to request this information at any reasonable time. This applies to all Covered Persons, including Enrolled Dependents whether or not they have signed the Subscriber's enrollment form. We agree that such information and records will be considered confidential.

We have the right to release records concerning health care services when any of the following apply:

- Needed to put in place and administer the terms of the Policy.

- Needed for medical review or quality assessment.

- Required by law or regulation.

During and after the term of the Policy, we and our related entities may use and transfer the information gathered under the Policy in a de-identified format for commercial purposes, including research and analytic purposes. Please refer to our *Notice of Privacy Practices.*

For complete listings of your medical records or billing statements you may contact your health care provider. Providers may charge you reasonable fees to cover their costs for providing records or completing requested forms.

If you request medical forms or records from us, we also may charge you reasonable fees to cover costs for completing the forms or providing the records.

In some cases, as permitted by law, we will designate other persons or entities to request records or information from or related to you, and to release those records as needed. Our designees have the same rights to this information as we have.

## Do We Require Examination of Covered Persons?

In the event of a question or dispute regarding your right to Benefits, we may require that a Network Physician of our choice examine you at our expense.

## Is Workers' Compensation Affected?

Benefits provided under the Policy do not substitute for and do not affect any requirements for coverage by workers' compensation insurance.

## How Are Benefits Paid When You Are Medicare Eligible?

Benefits under the Policy are not intended to supplement any coverage provided by Medicare. Nevertheless, in some circumstances Covered Persons who are eligible for or enrolled in Medicare may also be enrolled under the Policy.

If you are eligible for or enrolled in Medicare, please read the following information carefully.

If you are eligible for Medicare on a primary basis (Medicare pays before Benefits under the Policy), you should enroll in and maintain coverage under both Medicare Part A and Part B. If you don't enroll and maintain that coverage, and if we are the secondary payer as described in *Section 7: Coordination of Benefits*, we will pay Benefits under the Policy as if you were covered under both Medicare Part A and Part B. As a result, you will be responsible for the costs that Medicare would have paid and you will incur a larger out-of-pocket cost.

If you are enrolled in a *Medicare Advantage* (Medicare Part C) plan on a primary basis (Medicare pays before Benefits under the Policy), you should follow all rules of that plan that require you to seek services from that plan's participating providers. When we are the secondary payer, we will pay any Benefits available to you under the Policy as if you had followed all rules of the *Medicare Advantage* plan. You will be responsible for any additional costs or reduced Benefits that result from your failure to follow these rules, and you will incur a larger out-of-pocket cost.

## Subrogation and Reimbursement

We have the right to subrogation and reimbursement. References to "you" or "your" in this *Subrogation and Reimbursement* section shall include you, your Estate and your heirs and beneficiaries unless otherwise stated.

Subrogation applies when we have paid Benefits on your behalf for a Sickness or Injury for which any third party is allegedly responsible. The right to subrogation means that we are substituted to and shall succeed to any and all legal claims that you may be entitled to pursue against any third party for the Benefits that we have paid that are related to the Sickness or Injury for which any third party is considered responsible.

*Subrogation Example:*

*Suppose you are injured in a car accident that is not your fault, and you receive Benefits under the Policy to treat your injuries. Under subrogation, the Policy has the right to take legal action in your name against the driver who caused the accident and that driver's insurance carrier to recover the cost of those Benefits.*

The right to reimbursement means that if it is alleged that any third party caused or is responsible for a Sickness or Injury for which you receive a settlement, judgment, or other recovery from any third party, you must use those proceeds to fully return to us 100% of any Benefits you receive for that Sickness or Injury. The right of reimbursement shall apply to any benefits received at any time until the rights are extinguished, resolved or waived in writing.

*Reimbursement Example:*

*Suppose you are injured in a boating accident that is not your fault, and you receive Benefits under the Policy as a result of your injuries. In addition, you receive a settlement in a court proceeding from the*

COC22.INS.2018.LG.MA                    73

*individual who caused the accident. You must use the settlement funds to return to the Policy 100% of any Benefits you received to treat your injuries.*

The following persons and entities are considered third parties:

- A person or entity alleged to have caused you to suffer a Sickness, Injury or damages, or who is legally responsible for the Sickness, Injury or damages.

- Any insurer or other indemnifier of any person or entity alleged to have caused or who caused the Sickness, Injury or damages.

- Your employer in a workers' compensation case or other matter alleging liability.

- Any person or entity who is or may be obligated to provide benefits or payments to you, including benefits or payments for underinsured or uninsured motorist protection, no-fault or traditional auto insurance (homeowners or otherwise), workers' compensation coverage, other insurance carriers or third party administrators. Please note that medical payments in an auto policy will always be secondary to and excess of any health benefit plan or personal injury protection coverage.

- Any person or entity against whom you may have any claim for professional and/or legal malpractice arising out of or connected to a Sickness or Injury you allege or could have alleged were the responsibility of any third party.

- Any person or entity that is liable for payment to you on any equitable or legal liability theory.

You agree as follows:

- You will cooperate with us in protecting our legal and equitable rights to subrogation and reimbursement in a timely manner, including, but not limited to:

  - Notifying us, in writing, of any potential legal claim(s) you may have against any third party for acts which caused Benefits to be paid or become payable.

  - Providing any relevant information requested by us.

  - Signing and/or delivering such documents as we or our agents reasonably request to secure the subrogation and reimbursement claim.

  - Responding to requests for information about any accident or injuries.

  - Making court appearances.

  - Obtaining our consent or our agents' consent before releasing any party from liability or payment of medical expenses.

  - Complying with the terms of this section.

  Your failure to cooperate with us is considered a breach of contract. As such, we have the right to terminate or deny future Benefits, take legal action against you, and/or set off from any future Benefits the value of Benefits we have paid relating to any Sickness or Injury alleged to have been caused or caused by any third party to the extent not recovered by us due to you or your representative not cooperating with us. If we incur attorneys' fees and costs in order to collect third party settlement funds held by you or your representative, we have the right to recover those fees and costs from you. You will also be required to pay interest on any amounts you hold which should have been returned to us.

- We have a first priority right to receive payment on any claim against any third party before you receive payment from that third party. Further, our first priority right to payment is superior to any and all claims, debts or liens asserted by any medical providers, including but not limited to hospitals or emergency treatment facilities, that assert a right to payment from funds payable from or recovered from an allegedly responsible third party and/or insurance carrier.

- Our subrogation and reimbursement rights apply to full and partial settlements, judgments, or other recoveries paid or payable to you or your representative, your Estate, your heirs and beneficiaries,

no matter how those proceeds are captioned or characterized. Payments include, but are not limited to, economic, non-economic, pecuniary, consortium and punitive damages. We are not required to help you to pursue your claim for damages or personal injuries and no amount of associated costs, including attorneys' fees, shall be deducted from our recovery without our express written consent. No so-called "Fund Doctrine" or "Common Fund Doctrine" or "Attorney's Fund Doctrine" shall defeat this right.

- Regardless of whether you have been fully compensated or made whole, we may collect from you the proceeds of any full or partial recovery that you or your legal representative obtain, whether in the form of a settlement (either before or after any determination of liability) or judgment, no matter how those proceeds are captioned or characterized. Proceeds from which we may collect include, but are not limited to, economic, non-economic, and punitive damages. No "collateral source" rule, any "Made-Whole Doctrine" or "Make-Whole Doctrine," claim of unjust enrichment, nor any other equitable limitation shall limit our subrogation and reimbursement rights.

- Benefits paid by us may also be considered to be Benefits advanced.

- If you receive any payment from any party as a result of Sickness or Injury, and we allege some or all of those funds are due and owed to us, you and/or your representative shall hold those funds in trust, either in a separate bank account in your name or in your representative's trust account.

- By participating in and accepting Benefits under the Policy, you agree that (i) any amounts recovered by you from any third party shall constitute Policy assets (to the extent of the amount of Benefits provided on behalf of the Covered Person), (ii) you and your representative shall be fiduciaries of the Policy (within the meaning of ERISA) with respect to such amounts, and (iii) you shall be liable for and agree to pay any costs and fees (including reasonable attorney fees) incurred by us to enforce its reimbursement rights.

- Our right to recovery will not be reduced due to your own negligence.

- By participating in and accepting Benefits from us, you agree to assign to us any benefits, claims or rights of recovery you have under any automobile policy - including no-fault benefits, PIP benefits and/or medical payment benefits - other coverage or against any third party, to the full extent of the Benefits we have paid for the Sickness or Injury. By agreeing to provide this assignment in exchange for participating in and accepting benefits, you acknowledge and recognize our right to assert, pursue and recover on any such claim, whether or not you choose to pursue the claim, and you agree to this assignment voluntarily.

- We may, at our option, take necessary and appropriate action to preserve our rights under these provisions, including but not limited to, providing or exchanging medical payment information with an insurer, the insurer's legal representative or other third party; filing an ERISA reimbursement lawsuit to recover the full amount of medical benefits you receive for the Sickness or Injury out of any settlement, judgment or other recovery from any third party considered responsible; and filing suit in your name or your Estate's name, which does not obligate us in any way to pay you part of any recovery we might obtain. Any ERISA reimbursement lawsuit stemming from a refusal to refund Benefits as required under the terms of the Policy is governed by a six-year statute of limitations.

- You may not accept any settlement that does not fully reimburse us, without our written approval.

- We have the final authority to resolve all disputes regarding the interpretation of the language stated herein.

- In the case of your death, giving rise to any wrongful death or survival claim, the provisions of this section apply to your estate, the personal representative of your estate, and your heirs or beneficiaries. In the case of your death our right of reimbursement and right of subrogation shall apply if a claim can be brought on behalf of you or your estate that can include a claim for past medical expenses or damages. The obligation to reimburse us is not extinguished by a release of claims or settlement agreement of any kind.

- No allocation of damages, settlement funds or any other recovery, by you, your estate, the personal representative of your estate, your heirs, your beneficiaries or any other person or party, shall be valid if it does not reimburse us for 100% of our interest unless we provide written consent to the allocation.

- The provisions of this section apply to the parents, guardian, or other representative of a Dependent child who incurs a Sickness or Injury caused by any third party. If a parent or guardian may bring a claim for damages arising out of a minor's Sickness or Injury, the terms of this subrogation and reimbursement clause shall apply to that claim.

- If any third party causes or is alleged to have caused you to suffer a Sickness or Injury while you are covered under the Policy, the provisions of this section continue to apply, even after you are no longer covered.

- In the event that you do not abide by the terms of the Policy pertaining to reimbursement, we may terminate Benefits to you, your dependents or the subscriber, deny future Benefits, take legal action against you, and/or set off from any future Benefits the value of Benefits we have paid relating to any Sickness or Injury alleged to have been caused or caused by any third party to the extent not recovered by us due to your failure to abide by the terms of the Policy. If we incur attorneys' fees and costs in order to collect third party settlement funds held by you or your representative, we have the right to recover those fees and costs from you. You will also be required to pay interest on any amounts you hold which should have been returned to us.

- We and all Administrators administering the terms and conditions of the Policy's subrogation and reimbursement rights have such powers and duties as are necessary to discharge its duties and functions, including the exercise of our final authority to (1) construe and enforce the terms of the Policy's subrogation and reimbursement rights and (2) make determinations with respect to the subrogation amounts and reimbursements owed to us.

## When Do We Receive Refunds of Overpayments?

If we pay Benefits for expenses incurred on your account, you, or any other person or organization that was paid, must make a refund to us if any of the following apply:

- All or some of the expenses were not paid or did not legally have to be paid by you.

- All or some of the payment we made exceeded the Benefits under the Policy.

- All or some of the payment was made in error.

The refund equals the amount we paid in excess of the amount we should have paid under the Policy. If the refund is due from another person or organization, you agree to help us get the refund when requested.

If the refund is due from you and you do not promptly refund the full amount, we may recover the overpayment by reallocating the overpaid amount to pay, in whole or in part, your future Benefits that are payable under the Policy. If the refund is due from a person or organization other than you, we may recover the overpayment by reallocating the overpaid amount to pay, in whole or in part; (i) future Benefits that are payable in connection with services provided to other Covered Persons under the Policy; or (ii) future Benefits that are payable in connection with services provided to persons under other plans for which we make payments, pursuant to a transaction in which our overpayment recovery rights are assigned to such other plans in exchange for such plans' remittance of the amount of the reallocated payment.

The reductions will equal the amount of the required refund. We may have other rights in addition to the right to reduce future benefits.

## Is There a Limitation of Action?

You cannot bring any legal action against us to recover reimbursement until you have completed all the steps in the appeal process described in *Section 6: Questions, Complaints and Appeals.* After completing

that process, if you want to bring a legal action against us you must do so within three years of the date we notified you of our final decision on your appeal or you lose any rights to bring such an action against us.

## What Is the Entire Policy?

The Policy, this *Certificate*, the *Schedule of Benefits*, the Group's *Application* and any Riders and/or Amendments, make up the entire Policy that is issued to the Group.

## Genetic Testing and Privacy Information

We are prohibited from canceling, refusing to issue or renew, or in any other way making or permitting any distinction or discrimination based on genetic information, the amount of payment of premium or rates charged, the length of coverage, or in any other of the terms and conditions of the Policy. In addition, neither us, nor any officers, agents or brokers may require genetic tests or genetic information, as defined below, as a condition of the issuance or renewal of any such coverage.

For purposes of this provision, "genetic information" is any written or recorded individually identifiable result of a genetic test as defined below or explanation of such a result. Genetic information will not include any information about an identifiable person that is taken as part of any of the following:

- A biopsy, autopsy, or clinical specimen solely for the purpose of conducting an immediate clinical or diagnostic test that is not a test of DNA, RNA, mitochondrial DNA, chromosomes or proteins.

- A blood sample solely for blood banking.

- A newborn screening.

- Confidential research information for use in epidemiological and clinical research conducted for the purpose of generating scientific knowledge about genes or learning about genes or learning about the genetic basis of disease or for developing pharmaceutical and other treatments of disease.

- Information pertaining to the abuse of drugs or alcohol which is derived from tests given for the exclusive purpose of determining the abuse of drugs or alcohol.

For purposes of this provision, "genetic test" is a test of human DNA, RNA, mitochondrial DNA, chromosomes or proteins for the purpose of identifying genes, inherited or acquires genetic abnormalities, or the presence or absence of inherited or acquired characteristics in genetic material. For the purposes of this provision, the term genetic test will not include tests given for drugs, alcohol, cholesterol, or HIV; or any test for the purpose of diagnosing or detecting an existing disease, illness, impairment or disorder.

## Utilization Review Procedures

We use the following utilization review procedures described below to review Covered Health Care Services against clinical criteria to determine whether the health care service, supply or Pharmaceutical Product is Medically Necessary.

Pre-service requests for Benefits are those requests that require prior authorization or Benefit confirmation prior to receiving medical care. Pre-service utilization review determinations will be made within two working days of obtaining all necessary information. In the case of a determination to approve an admission, procedure or service, we will give notice to the requesting provider by telephone within 24 hours of the decision and will send a written or electronic confirmation of the telephone notification to you and the provider within two working days thereafter. In the case of a determination to deny or reduce Benefits ("an adverse determination"), we will notify the provider rendering the service by telephone within 24 hours of the decision and will send a written or electronic confirmation of the telephone notification to you and the provider within one working day thereafter.

Concurrent utilization review is a review of authorized admissions to hospitals and extended care facilities, and skilled home health care services. Concurrent review decisions will be made within one working day of obtaining all necessary information. The service will be continued without liability to you

COC22.INS.2018.LG.MA                                  77

until you have been notified of the determination. In the case of a determination to approve an extended stay or additional services, we will notify the provider rendering the service by telephone within one working day of the decision and will send a written or electronic confirmation of the telephone notification to you and the provider within one working day thereafter. In the case of an adverse determination, we will notify the provider rendering the service by telephone within 24 hours of the decision and will send a written or electronic confirmation of the telephone notification to you and the provider within one working day thereafter.

Post-service claims are those claims that are filed for payment of Benefits after medical care has been received. Retrospective utilization review may be conducted on post-service claims in situations where services are not subject to Pre-service review against clinical criteria.

Retrospective utilization review may be conducted in situations where services are not subject to pre-service review against clinical criteria.

If you wish to determine the status or outcome of a clinical review decision you can contact us at www.myuhc.com or at 866-322-1028.

In the event of an adverse determination involving clinical review, your treating provider may discuss your case with a physician reviewer or may seek reconsideration from us. The reconsideration will take place within one working day of your provider's request. If the adverse determination is not reversed on reconsideration you may appeal. Your appeal rights are described in (Section 6: Questions, Complaints and Appeals). Your right to appeal does not depend on whether or not your provider sought reconsideration.

## Quality Assurance Programs

The goal of the our Quality Program is to ensure the provision of consistently excellent health care, health information and service to you, enabling you to maintain and improve your physical and behavioral health and well-being. Some components of the quality program are directed to all Covered Persons and others address specific medical issues and providers.

Examples of quality activities in place for all Covered Person's include a systematic review and re-review of the credentials of Network providers and contracted facilities, as well as the development and dissemination of clinical standards and guidelines in areas such as preventive care, medical records, appointment access, confidentiality, and the appropriate use of drug therapies and new medical technologies.

Activities affecting specific medical issues and providers include disease management programs for those with chronic diseases like asthma, diabetes and congestive heart failure, and the investigation and resolution of quality-of-care complaints registered by individual Covered Persons.

# Section 9: Defined Terms

**Acute Treatment Services** - 24-hour medically supervised addiction treatment for adults or adolescents provided in a medically managed or medically monitored inpatient facility, as defined by the department of public health, that provides evaluation and withdrawal management and which may include biopsychosocial assessment, individual and group counseling, psychoeducational groups and discharge planning.

**Air Ambulance** - medical transport by rotary wing Air Ambulance or fixed wing Air Ambulance as defined in *42 CFR 414.605*.

**Allowed Amounts** - for Covered Health Care Services, incurred while the Policy is in effect, Allowed Amounts are determined by us or determined as required by law as shown in the *Schedule of Benefits*.

Allowed Amounts are determined in accordance with our reimbursement policy guidelines or as required by law. We develop these guidelines, as we determine, after review of all provider billings in accordance with one or more of the following methodologies:

- As shown in the most recent edition of the *Current Procedural Terminology (CPT)*, a publication of the *American Medical Association*, and/or the *Centers for Medicare and Medicaid Services (CMS)*.

- As reported by generally recognized professionals or publications.

- As used for Medicare.

- As determined by medical staff and outside medical consultants pursuant to other appropriate source or determination that we accept.

**Alternate Facility** - a health care facility that is not a Hospital. It provides one or more of the following services on an outpatient basis, as permitted by law:

- Surgical services.

- Emergency Health Care Services.

- Rehabilitative, laboratory, diagnostic or therapeutic services.

It may also provide Mental Health Care Services or Substance-Related and Addictive Disorders Services on an outpatient or inpatient basis.

**Amendment** - any attached written description of added or changed provisions to the Policy. It is effective only when signed by us. It is subject to all conditions, limitations and exclusions of the Policy, except for those that are specifically amended.

**Ancillary Services** - items and services provided by out-of-Network Physicians at a Network facility that are any of the following:

- Related to emergency medicine, anesthesiology, pathology, radiology, and neonatology;

- Provided by assistant surgeons, hospitalists, and intensivists;

- Diagnostic services, including radiology and laboratory services, unless such items and services are excluded from the definition of Ancillary Services as determined by the Secretary;

- Provided by such other specialty practitioners as determined by the Secretary; and

- Provided by an out-of-Network Physician when no other Network Physician is available.

**Annual Deductible** - the total of the Allowed Amount or the Recognized Amount when applicable, you must pay for Covered Health Care Services per year before we will begin paying for Benefits. It does not include any amount that exceeds Allowed Amounts or Recognized Amounts when applicable. The *Schedule of Benefits* will tell you if your plan is subject to payment of an Annual Deductible and how it applies.

**Assisted Reproductive Technology (ART)** - the term for procedures involving the manipulation of human reproductive materials (such as sperm, eggs and/or embryos) to achieve Pregnancy. Examples of such procedures are:

- In vitro fertilization (IVF).
- Gamete intrafallopian transfer (GIFT).
- Pronuclear stage tubal transfer (PROST).
- Tubal embryo transfer (TET).
- Zygote intrafallopian transfer (ZIFT).

**Autism Spectrum Disorders** - any of the pervasive developmental disorders as defined by the most recent edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association* including *Autistic Disorder, Rhett's Syndrome, Asperger's Disorder, Childhood Disintegrated Disorder* and *Pervasive Development Disorders Not Otherwise Specified (PDDNOS)*.

**Benefits** - your right to payment for Covered Health Care Services that are available under the Policy.

**Cellular Therapy** - administration of living whole cells into a patient for the treatment of disease.

**Clinical Stabilization Services** - 24-hour clinically managed post detoxification treatment for adults or adolescents, as defined by the department of public health, usually following Acute Treatment Services for substance-related and addictive disorders, which may include intensive education and counseling regarding the nature of addiction and its consequences, relapse prevention, outreach to families and significant others and aftercare planning, for individuals beginning to engage in recovery from addiction.

**Co-insurance** - the charge, stated as a percentage of the Allowed Amount or the Recognized Amount when applicable, that you are required to pay for certain Covered Health Care Services.

**Community-Based Acute Treatment for Children and Adolescents (CBAT)** - mental health services provided in a staff-secure setting on a 24-hour basis, with sufficient clinical staffing to ensure safety for the child or adolescent, while providing intensive therapeutic services including, but not limited to: daily medication monitoring, psychiatric assessment; nursing availability; specialing (as needed); individual, group and family therapy; case management; family assessment and consultation; discharge planning; and psychological testing, as needed. This service may be used as an alternative to or transition from inpatient services. Whenever a carrier's acute residential treatment program is substantially similar to CBAT, it may be considered to meet the requirements of CBAT.

**Congenital Anomaly** - a physical developmental defect that is present at the time of birth, and that is identified within the first twelve months of birth.

**Co-payment** - the charge, stated as a set dollar amount, that you are required to pay for certain Covered Health Care Services.

Please note that for Covered Health Care Services, you are responsible for paying the lesser of the following:

- The Co-payment.
- The Allowed Amount or the Recognized Amount when applicable.

**Cosmetic Procedures** - procedures or services that change or improve appearance without significantly improving physiological function.

**Covered Health Care Service(s)** - health care services, including supplies or Pharmaceutical Products, which we determine to be all of the following:

- Provided for the purpose of preventing, evaluating, diagnosing or treating a Sickness, Injury, Mental Illness, substance-related and addictive disorders, condition, disease or its symptoms.
- Medically Necessary.

- Described as a Covered Health Care Service in this *Certificate* under *Section 1: Covered Health Care Services* and in the *Schedule of Benefits*.

- Not excluded in this *Certificate* under *Section 2: Exclusions and Limitations*.

**Covered Person** - the Subscriber or a Dependent, but this term applies only while the person is enrolled under the Policy. We use "you" and "your" in this *Certificate* to refer to a Covered Person.

**Custodial Care** - services that are any of the following non-Skilled Care services:

- Non health-related services such as help with daily living activities. Examples include eating, dressing, bathing, transferring and ambulating.

- Health-related services that can safely and effectively be performed by trained non-medical personnel and are provided for the primary purpose of meeting the personal needs of the patient or maintaining a level of function, as opposed to improving that function to an extent that might allow for a more independent existence.

**Definitive Drug Test** - test to identify specific medications, illicit substances and metabolites and is qualitative or quantitative to identify possible use or non-use of a drug.

**Dependent** - the Subscriber's legal spouse or a child of the Subscriber or the Subscriber's spouse. All references to the spouse of a Subscriber shall include a Domestic Partner, except for the purpose of coordinating Benefits with Medicare. As described in *Section 3: When Coverage Begins*, the Group determines who is eligible to enroll and who qualifies as a Dependent. The term "child" includes:

- A natural child.

- A stepchild.

- Adoptive children of a Subscriber domiciled in the commonwealth or beneficiary of a fund domiciled in the commonwealth immediately from the date of the filing of a petition to adopt under chapter two hundred and ten and thereafter if the child has been residing in the home of the policyholder.

- A child placed for adoption.

- A child for whom legal guardianship has been awarded to the Subscriber or the Subscriber's spouse.

- A foster child from the date of the filing of petition for adoption.

- A newborn infant of a dependent from the moment of birth.

- In all other cases, immediately from the date of placement by a licensed placement agency of the child for purposes of adoption in the home of a Subscriber or beneficiary and thereafter.

- A child for whom health care coverage is required through a *Qualified Medical Child Support Order* or other court or administrative order. The Group is responsible for determining if an order meets the criteria of a *Qualified Medical Child Support Order*.

The following conditions apply:

- A Dependent includes a child listed above under age 26.

- A child is no longer eligible as a Dependent on the last day of the month following the date the child reaches age 26 except as provided in *Section 4: When Coverage Ends* under *Coverage for a Disabled Dependent Child.*

A child who meets the requirements set forth above ceases to be eligible as a Dependent on the last day of the month following the date the child reaches age 26.

If payment of a specific Premium is required to provide coverage for a child, the Policy or contract may require that notification of birth of a newly born child or of filing of a petition to adopt a foster child or of placement of a child for purposes of adoption and payment of the required Premium must be furnished to

the insurer or indemnity corporation. For the purposes of this section "notification" may mean submission of a claim.

The Subscriber must reimburse us for any Benefits paid during a time a child did not satisfy these conditions.

A Dependent does not include anyone who is also enrolled as a Subscriber. No one can be a Dependent of more than one Subscriber.

**Designated Dispensing Entity** - a pharmacy, provider, or facility that has entered into an agreement with us, or with an organization contracting on our behalf, to provide Pharmaceutical Products for the treatment of specified diseases or conditions. Not all Network pharmacies, providers, or facilities are Designated Dispensing Entities.

**Designated Network Benefits** - the description of how Benefits are paid for certain Covered Health Care Services provided by a provider or facility that has been identified as a Designated Provider. The *Schedule of Benefits* will tell you if your plan offers Designated Network Benefits and how they apply.

**Designated Provider** - a provider and/or facility that:

- Has entered into an agreement with us, or with an organization contracting on our behalf, to provide Covered Health Care Service for the treatment of specific diseases or conditions; or

- We have identified through our designation programs as a Designated Provider. Such designation may apply to specific treatments, conditions and/or procedures.

A Designated Provider may or may not be located within your geographic area. Not all Network Hospitals or Network Physicians are Designated Providers.

You can find out if your provider is a Designated Provider by contacting us at www.myuhc.com or the telephone number on your ID card.

**Designated Virtual Network Provider** - a provider or facility that has entered into an agreement with us, or with an organization contracting on our behalf, to deliver Covered Health Care Services through live audio with video technology or audio only.

**Domestic Partner** - a person of the opposite or same sex with whom the Subscriber has a Domestic Partnership.

**Domestic Partnership** - a relationship between a Subscriber and one other person of the opposite or same sex. All of the following requirements apply to both persons. They must:

- Not be related by blood or a degree of closeness that is prohibited by law in the state of residence.

- Not be currently married to, or a Domestic Partner of, another person under either statutory or common law.

- Share the same permanent residence and the common necessities of life.

- Be at least 18 years of age.

- Be mentally able to consent to contract.

- They must be financially interdependent.

**Durable Medical Equipment (DME**) - medical equipment that is all of the following:

- Ordered or provided by a Physician for outpatient use primarily in a home setting.

- Used for medical purposes.

- Not consumable or disposable except as needed for the effective use of covered DME.

- Not of use to a person in the absence of a disease or disability.

- Serves a medical purpose for the treatment of a Sickness or Injury.

- Primarily used within the home.

**Eligible Person** - an employee of the Group or other person connected to the Group who meets the eligibility requirements shown in both the Group's *Application* and the Policy. An Eligible Person must live within the United States.

**Emergency** - a medical condition, whether physical, mental or related to a substance-related and addictive disorders, manifesting itself by acute symptoms of sufficient severity, including severe pain, that the absence of prompt medical attention could reasonably be expected by a prudent layperson who possesses an average knowledge of health and medicine to result in placing the health of a Covered Person in serious jeopardy or to result in causing serious impairment to body function or serious dysfunction of a body organ or part.

With respect to a pregnant woman who is having contractions:

- When there is inadequate time to effect a safe transfer to another hospital before delivery; or

- When transfer may pose a threat to the health or safety of the woman or the unborn child.

**Emergency Health Care Services** - with respect to an Emergency:

- An appropriate medical screening exam (as required under section *1867 of the Social Security Act* or as would be required under such section if such section applied to an Independent Freestanding Emergency Department*)* that is within the capability of the emergency department of a Hospital, or an Independent Freestanding Emergency Department, as applicable, including ancillary services routinely available to the emergency department to evaluate such Emergency, and

- Such further medical exam and treatment, to the extent they are within the capabilities of the staff and facilities available at the Hospital or an Independent Freestanding Emergency Department, as applicable, as are required under section *1867 of the Social Security Act,* or as would be required under such section if such section applied to an Independent Freestanding Emergency Department, to stabilize the patient (regardless of the department of the Hospital in which such further exam or treatment is provided). For the purpose of this definition, "to stabilize" has the meaning as given such term in section *1867(e)(3)* of the *Social Security Act (42 U.S.C. 1395dd(e)(3)).*

- Emergency Health Care Services include items and services otherwise covered under the Policy when provided by an out-of-Network provider or facility (regardless of the department of the Hospital in which the items and services are provided) after the patient is stabilized and as part of outpatient observation, or an Inpatient Stay or outpatient stay that is connected to the original Emergency, unless each of the following conditions are met:

  a)   The attending Emergency Physician or treating provider determines the patient is able to travel using nonmedical transportation or non-Emergency medical transportation to an available Network provider or facility located within a reasonable distance taking into consideration the patient's medical condition.

  b)   The provider furnishing the additional items and services satisfies notice and consent criteria in accordance with applicable law.

  c)   The patient is in such a condition to receive information as stated in b) above and to provide informed consent in accordance with applicable law.

  d)   The provider or facility satisfies any additional requirements or prohibitions as may be imposed by state law.

  e)   Any other conditions as specified by the Secretary.

  The above conditions do not apply to unforeseen or urgent medical needs that arise at the time the service is provided regardless of whether notice and consent criteria has been satisfied.

**Enrolled Dependent** - a Dependent who is properly enrolled under the Policy.

**Experimental or Investigational Service(s)** - medical, surgical, diagnostic, psychiatric, mental health, substance-related and addictive disorders or other health care services, technologies, supplies, treatments, procedures, drug therapies, medications or devices that, at the time we make a determination regarding coverage in a particular case, are determined to be any of the following:

- Not approved by the *U.S. Food and Drug Administration (FDA)* to be lawfully marketed for the proposed use and not identified in the *American Hospital Formulary Service* or the *United States Pharmacopoeia Dispensing Information* as appropriate for the proposed use, except that coverage is provided for a drug which has been prescribed for treatment of cancer or HIV/AIDS treatment even if the drug has not been approved by the FDA for that indication, if the drug is recognized for the treatment of that indication:

  - In one of the following established reference compendia: (1) the *U.S. Pharmacopoeia Drug Information Guide for the Health Care Professional* (USPDI); (2) the *American Medical Association's Drug Evaluations* (AMADE); or (3) the *American Society of Hospital Pharmacists' American Hospital Formulary Service Drug Information* (AHES-DI).

  - In published scientific studies published in any peer-reviewed national professional journal.

  - By the commissioner of the Massachusetts Division of Insurance.

  However, there is no coverage for any drug when the *FDA* has determined its use to be contraindicated.

- Subject to review and approval by any institutional review board for the proposed use. (Devices which are *FDA* approved under the *Humanitarian Use Device* exemption are not Experimental or Investigational.)

- The subject of an ongoing clinical trial that meets the definition of a Phase I, II or III clinical trial set forth in the *FDA* regulations, regardless of whether the trial is actually subject to *FDA* oversight.

Exceptions:

- Clinical trials for which Benefits are available as described under *Clinical Trials* in *Section 1: Covered Health Care Services*.

- We may, as we determine, consider an otherwise Experimental or Investigational Service to be a Covered Health Care Service for that Sickness or condition if:

  - You are not a participant in a qualifying clinical trial, as described under *Clinical Trials* in *Section 1: Covered Health Care Services*: and

  - You have a Sickness or condition that is likely to cause death within one year of the request for treatment.

Prior to such a consideration, we must first establish that there is sufficient evidence to conclude that, even though unproven, the service has significant potential as an effective treatment for that Sickness or condition.

**Freestanding Facility** - an outpatient, diagnostic or ambulatory center or independent laboratory which performs services and submits claims separately from a Hospital.

**Gene Therapy** - therapeutic delivery of nucleic acid (DNA or RNA) into a patient's cells as a drug to treat a disease.

**Genetic Counseling** - counseling by a qualified clinician that includes:

- Identifying your potential risks for suspected genetic disorders;

- An individualized discussion about the benefits, risks and limitations of Genetic Testing to help you make informed decisions about Genetic Testing; and

- Interpretation of the Genetic Testing results in order to guide health decisions.

Certified genetic counselors, medical geneticists and physicians with a professional society's certification that they have completed advanced training in genetics are considered qualified clinicians when Covered Health Care Services for Genetic Testing require Genetic Counseling.

**Genetic Testing** - exam of blood or other tissue for changes in genes (DNA or RNA) that may indicate an increased risk for developing a specific disease or disorder, or provide information to guide the selection of treatment of certain diseases, including cancer.

**Gestational Carrier** - a female who becomes pregnant by having a fertilized egg (embryo) implanted in her uterus for the purpose of carrying the fetus to term for another person. The Gestational Carrier does not provide the egg and is therefore not biologically related to the child.

**Group** - the employer, or other defined or otherwise legally established group, to whom the Policy is issued.

**Home Health Agency** - a program or organization authorized by law to provide health care services in the home.

**Hospital** - an institution that is operated as required by law and that meets both of the following:

- It is mainly engaged in providing inpatient health care services, for the short term care and treatment of injured or sick persons. Care is provided through medical, diagnostic and surgical facilities, by or under the supervision of a staff of Physicians.

- It has 24-hour nursing services.

A Hospital is not mainly a place for rest, Custodial Care or care of the aged. It is not a nursing home, convalescent home or similar institution.

**Hospital-based Facility** - an outpatient facility that performs services and submits claims as part of a Hospital.

**Iatrogenic Infertility** - an impairment of fertility by surgery, radiation, chemotherapy, or other medical treatment affecting reproductive organs or processes.

**Independent Freestanding Emergency Department** - a health care facility that:

- Is geographically separate and distinct and licensed separately from a Hospital under applicable state law; and

- Provides Emergency Health Care Services.

**In-Home Behavioral Services** - a combination of medically necessary behavior management therapy and behavior management monitoring; provided, however, that such services shall be available, when indicated, where the child resides, including in the child's home, a foster home, a therapeutic foster home, or another community setting. In-home behavioral services include: behavioral management monitoring and behavioral management therapy, including:

- behavioral management monitoring - monitoring of a child's behavior, the implementation of a behavior plan and reinforcing implementation of a behavior plan by the child's parent or other caregiver, and

- behavior management therapy - therapy that addresses challenging behaviors that interfere with a child's successful functioning; provided, however, that "behavior management therapy" shall include a functional behavioral assessment and observation of the youth in the home and/or community setting, development of a behavior plan, and supervision and coordination of interventions to address specific behavioral objectives or performance, including the development of a crisis-response strategy; and provided further, that "behavior management therapy" may include short-term counseling and assistance.

**In-Home Therapy** - medically necessary therapeutic clinical intervention or ongoing training, as well as therapeutic support; provided however, that the intervention or support shall be provided where the child resides, including in the child's home, a foster home, a therapeutic foster home, or another community setting, including:

COC22.INS.2018.LG.MA                    85

- ongoing therapeutic training and support - services that support implementation of a treatment plan pursuant to therapeutic clinical intervention that shall include, but not be limited to, teaching the child to understand, direct, interpret, manage and control feelings and emotional responses to situations and assisting the family in supporting the child and addressing the child's emotional and mental health needs, and

- therapeutic clinical intervention - intervention that shall include: (i) a structured and consistent therapeutic relationship between a licensed clinician and a child and the child's family to treat the child's mental health needs, including improvement of the family's ability to provide effective support for the child and promotion of healthy functioning of the child within the family; (ii) the development of a treatment plan; and (iii) the use of established psychotherapeutic techniques, working with the family or a subset of the family to enhance problem solving, limit setting, communication, emotional support or other family or individual functions.

**Initial Enrollment Period** - the first period of time when Eligible Persons may enroll themselves and their Dependents under the Policy.

**Injury** - damage to the body, including all related conditions and symptoms.

**Inpatient Rehabilitation Facility** - any of the following that provides inpatient rehabilitation health care services (including physical therapy, occupational therapy and/or speech therapy), as authorized by law:

- A long term acute rehabilitation center,

- A Hospital, or

- A special unit of a Hospital designated as an Inpatient Rehabilitation Facility.

**Inpatient Stay** - a continuous stay that follows formal admission to a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility.

**Intensive Behavioral Therapy (IBT)** - outpatient Mental Health Care Services that aim to reinforce adaptive behaviors, reduce maladaptive behaviors and improve the mastery of functional age appropriate skills in people with Autism Spectrum Disorders. The most common IBT is *Applied Behavior Analysis (ABA).*

**Intensive Care Coordination for Children and Adolescents** - a collaborative service that provides targeted case management services to children and adolescents with a serious emotional disturbance, including individuals with co-occurring conditions, in order to meet the comprehensive medical, behavioral health, and psychosocial needs of an individual and the individual's family, while promoting quality, cost-effective outcomes. This service includes an assessment, the development of an individualized care plan, referrals to appropriate levels of care, monitoring of goals, and coordinating with other services and social supports and with state agencies, as indicated. The service shall be based upon a system of care philosophy and the individualized care plan shall be tailored to meet the needs of the individual. The service shall include both face-to-face and telephonic meetings, as indicated and as clinically appropriate. Intensive care coordination is delivered in office, home or other settings, as clinically appropriate.

**Intensive Community-Based Acute Treatment (ICBAT)** - provides the same services as CBAT for children and adolescents but of higher intensity, including more frequent psychiatric and psychopharmacological evaluation and treatment and more intensive staffing and service delivery. ICBAT programs have the capability to admit children and adolescents with more acute symptoms than those admitted to CBAT. ICBAT programs are able to treat children and adolescents with clinical presentations similar to those referred to inpatient mental health services but who are able to be cared for safely in an unlocked setting. Children and adolescents may be admitted to an ICBAT directly from the community as an alternative to inpatient hospitalization; ICBAT is not used as a step-down placement following discharge from a locked, 24-hour setting. Whenever a carrier's acute residential treatment program is substantially similar to ICBAT, it may be considered to meet the requirements of ICBAT.

The following are not considered child-adolescent mental health intermediate care and outpatient services and are not required to be covered by an insured health plan:

- Programs in which the patient has a pre-defined duration of care without the health plan's ability to conduct concurrent determinations of continued medical necessity for an individual.

- Programs that only provide meetings or activities that are not based on individualized treatment planning.

- Programs that focus solely on improvement in interpersonal or other skills rather than services directed toward symptom reduction and functional recovery related to specific mental health disorders.

- Tuition-based programs that offer educational, vocational, recreational, or personal development activities, such as a therapeutic school, camp, or wilderness program. The health plan must provide coverage for medically necessary services provided while the individual is in the program, subject to the terms of the member's evidence of coverage including any network requirements or co-payments/coinsurance provisions.

- Programs that provide primarily custodial care services.

**Intensive Outpatient Treatment** - a structured outpatient treatment program.

- For Mental Health Care Services, the program may be freestanding or Hospital-based and provides services for at least three hours per day, two or more days per week.

- For Substance-Related and Addictive Disorders Services, the program provides nine to nineteen hours per week of structured programming for adults and six to nineteen hours for adolescents, consisting primarily of counseling and education about addiction related and mental health problems.

**Intermediate Care** - A range of non-inpatient Mental Health Care or Substance-Related and Addictive Disorders Services that provide more intensive and extensive treatment interventions when outpatient services alone are not sufficient to meet the patient's needs. Intermediate Care encompasses the following:

- Care at a Residential Treatment facility, including crisis stabilization and clinically managed detoxification services.

- Care at a Partial Hospitalization/Day Treatment program.

- Care through an Intensive Outpatient Treatment program, including in-home therapy services.

For the purposes of this definition:

- "Crisis stabilization" means short-term psychiatric treatment in structured, community-based therapeutic environments. Community crisis stabilization provides continuous 24-hour observation and supervision for individuals who do not require Inpatient Services.

- "Clinically managed detoxification services" means 24 hour, seven days a week, clinically managed detoxification services in a licensed non-hospital setting that includes 24 hours per day supervision, observation and support, and nursing care, seven days a week.

- "In-home therapy services" means an intensive combination of diagnostic and treatment interventions delivered in the home and community to a youth and family designed to sustain the youth in his or her home and/or to prevent the youth's admission to an inpatient Hospital, psychiatric Residential Treatment facility, or other psychiatric treatment setting.

The following are not considered intermediate services and are not covered:

- Programs in which the patient has a pre-defined duration of care without our ability to conduct concurrent determinations of continued medical necessity.

- Programs that only provide meeting or activities that are not based on individualized treatment planning.

Case 1:26-cv-11001-JEK    Document 51    Filed 05/29/26    Page 118 of 341

- Programs that focus solely on improvement in interpersonal or other skills rather than treatment directed toward symptom reduction and functional recovery related to amelioration of specific psychiatric symptoms or syndromes.

- Tuition-based programs that offer educational, vocational, recreational or personal development activities, such as a therapeutic school, camp or wilderness program. Coverage will be provided for Medically Necessary outpatient or intermediate services provided while the individual is in the program, subject to the provisions described in the *Certificate*, *Section 1: Covered Health Care Services*.

- Programs that provide primarily custodial care services.

**Intermittent Care** - skilled nursing care that is provided either:

- Fewer than seven days each week.

- Fewer than eight hours each day for periods of 21 days or less.

Exceptions may be made in certain circumstances when the need for more care is finite and predictable.

**Licensed Mental Health Professional** - a licensed physician who specializes in the practice of psychiatry, a licensed psychologist, a licensed independent clinical social worker, a licensed mental health counselor, a licensed nurse mental health clinical specialist, a licensed alcohol and drug counselor I, a Licensed Mental Health Professional who has a recognized expertise in specialty pediatrics, or a licensed marriage and family therapist within the lawful scope of practice for such therapist.

**Manipulative Treatment (adjustment)** - a form of care provided by chiropractors and osteopaths for diagnosed muscle, nerve and joint problems. Body parts are moved either by hands or by a small instrument to:

- Restore or improve motion.

- Reduce pain.

- Increase function.

**Medically Necessary** - health care services that are all of the following as determined by us or our designee:

- In accordance with *Generally Accepted Standards of Medical Practice*.

- Clinically appropriate, in terms of type, frequency, extent, service site and duration, and considered effective for your Sickness, Injury, Mental Illness, substance-related and addictive disorders, disease or its symptoms.

- Not mainly for your convenience or that of your doctor or other health care provider.

- Not more costly than an alternative drug, service(s), service site or supply that is at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of your Sickness, Injury, disease or symptoms.

*Generally Accepted Standards of Medical Practice* are standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, relying primarily on controlled clinical trials, or, if not available, observational studies from more than one institution that suggest a causal relationship between the service or treatment and health outcomes.

If no credible scientific evidence is available, then standards that are based on Physician specialty society recommendations or professional standards of care may be considered. We have the right to consult expert opinion in determining whether health care services are Medically Necessary. The decision to apply Physician specialty society recommendations, the choice of expert and the determination of when to use any such expert opinion, shall be determined by us.

COC22.INS.2018.LG.MA                    88

We develop and maintain clinical policies that describe the *Generally Accepted Standards of Medical Practice* scientific evidence, prevailing medical standards and clinical guidelines supporting our determinations regarding specific services. These clinical policies (as developed by us and revised from time to time), are available to Covered Persons through www.myuhc.com or the telephone number on your ID card. They are also available to Physicians and other health care professionals on UHCprovider.com.

**Medicare** - Parts A, B, C and D of the insurance program established by Title XVIII, *United States Social Security Act*, as amended by 42 U.S.C. Sections 1394, et seq. and as later amended.

**Mental Health Care Services** - services for the diagnosis and treatment of those mental health or psychiatric categories that are listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or the *Diagnostic and Statistical Manual of the American Psychiatric Association*. The fact that a condition is listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment for the condition is a Covered Health Care Service.

**Mental Health/Substance-Related and Addictive Disorders Designee** - the organization or individual, designated by us, that provides or arranges Mental Health Care Services and Substance-Related and Addictive Disorders Services.

**Mental Illness** - those mental health or psychiatric diagnostic categories that are listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association.* The fact that a condition is listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment for the condition is a Covered Health Care Service.

**Mobile Crisis Intervention** - a short-term, mobile, on-site, face-to-face therapeutic response service that is available 24 hours a day, 7 days a week to a child experiencing a behavioral health crisis. Mobile crisis intervention is used to identify, assess, treat and stabilize a situation, to reduce the immediate risk of danger to the child or others, and to make referrals and linkages to all medically necessary behavioral health services and supports and the appropriate level of care. The intervention shall be consistent with the child's risk management or safety plan, if any. Mobile crisis intervention includes a crisis assessment and crisis planning, which may result in the development or update of a crisis safety plan.

**Mobility Device** - A manual wheelchair, electric wheelchair, transfer chair or scooter.

**Network** - when used to describe a provider of health care services, this means a provider that has a participation agreement in effect (either directly or indirectly) with us or with our affiliate to participate in our Network. This does not include those providers who have agreed to discount their charges for Covered Health Care Services by way of their participation in the Shared Savings Program. Our affiliates are those entities affiliated with us through common ownership or control with us or with our ultimate corporate parent, including direct and indirect subsidiaries.

A provider may enter into an agreement to provide only certain Covered Health Care Services, but not all Covered Health Care Services, or to be a Network provider for only some of our products. In this case, the provider will be a Network provider for the Covered Health Care Services and products included in the participation agreement and an out-of-Network provider for other Covered Health Care Services and products. The participation status of providers will change from time to time.

**Network Benefits -** the description of how Benefits are paid for Covered Health Care Services provided by Network providers. The *Schedule of Benefits* will tell you if your plan offers Network Benefits and how Network Benefits apply.

**New Pharmaceutical Product** - a Pharmaceutical Product or new dosage form of a previously approved Pharmaceutical Product. It applies to the period of time starting on the date the Pharmaceutical Product or new dosage form is approved by the *U.S. Food and Drug Administration (FDA)* and ends on the earlier of the following dates:

- The date as determined by us or our designee, which is based on when the Pharmaceutical Product is reviewed and when utilization management strategies are implemented.

- December 31st of the following calendar year.

**Non-Medical 24-Hour Withdrawal Management -** an organized residential service, including those defined in the *American Society of Addiction Medicine (ASAM) Criteria* providing 24-hour supervision, observation, and support for patients who are intoxicated or experiencing withdrawal, using peer and social support rather than medical and nursing care.

**Open Enrollment Period** - a period of time, after the Initial Enrollment Period, when Eligible Persons may enroll themselves and Dependents under the Policy. The Group sets the period of time that is the Open Enrollment Period.

**Out-of-Network Benefits** - the description of how Benefits are paid for Covered Health Care Services provided by out-of-Network providers. The *Schedule of Benefits* will tell you if your plan offers Out-of-Network Benefits and how Out-of-Network Benefits apply.

**Out-of-Pocket Limit** - the maximum amount you pay every year. The *Schedule of Benefits* will tell you if your plan is subject to an Out-of-Pocket Limit and how the Out-of-Pocket Limit applies.

**Partial Hospitalization/Day Treatment** - a structured ambulatory program. The program may be freestanding or Hospital-based and provides services for at least 20 hours per week.

**Pharmaceutical Product(s)** - *U.S. Food and Drug Administration (FDA)*-approved prescription medications or products administered in connection with a Covered Health Care Service by a Physician.

**Physician** - any *Doctor of Medicine* or *Doctor of Osteopathy* who is properly licensed and qualified by law.

Please Note: Any chiropractor, clinical social worker, nurse, mental health clinical specialist, mental health counselor, dentist, certified registered nurse anesthetist, certified nurse midwife, nurse practitioner, obstetrician, optometrist, pediatrician, physician assistant, podiatrist, psychologist, psychiatrist, marriage and family therapist within the lawful scope of practice for such therapist, or other provider who acts within the scope of his or her license will be considered on the same basis as a Physician. The fact that we describe a provider as a Physician does not mean that Benefits for services from that provider are available to you under the Policy.

**Policy** - the entire agreement issued to the Group that includes all of the following:

- *Group Policy*.

- *Certificate*.

- *Schedule of Benefits*.

- Group *Application*.

- Riders.

- Amendments.

These documents make up the entire agreement that is issued to the Group.

**Policy Charge** - the sum of the Premiums for all Covered Persons enrolled under the Policy.

**Pregnancy** - includes all of the following:

- Prenatal care.

- Postnatal care.

- Childbirth.

- Any complications associated with Pregnancy.

**Preimplantation Genetic Testing (PGT)** - a test performed to analyze the DNA from oocytes or embryos for human leukocyte antigen (HLA) typing or for determining genetic abnormalities. These include:

- PGT-M - for monogenic disorder (formerly single-gene PGD).

- PGT-SR - for structural rearrangements (formerly chromosomal PGD).

**Premium** - the periodic fee required for each Subscriber and each Enrolled Dependent, in accordance with the terms of the Policy.

**Presumptive Drug Test** - test to determine the presence or absence of drugs or a drug class in which the results are indicated as negative or positive result.

**Primary Care Provider** - a health care professional qualified to provide general medical care for common health care problems who; (1) supervises, coordinates, prescribes, or otherwise provides or proposes health care services; (2) initiates referrals for specialist care; and (3) maintains continuity of care within the scope of practice. For Massachusetts residents, this also includes participating nurse practitioners and physician assistants.

**Private Duty Nursing** - nursing care that is provided to a patient on a one-to-one basis by licensed nurses in an inpatient or home setting when any of the following are true:

- Services exceed the scope of Intermittent Care in the home.

- The service is provided to a Covered Person by an independent nurse who is hired directly by the Covered Person or his/her family. This includes nursing services provided on an inpatient or home-care basis, whether the service is skilled or non-skilled independent nursing.

- Skilled nursing resources are available in the facility.

- The Skilled Care can be provided by a Home Health Agency on a per visit basis for a specific purpose.

**Recognized Amount -** the amount which Co-payment, Co-insurance and applicable deductible, is based on for the below Covered Health Care Services when provided by out-of-Network providers:

- Out-of-Network Emergency Health Care Services.

- Non-Emergency Covered Health Care Services received at certain Network facilities by out-of-Network Physicians, when such services are either Ancillary Services, or non-Ancillary Services that have not satisfied the notice and consent criteria of section *2799B-2(d) of the Public Health Service Act*. For the purpose of this provision, "certain Network facilities" are limited to a hospital (as defined in *1861(e) of the Social Security Act*), a hospital outpatient department, a critical access hospital (as defined in *1861(mm)(1) of the Social Security Act*), an ambulatory surgical center described in section *1833(i)(1)(A) of the Social Security Act*, and any other facility specified by the Secretary.

The amount is based on one of the following in the order listed below as applicable:

1) An *All Payer Model Agreement* if adopted,

2) State law, or

3) The lesser of the qualifying payment amount as determined under applicable law, or the amount billed by the provider or facility.

The Recognized Amount for Air Ambulance services provided by an out-of-Network provider will be calculated based on the lesser of the qualifying payment amount as determined under applicable law or the amount billed by the Air Ambulance service provider.

**Note: Covered Health Care Services that use the Recognized Amount to determine your cost sharing may be higher or lower than if cost sharing for these Covered Health Care Services were determined based upon an Allowed Amount.**

**Remote Physiologic Monitoring** - the collection and electronic transmission of biometric data that are analyzed and used to develop, manage, and update a treatment plan related to a chronic and/or acute health illness or condition. Remote Physiologic Monitoring services must be ordered by a licensed Physician or other qualified health professional who has examined the patient and with whom the patient has an established, documented, and ongoing relationship.

**Residential Treatment** - treatment in a facility established and operated as required by law, which provides Mental Health Care Services or Substance-Related and Addictive Disorders Services. It must meet all of the following requirements:

- Provides a program of treatment, approved by the Mental Health/Substance-Related and Addictive Disorders Designee, under the active participation and direction of a Physician and, approved by the Mental Health/Substance-Related and Addictive Disorders Designee.

- Has or maintains a written, specific and detailed treatment program requiring your full-time residence and participation.

- Provides at least the following basic services in a 24-hour per day, structured setting:

    - Room and board.

    - Evaluation and diagnosis.

    - Counseling.

    - Referral and orientation to specialized community resources.

A Residential Treatment facility that qualifies as a Hospital is considered a Hospital.

**Rider** - any attached written description of additional Covered Health Care Services not described in this *Certificate*. Covered Health Care Services provided by a Rider may be subject to payment of additional Premiums. (Note that Benefits for Outpatient Prescription Drugs and Routine Vision Examination, while presented in Rider format, are not subject to payment of additional Premiums and are included in the overall Premium for Benefits under the Policy.) Riders are effective only when signed by us and are subject to all conditions, limitations and exclusions of the Policy except for those that are specifically amended in the Rider.

**Secretary** - as that term is applied in the *No Surprises Act* of the *Consolidated Appropriations Act (P.L. 116-260).*

**Semi-private Room** - a room with two or more beds. When an Inpatient Stay in a Semi-private Room is a Covered Health Care Service, the difference in cost between a Semi-private Room and a private room is a Benefit only when a private room is Medically Necessary, or when a Semi-private Room is not available.

**Shared Savings Program** - a program in which we may obtain a discount to an out-of-Network provider's billed charges. This discount is usually based on a schedule previously agreed to by the out-of-Network provider and a third party vendor. When this program applies, the out-of-Network provider's billed charges will be discounted. Co-insurance and any applicable deductible would still apply to the reduced charge. Our policy provisions or administrative practices may supersede the scheduled rate. This means, when contractually permitted, we may pay the lesser of the Shared Savings Program discount or an amount determined by us, such as:

- A percentage of the published rates allowed by the *Centers for Medicare and Medicaid Services (CMS)* for the same or similar service within the geographic market.

- An amount determined based on available data resources of competitive fees in that geographic area.

- A fee schedule established by a third party vendor.

- A negotiated rate with the provider.

- The median amount negotiated with Network providers for the same or similar service.

COC22.INS.2018.LG.MA                         92

In this case, the out-of-Network provider may bill you for the difference between the billed amount and the rate determined by us. If this happens, you should call the telephone number shown on your ID card for assistance with resolving that issue. Shared Savings Program providers are not Network providers and are not credentialed by us.

**Sickness** - physical illness, disease or Pregnancy. The term Sickness as used in this *Certificate* includes Mental Illness or substance-related and addictive disorders, regardless of the cause or origin of the Mental Illness or substance-related and addictive disorder.

**Skilled Care** - skilled nursing, skilled teaching, skilled habilitation and skilled rehabilitation services, physical therapy, occupational therapy, speech therapy, medical social work, nutritional consultation, and the provision of DME when all of the following are true:

- Must be delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome, and provide for the safety of the patient.

- Ordered by a Physician.

- Not delivered for the purpose of helping with activities of daily living, including dressing, feeding, bathing or transferring from a bed to a chair.

- Requires clinical training in order to be delivered safely and effectively.

- Not Custodial Care, which can safely and effectively be performed by trained non-medical personnel.

**Skilled Nursing Facility** - a Hospital or nursing facility that is licensed and operated as required by law.

**Specialist** - a Physician who has a majority of his or her practice in areas other than general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine.

**Specialty Pharmaceutical Product** - Pharmaceutical Products that are generally high cost, biotechnology drugs used to treat patients with certain illnesses.

**Subscriber** - an Eligible Person who is properly enrolled under the Policy. The Subscriber is the person (who is not a Dependent) on whose behalf the Policy is issued to the Group.

**Substance-Related and Addictive Disorders Services** - services for the diagnosis and treatment of alcoholism and substance-related and addictive disorders that are listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association*. The fact that a disorder is listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment of the disorder is a Covered Health Care Service.

**Surrogate** - a female who becomes pregnant usually by artificial insemination or transfer of a fertilized egg (embryo) for the purpose of carrying the fetus for another person.

**Telehealth/Telemedicine** - live, interactive audio with visual transmissions of a Physician-patient encounter from one site to another using telecommunications technology. The site may be a *CMS* defined originating facility or another location such as a Covered Person's home or place of work. Telehealth/Telemedicine does not include virtual care services provided by a Designated Virtual Network Provider.

**Transitional Living** - Mental Health Care Services and Substance-Related and Addictive Disorders Services provided through facilities, group homes and supervised apartments which provide 24-hour supervision, including those defined in the *American Society of Addiction Medicine (ASAM) Criteria* and are either:

- Sober living arrangements such as drug-free housing or alcohol/drug halfway houses. They provide stable and safe housing, an alcohol/drug-free environment and support for recovery. They may be used as an addition to ambulatory treatment when it doesn't offer the intensity and structure needed to help you with recovery.

COC22.INS.2018.LG.MA                                    93

- Supervised living arrangements which are residences such as facilities, group homes and supervised apartments. They provide stable and safe housing and the opportunity to learn how to manage activities of daily living. They may be used as an addition to treatment when it doesn't offer the intensity and structure needed to help you with recovery.

**Unproven Service(s)** - services, including medications, that are not determined to be effective for treatment of the medical condition or not determined to have a beneficial effect on health outcomes due to insufficient and inadequate clinical evidence from well-conducted randomized controlled trials or cohort studies in the prevailing published peer-reviewed medical literature.

- Well-conducted randomized controlled trials. (Two or more treatments are compared to each other, and the patient is not allowed to choose which treatment is received.)

- Well-conducted cohort studies from more than one institution. (Patients who receive study treatment are compared to a group of patients who receive standard therapy. The comparison group must be nearly identical to the study treatment group.)

We have a process by which we compile and review clinical evidence with respect to certain health care services. From time to time, we issue medical and drug policies that describe the clinical evidence available with respect to specific health care services. These medical and drug policies are subject to change without prior notice. You can view these policies at www.myuhc.com.

Please note:

- If you have a life-threatening Sickness or condition (one that is likely to cause death within one year of the request for treatment) we may, as we determine, consider an otherwise Unproven Service to be a Covered Health Care Service for that Sickness or condition. Prior to such a consideration, we must first establish that there is sufficient evidence to conclude that, even though unproven, the service has significant potential as an effective treatment for that Sickness or condition.

**Urgent Care Center** - a facility that provides Covered Health Care Services that are required to prevent serious deterioration of your health. These services are required as a result of an unforeseen Sickness, Injury, or the onset of sudden or severe symptoms.

# Outpatient Prescription Drug

# UnitedHealthcare Insurance Company

# Schedule of Benefits

## When Are Benefits Available for Prescription Drug Products?

Benefits are available for Prescription Drug Products at a Network Pharmacy and are subject to Co-payments and/or Co-insurance or other payments that vary depending on which of the tiers of the Prescription Drug List the Prescription Drug Product is placed.

Benefits for Prescription Drug Products are available when the Prescription Drug Product meets the definition of a Covered Health Care Service or is prescribed to prevent conception.

## What Happens When a Brand-name Drug Becomes Available as a Generic?

If a Generic becomes available for a Brand-name Prescription Drug Product, the tier placement of the Brand-name Prescription Drug Product may change. Therefore your Co-payment and/or Co-insurance may change or you will no longer have Benefits for that particular Brand-name Prescription Drug Product.

## How Do Supply Limits Apply?

Benefits for Prescription Drug Products are subject to the supply limits that are stated in the "Description and Supply Limits" column of the Benefit Information table. For a single Co-payment and/or Co-insurance, you may receive a Prescription Drug Product up to the stated supply limit.

Note: Some products are subject to additional supply limits based on criteria that we have developed. Supply limits are subject, from time to time, to our review and change. This may limit the amount dispensed per Prescription Order or Refill and/or the amount dispensed per month's supply, or may require that a minimum amount be dispensed.

You may find out whether a Prescription Drug Product has a supply limit for dispensing by contacting us at www.myuhc.com or the telephone number on your ID card.

## Do Prior Authorization Requirements Apply?

Before certain Prescription Drug Products are dispensed to you, your Physician, your pharmacist or you are required to obtain prior authorization from us or our designee. The reason for obtaining prior authorization from us is to determine whether the Prescription Drug Product, in accordance with our approved guidelines, is each of the following:

- It meets the definition of a Covered Health Care Service.

- It is not an Experimental or Investigational or Unproven Service.

We may also require you to obtain prior authorization from us or our designee so we can determine whether the Prescription Drug Product, in accordance with our approved guidelines, was prescribed by a Specialist.

### Network Pharmacy Prior Authorization

When Prescription Drug Products are dispensed at a Network Pharmacy, the prescribing provider, the pharmacist, or you are responsible for obtaining prior authorization from us.

If you do not obtain prior authorization from us before the Prescription Drug Product is dispensed, you may pay more for that Prescription Order or Refill. The Prescription Drug Products requiring prior

authorization are subject, from time to time, to our review and change. There may be certain Prescription Drug Products that require you to notify us directly rather than your Physician or pharmacist. You may find out whether a particular Prescription Drug Product requires notification/prior authorization by contacting us at www.myuhc.com or the telephone number on your ID card.

If you do not obtain prior authorization from us before the Prescription Drug Product is dispensed, you can ask us to consider reimbursement after you receive the Prescription Drug Product. You will be required to pay for the Prescription Drug Product at the pharmacy. You may seek reimbursement from us as described in the *Certificate of Coverage (Certificate)* in *Section 5: How to File a Claim*.

When you submit a claim on this basis, you may pay more because you did not obtain prior authorization from us before the Prescription Drug Product was dispensed. The amount you are reimbursed will be based on the Prescription Drug Charge, less the required Co-payment and/or Co-insurance and any deductible that applies.

Benefits may not be available for the Prescription Drug Product after we review the documentation provided and we determine that the Prescription Drug Product is not a Covered Health Care Service or it is an Experimental or Investigational or Unproven Service.

We may also require prior authorization for certain programs which may have specific requirements for participation and/or activation of an enhanced level of Benefits related to such programs. You may access information on available programs and any applicable prior authorization, participation or activation requirements related to such programs by contacting us at www.myuhc.com or the telephone number on your ID card.

## Does Step Therapy Apply?

Certain Prescription Drug Products for which Benefits are described under this Prescription Drug Rider are subject to step therapy requirements. In order to receive Benefits for such Prescription Drug Products you must use a different Prescription Drug Product(s) first.

You may find out whether a Prescription Drug Product is subject to step therapy requirements by contacting us at www.myuhc.com or the telephone number on your ID card.

## What Do You Pay?

You are responsible for paying the applicable Co-payment and/or Co-insurance described in the Benefit Information table.

The amount you pay for any of the following under this Rider will not be included in calculating any Out-of-Pocket Limit stated in your *Certificate*:

- Any amount you pay for Prescription Drug Products for Iatrogenic Infertility, Infertility and Preimplantation Genetic Testing (PGT) that exceeds the Maximum Policy Benefit.

- Certain coupons or offers from pharmaceutical manufacturers or an affiliate.

- Any non-covered drug product. You are responsible for paying 100% of the cost (the amount the pharmacy charges you) for any non-covered drug product. Our contracted rates (our Prescription Drug Charge) will not be available to you.

## Payment Information

| Payment Term And Description | Amounts |
|---|---|
| **Co-payment and Co-insurance** | |
| ***Co-payment***<br><br>Co-payment for a Prescription Drug Product at a Network Pharmacy is a specific dollar amount.<br><br>***Co-insurance***<br><br>Co-insurance for a Prescription Drug Product at a Network Pharmacy is a percentage of the Prescription Drug Charge.<br><br>***Co-payment and Co-insurance***<br><br>Your Co-payment and/or Co-insurance is determined by the Prescription Drug List (PDL) Management Committee's tier placement of a Prescription Drug Product.<br><br>We may cover multiple Prescription Drug Products for a single Co-payment and/or Co-insurance if the combination of these multiple products provides a therapeutic treatment regimen that is supported by available clinical evidence. You may determine whether a therapeutic treatment regimen qualifies for a single Co-payment and/or Co-insurance by contacting us at www.myuhc.com or the telephone number on your ID card.<br><br>Your Co-payment and/or Co-insurance may be reduced when you participate in certain programs which may have specific requirements for participation and/or activation of an enhanced level of Benefits associated with such programs. You may access information on these programs and any applicable prior authorization, participation or activation requirements associated with such programs by contacting us at www.myuhc.com or the telephone number on your ID card.<br><br>Your Co-payment and/or Co-insurance for insulin will not exceed the amount allowed by applicable law.<br><br>**Special Programs:** We may have certain programs in which you may | For Prescription Drug Products at a retail Network Pharmacy, you are responsible for paying the lowest of the following:<br><br>• The applicable Co-payment and/or Co-insurance.<br><br>• The Network Pharmacy's Usual and Customary Charge for the Prescription Drug Product.<br><br>• The Prescription Drug Charge for that Prescription Drug Product.<br><br>For Prescription Drug Products from a mail order Network Pharmacy, you are responsible for paying the lower of the following:<br><br>• The applicable Co-payment and/or Co-insurance.<br><br>• The Prescription Drug Charge for that Prescription Drug Product.<br><br>See the Co-payments and/or Co-insurance stated in the Benefit Information table for amounts. |

| Payment Term And Description | Amounts |
|---|---|
| receive a reduced or increased Co-payment and/or Co-insurance based on your actions such as adherence/compliance to medication or treatment regimens, and/or participation in health management programs. You may access information on these programs by contacting us at www.myuhc.com or the telephone number on your ID card.<br><br>**Co-payment/Co-insurance Waiver Program:** If you are taking certain Prescription Drug Products, including, but not limited to, Specialty Prescription Drug Products, and you move to certain lower tier Prescription Drug Products or Specialty Prescription Drug Products, we may waive your Co-payment and/or Co-insurance for one or more Prescription Orders or Refills.<br><br>**Variable Co-payment Program**:<br><br>Certain coupons from pharmaceutical manufacturers or an affiliate may reduce the costs of your Specialty Prescription Drug Products. Your Co-payment and/or Co-insurance may vary when you use a coupon. Contact www.myuhc.com or the telephone number on your ID card for an available list of Specialty Prescription Drug Products and the applicable Co-payment and/or Co-insurance.<br><br>**Prescription Drug Products Prescribed by a Specialist:** You may receive a reduced or increased Co-payment and/or Co-insurance based on whether the Prescription Drug Product was prescribed by a Specialist. You may access information on which Prescription Drug Products are subject to a reduced or increased Co-payment and/or Co-insurance by contacting us at www.myuhc.com or the telephone number on your ID card.<br><br>**NOTE:** The tier status of a Prescription Drug Product can change from time to time. These changes generally happen quarterly but no more than six times per calendar year, based on the PDL Management Committee's tiering decisions. When that happens, you may pay more or less for a Prescription Drug | |

| Payment Term And Description | Amounts |
|---|---|
| Product, depending on its tier placement. Please contact us at www.myuhc.com or the telephone number on your ID card for the most up-to-date tier status.<br><br>**Coupons:** We may not permit you to use certain coupons or offers from pharmaceutical manufacturers or an affiliate to reduce your Co-payment and/or Co-insurance. | |

## Benefit Information

| | |
|---|---|
| **The amounts you are required to pay as shown below in the *Outpatient Prescription Drug Schedule of Benefits* are based on the Prescription Drug Charge.** | |
| **Description and Supply Limits** | **What Is the Co-payment or Co-insurance You Pay?** **This May Include a Co-payment, Co-insurance or Both** |
| **Specialty Prescription Drug Products** | |
| The following supply limits apply.<br><br>• As written by the provider, up to a consecutive 31-day supply of a Specialty Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits, or as allowed under the Smart Fill Program.<br><br>When a Specialty Prescription Drug Product is packaged or designed to deliver in a manner that provides more than a consecutive 31-day supply, the Co-payment and/or Co-insurance that applies will reflect the number of days dispensed or days the drug will be delivered.<br><br>If a Specialty Prescription Drug Product is provided for less than or more than a 31-day supply, the Co-payment and/or Co-insurance that applies will reflect the number of days dispensed.<br><br>Supply limits apply to Specialty Prescription Drug Products obtained at a Network Pharmacy, a mail order Network Pharmacy or a Designated Pharmacy. | Your Co-payment and/or Co-insurance is determined by the PDL Management Committee's tier placement of the Specialty Prescription Drug Product. All Specialty Prescription Drug Products on the Prescription Drug List are placed on Tier 1, Tier 2, or Tier 3. Please contact us at www.myuhc.com or the telephone number on your ID card to find out tier placement.<br><br>For a Tier 1 Specialty Prescription Drug Product: None of the Prescription Drug Charge after you pay $15 per Prescription Order or Refill.<br><br>For a Tier 2 Specialty Prescription Drug Product: None of the Prescription Drug Charge after you pay $30 per Prescription Order or Refill.<br><br>For a Tier 3 Specialty Prescription Drug Product: None of the Prescription Drug Charge after you pay $50 per Prescription Order or Refill. |
| **Prescription Drugs from a Retail Network Pharmacy** | |
| The following supply limits apply:<br><br>• As written by the provider, up to a consecutive 31-day supply of a Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits.<br><br>• A 12-month supply of a contraceptive. You may obtain an initial 3-month supply for any new | Your Co-payment and/or Co-insurance is determined by the PDL Management Committee's tier placement of the Prescription Drug Product. All Prescription Drug Products on the Prescription Drug List are placed on Tier 1, Tier 2, or Tier 3. Please contact us at www.myuhc.com or the telephone number on your ID card to find out tier status.<br><br>For a Tier 1 Prescription Drug Product: None of the Prescription Drug Charge after you pay $15 per Prescription Order or Refill.<br><br>For a Tier 2 Prescription Drug Product: None of the |

| The amounts you are required to pay as shown below in the *Outpatient Prescription Drug Schedule of Benefits* are based on the Prescription Drug Charge. | |
|---|---|
| **Description and Supply Limits** | **What Is the Co-payment or Co-insurance You Pay?**<br>**This May Include a Co-payment, Co-insurance or Both** |
| contraceptive prescription. Thereafter, you may obtain a single 12-month supply for any such prescription per plan year.<br><br>When a Prescription Drug Product is packaged or designed to deliver in a manner that provides more than a consecutive 31-day supply, the Co-payment and/or Co-insurance that applies will reflect the number of days dispensed or days the drug will be delivered. | Prescription Drug Charge after you pay $30 per Prescription Order or Refill.<br><br>For a Tier 3 Prescription Drug Product: None of the Prescription Drug Charge after you pay $50 per Prescription Order or Refill. |
| **Prescription Drug Products from a Mail Order Network Pharmacy or Preferred 90 Day Retail Network Pharmacy** | |
| The following supply limits apply:<br><br>• As written by the provider, up to a consecutive 90-day supply of a Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits. These supply limits do not apply to Specialty Prescription Drug Products. Specialty Prescription Drug Products from a mail order Network Pharmacy are subject to the supply limits stated above under the heading *Specialty Prescription Drug Products*.<br><br>You may be required to fill the first Prescription Drug Product order and obtain 2 refills through a retail pharmacy before using a mail order Network Pharmacy.<br><br>To maximize your Benefit, ask your Physician to write your Prescription Order or Refill for a 90-day supply, with refills when appropriate. You will be charged a Co-payment and/or Co-insurance based on the day supply dispensed for any Prescription Orders or Refills sent to the mail order pharmacy | Your Co-payment and/or Co-insurance is determined by the PDL Management Committee's tier placement the Prescription Drug Product. All Prescription Drug Products on the Prescription Drug List are placed on Tier 1, Tier 2, or Tier 3. Please contact us at www.myuhc.com or the telephone number on your ID card to find out tier status.<br><br>For up to a 90-day supply at a mail order Network Pharmacy or a Preferred 90 Day Retail Network Pharmacy, you pay:<br><br>For a Tier 1 Prescription Drug Product: None of the Prescription Drug Charge after you pay $37.50 per Prescription Order or Refill.<br><br>For a Tier 2 Prescription Drug Product: None of the Prescription Drug Charge after you pay $75 per Prescription Order or Refill.<br><br>For a Tier 3 Prescription Drug Product: None of the Prescription Drug Charge after you pay $125 per Prescription Order or Refill. |

| **The amounts you are required to pay as shown below in the *Outpatient Prescription Drug Schedule of Benefits* are based on the Prescription Drug Charge.** | |
|---|---|
| **Description and Supply Limits** | **What Is the Co-payment or Co-insurance You Pay?**<br><br>**This May Include a Co-payment, Co-insurance or Both** |
| or Preferred 90 Day Retail Network Pharmacy. Be sure your Physician writes your Prescription Order or Refill for a 90-day supply, not a 30-day supply with three refills. | |

# Outpatient Prescription Drug Rider

# UnitedHealthcare Insurance Company

This Rider to the Policy is issued to the Group and provides Benefits for Prescription Drug Products.

Because this Rider is part of a legal document, we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in either the *Certificate of Coverage (Certificate)* in *Section 9: Defined Terms* or in this Rider in *Section 3: Defined Terms.*

When we use the words "we," "us," and "our" in this document, we are referring to UnitedHealthcare Insurance Company. When we use the words "you" and "your" we are referring to people who are Covered Persons, as the term is defined in the *Certificate* in *Section 9: Defined Terms*.

NOTE: The Coordination of Benefits provision in the *Certificate* in *Section 7: Coordination of Benefits* applies to Prescription Drug Products covered through this Rider. Benefits for Prescription Drug Products will be coordinated with those of any other health plan in the same manner as Benefits for Covered Health Care Services described in the *Certificate*.

UnitedHealthcare Insurance Company

William J Golden, President

RID22.RX.NET.I.2018.LG.MA                    9

# Introduction

## Coverage Policies and Guidelines

Our Prescription Drug List (PDL) Management Committee makes tier placement changes on our behalf. The PDL Management Committee places *FDA* -approved Prescription Drug Product into tiers by considering a number of factors including clinical and economic factors. Clinical factors may include review of the place in therapy or use as compared to other similar product or services, site of care, relative safety or effectiveness of the Prescription Drug Product, as well as if certain supply limits or prior authorization requirements should apply. Economic factors may include the Prescription Drug Product's total cost including any rebates and evaluations of the cost effectiveness of the Prescription Drug Product.

Some Prescription Drug Products are more cost effective for treating specific conditions as compared to others; therefore, a Prescription Drug Product may be placed on multiple tiers according to the condition for which the Prescription Drug Product was prescribed to treat, or according to whether it was prescribed by a Specialist.

We may, from time to time, change the placement of a Prescription Drug Product among the tiers. These changes generally will happen quarterly, but no more than six times per calendar year. These changes may happen without prior notice to you.

When considering a Prescription Drug Product for tier placement, the PDL Management Committee reviews clinical and economic factors regarding Covered Persons as a general population. Whether a particular Prescription Drug Product is appropriate for you is a determination that is made by you and your prescribing Physician.

NOTE: The tier placement of a Prescription Drug Product may change, from time to time, based on the process described above. As a result of such changes, you may be required to pay more or less for that Prescription Drug Product. Please contact us at www.myuhc.com or the telephone number on your ID card for the most up-to-date tier placement.

## Identification Card (ID Card) - Network Pharmacy

You must either show your ID card at the time you obtain your Prescription Drug Product at a Network Pharmacy or you must provide the Network Pharmacy with identifying information that can be verified by us during regular business hours.

If you don't show your ID card or provide verifiable information at a Network Pharmacy, you must pay the Usual and Customary Charge for the Prescription Drug Product at the pharmacy.

You may seek reimbursement from us as described in the *Certificate* in *Section 5: How to File a Claim*. When you submit a claim on this basis, you may pay more because you did not verify your eligibility when the Prescription Drug Product was dispensed. The amount you are reimbursed will be based on the Prescription Drug Charge, less the required Co-payment and/or Co-insurance, and any deductible that applies.

Submit your claim to:

Optum Rx

PO Box 29077

Hot Springs, AR 71903

## Designated Pharmacies

If you require certain Prescription Drug Products, including, but not limited to, Specialty Prescription Drug Products, we may direct you to a Designated Pharmacy with whom we have an arrangement to provide those Prescription Drug Products.

If you are directed to a Designated Pharmacy and you choose not to obtain your Prescription Drug Product from a Designated Pharmacy, no Benefit will be paid for that Prescription Drug Product.

*Smart Fill Program - Split Fill*

Certain Specialty Prescription Drug Products may be dispensed by the Designated Pharmacy in 15-day supplies up to 90 days and at a pro-rated Co-payment or Co-insurance. You will receive a 15-day supply of their Specialty Prescription Drug Product to find out if you will tolerate the Specialty Prescription Drug Product prior to purchasing a full supply. The Designated Pharmacy will contact you each time prior to dispensing the 15-day supply to confirm if you are tolerating the Specialty Prescription Drug Product. You may find a list of Specialty Prescription Drug Products included in the *Smart Fill Program*, by contacting us at www.myuhc.com or the telephone number on your ID card.

*Smart Fill Program - 90-Day Supply*

Certain Specialty Prescription Drug Products may be dispensed by the Designated Pharmacy in 90-day supplies. The Co-payment and/or Co-insurance will reflect the number of days dispensed. The *Smart Fill Program* offers a 90-day supply of certain Specialty Prescription Drug Products if you are stabilized on a Specialty Prescription Drug Product included in the *Smart Fill Program*. You may find a list of Specialty Prescription Drug Products included in the *Smart Fill Program*, by contacting us at www.myuhc.com or the telephone number on your ID card.

## When Do We Limit Selection of Pharmacies?

If we determine that you may be using Prescription Drug Products in a harmful or abusive manner, or with harmful frequency, your choice of Network Pharmacies may be limited. If this happens, we may require you to choose one Network Pharmacy that will provide and coordinate all future pharmacy services. Benefits will be paid only if you use the chosen Network Pharmacy. If you don't make a choice within 31 days of the date we notify you, we will choose a Network Pharmacy for you.

## Rebates and Other Payments

We may receive rebates for certain drugs included on the Prescription Drug List, including those drugs that you purchase prior to meeting any applicable deductible. As determined by us, we may pass a portion of these rebates on to you. When rebates are passed on to you, they may be taken into account in determining your Co-payment and/or Co-insurance.

We, and a number of our affiliated entities, conduct business with pharmaceutical manufacturers separate and apart from this *Outpatient Prescription Drug Rider*. Such business may include, but is not limited to, data collection, consulting, educational grants and research. Amounts received from pharmaceutical manufacturers pursuant to such arrangements are not related to this *Outpatient Prescription Drug Rider*. We are not required to pass on to you, and do not pass on to you, such amounts.

## Coupons, Incentives and Other Communications

At various times, we may send mailings or provide other communications to you, your Physician, or your pharmacy that communicate a variety of messages, including information about Prescription and non-prescription Drug Products. These communications may include offers that enable you, as you determine, to purchase the described product at a discount. In some instances, non-UnitedHealthcare entities may support and/or provide content for these communications and offers. Only you and your Physician can determine whether a change in your Prescription and/or non-prescription Drug regimen is appropriate for your medical condition.

## Variable Co-payment Program

Certain Specialty Prescription Drug Products are eligible for coupons or offers from pharmaceutical manufacturers or affiliates that may reduce the cost for your Prescription Drug Product. We may help you determine whether your Specialty Prescription Drug Product is eligible for this reduction. If you redeem a coupon from a pharmaceutical manufacturer or affiliate, your Co-payment and/or Co-insurance may vary.

Please contact www.myuhc.com or the telephone number on your ID card for an available list of Specialty Prescription Drug Products. If you choose not to participate, you will pay the Co-payment or Co-insurance as described in the *Outpatient Prescription Drug Schedule of Benefits*.

The amount of the coupon will not count toward any applicable deductible or out-of-pocket limits.

## Special Programs

We may have certain programs in which you may receive an enhanced or reduced Benefit based on your actions such as adherence/compliance to medication or treatment regimens, and/or taking part in health management programs. You may access information on these programs by contacting us at www.myuhc.com or the telephone number on your ID card.

## Maintenance Medication Program

If you require certain Maintenance Medications, we may direct you to the Mail Order Network Pharmacy or Preferred 90 Day Retail Network Pharmacy to obtain those Maintenance Medications. If you choose not to obtain your Maintenance Medications from the Mail Order Network Pharmacy or Preferred 90 Day Retail Network Pharmacy, you may opt-out of the Maintenance Medication Program by contacting us at www.myuhc.com or the telephone number on your ID card. If you choose to opt out when directed to a Mail Order Network Pharmacy or Preferred 90 Day Retail Network Pharmacy but do not inform us, no Benefits will be paid for that Prescription Drug Product after the allowed number of fills at a Retail Network Pharmacy.

## Prescription Drug Products Prescribed by a Specialist

You may receive an enhanced or reduced Benefit, or no Benefit, based on whether the Prescription Drug Product was prescribed by a Specialist. You may access information on which Prescription Drug Products are subject to Benefit enhancement, reduction or no Benefit by contacting us at www.myuhc.com or the telephone number on your ID card.

# Outpatient Prescription Drug Rider Table of Contents

**Section 1: Benefits for Prescription Drug Products............................14**
**Section 2: Exclusions.................................................................15**
**Section 3: Defined Terms.............................................................18**

# Section 1: Benefits for Prescription Drug Products

Benefits are available for Prescription Drug Products at a Network Pharmacy and are subject to Co-payments and/or Co-insurance or other payments that vary depending on which of the tiers of the Prescription Drug List the Prescription Drug Product is placed. Refer to the *Outpatient Prescription Drug Schedule of Benefits* for applicable Co-payments and/or Co-insurance requirements.

Benefits for Prescription Drug Products are available when the Prescription Drug Product meets the definition of a Covered Health Care Service or is prescribed to prevent conception.

**Specialty Prescription Drug Products**

Benefits are provided for Specialty Prescription Drug Products.

If you require Specialty Prescription Drug Products, we may direct you to a Designated Pharmacy with whom we have an arrangement to provide those Specialty Prescription Drug Products.

If you are directed to a Designated Pharmacy and you choose not to obtain your Specialty Prescription Drug Product from a Designated Pharmacy, no Benefit will be paid for that Specialty Prescription Drug Product.

Please see *Section 3: Defined Terms* for a full description of Specialty Prescription Drug Product and Designated Pharmacy.

The *Outpatient Prescription Drug Schedule of Benefits* will tell you how Specialty Prescription Drug Product supply limits apply.

**Prescription Drugs from a Retail Network Pharmacy**

Benefits are provided for Prescription Drug Products dispensed by a retail Network Pharmacy.

The *Outpatient Prescription Drug Schedule of Benefits* will tell you how retail Network Pharmacy supply limits apply.

**Prescription Drug Products from a Mail Order Network Pharmacy or Preferred 90 Day Retail Network Pharmacy**

Benefits are provided for certain Prescription Drug Products dispensed by a mail order Network Pharmacy or Preferred 90 Day Retail Network Pharmacy.

The *Outpatient Prescription Drug Schedule of Benefits* will tell you how mail order Network Pharmacy and Preferred 90 Day Retail Network Pharmacy supply limits apply.

Please contact us at www.myuhc.com or the telephone number on your ID card to find out if Benefits are provided for your Prescription Drug Product and for information on how to obtain your Prescription Drug Product through a mail order Network Pharmacy or Preferred 90 Day Retail Network Pharmacy.

# Section 2: Exclusions

Exclusions from coverage listed in the *Certificate* also apply to this Rider. In addition, the exclusions listed below apply.

When an exclusion applies to only certain Prescription Drug Products, you can contact us at www.myuhc.com or the telephone number on your ID card for information on which Prescription Drug Products are excluded.

1. Outpatient Prescription Drug Products obtained from an out-of-Network Pharmacy

2. Coverage for Prescription Drug Products for the amount dispensed (days' supply or quantity limit) which exceeds the supply limit.

3. Coverage for Prescription Drug Products for the amount dispensed (days' supply or quantity limit) which is less than the minimum supply limit.

4. Prescription Drug Products dispensed outside the United States, except as required for Emergency treatment.

5. Drugs which are prescribed, dispensed or intended for use during an Inpatient Stay.

6. Experimental or Investigational or Unproven Services and medications; medications used for experimental treatments for specific diseases and/or dosage regimens determined by us to be experimental, investigational or unproven.

7. Prescription Drug Products furnished by the local, state or federal government. Any Prescription Drug Product to the extent payment or benefits are provided or available from the local, state or federal government (for example, Medicare) whether or not payment or benefits are received, except as otherwise provided by law.

8. Prescription Drug Products for any condition, Injury, Sickness or Mental Illness arising out of, or in the course of, employment for which benefits are available under any workers' compensation law or other similar laws, whether or not a claim for such benefits is made or payment or benefits are received.

9. Any product dispensed for the purpose of appetite suppression or weight loss.

10. A Pharmaceutical Product for which Benefits are provided in your *Certificate*. This includes all forms of vaccines/immunizations.

11. Durable Medical Equipment, including insulin pumps and related supplies for the management and treatment of diabetes, for which Benefits are provided in your *Certificate*. Prescribed and non-prescribed outpatient supplies. This does not apply to diabetic supplies and inhaler spacers specifically stated as covered.

12. General vitamins, except the following, which require a Prescription Order or Refill:

    - Prenatal vitamins.
    - Vitamins with fluoride.
    - Single entity vitamins.

13. Certain unit dose packaging or repackagers of Prescription Drug Products.

14. Medications used for cosmetic purposes.

15. Prescription Drug Products, including New Prescription Drug Products or new dosage forms, that we determine do not meet the definition of a Covered Health Care Service.

16. Prescription Drug Products as a replacement for a previously dispensed Prescription Drug Product that was lost, stolen, broken or destroyed.

17. Compounded drugs that do not contain at least one ingredient that has been approved by the *U.S. Food and Drug Administration (FDA)* and requires a Prescription Order or Refill. Compounded drugs that contain a non- *FDA*approved bulk chemical. Compounded drugs that are available as a similar commercially available Prescription Drug Product. (Compounded drugs that contain at least one ingredient that requires a Prescription Order or Refill are placed on Tier 3.)

18. Drugs available over-the-counter that do not require a Prescription Order or Refill by federal or state law before being dispensed, unless we have designated the over-the-counter medication as eligible for coverage as if it were a Prescription Drug Product and it is obtained with a Prescription Order or Refill from a Physician. Prescription Drug Products that are available in over-the-counter form or made up of components that are available in over-the-counter form or equivalent. Certain Prescription Drug Products that we have determined are Therapeutically Equivalent to an over-the-counter drug or supplement. Such determinations may be made up to six times during a calendar year. We may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision. This exclusion does not apply to over-the-counter drugs used for tobacco cessation.

19. Certain New Prescription Drug Products and/or new dosage forms until the date they are reviewed and placed on a tier by our PDL Management Committee.

20. Growth hormone for children with familial short stature (short stature based upon heredity and not caused by a diagnosed medical condition).

21. Any product for which the primary use is a source of nutrition, nutritional supplements, or dietary management of disease, and prescription medical food products even when used for the treatment of Sickness or Injury.

22. A Prescription Drug Product that contains (an) active ingredient(s) available in and Therapeutically Equivalent to another covered Prescription Drug Product. Such determinations may be made up to six times during a calendar year. We may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

23. A Prescription Drug Product that contains (an) active ingredient(s) which is (are) a modified version of and Therapeutically Equivalent to another covered Prescription Drug Product. Such determinations may be made up to six times during a calendar year. We may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

24. Certain Prescription Drug Products for which there are Therapeutically Equivalent alternatives available, unless otherwise required by law or approved by us. Such determinations may be made up to six times during a calendar year. We may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

25. Certain Prescription Drug Products that have not been prescribed by a Specialist.

26. A Prescription Drug Product that contains marijuana, including medical marijuana.

27. Dental products, including but not limited to prescription fluoride topicals.

28. A Prescription Drug Product with either:

- An approved biosimilar.

- A biosimilar and Therapeutically Equivalent to another covered Prescription Drug Product.

For the purpose of this exclusion a "biosimilar" is a biological Prescription Drug Product approved based on both of the following:

- It is highly similar to a reference product (a biological Prescription Drug Product).

- It has no clinically meaningful differences in terms of safety and effectiveness from the reference product.

RID22.RX.NET.I.2018.LG.MA                    16

Such determinations may be made up to six times during a calendar year. We may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

29.  Diagnostic kits and products.

30.  Publicly available software applications and/or monitors that may be available with or without a Prescription Order or Refill.

31.  Certain Prescription Drug Products that are *FDA* approved as a package with a device or application, including smart package sensors and/or embedded drug sensors. This exclusion does not apply to a device or application that assists you with the administration of a Prescription Drug Product.

# Section 3: Defined Terms

**Brand-name -** a Prescription Drug Product: (1) which is manufactured and marketed under a trademark or name by a specific drug manufacturer; or (2) that we identify as a Brand-name product, based on available data resources. This includes data sources such as Medi-Span, that classify drugs as either brand or generic based on a number of factors. Not all products identified as a "brand name" by the manufacturer, pharmacy, or your Physician will be classified as Brand-name by us.

**Chemically Equivalent** - when Prescription Drug Products contain the same active ingredient.

**Designated Pharmacy -** a pharmacy that has entered into an agreement with us or with an organization contracting on our behalf, to provide specific Prescription Drug Products. This includes Specialty Prescription Drug Products. Not all Network Pharmacies are Designated Pharmacies.

**Generic** - a Prescription Drug Product: (1) that is Chemically Equivalent to a Brand-name drug; or (2) that we identify as a Generic product based on available data resources. This includes, data sources such as Medi-Span, that classify drugs as either brand or generic based on a number of factors. Not all products identified as a "generic" by the manufacturer, pharmacy or your Physician will be classified as a Generic by us.

**Infertility** - not able to become pregnant after the following periods of time of regular unprotected intercourse or therapeutic donor insemination:

- One year, if you are a female under age 35.

- Six months, if you are a female age 35 or older.

In addition, in order to be eligible for Benefits, you must also:

- Have infertility not related to voluntary sterilization or to failed reversal of voluntary sterilization.

- We may approve coverage for Infertility services when the Covered Person has been diagnosed with cancer and, after treatment, the Covered Person is expected to become infertile.

**Maintenance Medication** - a Prescription Drug Product expected to be used for six months or more to treat or prevent a chronic condition. You may find out if a Prescription Drug Product is a Maintenance Medication by contacting us at www.myuhc.com or the telephone number on your ID card.

**Network Pharmacy -** a pharmacy that has:

- Entered into an agreement with us or an organization contracting on our behalf to provide Prescription Drug Products to Covered Persons.

- Agreed to accept specified reimbursement rates for dispensing Prescription Drug Products.

- Been designated by us as a Network Pharmacy.

**New Prescription Drug Product -** a Prescription Drug Product or new dosage form of a previously approved Prescription Drug Product, for the period of time starting on the date the Prescription Drug Product or new dosage form is approved by the *U.S. Food and Drug Administration (FDA)* and ending on the earlier of the following dates:

- The date it is placed on a tier by our PDL Management Committee.

- December 31st of the following calendar year.

**PPACA** - Patient Protection and Affordable Care Act of 2010.

**PPACA Zero Cost Share Preventive Care Medications** - the medications that are obtained at a Network Pharmacy with a Prescription Order or Refill from a Physician and that are payable at 100% of the Prescription Drug Charge (without application of any Co-payment, Co-insurance, Annual Deductible, Annual Drug Deductible or Specialty Prescription Drug Product Annual Deductible) as required by applicable law under any of the following:

RID22.RX.NET.I.2018.LG.MA                18

- Evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the *United States Preventive Services Task Force.*

- With respect to infants, children and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the *Health Resources and Services Administration.*

- With respect to women, such additional preventive care and screenings as provided for in comprehensive guidelines supported by the *Health Resources and Services Administration.*

You may find out if a drug is a PPACA Zero Cost Share Preventive Care Medication as well as information on access to coverage of Medically Necessary alternatives by contacting us at www.myuhc.com or the telephone number on your ID card.

**Preferred 90 Day Retail Network Pharmacy -** a retail pharmacy that we identify as a preferred pharmacy within the Network for Maintenance Medication.

**Prescription Drug Charge -** the rate we have agreed to pay our Network Pharmacies for a Prescription Drug Product dispensed at a Network Pharmacy. The rate includes any applicable dispensing fee and sales tax.

**Prescription Drug List -** a list that places into tiers medications or products that have been approved by the *U.S. Food and Drug Administration (FDA)*. This list is subject to our review and change from time to time. You may find out to which tier a particular Prescription Drug Product has been placed by contacting us at www.myuhc.com or the telephone number on your ID card.

**Prescription Drug List (PDL) Management Committee** - the committee that we designate for placing Prescription Drug Products into specific tiers.

**Prescription Drug Product -** a medication or product that has been approved by the *U.S. Food and Drug Administration (FDA)* and that can, under federal or state law, be dispensed only according to a Prescription Order or Refill. A Prescription Drug Product includes a medication that is generally appropriate for self-administration or administration by a non-skilled caregiver. For the purpose of Benefits under the Policy, this definition includes:

- Inhalers (with spacers).

- Insulin and insulin pens.

- Certain vaccines/immunizations administered at a Network Pharmacy.

- The following diabetic supplies:

  - standard insulin syringes with needles;

  - blood-testing strips - glucose;

  - urine-testing strips - glucose;

  - ketone-testing strips and tablets;

  - lancets and lancet devices;

  - prescribed oral diabetes medication that influence blood sugar levels; and

  - blood glucose meters, including continuous glucose monitors.

- A drug which has been prescribed for treatment of cancer or HIV/AIDS treatment even if the drug has not been approved by the *FDA* for that indication, if the drug is recognized for the treatment of that indication:

  - In one of the following established reference compendia:

    - The *U.S. Pharmacopoeia Drug Information Guide for the Health Care Professional* (USPDI);

RID22.RX.NET.I.2018.LG.MA                    19

- ♦ The *American Medical Association's Drug Evaluations* (AMADE);
- ♦ The *American Society of Hospital Pharmacists' American Hospital Formulary Service Drug Information* (AHES-DI); or
- ♦ For off-label uses of prescription drugs for the treatment of cancer only, the *Association of Community Cancer Centers' Compendia-Based Drug Bulletin*.

- Scientific studies in any peer-reviewed national professional journal.
- By the commissioner of the *Massachusetts Division of Insurance*.
- However, there is no coverage for any drug when the *FDA* has determined its use to be contraindicated.

**Prescription Order or Refill-** the directive to dispense a Prescription Drug Product issued by a duly licensed health care provider whose scope of practice allows issuing such a directive.

**Specialty Prescription Drug Product -** Prescription Drug Products that are generally high cost, self-administered biotechnology drugs used to treat patients with certain illnesses. Specialty Prescription Drug Products include certain drugs for Infertility. Specialty Prescription Drug Products include certain drugs for fertility preservation and Preimplantation Genetic Testing (PGT) for which Benefits are described in the *Certificate* under *Fertility Preservation for Iatrogenic Infertility* and *Preimplantation Genetic Testing (PGT) and Related Services* in *Section 1*: *Covered Health Care Services*. You may access a complete list of Specialty Prescription Drug Products by contacting us at www.myuhc.com or the telephone number on your ID card.

**Therapeutic Class -** a group or category of Prescription Drug Products with similar uses and/or actions.

**Therapeutically Equivalent** - when Prescription Drug Products have essentially the same efficacy and adverse effect profile.

**Usual and Customary Charge -** the usual fee that a pharmacy charges individuals for a Prescription Drug Product without reference to reimbursement to the pharmacy by third parties. This fee includes any applicable dispensing fee and sales tax.

# Kidney Donor Travel and Lodging Program Rider

# UnitedHealthcare Insurance Company

This Rider to the Policy provides a donor travel and lodging allowance related to living kidney transplantation.

Because this Rider is part of a legal document (the group Policy), we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage* in *Section 9: Defined Terms.*

When we use the words "we," "us," and "our" in this document, we are referring to UnitedHealthcare Insurance Company.

## Kidney Donor Travel and Lodging Program

The *Kidney Donor Travel and Lodging Program* provides support for living kidney donors when the intended recipient of the kidney is a Covered Person under the Policy. The program provides an allowance for travel and lodging expenses for an approved living kidney donor and travel companion. The living kidney donor is not required to be a Covered Person under the Policy.

Donors must be approved by us for participation in this program. This program provides an allowance for incurred travel and lodging expenses only and is independent of any existing medical coverage available for the donor or Covered Person. Once approved, an allowance of up to $6,000 per donor will be provided for travel and lodging expenses incurred as a part of the entire kidney donation process, based on the *U.S. General Services Administration* travel rates. Expenses incurred will include travel and lodging expenses for the donor's first evaluation through follow-up evaluation(s) up to two years after donor surgery.

If you would like additional information regarding the *Kidney Donor Travel and Lodging Program*, you may contact us at www.myuhc.com.

UnitedHealthcare Insurance Company

William J Golden, President

# Real Appeal Rider

# UnitedHealthcare Insurance Company

This Rider to the Policy provides Benefits for virtual obesity counseling services for eligible Covered Persons through Real Appeal. There are no deductibles, Co-payments or Co-insurance you must meet or pay for when receiving these services.

## Real Appeal

Real Appeal provides a virtual lifestyle intervention for weight-related conditions to eligible Covered Persons 13 years of age or older. Real Appeal is designed to help those at risk from obesity-related diseases.

This intensive, multi-component behavioral intervention provides 52 weeks of support. This support includes one-on-one coaching with a live virtual coach and online group participation with supporting video content. The experience will be personalized for each individual through an introductory online session.

These Covered Health Care Services will be individualized and may include the following:

- Virtual support and self-help tools: Personal one-on-one coaching, group support sessions, educational videos, tailored kits, integrated web platform and mobile applications.

- Education and training materials focused on goal setting, problem-solving skills, barriers and strategies to maintain changes.

- Behavioral change counseling by a specially trained coach for clinical weight loss.

If you would like information regarding these Covered Health Care Services, you may contact us through www.realappeal.com, https://member.realappeal.com or at the number shown on your ID card.

UnitedHealthcare Insurance Company

William J Golden, President

RID20.REALAP.I.2018.LG.MA                    1

# Virtual Behavioral Health Therapy and Coaching Rider

# UnitedHealthcare Insurance Company

This Rider to the Policy provides Benefits for specialized virtual behavioral health care provided by AbleTo, Inc. for Covered Persons with certain co-occurring behavioral and medical conditions.

Because this Rider is part of a legal document (the Group Policy), we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage* in *Section 9: Defined Terms.*

AbleTo provides behavioral Covered Health Care Services through virtual therapy and coaching services that are individualized and tailored to your specific health needs. Virtual therapy is provided by licensed therapists. Coaching services are provided by coaches who are supervised by licensed professionals.

Except for Covered Persons with a high deductible health plan (HDHP) compatible with a Health Savings Account (HSA), there are no deductibles, Co-payments or Co-insurance you must meet or pay for when receiving these services.

Except for the initial consultation, Covered Persons with an HSA-compatible high deductible health plan (HDHP) must meet their Annual Deductible before they are able to receive Benefits for these services. There are no deductibles, Co-payments or Co-insurance for the initial consultation.

If you would like information regarding these services, you may call us at the telephone number on your ID card.

UnitedHealthcare Insurance Company

William J Golden, President

RID21.ABLETO.I.2018.LG.MA                     1

# Language Assistance Services

We[1] provide free language services to help you communicate with us. We offer interpreters, letters in other languages, and letters in other formats like large print. To get help, please call 1-866-633-2446, or the toll-free member phone number listed on your health plan ID card, TTY/RTT 711. We are available Monday through Friday, 8 a.m. to 8 p.m. ET.

ATENCIÓN: Si habla **español (Spanish)**, hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al 1-866-633-2446.

請注意：如果您說中文 **(Chinese)**，我們免費為您提供語言協助服務。請致電：1-866-633-2446。

XIN LƯU Ý: Nếu quý vị nói tiếng **Việt (Vietnamese)**, quý vị sẽ được cung cấp dịch vụ trợ giúp về ngôn ngữ miễn phí. Vui lòng gọi 1-866-633-2446.

알림: 한국어**(Korean)**를 사용하시는 경우 언어 지원 서비스를 무료로 이용하실 수 있습니다. 1-866-633-2446 번으로 전화하십시오.

PAUNAWA: Kung nagsasalita ka ng **Tagalog (Tagalog)**, may makukuha kang mga libreng serbisyo ng tulong sa wika. Mangyaring tumawag sa 1-866-633-2446.

ВНИМАНИЕ: бесплатные услуги перевода доступны для людей, чей родной язык является **Русский (Russian)**. Позвоните по номеру 1-866-633-2446.

تنبيه: إذا كنت تتحدث **العربية (Arabic)**، فإن خدمات المساعدة اللغوية المجانية متاحة لك. الرجاء الأتصال بـ 2446-633-866-1.

ATANSYON: Si w pale **Kreyòl ayisyen (Haitian Creole)**, ou kapab benefisye sèvis ki gratis pou ede w nan lang pa w. Tanpri rele nan 1-866-633-2446.

ATTENTION : Si vous parlez **français (French)**, des services d'aide linguistique vous sont proposés gratuitement. Veuillez appeler le 1-866-633-2446.

UWAGA: Jeżeli mówisz po **polsku (Polish)**, udostępniliśmy darmowe usługi tłumacza. Prosimy zadzwonić pod numer 1-866-633-2446.

ATENÇÃO: Se você fala **português (Portuguese)**, contate o serviço de assistência de idiomas gratuito. Ligue para 1-866-633-2446.

ATTENZIONE: in caso la lingua parlata sia l'**italiano (Italian)**, sono disponibili servizi di assistenza linguistica gratuiti. Si prega di chiamare il numero 1-866-633-2446.

ACHTUNG: Falls Sie **Deutsch (German)** sprechen, stehen Ihnen kostenlos sprachliche Hilfsdienstleistungen zur Verfügung. Rufen Sie 1-866-633-2446 an.

注意事項：**日本語 (Japanese)** を話される場合、無料の言語支援サービスをご利用いただけます。1-866-633-2446 にお電話ください。

توجه: اگر زبان شما **فارسی (Farsi)** است، خدمات امداد زبانی به طور رایگان در اختیار شما می باشد. 2446-633-866-1 تماس بگیرید.

कृपया ध्यान दें: यदि आप **हिंदी (Hindi)** भाषी हैं तो आपके लिए भाषा सहायता सेवाएं नि:शुल्क उपलब्ध हैं। कृपा पर काल करें 1-866-633-2446

CEEB TOOM: Yog koj hais Lus **Hmoob (Hmong)**, muaj kev pab txhais lus pub dawb rau koj. Thov hu rau 1-866-633-2446.

ចំណាំអារម្មណ៍: បើសិនអ្នកនិយាយ**ភាសាខ្មែរ(Khmer)**សេវាជំនួយភាសាដោយឥតគិតថ្លៃ គឺមានសំរាប់អ្នក។ សូមទូរស័ព្ទ ទៅលេខ 1-866-633-2446។

PAKDAAR: Nu saritaem ti **Ilocano (Ilocano)**, ti serbisyo para ti baddang ti lengguahe nga awanan bayadna, ket sidadaan para kenyam. Maidawat nga awagan iti 1-866-633-2446.

DÍÍ BAA'ÁKONÍNÍZIN: **Diné (Navajo)** bizaad bee yáníłti'go, saad bee áka'anída'awo'ígíí, t'áá jíík'eh, bee ná'ahóót'i'. T'áá shoodí kohjį' 1-866-633-2446 hodíilnih.

I

OGOW: Haddii aad ku hadasho **Soomaali (Somali)**, adeegyada taageerada luqadda, oo bilaash ah, ayaad heli kartaa. Fadlan wac 1-866-633-2446.

ΠΡΟΣΟΧΗ : Αν μιλάτε **Ελληνικά (Greek)**, υπάρχει δωρεάν βοήθεια στη γλώσσα σας. Παρακαλείστε να καλέσετε 1-866-633-2446.

ધ્યાન આપો: જો તમે **ગુજરાતી (Gujarati)** બોલતા હો તો આપને ભાષાકીય મદદરૂપ સેવા વિના મૂલ્યે પ્રાપ્ય છે.
કૃપા કરી 1-866-633-2446 પર કોલ કરો.

II

# Notice of Non-Discrimination

We[1] do not treat members differently because of sex, age, race, color, disability or national origin.

If you think you were treated unfairly because of your sex, age, race, color, disability or national origin, you can send a complaint to:

Civil Rights Coordinator

UnitedHealthcare Civil Rights Grievance

P.O. Box 30608

Salt Lake City, UTAH 84130

UHC_Civil_Rights@uhc.com

You must send the complaint within 60 days of the incident. We will send you a decision within 30 days. If you disagree with the decision, you have 15 days to appeal.

If you need help with your complaint, please call 1-866-633-2446 or the toll-free member phone number listed on your health plan ID card, TTY/RTT 711. We are available Monday through Friday, 8 a.m. to 8 p.m. ET

You can also file a complaint with the U.S. Dept. of Health and Human services.

Online: https://ocrportal.hhs.gov/ocr/portal/lobby.jsf

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.

Phone: Toll-free 1-800-368-1019, 1-800-537-7697 (TDD)

Mail: U.S. Dept. of Health and Human Services. 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201

[1]For purposes of the Language Assistance Services and this Non-Discrimination Notice ("Notice"), "we" refers to the entities listed in Footnote 2 of the Notice of Privacy Practices and Footnote 3 of the Financial Information Privacy Notice. Please note that not all entities listed are covered by this Notice.

# Important Notices

## Women's Health and Cancer Rights Act of 1998

As required by the *Women's Health and Cancer Rights Act of 1998*, Benefits under the Policy are provided for mastectomy, including reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy (including lymphedema).

If you are receiving Benefits in connection with a mastectomy, Benefits are also provided for the following Covered Health Care Services, as you determine appropriate with your attending Physician:

- All stages of reconstruction of the breast on which the mastectomy was performed.
- Surgery and reconstruction of the other breast to produce a symmetrical appearance.
- Prostheses and treatment of physical complications of the mastectomy, including lymphedema.

The amount you must pay for such Covered Health Care Services (including Co-payments, Co-insurance and any deductible) are the same as are required for any other Covered Health Care Service. Limitations on Benefits are the same as for any other Covered Health Care Service.

## Statement of Rights under the Newborns' and Mothers' Health Protection Act

Under Federal law, group health plans and health insurance issuers offering group health insurance coverage generally may not restrict Benefits for any Hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a delivery by cesarean section. However, the plan or issuer may pay for a shorter stay if the attending provider (e.g. your Physician, nurse midwife, or physician assistant), after consultation with the mother, discharges the mother or newborn earlier.

Also, under Federal law, plans and issuers may not set the level of Benefits or out-of-pocket costs so that any later portion of the 48-hour (or 96-hour) stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay.

In addition, a plan or issuer may not, under Federal law, require that a Physician or other health care provider obtain authorization for prescribing a length of stay of up to 48 hours (or 96 hours). However, to use certain providers or facilities, or to reduce your out-of-pocket costs, you may be required to obtain prior authorization. For information on prior authorization, contact your issuer.

## Notice of Transition of Care

As required by the *No Surprises Act* of the *Consolidated Appropriations Act (P.L. 116-260),* group health plans must provide Benefits for transition of care. If you are currently undergoing a course of treatment with a Physician or health care facility that is out-of-Network under this new plan, you may be eligible to receive transition of care Benefits. This transition period is available for specific medical services and for limited periods of time. If you have questions regarding this transition of care reimbursement policy or would like help to find out if you are eligible for transition of care Benefits, please call the telephone number on your ID card.

IV

# Claims and Appeal Notice

*This Notice is provided to you in order to describe our responsibilities under Federal law for making benefit determinations and your right to appeal adverse benefit determinations. To the extent that state law provides you with more generous timelines or opportunities for appeal, those rights also apply to you. Please refer to your benefit documents for information about your rights under state law.*

## Benefit Determinations

### Post-service Claims

Post-service claims are those claims that are filed for payment of Benefits after medical care has been received. If your post-service claim is denied, you will receive a written notice from us within 30 days of receipt of the claim, as long as all needed information was provided with the claim. We will notify you within this 30 day period if additional information is needed to process the claim, and may request a one-time extension not longer than 15 days and pend your claim until all information is received.

Once notified of the extension, you then have 45 days to provide this information. If all of the needed information is received within the 45-day time frame, and the claim is denied, we will notify you of the denial within 30 days after the information is received. If you don't provide the needed information within the 45-day period, your claim will be denied.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the claim appeal procedures.

If you have prescription drug Benefits and are asked to pay the full cost of a prescription when you fill it at a retail or mail-order pharmacy, and if you believe that it should have been paid under the Policy, you may submit a claim for reimbursement according to the applicable claim filing procedures. If you pay a Co-payment and believe that the amount of the Co-payment was incorrect, you also may submit a claim for reimbursement according to the applicable claim filing procedures. When you have filed a claim, your claim will be treated under the same procedures for post-service group health plan claims as described in this section.

### Pre-service Requests for Benefits

Pre-service requests for Benefits are those requests that require notification or approval prior to receiving medical care. If you have a pre-service request for Benefits, and it was submitted properly with all needed information, we will send you written notice of the decision from us within 15 days of receipt of the request. If you filed a pre-service request for Benefits improperly, we will notify you of the improper filing and how to correct it within five days after the pre-service request for Benefits was received. If additional information is needed to process the pre-service request, we will notify you of the information needed within 15 days after it was received, and may request a one-time extension not longer than 15 days and pend your request until all information is received. Once notified of the extension you then have 45 days to provide this information. If all of the needed information is received within the 45-day time frame, we will notify you of the determination within 15 days after the information is received. If you don't provide the needed information within the 45-day period, your request for Benefits will be denied. A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the appeal procedures.

If you have prescription drug Benefits and a retail or mail order pharmacy fails to fill a prescription that you have presented, you may file a pre-service health request for Benefits according to the applicable claim filing procedure. When you have filed a request for Benefits, your request will be treated under the same procedures for pre-service group health plan requests for Benefits as described in this section.

## Urgent Requests for Benefits that Require Immediate Attention

Urgent requests for Benefits are those that require notification or a benefit determination prior to receiving medical care, where a delay in treatment could seriously jeopardize your life or health, or the ability to regain maximum function or, in the opinion of a Physician with knowledge of your medical condition, could

v

cause severe pain. In these situations, you will receive notice of the benefit determination in writing or electronically within 72 hours after we receive all necessary information, taking into account the seriousness of your condition.

If you filed an urgent request for Benefits improperly, we will notify you of the improper filing and how to correct it within 24 hours after the urgent request was received. If additional information is needed to process the request, we will notify you of the information needed within 24 hours after the request was received. You then have 48 hours to provide the requested information.

You will be notified of a benefit determination no later than 48 hours after:

- Our receipt of the requested information.

- The end of the 48-hour period within which you were to provide the additional information, if the information is not received within that time.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the claim appeal procedures.

## Concurrent Care Claims

If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and your request to extend the treatment is an urgent request for Benefits as defined above, your request will be decided within 24 hours, provided your request is made at least 24 hours prior to the end of the approved treatment. We will make a determination on your request for the extended treatment within 24 hours from receipt of your request.

If your request for extended treatment is not made at least 24 hours prior to the end of the approved treatment, the request will be treated as an urgent request for Benefits and decided according to the timeframes described above. If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and you request to extend treatment in a non-urgent circumstance, your request will be considered a new request and decided according to post-service or pre-service timeframes, whichever applies.

## Questions or Concerns about Benefit Determinations

If you have a question or concern about a benefit determination, you may informally call us at the telephone number on your ID card before requesting a formal appeal. If the representative cannot resolve the issue to your satisfaction over the phone, you may submit your question in writing. However, if you are not satisfied with a benefit determination as described above, you may appeal it as described below, without first informally contacting a representative. If you first informally contact us and later wish to request a formal appeal in writing, you should again contact us and request an appeal. If you request a formal appeal, a representative will provide you with the appropriate address.

If you are appealing an urgent claim denial, please refer to *Urgent Appeals that Require Immediate Action* below and contact us immediately.

## How Do You Appeal a Claim Decision?

If you disagree with a pre-service request for Benefits determination or post-service claim determination or a rescission of coverage determination after following the above steps, you can contact us in writing to formally request an appeal.

Your request for an appeal should include:

- The patient's name and the identification number from the ID card.

- The date(s) of medical service(s).

- The provider's name.

- The reason you believe the claim should be paid.

VI

- Any documentation or other written information to support your request for claim payment.

Your first appeal request must be submitted to us within 180 days after you receive the denial of pre-service request for benefits or a claim denial.

## Appeal Process

A qualified individual who was not involved in the decision being appealed will be chosen to decide the appeal. If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with expertise in the field, who was not involved in the prior determination. We may consult with, or ask medical experts to take part in the appeal process. You consent to this referral and the sharing of needed medical claim information. Upon request and free of charge, you have the right to reasonable access to and copies of all documents, records, and other information related to your claim for Benefits. If any new or additional evidence is relied upon or generated by us during the determination of the appeal, we will provide it to you free of charge in advance of the due date of the response to the adverse benefit determination.

## Appeals Determinations

### Pre-service Requests for Benefits and Post-service Claim Appeals

You will be provided written or electronic notification of the decision on your appeal as follows:

- For appeals of pre-service requests for Benefits as shown above, the first level appeal will take place and you will be notified of the decision within 30 days from receipt of a request for appeal of a denied request for Benefits. However, if your state requires two levels of appeal, the first level appeal will take place and you will be notified of the decision within 15 days.

  If your state requires a second level appeal, it must be submitted to us within 60 days from receipt of the first level appeal decision. The second level appeal will take place and you will be notified of the decision within 15 days from receipt of a request for review of the first level appeal decision.

- For appeals of post-service claims as shown above, the first level appeal will take place and you will be notified of the decision within 30 days from receipt of a request for appeal of a denied claim. However, if your state requires two levels of appeal, the first level appeal will take place and your will be notified of the decision within 30 days.

  If your state requires a second level appeal, it must be submitted to us within 60 days from the receipt of the first level appeal decision. The second level appeal will take place and you will be notified of the decision within 30 days from receipt of a request for review of the first level appeal decision.

For procedures related to urgent requests for Benefits, see *Urgent Appeals that Require Immediate Action* below.

Please note that our decision is based only on whether or not Benefits are available under the Policy for the proposed treatment or procedure. The decision to obtain the proposed treatment or procedure regardless of our decision is between you and your Physician.

## Urgent Appeals that Require Immediate Action

Your appeal may require urgent action if a delay in treatment could increase the risk to your health, or the ability to regain maximum function, or cause severe pain. In these urgent situations:

- The appeal does not need to be submitted in writing. You or your Physician should call us as soon as possible.

- We will provide you with a written or electronic determination within 72 hours following receipt of your request for review of the determination, taking into account the seriousness of your condition.

- If we need more information from your Physician to make a decision, we will notify you of the decision by the end of the next business day following receipt of the required information.

VII

The appeal process for urgent situations does not apply to prescheduled treatments, therapies, or surgeries.

VIII

# HEALTH PLAN NOTICES OF PRIVACY PRACTICES

## MEDICAL INFORMATION PRIVACY NOTICE

**THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION.**

**PLEASE REVIEW IT CAREFULLY.**

*Effective January 1, 2022:*

We[2] are required by law to protect the privacy of your health information. We are also required to send you this notice, which explains how we may use information about you and when we can give out or "disclose" that information to others. You also have rights regarding your health information that are described in this notice. We are required by law to abide by the terms of this notice.

The terms "information" or "health information" in this notice include any information we maintain that reasonably can be used to identify you and that relates to your physical or mental health care condition, the provision of health care to you, or the payment for such health care. We will comply with the requirements of applicable privacy laws related to notifying you in the event of a breach of your health information.

We have the right to change our privacy practices and the terms of this notice. If we make a material change to our privacy practices, we will provide to you, in our next annual distribution, either a revised notice or information about the material change and how to obtain a revised notice. We will provide you with this information either by direct mail or electronically, in accordance with applicable law. In all cases, if we maintain a website for your particular health plan, we will post the revised notice on your health plan website, such as www.myuhc.com. We have the right to make any revised or changed notice effective for information we already have and for information that we receive in the future.

UnitedHealth Group collects and maintains oral, written and electronic information to administer our business and to provide products, services and information of importance to our enrollees. We maintain physical, electronic and procedural security safeguards in the handling and maintenance of our enrollees' information, in accordance with applicable state and federal standards, to protect against risks such as loss, destruction or misuse.

## How We Collect, Use, and Disclose Information

**We** collect, use, and disclose your health information to provide that information:

- To you or someone who has the legal right to act for you (your personal representative) in order to administer your rights as described in this notice.

- To the *Secretary of the Department of Health and Human Services*, if necessary, to make sure your privacy is protected.

**We have the right to** collect, use, and disclose health information for your treatment, to pay for your health care and to operate our business. For example, we may use or disclose your health information:

- **For Payment** of premiums due us, to determine your coverage, and to process claims for health care services you receive, including for subrogation or coordination of other benefits you may have. For example, we may tell a doctor whether you are eligible for coverage and what percentage of the bill may be covered.

- **For Treatment.** We may collect, use, and disclose health information to aid in your treatment or the coordination of your care. For example, we may collect information from, or disclose information to your physicians or hospitals to help them provide medical care to you.

- **For Health Care Operations.** We may collect, use, and disclose health information needed to operate and manage our business activities related to providing and managing your health care coverage. For example, we might talk to your physician to suggest a disease management or

IX

wellness program that could help improve your health or we may analyze data to determine how we can improve our services. We may also de-identify health information in accordance with applicable laws. After that information is de-identified, the information is no longer subject to this notice and we may use the information for any lawful purpose.

- **To Provide You Information on Health Related Programs or Products** such as alternative medical treatments and programs or about health-related products and services, subject to limits imposed by law.

- **For Plan Sponsors.** If your coverage is through an employer sponsored group health plan, we may share summary health information and enrollment and disenrollment information with the plan sponsor. In addition, we may share other health information with the plan sponsor for plan administration purposes if the plan sponsor agrees to special restrictions on its use and disclosure of the information in accordance with federal law.

- **For Underwriting Purposes.** We may collect, use, and disclose your health information for underwriting purposes; however, we will not use or disclose your genetic information for such purposes.

- **For Reminders.** We may use or disclose health information to send you reminders about your benefits or care, such as appointment reminders with providers who provide medical care to you.

- **For Communications to You.** We may communicate, electronically or via telephone, these treatment, payment or health care operation messages using telephone numbers or email addresses you provide to us.

**We may** collect, use, and disclose your health information for the following purposes under limited circumstances:

- **As Required by Law.** We may disclose information when required to do so by law.

- **To Persons Involved With Your Care.** We may collect, use, and disclose your health information to a person involved in your care or who helps pay for your care, such as a family member, when you are incapacitated or in an emergency, or when you agree or fail to object when given the opportunity. If you are unavailable or unable to object, we will use our best judgment to decide if the disclosure is in your best interests. Special rules apply regarding when we may disclose health information to family members and others involved in a deceased individual's care. We may disclose health information to any persons involved, prior to the death, in the care or payment for care of a deceased individual, unless we are aware that doing so would be inconsistent with a preference previously expressed by the deceased.

- **For Public Health Activities** such as reporting or preventing disease outbreaks to a public health authority.

- **For Reporting Victims of Abuse, Neglect or Domestic Violence** to government authorities that are authorized by law to receive such information, including a social service or protective service agency.

- **For Health Oversight Activities** to a health oversight agency for activities authorized by law, such as licensure, governmental audits and fraud and abuse investigations.

- **For Judicial or Administrative Proceedings** such as in response to a court order, search warrant or subpoena.

- **For Law Enforcement Purposes.** We may disclose your health information to a law enforcement official for purposes such as providing limited information to locate a missing person or report a crime.

- **To Avoid a Serious Threat to Health or Safety** to you, another person, or the public, by, for example, disclosing information to public health agencies or law enforcement authorities, or in the event of an emergency or natural disaster.

X

- **For Specialized Government Functions** such as military and veteran activities, national security and intelligence activities, and the protective services for the President and others.

- **For Workers' Compensation** as authorized by, or to the extent necessary to comply with, state workers compensation laws that govern job-related injuries or illness.

- **For Research Purposes** such as research related to the review of certain treatments or the prevention of disease or disability, if the research study meets federal privacy law requirements.

- **To Provide Information Regarding Decedents.** We may disclose information to a coroner or medical examiner to identify a deceased person, determine a cause of death, or as authorized by law. We may also disclose information to funeral directors as needed to carry out their duties.

- **For Organ Procurement Purposes.** We may collect, use, and disclose information to entities that handle procurement, banking or transplantation of organs, eyes or tissue to facilitate donation and transplantation.

- **To Correctional Institutions or Law Enforcement Officials** if you are an inmate of a correctional institution or under the custody of a law enforcement official, but only if needed (1) for the institution to provide you with health care; (2) to protect your health and safety or the health and safety of others; or (3) for the safety and security of the correctional institution.

- **To Business Associates** that perform functions on our behalf or provide us with services if the information is needed for such functions or services. Our business associates are required, under contract with us, and according to federal law, to protect the privacy of your information and are not allowed to collect, use, and disclose any information other than as shown in our contract and as permitted by federal law.

- **Additional Restrictions on Use and Disclosure.** Certain federal and state laws may require special privacy protections that restrict the use and disclosure of certain health information, including highly confidential information about you. Such laws may protect the following types of information:

  1. Alcohol and Substance Abuse

  2. Biometric Information

  3. Child or Adult Abuse or Neglect, including Sexual Assault

  4. Communicable Diseases

  5. Genetic Information

  6. HIV/AIDS

  7. Mental Health

  8. Minors' Information

  9. Prescriptions

  10. Reproductive Health

  11. Sexually Transmitted Diseases

If a use or disclosure of health information described above in this notice is prohibited or materially limited by other laws that apply to us, it is our intent to meet the requirements of the more stringent law.

Except for uses and disclosures described and limited as stated in this notice, we will use and disclose your health information only with a written authorization from you. This includes, except for limited circumstances allowed by federal privacy law, not using or disclosing psychotherapy notes about you, selling your health information to others, or using or disclosing your health information for certain promotional communications that are prohibited marketing communications under federal law, without your written authorization. Once you give us authorization to release your health information, we cannot guarantee that the recipient to whom the information is provided will not disclose the information. You

may take back or "revoke" your written authorization at any time in writing, except if we have already acted based on your authorization. To find out where to mail your written authorization and how to revoke an authorization, call the phone number listed on your health plan ID card.

## What Are Your Rights

The following are your rights with respect to your health information:

- **You have the right to ask to restrict** uses or disclosures of your information for treatment, payment, or health care operations. You also have the right to ask to restrict disclosures to family members or to others who are involved in your health care or payment for your health care. We may also have policies on dependent access that authorize your dependents to request certain restrictions. **Please note that while we will try to honor your request and will permit requests consistent with our policies, we are not required to agree to any restriction.**

- **You have the right to ask to receive confidential communications** of information in a different manner or at a different place (for example, by sending information to a P.O. Box instead of your home address). We will accommodate reasonable requests where a disclosure of all or part of your health information otherwise could endanger you. In certain circumstances, we will accept your verbal request to receive confidential communications, however; we may also require you confirm your request in writing. In addition, any requests to change or cancel a previous confidential communication request must be made in writing. Mail your request to the address listed below.

- **You have the right to see and get a copy** of certain health information we maintain about you such as claims and case or medical management records. If we maintain your health information electronically, you will have the right to request that we send a copy of your health information in an electronic format to you. You can also request that we provide a copy of your information to a third party that you identify. In some cases, you may receive a summary of this health information. You must make a written request to inspect and copy your health information or have your information sent to a third party. Mail your request to the address listed below. In certain limited circumstances, we may deny your request to inspect and copy your health information. If we deny your request, you may have the right to have the denial reviewed. We may charge a reasonable fee for any copies.

- **You have the right to ask to amend** certain health information we maintain about you such as claims and case or medical management records, if you believe the health information about you is wrong or incomplete. Your request must be in writing and provide the reasons for the requested amendment. Mail your request to the address listed below. If we deny your request, you may have a statement of your disagreement added to your health information.

- **You have the right to receive an accounting** of certain disclosures of your information made by us during the six years prior to your request. This accounting will not include disclosures of information made: (i) for treatment, payment, and health care operations purposes; (ii) to you or according to your authorization; and (iii) to correctional institutions or law enforcement officials; and (iv) other disclosures for which federal law does not require us to provide an accounting.

- **You have the right to a paper copy of this notice.** You may ask for a copy of this notice at any time. Even if you have agreed to receive this notice electronically, you are still entitled to a paper copy of this notice. You also may get a copy of this notice on your health plan website, such as www.myuhc.com.

- **You have the right to make a written request that we correct or amend** your personal information. Depending on your state of domicile, you may have the right to request the deletion of your personal information. If we are unable to honor your request, we will notify you of our decision. If we deny your request, you have the right to submit to us a written statement of the reasons for your disagreement with our assessment of the disputed information and what you consider to be the correct information. We will make your statement accessible to parties reviewing the information in dispute.

XII

## Exercising Your Rights

- **Contacting your Health Plan.** If you have any questions about this notice or want information about exercising your rights, please call the toll-free member phone number on your health plan ID card or you may call us at 1-866-633-2446 or TTY 711.

- **Submitting a Written Request.** You can mail your written requests to exercise any of your rights, including modifying or cancelling a confidential communication, for copies of your records, or requesting amendments to your record, to us at the following address:

UnitedHealthcare

*Customer Service - Privacy Unit*

PO Box 740815

Atlanta, GA 30374-0815

- **Filing a Complaint.** If you believe your privacy rights have been violated, you may file a complaint with us at the address listed above.

**You may also notify the Secretary of the U.S. Department of Health and Human Services of your complaint.** We will not take any action against you for filing a complaint.

[2]*This Medical Information Notice of Privacy Practices applies to the following health plans that are affiliated with UnitedHealth Group: ACN Group of California, Inc.; All Savers Insurance Company; All Savers Life Insurance Company of California; AmeriChoice of New Jersey, Inc.; Arizona Physicians IPA, Inc.; Care Improvement Plus of Texas Insurance Company; Care Improvement Plus South Central Insurance Company; Care Improvement Plus Wisconsin Insurance Company; Dental Benefit Providers of California, Inc.; Dental Benefit Providers of Illinois, Inc.; Enterprise Life Insurance Company; Freedom Life Insurance Company of America; Golden Rule Insurance Company; Health Plan of Nevada, Inc.; MAMSI Life and Health Insurance Company; March Vision Care, Inc.; MD - Individual Practice Association, Inc.; Medical Health Plans of Florida, Inc.; Medica HealthCare Plans, Inc.; National Pacific Dental, Inc.; National Foundation Life Insurance Company; Neighborhood Health Partnership, Inc.; Nevada Pacific Dental; Optimum Choice, Inc.; Optum Insurance Company of Ohio, Inc.; Oxford Health Insurance, Inc.; Oxford Health Plans (CT), Inc.; Oxford Health Plans (NJ), Inc.; Oxford Health Plans (NY), Inc.; PacifiCare Life and Health Insurance Company; PacifiCare Life Assurance Company; PacifiCare of Arizona, Inc.; PacifiCare of Colorado, Inc.; PacifiCare of Nevada, Inc.; Physicians Health Choice of Texas, LLC; Preferred Care Partners, Inc.; Rocky Mountain Health Maintenance Organization, Incorporated; Sierra Health and Life Insurance Company, Inc.; UHC of California; U.S. Behavioral Health Plan, California; Unimerica Insurance Company; Unimerica Life Insurance Company of New York; Unison Health Plan of Delaware, Inc.; UnitedHealthcare Benefits of Texas, Inc.; UnitedHealthcare Community Plan of California, Inc.; UnitedHealthcare Community Plan of Georgia, Inc.; UnitedHealthcare Community Plan of Ohio, Inc.; UnitedHealthcare Community Plan, Inc.; UnitedHealthcare Community Plan of Texas, L.L.C.; UnitedHealthcare Insurance Company; UnitedHealthcare Insurance Company of America; UnitedHealthcare Insurance Company of Illinois; UnitedHealthcare Insurance Company of New York; UnitedHealthcare Insurance Company of the River Valley; UnitedHealthcare Integrated Services, Inc UnitedHealthcare Life Insurance Company; UnitedHealthcare of Alabama, Inc.; UnitedHealthcare of Arizona, Inc.; UnitedHealthcare of Arkansas, Inc.; UnitedHealthcare of Colorado, Inc.; UnitedHealthcare of Florida, Inc.; UnitedHealthcare of Georgia, Inc.; UnitedHealthcare of Illinois, Inc.; UnitedHealthcare of Kentucky, Ltd.; UnitedHealthcare of Louisiana, Inc.; UnitedHealthcare of Mississippi, Inc.; UnitedHealthcare of New England, Inc.; United HealthCare of Mississippi, Inc.; UnitedHealthcare of New England, Inc.; UnitedHealthcare of New Mexico, Inc.; UnitedHealthcare of New York, Inc.; UnitedHealthcare of North Carolina, Inc.; UnitedHealthcare of Ohio, Inc.; UnitedHealthcare of Oklahoma, Inc.; UnitedHealthcare of Oregon, Inc.; UnitedHealthcare of Pennsylvania, Inc.; UnitedHealthcare of Texas, Inc.; UnitedHealthcare of the Mid-Atlantic, Inc.; UnitedHealthcare of the Midlands, Inc.; UnitedHealthcare of the Midwest, Inc.; UnitedHealthcare of the Rockies, Inc.; UnitedHealthcare of Utah, Inc.; UnitedHealthcare of Washington, Inc.; UnitedHealthcare of Wisconsin, Inc.; UnitedHealthcare Plan*

*of the River Valley, Inc.* This list of health plans is complete as of the effective date of this notice. For a current list of health plans subject to this notice go to www.uhc.com/privacy/entities-fn-v1.

# FINANCIAL INFORMATION PRIVACY NOTICE

**THIS NOTICE DESCRIBES HOW FINANCIAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED.**

**PLEASE REVIEW IT CAREFULLY.**

*Effective January 1, 2022*

We[3] are committed to maintaining the confidentiality of your personal financial information. For the purposes of this notice, "personal financial information" means information, other than health information, about an enrollee or an applicant for health care coverage that identifies the individual, is not generally publicly available and is collected from the individual or is obtained in connection with providing health care coverage to the individual.

**Information We Collect**

Depending upon the product or service you have with us, we may collect personal financial information about you from the following sources:

- Information we receive from you on applications or other forms, such as name, address, age, medical information and *Social Security* number.

- Information about your transactions with us, our affiliates or others, such as premium payment and claims history.

- Information from a consumer reporting agency.

**Disclosure of Information**

We do not disclose personal financial information about our enrollees or former enrollees to any third party, except as required or permitted by law. For example, in the course of our general business practices, we may, as permitted by law, disclose any of the personal financial information that we collect about you without your authorization, to the following types of institutions:

- To our corporate affiliates, which include financial service providers, such as other insurers, and non-financial companies, such as data processors.

- To nonaffiliated companies for our everyday business purposes, such as to process your transactions, maintain your account(s), or respond to court orders and legal investigations.

- To nonaffiliated companies that perform services for us, including sending promotional communications on our behalf.

**Confidentiality and Security**

We maintain physical, electronic and procedural safeguards in accordance with applicable state and federal standards to protect your personal financial information against risks such as loss, destruction or misuse. These measures include computer safeguards, secured files and buildings, and restrictions on who may access your personal financial information.

**Questions about this Notice**

If you have any questions about this notice, please call the toll-free member phone number on your health plan ID card or call us at 1-866-633-2446 or TTY 711.

[3]*For purposes of this Financial Information Privacy Notice, "we" or "us" refers to the entities listed in footnote 2, beginning on the first page of the Health Plan Notices of Privacy Practices, plus the following UnitedHealthcare affiliates: AmeriChoice Health Services, Inc.; Dental Benefit Providers, Inc.; Ear Professional International Corporation; gethealthinsurance.com Agency, Inc.; Genoa Healthcare, LLC; Golden Outlook, Inc.; Level2 Health IPA, LLC; Level2 Health Management, LLC; LifePrint Health, Inc.; Managed Physical Network, Inc.; Optum Care Networks, Inc.; Optum Global Solutions (India) Private Limited: OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; Optum Labs, LLC; Optum Networks of New Jersey, Inc.; Optum Women's and Children's Health LLC, LLC; OrthoNet, LLC;*

*OrthoNet West, LLC; OrthoNet of the South, Inc.; Oxford Benefit Management, Inc.; Oxford Health Plans LLC; POMCO Network, Inc.; POMCO, Inc.; Real Appeal, Inc.; Sanvello Health, Inc.; Spectera, Inc.; Three Rivers Holdings, Inc.; UHIC Holdings, Inc.; UMR, Inc.; United Behavioral Health; United Behavioral Health of New York I.P.A., Inc.; United HealthCare Services, Inc.; UnitedHealth Advisors, LLC; UnitedHealthcare Service LLC; Urgent Care MSO, LLC; USHEALTH Administrators, LLC; USHEALTH Group, Inc.; and Vivify Health, Inc. This Financial Information Privacy Notice only applies where required by law. Specifically, it does not apply to (1) health care insurance products offered in Nevada by Health Plan of Nevada, Inc. and Sierra Health and Life Insurance Company, Inc.; or (2) other UnitedHealth Group health plans in states that provide exceptions for HIPAA covered entities or health insurance products.* This list of health plans is complete as of the effective date of this notice. For a current list of health plans subject to this notice go to www.uhc.com/privacy/entities-fn-v1.

# Statement of Employee Retirement Income Security Act of 1974 (ERISA) Rights

As a participant in the plan, you are entitled to certain rights and protections under the *Employee Retirement Income Security Act of 1974 (ERISA)*.

## Receive Information about Your Plan and Benefits

You are entitled to examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series), if applicable, filed by the plan with the *U.S. Department of Labor* and available at the *Public Disclosure Room* of the *Employee Benefits Security Administration*.

You are entitled to get, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series), if applicable and updated *Summary Plan Description*. The Plan Administrator may make a reasonable charge for the copies.

## Continue Group Health Plan Coverage

You are entitled to continue health care coverage for yourself, spouse or Dependents if there is a loss of coverage under the plan due to a qualifying event. You or your Dependents may have to pay for such coverage. The Plan Sponsor is responsible for providing you notice of your *Consolidated Omnibus Budget Reconciliation Act (COBRA)* continuation rights. Review the *Summary Plan Description* and the documents governing the plan on the rules governing your *COBRA* continuation coverage rights.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, *ERISA* imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under *ERISA*.

## Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to get copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under *ERISA*, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $156 a day (subject to adjustment based on inflation) until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for Benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the *U.S. Department of Labor*, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions**

If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under *ERISA*, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the *Employee Benefits Security Administration*, *U.S. Department of Labor* listed in your telephone directory or the *Division of Technical Assistance and Inquiries*, *Employee Benefits Security Administration*, *U.S. Department of Labor*, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also get certain publications about your rights and responsibilities under ERISA by calling the publication hotline of the *Employee Benefits Security Administration.*

# ERISA Statement

If the Group is subject to *ERISA*, the following information applies to you.

## Summary Plan Description

**Name of Plan:** Roca, Inc. Welfare Benefit Plan

**Name, Address and Telephone Number of Plan Sponsor and Named Fiduciary:**

Roca, Inc.

101 Park Street

Chelsea, MA 02150

(617) 409-3965

The Plan Sponsor retains all fiduciary responsibilities with respect to the Plan, except to the extent the Plan Sponsor has assigned or allocated to other persons or entities one or more fiduciary responsibilities with respect to the Plan.

**Claims Fiduciary:** UnitedHealthcare Insurance Company ("UnitedHealthcare," refer to your Certificate of Coverage for details on the legal entity that provides your coverage) is your Plan's Claims Fiduciary and has been assigned this responsibility by your Plan Sponsor. Your Claims Fiduciary has the authority to require eligible individuals to furnish it with information necessary for the proper administration of your Plan.

**Employer Identification Number (EIN):** 22-3223641

**Plan Number:** 501

**Plan Year:** July 1 through June 30

**Type of Plan:** Health care coverage plan

**Name, Business Address, and Business Telephone Number of Plan Administrator:**

Roca, Inc.

101 Park Street

Chelsea, MA 02150

(617) 409-3965

**Type of Administration of the Plan:** Your Plan is fully insured. Benefits are provided under a group insurance contract entered into between your Plan Sponsor and UnitedHealthcare. Claims for benefits are sent to UnitedHealthcare. Your employer and UnitedHealthcare share responsibility for administering the plan.

UnitedHealthcare

185 Asylum Street

Hartford, CT 06103-0450

877-294-1429

**Person designated as Agent for Service of Legal Process:** Plan Administrator

**Discretionary Authority of Plan Administrator and Other Plan Fiduciaries:** The Plan Administrator and other Plan fiduciaries shall have discretionary authority to interpret the terms of the Plan and to determine eligibility for benefits in accordance with the terms of the Plan. Any interpretation or determination made according to such discretionary authority shall be given deference and be legally

XIX

binding on all parties and subject to review by a legal authority only to the extent the decision was arbitrary and capricious.

**Source of Contributions and Funding under the Plan:** There are no contributions to the Plan. Any required employee contributions are used to partially reimburse the Plan Sponsor for Premiums under the Plan. Benefits under the Plan are funded by the payment of Premium required by the group Policy.

**Method of Calculating the Amount of Contribution:** Employee-required contributions to the Plan Sponsor are the employee's share of costs as determined by Plan Sponsor. From time to time, the Plan Sponsor will determine the required employee contributions for reimbursement to the Plan Sponsor and distribute a schedule of such required contributions to employees.

**Qualified Medical Child Support Orders:** The Plan's procedures for handling qualified medical child support orders are available without charge upon request to the Plan Administrator.

**Amendment or Termination of the Plan:** Your employer, as the Plan Sponsor, has the right to amend or terminate this Plan at any time. Note that the insurance contract, which is how benefits under the Plan are provided, is not necessarily the same as the Plan. As a result, termination of the insurance contract does not necessarily terminate the Plan.

XX

50008307 - 09/09/2022

# EXHIBIT B

```
1 FLN/DCC  2222001959892   ID#:  ████████     SRC IND: L        VENDOR ID  VE   EMC CLAIM FORM - MEDICAL    DATE 09/09/22
+------------------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER           ID#:  ████████       HIC#            RTE:    ATTCH: RP    KEYER: 004001666  DT: 09 09 22|
+------------------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM)                           |3 PAT DOB  SEX |4 INSUREDS NAME (LFM)                   DOB     SEX  |
|                                                |               |                                                    |
|  ████████      ████████   ██                   |  ████████  M  |  ████████        ████████    ██   00000000         |
+------------------------------------------------+---------------+----------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE|6 PAT RELATION |7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE    |
|                                                |   TO INSURED  |                                                    |
|                                                |               |  ████████                                          |
|                                                | 01/SELF       |                                                    |
|                        PHONE#  0000000000      +---------------|  ████████      ████████      PHONE#  0000000000    |
+------------------------------------------------|8 PATIENT STAT |----------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)         DOB    SEX  |               |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID|
|                                                | MARITAL:      |                                                    |
|                           00000000             |               |   EMPLOYMENT STATUS CODE:                           |
|                                                | EMPLOYMENT:   |                                                    |
|  INSURED ID#:                                  |               |                                            ID#     |
|  PATIENT RELATIONSHIP TO INSURED:              |               |                                                    |
+------------------------------------------------| STUDENT:      +----------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |       |7B INSUREDS POLICY, GROUP OR FECA# AND NAME         |
|                                                |               |                                         SPEC PRG IND|
|                                                |               | 924712                                       000   |
|                                                | DECEASED: NO  +----------------------------------------------------+
|                        PHONE# 0000000000       +---------------|7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC |
+------------------------------------------------|10 IS PATIENTS |                                                    |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME     |   CONDITION   |                              87726   F/COMMERCIAL  |
|                           SPEC PRG IND|        | RELATED TO:   +----------------------------------------------------+
|                             000       |        |               |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?            |
+------------------------------------------------+A EMPLOYMENT?  |                                                    |
|9C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC | N/NOT EMP REL |  NO, PATIENT DOES NOT HAVE OTHER INSURANCE      |
|                                                |               +----------------------------------------------------+
|                           00000                |B AUTO/OTHER   |11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S     |
+------------------------------------------------+  ACCIDENT?    |                                                    |
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID | NO ACCIDENT |   BRAZILLE        SUSAN                          |
|                                                |               |   575 BEECH ST                                     |
|   EMPLOYMENT STATUS CODE:                      | PLACE/ST      |                           PARTICIPATNG PHYS:       |
|                                                | DATE  000000  |                 010402223    PHONE# 0000000000     |
|                                                | HOUR    000   | TIN# ████████   EIN/SSN EIN    UPIN#               |
|                          ID#                   |               | MDCR#          MDCD#           NPI 1114426772      |
+------------------------------------------------+---------------+----------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE     |12A   RESERVED |13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE        |
|                                                |               |                                                    |
|                                                |               |  Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER      |
+------------------------------------------------+---------------+----------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR   |15 SAME/SIMILAR|16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR         |   ILLNESS DATE|                                                    |
|    000000           PREGNANCY-LMP              |               | TOTAL DISABILITY     FROM 000000    TO 000000     |
|                                                |    000000     | PARTIAL DISABILITY   FROM 000000    TO 000000     |
|  SAME SYMPTOM IND:      FIRST SYMPTOM IND:     |               | DATE RETURNED TO WORK  000000                     |
+------------------------------------------------+---------------+----------------------------------------------------+
|17 PHYSICIAN (REF/ORD/SUP)      LFM  NPI      Q |17A ID# ?REF PHY? Q|18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES|
|                                                |               |                                                    |
|                                                |               |  FROM 000000          TO 000000                   |
+------------------------------------------------+---------------+----------------------------------------------------+
|19 REF PHY UPIN            REF PHY TAX ID & TYPE |20 OUTSIDE LAB?              $CHARGE                |
|ADDL INFO:                                      |               |                                                    |
+------------------------------------------------+---------------+----------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY      ICD VERSION 0   (0,9)|22 MEDICAID RESUBMISSION                     |
|   (RELATE 1-4 & A-L TO BOX 24 DIAG CODE BY LINE)|               |                                                    |
|  1|A A419          2|B R0902           3|C J189 |  CODE          ORIGINAL REF. NO.                   |
|                                                |               +----------------------------------------------------+
|  4|D Z1152         E                   F       |23 PRIOR AUTHORIZATION NUMBER                      |
|                                                |               |                                                    |
|   G                H                   I       |               |                                                    |
|   J                K                   L       |               |                                                    |
+------------------------------------------------+---------------+----------------------------------------------------+
|21A  REMARKS:                                                                                                          |
+----------------+----+----+---------------+----+----------+----+---------+---+-----------+--------------+--------------+
|24   A          | B  | C  |     D         | E  |    F     | G  |  GG     | H |   I       |     II       |     J        |
|DATES OF SERVICE|PLC/|TYPE| CPT/          |DIAG|  $CHARGES |DAY/|ANESTHESIA|EMG| OTHER INS | NEGOTIATED   | DEDUCTIBLE   |
| FROM    TO     |SV  |/SV | HCPCS  1, 2, 3, 4|CODE|          |UNITS|  TIME  |IND| ALLOWED   |RATE REDUC IND|  AMOUNT      |
+----------------+----+----+---------------+----+----------+----+---------+---+-----------+--------------+--------------+
| 071122  071122 | 23 | 01 | 99291  CS     |ABCD|  1678.00 |0001|  0000   | N |   .00|    |              |        .00|  |
| 071122  071122 | 23 | 01 | 93010         |A   |    66.00 |0001|  0000   | N |   .00|    |              |        .00|  |
+----------------+----+----+---------------+----+----------+----+---------+---+-----------+--------------+--------------+
|24M LINE INFO                          |
+----------------+---------------+
|SERVICE LINE #  |CLIA #         |
+----------------+---------------+
| 001            |               |
| 002            |               |
+----------------+---------------+
```

```
+----------------+----+----+-------------------+----+-----------+-----+----------+---+----------+--------------+--------------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT# |27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE      |
|                           |                     |                     |             |             |                              |
|   ████████     EIN |   ████████         |   Y/YES ASSIGNED    |   1744.00   |        .00 |PD        ALW        |
+----------------------------+--------------------+---------------------+-------------+-------------+-----------------------------+
|                           |                     |27A MEDICARE VOUCHER |             |             |                              |
|                           |                     |                     |             |             |                              |
|                           |                     |                     |             |             |                              |
+----------------------------+--------------------+---------------------+-------------+-------------+-----------------------------+
|30A TOTAL OTHER INSURANCE CONTINUED                                                                                            |
|     PAT RESP     .00  COPAY     .00  COINS     .00  DEDUCT     .00  WRITEOFF     .00                                          |
+-----------------------------------------------------------------------------------------------------------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY |33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC|
|   SUPPLIER (FL)                    |   WHERE SERVICES WERE RENDERED |   LAKES NATIONAL EMERGENCY PHYSI                       |
|                                    |                                |   BRAZILLE          SUSAN                             |
|   DEGREES OR CREDENTIALS  MD       |   HOLYOKE MEDICAL CENTER       |   PO BOX 31083                                        |
|   TAXONOMY                         |                                |                                                       |
|   CORPORATE PROVIDER TYPE          |   HOLYOKE      MA              |   BELFAST       ME  049150139    PHONE# 0000000000    |
|                                    |   NPI 1114426772               |   NABP#         UPIN#           NPI                    |
|   ST LICENSE#  207Q00000X          |                                |   MEDICARE#  1609848977    MEDICAID#                  |
+-------------------------------------+--------------------------------+-------------------------------------------------------+
| 34 PAY-TO PROVIDER NPI:                                                                                                       |
+----------------+-----------+----+-----------+-----------+-----------+-----------+-----------+-----------+
|24CONTINUED     |           |    |                        OTHER INSURANCE                            |
|                | RENDERING |HCT |-----------+-----------+-----------+-----------+-----------+-----------|
|                | NPI       |    | PAT RESP  |   COPAY   |   COINS   |   PAID    |  WRITEOFF |  PRIM PD  |
+----------------+-----------+----+-----------+-----------+-----------+-----------+-----------+-----------+
|                | 1518209105|    |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|                | 1518209105|    |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
+----------------+-----------+----+-----------+-----------+-----------+-----------+-----------+-----------+
```

# EXHIBIT C



# Sonoco Medical Plan

## Summary Plan Description

Effective January 1, 2019

**NOTE**: This Summary Plan Description (SPD) may be updated from time to time.  To obtain a copy of the most current document, plus any necessary supplements or summaries of material modifications (SMMs), log on to www.sonoben.com. You may also request a printed copy by contacting the Sonoco Benefit Center at 877-766-6236.

## TABLE OF CONTENTS

SECTION 1 - WELCOME ................................................................................................1

SECTION 2 - INTRODUCTION........................................................................................4

Eligibility ........................................................................................................ 4

Cost of Coverage ............................................................................................ 5

How to Enroll ................................................................................................. 5

How to Access the UnitedHealthcare Website ................................................. 6

When Coverage Begins .................................................................................... 6

Changing Your Coverage ................................................................................. 6

SECTION 3 - HOW THE PLAN WORKS..........................................................................9

Accessing Benefits ........................................................................................... 9

Eligible Expenses ........................................................................................... 12

Annual Deductible ......................................................................................... 14

Copayment (Applies to Copayment 80 Plan only)........................................... 14

Coinsurance .................................................................................................. 14

Out-of-Pocket Maximum ............................................................................... 15

SECTION 4 - PERSONAL HEALTH SUPPORT AND PRIOR AUTHORIZATION .........16

Care Management .......................................................................................... 16

Prior Authorization........................................................................................ 17

Special Note Regarding Medicare.................................................................... 18

SECTION 5 - PLAN HIGHLIGHTS FOR COPAYMENT 80 PLAN & COINSURANCE 70 PLAN...19

Payment Terms and Features.......................................................................... 19

SECTION 6 - ADDITIONAL COVERAGE DETAILS ......................................................20

Acupuncture Services..................................................................................... 20

Ambulance Services........................................................................................ 20

Cancer Resource Services (CRS) ..................................................................... 21

Cellular and Gene Therapy.............................................................................. 22

Clinical Trials ................................................................................................ 22

Congenital Heart Disease (CHD) Surgeries...................................................... 24

Dental Services - Accident Only...................................................................... 26

Diabetes Services ........................................................................................... 27

Durable Medical Equipment (DME)................................................................. 28

Emergency Health Services - Outpatient ...................................................................29

Home Health Care ..................................................................................................30

Hospice Care ..........................................................................................................30

Hospital - Inpatient Stay ........................................................................................31

Kidney Resource Services (KRS) ...........................................................................31

Lab, X-Ray and Diagnostics - Outpatient ...............................................................32

Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient ....................................................................................................33

Mental Health Services ...........................................................................................33

Neurobiological Disorders - Autism Spectrum Disorder Services ............................34

Ostomy Supplies ....................................................................................................35

Pharmaceutical Products - Outpatient .....................................................................35

Physician Fees for Surgical and Medical Services ...................................................36

Physician's Office Services - Sickness and Injury ...................................................36

Pregnancy - Maternity Services ..............................................................................37

Preventive Care Services .........................................................................................38

Private Duty Nursing - Outpatient ..........................................................................39

Prosthetic Devices ..................................................................................................39

Reconstructive Procedures ......................................................................................40

Rehabilitation Services - Outpatient Therapy and Manipulative Treatment ..............41

Scopic Procedures - Outpatient Diagnostic and Therapeutic ...................................43

Skilled Nursing Facility/Inpatient Rehabilitation Facility Services ..........................44

Substance-Related and Addictive Disorders Services ..............................................45

Surgery - Outpatient ...............................................................................................46

Temporomandibular Joint (TMJ) Services ..............................................................47

Therapeutic Treatments - Outpatient ......................................................................47

Transplantation Services .........................................................................................48

Travel and Lodging .................................................................................................49

Urgent Care Center Services ...................................................................................50

Virtual Visits ..........................................................................................................51

Wigs .......................................................................................................................51

**SECTION 7 - CLINICAL PROGRAMS AND RESOURCES ...........................................52**

Consumer Solutions and Self-Service Tools ............................................................52

Disease Management Services .................................................................................................55

Wellness Programs...................................................................................................................57

SECTION 8 - EXCLUSIONS AND LIMITATIONS: WHAT THE MEDICAL PLAN WILL NOT
COVER ...........................................................................................................................................59

Alternative Treatments............................................................................................................59

Dental .......................................................................................................................................59

Devices, Appliances and Prosthetics .....................................................................................60

Drugs ........................................................................................................................................61

Experimental or Investigational or Unproven Services .......................................................62

Foot Care ..................................................................................................................................62

Medical Supplies and Equipment...........................................................................................63

Mental Health, Neurobiological Disorders - Autism Spectrum Disorder and Substance-
Related and Addictive Disorders Services.............................................................................63

Nutrition....................................................................................................................................64

Personal Care, Comfort or Convenience ...............................................................................65

Physical Appearance................................................................................................................66

Procedures and Treatments.....................................................................................................66

Providers ..................................................................................................................................68

Reproduction ...........................................................................................................................68

Services Provided under Another Plan...................................................................................69

Transplants...............................................................................................................................69

Travel .......................................................................................................................................69

Types of Care ..........................................................................................................................69

Vision and Hearing..................................................................................................................70

All Other Exclusions...............................................................................................................70

SECTION 9 - CLAIMS PROCEDURES .......................................................................................73

Network Benefits .....................................................................................................................73

Non-Network Benefits ............................................................................................................73

If Your Provider Does Not File Your Claim..........................................................................73

Health Statements....................................................................................................................75

Explanation of Benefits (EOB) ..............................................................................................75

Claim Denials and Appeals.....................................................................................................75

Federal External Review Program..........................................................................................76

Limitation of Action.................................................................................................83

**SECTION 10 - COORDINATION OF BENEFITS (COB) ...........................................84**

Determining Which Plan is Primary ..................................................................84

When This Plan is Secondary...............................................................................86

When a Covered Person Qualifies for Medicare...............................................86

Medicare Crossover Program...............................................................................87

Right to Receive and Release Needed Information...........................................87

Overpayment and Underpayment of Benefits...................................................88

**SECTION 11 - SUBROGATION AND REIMBURSEMENT .............................................90**

Right of Recovery ..................................................................................................93

**SECTION 12 - WHEN COVERAGE ENDS...............................................................95**

Coverage for a Disabled Child.............................................................................96

Continuing Coverage Through COBRA.............................................................96

When COBRA Ends ...........................................................................................100

Uniformed Services Employment and Reemployment Rights Act................100

**SECTION 13 - OTHER IMPORTANT INFORMATION ...............................................102**

Qualified Medical Child Support Orders (QMCSOs) .......................................102

Your Relationship with UnitedHealthcare and Sonoco Products Company.................102

Relationship with Providers ..............................................................................103

Your Relationship with Providers .....................................................................103

Interpretation of Benefits ..................................................................................104

Information and Records....................................................................................104

Incentives to Providers ......................................................................................105

Incentives to You.................................................................................................105

Workers' Compensation Not Affected...............................................................106

Future of the Plan ...............................................................................................106

Plan Document ....................................................................................................106

Review and Determine Benefits in Accordance with UnitedHealthcare Reimbursement
Policies.................................................................................................................106

**SECTION 14 - GLOSSARY..............................................................................108**

**SECTION 15 - IMPORTANT ADMINISTRATIVE INFORMATION: ERISA ..................122**

**ATTACHMENT I - HEALTH CARE REFORM NOTICES ..........................................125**

Patient Protection and Affordable Care Act ("PPACA") ................................................. 125

**ATTACHMENT II - LEGAL NOTICES** ........................................................................................**126**

Women's Health and Cancer Rights Act of 1998 ................................................................. 126

Statement of Rights under the Newborns' and Mothers' Health Protection Act .......... 126

**ATTACHMENT III – PRESCRIPTION DRUG BENEFIT** ...............................................................**127**

**ATTACHMENT IV – GETTING HELP IN OTHER LANGUAGES OR FORMATS** ........................**132**

**APPENDIX A – MEDICAL PLAN HIGHLIGHTS** ...........................................................................**139**

## SECTION 1 - WELCOME

---

**Quick Reference Box**

■ Member services, claim inquiries, Personal Health Support and Mental Health/Substance-Related and Addictive Disorders Services Administrator: 1-888 257-1584.

■ Claims submittal address: UnitedHealthcare - Claims, P.O. Box 740800, Atlanta, GA 30374-0800.

■ Online assistance: UnitedHealthcare Website, as described in Section 2, Introduction.

---

Sonoco Products Company is pleased to provide you with this Summary Plan Description (SPD), which describes the Benefits available to you and your covered family members under the Sonoco Medical Plan. It includes summaries of:

■ Who is eligible.

■ Services that are covered, called Covered Health Services.

■ Services that are not covered, called Exclusions and Limitations.

■ How Benefits are paid.

■ Your rights and responsibilities under the Plan.

This SPD is designed to meet your information needs and the disclosure requirements of the Employee Retirement Income Security Act of 1974 (ERISA). It supersedes any previous printed or electronic SPD for this Plan.

This SPD may be updated from time to time.  To obtain a copy of the most current document, plus any necessary supplements or summaries of material modifications (SMMs), log on to www.sonoben.com. You may also request a printed copy by contacting the Sonoco Benefit Center at 877-766-6236.

---

**IMPORTANT**

The healthcare service, supply or Pharmaceutical Product is only a Covered Health Service if it is Medically Necessary. (See definitions of Medically Necessary and Covered Health Service in Section 14, *Glossary*.) The fact that a Physician or other provider has performed or prescribed a procedure or treatment, or the fact that it may be the only available treatment for a Sickness, Injury, Mental Illness, substance-related and addictive disorders, disease or its symptoms does not mean that the procedure or treatment is a Covered Health Service under the Plan.

---

Sonoco Products Company intends to continue this Plan, but reserves the right, in its sole discretion, to modify, change, revise, amend or terminate the Plan at any time, for any reason, and without prior notice; subject to the terms of the collective bargaining agreement. This SPD is not to be construed as a contract of or for employment. If there should be an inconsistency between the contents of this summary and the contents of the Plan, your rights shall be determined under the Plan and not under this summary.

---

UnitedHealthcare is a private healthcare claims administrator. UnitedHealthcare's goal is to give you the tools you need to make wise healthcare decisions. UnitedHealthcare also helps your employer to administer claims. Although UnitedHealthcare will assist you in many ways, it does not guarantee any Benefits. Sonoco Products Company is solely responsible for paying Benefits described in this SPD.

Please read this SPD thoroughly to learn how your Sonoco Medical Plan coverage works. If you have eligibility questions contact the Sonoco Benefit Center at 877-766-6236. For information about how the plan works, call the number on the back of your ID card or visit www.sonoben.com to access the UnitedHealthcare Website.

**How To Use This SPD**

- Read the entire SPD, and share it with your family. Then keep it in a safe place for future reference.

- Many of the sections of this SPD are related to other sections. You may not have all the information you need by reading just one section.

- You can find copies of your SPD and any future amendments at www.sonoben.com. You may also request a printed copy by contacting the Sonoco Benefit Center at 877-766-6236.

- Capitalized words in the SPD have special meanings and are defined in Section 14, *Glossary.*

- If eligible for coverage, the words "you" and "your" refer to Covered Persons as defined in Section 14, *Glossary.*

- Sonoco Products Company is also referred to as Company.

- If there is a conflict between this SPD and any benefit summaries (other than Summaries of Material Modifications) provided to you, this SPD will control.

## SECTION 2 - INTRODUCTION

---

**What this section includes:**

■  Who's eligible for coverage under the Plan.

■  The factors that impact your cost for coverage.

■  Instructions and timeframes for enrolling yourself and your eligible Dependents.

■  When coverage begins.

■  When you can make coverage changes under the Plan.

---

### Eligibility

In general you are eligible to enroll in the Plan if you are an active Employee who is scheduled to work at least 30 hours per week. Regardless of your scheduled hours, the Plan intends to comply with the Patient Protection and Affordable Care Act's (PPACA) requirements regarding extending eligibility to employees who actually work more than 30 hours per week.  You will be notified if you become eligible in accordance with regulations promulgated under PPACA.

Your eligible Dependents may also participate in the Plan. An eligible Dependent is considered to be:

■  Your Spouse, as defined in Section 14, *Glossary*.

   NOTE: A Spouse who has the option of enrolling in subsidized medical coverage through his or her employer is not eligible for coverage under the Sonoco Medical Plan. Specifically, if you are married and your spouse has access to coverage from his or her employer – and that employer contributes to the cost of coverage under your spouse's plan – then you may not elect Sonoco medical coverage for your spouse.

■  Your or your Spouse's child who is under age 26, including a natural child, stepchild, a legally adopted child, a foster child, a child placed for adoption or a child for whom you or your Spouse are the legal guardian.

■  An unmarried child age 26 or over who is or becomes disabled and dependent upon you.

***Note:*** Your Dependents may not enroll in the Plan unless you are also enrolled. If you and your Spouse are both covered under the Plan, you may each be enrolled as an Employee or be covered as a Dependent of the other person, but not both. In addition, if you and your Spouse are both covered under the Sonoco Medical Plan, only one parent may enroll your child as a Dependent.

A Dependent also includes a child for whom health care coverage is required through a Qualified Medical Child Support Order or other court or administrative order, as described in Section 13, *Other Important Information*.

Sonoco reserves the right to conduct periodic audits of eligible dependents at any time and may require documentation supporting the eligibility of any covered dependent. If it is determined that an employee fraudulently elected or maintained coverage for an ineligible

dependent, the employee may be required to reimburse claims or expenses paid under the plans for the ineligible dependent, and may also be subject to disciplinary action, up to and including termination.

## Cost of Coverage

You and Sonoco Products Company share in the cost of the Plan. Your contribution amount depends on the Plan you select and the family members you choose to enroll.

Your contributions are deducted from your paychecks on a before-tax basis. Before-tax dollars come out of your pay before federal income and Social Security taxes are withheld—and in most states, before state and local taxes are withheld. This gives your contributions a special tax advantage and lowers the actual cost to you.

Under certain circumstances, such as an unpaid leave-of-absence, you may be required to pay your contributions on an after-tax basis.  You will be notified if this ever applies to you.

Your contributions are subject to review and Sonoco Products Company reserves the right to change your contribution amount from time to time.

You can obtain current contribution rates from www.sonoben.com or by calling Sonoco Benefit Center at 877-766-6236.

## How to Enroll

To enroll, log onto www.sonoben.com or call the Sonoco Benefit Center at 877-766-6236 within 60 days after the date you are hired into a position which is eligible for the Plan. If you do not enroll within 60 days you will be automatically enrolled in the lowest cost medical plan (see *Automatic Enrollment for Newly Eligible Employees* below) and, you will need to wait until the next annual Open Enrollment to make different benefit elections. If you are already an employee, and you transfer into a position which makes you newly eligible for the plan, you must enroll within 60 days after the effective date of the transfer.

Each year during annual Open Enrollment, you have the opportunity to review and change your medical election. Any changes you make during Open Enrollment will become effective the following January 1.

*Automatic Enrollment for Newly Eligible Employees:*  If you fail to affirmatively elect or waive medical coverage within 60 days of first becoming eligible for the Sonoco Medical Plan, you will be automatically enrolled into the Coinsurance 70 Plan with employee-only coverage. To affirmatively elect or waive coverage, log onto www.sonoben.com or call the Sonoco Benefit Center at 877-766-6236.

**Important**
If you wish to change your benefit elections following your marriage, birth of a child, adoption of a child, placement for adoption of a child or other family status change, you must contact Sonoco Benefit Center  within 60 days of the event. Otherwise, you will need to wait until the next annual Open Enrollment to change your elections.

### How to Access the UnitedHealthcare Website

The UnitedHealthcare internet website provides you and your spouse a rich set of tools and information about your coverage under the Sonoco Medical Plan. The best way to access the site depends on whether or not you are an Employee or a Spouse.

■    Employee – Log onto www.sonoben.com and follow the link to the UnitedHealthcare Website.

■    Spouse – Go directly to the UnitedHealthcare Website at www.myuhc.com.

The first time you visit the UnitedHealthcare Website, you and your spouse will be required to complete a short registration process.

### When Coverage Begins

Once Sonoco Benefit Center receives your enrollment election, coverage will begin on the first day of the month coinciding with or following your date of hire. Coverage for your Dependents will start on the date your coverage begins, provided you have enrolled them in a timely manner.

Coverage for a Spouse or Dependent stepchild that you acquire via marriage becomes effective as of your marriage date, provided you notify Sonoco Benefit Center within 60 days following your marriage. Coverage for Dependent children acquired through birth, adoption, or placement for adoption is effective the date of the family status change, provided you notify Sonoco Benefit Center  within 60 days of the birth, adoption, or placement.  Be sure to provide the Sonoco Benefits Center your dependents Social Security Number as soon as it is available.

#### *If You Are Hospitalized When Your Coverage Begins*

If you are an inpatient in a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility on the day your coverage begins, the Plan will pay Benefits for Covered Health Services related to that Inpatient Stay as long as you receive Covered Health Services in accordance with the terms of the Plan.

You should notify UnitedHealthcare within 48 hours of the day your coverage begins, or as soon as is reasonably possible. Network Benefits are available only if you receive Covered Health Services from Network providers.

### Changing Your Coverage

You may make coverage changes during the year only if you experience a change in family status. The change in coverage must be consistent with the change in status (e.g., you cover your Spouse following your marriage, your child following an adoption, etc.). The following are considered family status changes for purposes of the Plan:

■    Your marriage, divorce, legal separation or annulment.

■    The birth, legal adoption, placement for adoption or legal guardianship of a child.

■   A change in your Spouse's employment or involuntary loss of health coverage (other than coverage under the Medicare or Medicaid programs) under another employer's plan.

■   Loss of coverage due to the exhaustion of another employer's COBRA benefits, provided you were paying for premiums on a timely basis.

■   Your death or the death of a Dependent.

■   Your Dependent child no longer qualifying as an eligible Dependent.

■   A change in your or your Spouse's position or work schedule that impacts eligibility for health coverage.

■   Contributions were no longer paid by the employer (this is true even if you or your eligible Dependent continues to receive coverage under the prior plan and to pay the amounts previously paid by the employer).

■   You or your eligible Dependent who were enrolled in an HMO no longer live or work in that HMO's service area and no other benefit option is available to you or your eligible Dependent.

■   Benefits are no longer offered by the Plan to a class of individuals that include you or your eligible Dependent.

■   Termination of your or your Dependent's *Medicaid* or *Children's Health Insurance Program (CHIP)* coverage as a result of loss of eligibility (you must contact the Sonoco Benefit Center within 60 days of termination).

■   You or your Dependent become eligible for a premium assistance subsidy under *Medicaid* or *CHIP* (you must contact the Sonoco Benefit Center within 60 days of the date of determination of subsidy eligibility).

■   A strike or lockout involving you or your Spouse.

■   A court or administrative order.

Unless otherwise noted above, if you wish to change your elections, you must contact Sonoco Benefit Center  within 60 days of the change in family status. Otherwise, you will need to wait until the next annual Open Enrollment.

While some of these changes in status are similar to qualifying events under COBRA, you, or your eligible Dependent, do not need to elect COBRA continuation coverage to take advantage of the special enrollment rights listed above. These will also be available to you or your eligible Dependent if COBRA is elected.

**Note:** Any child under age 26 who is placed with you for adoption will be eligible for coverage on the date the child is placed with you, even if the legal adoption is not yet final. If you do not legally adopt the child, all medical Plan coverage for the child will end when the placement ends. No provision will be made for continuing coverage (such as COBRA coverage) for the child.

**Change in Family Status - Example**
Jane is married and has two children who qualify as Dependents. At annual Open Enrollment, she elects not to participate in Sonoco Products Company's medical plan, because her husband, Tom, has family coverage under his employer's medical plan. In June, Tom loses his job as part of a downsizing. As a result, Tom loses his eligibility for medical coverage. Due to this family status change, Jane can elect family medical coverage under Sonoco Products Company's medical plan outside of annual Open Enrollment, if Jane notifies the Sonoco Benefit Center within 60 days of Tom's job loss.

## SECTION 3 - HOW THE PLAN WORKS

**What this section includes:**
- Accessing Benefits.

- Eligible Expenses.

- Annual Deductible.

- Copayment.

- Coinsurance.

- Out-of-Pocket Maximum.

### Accessing Benefits

As a participant in this Plan, you have the freedom to choose the Physician or health care professional you prefer each time you need to receive Covered Health Services. The choices you make affect the amounts you pay, as well as the level of Benefits you receive and any benefit limitations that may apply.

You are eligible for the Network level of Benefits under this Plan when you receive Covered Health Services from Physicians and other health care professionals who have contracted with UnitedHealthcare to provide those services.

You can choose to receive Network Benefits or Non-Network Benefits.

**Network Benefits** apply to Covered Health Services that are provided by a Network Physician or other Network provider.

Emergency Health Services are always paid as Network Benefits. For facility charges, these are Benefits for Covered Health Services that are billed by a Network facility and provided under the direction of either a Network or non-Network Physician or other provider. Network Benefits include Physician services provided in a Network facility by a Network or a non-Network Emergency room Physician, radiologist, anesthesiologist or pathologist.

**Non-Network Benefits** apply to Covered Health Services that are provided by a non-Network Physician or other non-Network provider, or Covered Health Services that are provided at a non-Network facility. In general health care terminology, Non-Network Benefits may also be referred to as Out-of-Network Benefits.

Depending on the geographic area and the service you receive, you may have access through UnitedHealthcare's Shared Savings Program to non-Network providers who have agreed to discounts negotiated from their charges on certain claims for Covered Health Services. Refer to the definition of Shared Savings Program in Section 14, *Glossary*, of the SPD for details about how the Shared Savings Program applies.

You must show your identification card (ID card) every time you request health care services from a Network provider. If you do not show your ID card, Network providers have no way

of knowing that you are enrolled under the Plan. As a result, they may bill you for the entire cost of the services you receive.

Generally, when you receive Covered Health Services from a Network provider, you pay less than you would if you receive the same care from a non-Network provider. Therefore, in most instances, your out-of-pocket expenses will be less if you use a Network provider.

If you choose to seek care outside the Network, the Plan generally pays Benefits at a lower level. You are required to pay the amount that exceeds the Eligible Expense. The amount in excess of the Eligible Expense could be significant, and this amount does not apply to the Out-of-Pocket Maximum. You may want to ask the non-Network provider about their billed charges before you receive care.

### *Health Services from Non-Network Providers Paid as Network Benefits*

If specific Covered Health Services are not available from a Network provider, you may be eligible to receive Network Benefits when Covered Health Services are received from a non-Network provider. In this situation, your Network Physician will notify UnitedHealthcare, and if UnitedHealthcare confirms that care is not available from a Network provider, UnitedHealthcare will work with you and your Network Physician to coordinate care through a non-Network provider.

> **Looking for a Network Provider?**
> In addition to other helpful information, UnitedHealthcare's website contains a directory of health care professionals and facilities in UnitedHealthcare's Network. While Network status may change from time to time, this website has the most current source for locating Network providers and facilities in your Plan. To access the UnitedHeathcare Website, log on to www.sonoben.com and follow the link to the UnitedHealthcare Website.  (If you are a Spouse or covered Dependent, go to www.myuhc.com)  Click on either of the "Find a Doctor" or "Physicians & Facilities" links.  If prompted, select the "UnitedHealthcare Choice Plus Network" option.  You may also call UnitedHealthcare at 888-257-1584 for assistance.

### *Network Providers*

UnitedHealthcare or its affiliates arrange for health care providers to participate in a Network. At your request, UnitedHealthcare will send you a directory of Network providers free of charge. Keep in mind, a provider's Network status may change. To verify a provider's status or request a provider directory, you can call UnitedHealthcare at the toll-free number on your ID card or log onto the UnitedHealthcare Website.

Network providers are independent practitioners and are not employees of Sonoco Products Company or UnitedHealthcare.

UnitedHealthcare's credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided.

Before obtaining services you should always verify the Network status of a provider. A provider's status may change. You can verify the provider's status by calling

UnitedHealthcare. A directory of providers is available online at www.myuhc.com or by calling the number on your ID card to request a copy.

It is possible that you might not be able to obtain services from a particular Network provider. The network of providers is subject to change. Or you might find that a particular Network provider may not be accepting new patients. If a provider leaves the Network or is otherwise not available to you, you must choose another Network provider to get Network Benefits.

If you are currently undergoing a course of treatment utilizing a non-Network Physician or health care facility, you may be eligible to receive transition of care Benefits. This transition period is available for specific medical services and for limited periods of time. If you have questions regarding this transition of care reimbursement policy or would like help determining whether you are eligible for transition of care Benefits, please contact UnitedHealthcare at the number on your ID card.

Do not assume that a Network provider's agreement includes all Covered Health Services. Some Network providers contract with UnitedHealthcare to provide only certain Covered Health Services, but not all Covered Health Services. Some Network providers choose to be a Network provider for only some of our products. Refer to your provider directory or contact UnitedHealthcare for assistance.

### Designated Providers and Other Providers

If you have a medical condition that UnitedHealthcare believes needs special services, UnitedHealthcare may direct you to a Designated Provider chosen by UnitedHealthcare. If you require certain complex Covered Health Services for which expertise is limited, UnitedHealthcare may direct you to a Network facility or provider that is outside your local geographic area. If you are required to travel to obtain such Covered Health Services from a Designated Provider, UnitedHealthcare may reimburse certain travel expenses at UnitedHealthcare's discretion.

In both cases, Network Benefits will only be paid if your Covered Health Services for that condition are provided by or arranged by the Designated Provider or other provider chosen by UnitedHealthcare.

You or your Network Physician must notify UnitedHealthcare of special service needs (such as transplants or cancer treatment) that might warrant referral to a Designated Provider. If you do not notify UnitedHealthcare in advance, and if you receive services from a non-Network facility (regardless of whether it is a Designated Provider) or other non-Network provider, Network Benefits will not be paid. Non-Network Benefits may be available if the special needs services you receive are Covered Health Services for which Benefits are provided under the Plan.

### Limitations on Selection of Providers

If UnitedHealthcare determines that you are using health care services in a harmful or abusive manner, you may be required to select a Network Physician to provide and coordinate all of your future Covered Health Services. If you don't make a selection within 31 days of the date you are notified, UnitedHealthcare will select a single Network Physician

for you. In the event that you do not use the selected Network Physician, Covered Health Services will be paid as Non-Network Benefits.

### *Coverage While Traveling Abroad*

The Plan pays Benefits for Covered Persons while traveling outside the United States. Eligible Expenses for non-Emergency services incurred while outside the United States are reimbursed at the non-Network benefit level and are subject to the Annual Deductible. Emergency services received outside the United States will be paid at the network benefit level subject to the Annual Deductible. If you receive treatment while traveling outside the United States, you will have to pay for the services up-front and then submit a claim form along with the receipt and an itemized bill from the provider. For details on the procedures for filing a claim, refer to Section 9, *Claims Procedures*. If you have any questions about Benefits while traveling abroad, please call UnitedHealthcare at the toll-free number on your ID card.

## Eligible Expenses

Sonoco Products Company has delegated to UnitedHealthcare the initial discretion and authority to decide whether a treatment or supply is a Covered Health Service and how the Eligible Expenses will be determined and otherwise covered under the Plan.

Eligible Expenses are the amount UnitedHealthcare determines that UnitedHealthcare will pay for Benefits. For Network Benefits, you are not responsible for any difference between Eligible Expenses and the amount the provider bills. For Network Benefits for Covered Health Services provided by a non-Network provider (other than Emergency Health Services or services otherwise arranged by UnitedHealthcare), you will be responsible to the non-Network Physician or provider for any amount billed that is greater than the amount UnitedHealthcare determines to be an Eligible Expense as described below. For Non-Network Benefits, you are responsible for paying, directly to the non-Network provider, any difference between the amount the provider bills you and the amount UnitedHealthcare will pay for Eligible Expenses. Eligible Expenses are determined solely in accordance with UnitedHealthcare's reimbursement policy guidelines, as described in the SPD.

**For Network Benefits**, Eligible Expenses are based on the following:

■   When Covered Health Services are received from a Network provider, Eligible Expenses are UnitedHealthcare's contracted fee(s) with that provider.

■   When Covered Health Services are received from a non-Network provider as a result of an Emergency or as arranged by UnitedHealthcare, Eligible Expenses are an amount negotiated by UnitedHealthcare or an amount permitted by law. Please contact UnitedHealthcare if you are billed for amounts in excess of your applicable Coinsurance, Copayment or any deductible. The Plan will not pay excessive charges or amounts you are not legally obligated to pay.

**For Non-Network Benefits**, Eligible Expenses are based on either of the following:

■   When Covered Health Services are received from a non-Network provider, Eligible Expenses are determined, based on:

- Negotiated rates agreed to by the non-Network provider and either UnitedHealthcare or one of UnitedHealthcare's vendors, affiliates or subcontractors, at UnitedHealthcare's discretion.

- If rates have not been negotiated, then one of the following amounts:

  ♦ Eligible Expenses are determined based on 140% of the published rates allowed by the *Centers for Medicare and Medicaid Services (CMS)* for Medicare for the same or similar service within the geographic market, with the exception of the following:

    • 140% of CMS for the same or similar laboratory service.

    • 140% of CMS for the same or similar durable medical equipment, or CMS competitive bid rates.

  ♦ When a rate is not published by *CMS* for the service, UnitedHealthcare uses an available gap methodology to determine a rate for the service as follows:
    • For services other than Pharmaceutical Products, UnitedHealthcare uses a gap methodology established by *OptumInsight* and/or a third party vendor that uses a relative value scale. The relative value scale is usually based on the difficulty, time, work, risk and resources of the service. If the relative value scale(s) currently in use become no longer available, UnitedHealthcare will use a comparable scale(s). UnitedHealthcare and *OptumInsight* are related companies through common ownership by UnitedHealth Group. Refer to UnitedHealthcare's website at www.myuhc.com for information regarding the vendor that provides the applicable gap fill relative value scale information.

    • For Pharmaceutical Products, UnitedHealthcare uses gap methodologies that are similar to the pricing methodology used by *CMS*, and produce fees based on published acquisition costs or average wholesale price for the pharmaceuticals. These methodologies are currently created by *RJ Health Systems*, *Thomson Reuter*s (published in its *Red Book*), or UnitedHealthcare based on an internally developed pharmaceutical pricing resource.

    • When a rate is not published by *CMS* for the service and a gap methodology does not apply to the service, the Eligible Expense is based on 50% of the provider's billed charge.

  ♦ For Mental Health Services and Substance-Related and Addictive Disorders Services the Eligible Expense will be reduced by 25% for Covered Health Services provided by a psychologist and by 35% for Covered Health Services provided by a masters level counselor.

UnitedHealthcare updates the *CMS* published rate data on a regular basis when updated data from *CMS* becomes available. These updates are typically implemented within 30 to 90 days after *CMS* updates its data.

> **IMPORTANT NOTICE**: Non-Network providers may bill you for any difference between the provider's billed charges and the Eligible Expense described here.

---

**Don't Forget Your ID Card**
Remember to show your UnitedHealthcare ID card every time you receive health care services from a provider. If you do not show your ID card, a provider has no way of knowing that you are enrolled under the Plan.

---

## Annual Deductible

The Annual Deductible is the amount of Eligible Expenses you must pay each calendar year for Covered Health Services before you are eligible to begin receiving Benefits. There are separate Network and non-Network Annual Deductibles for this Plan. The amounts you pay toward your Annual Deductible accumulate over the course of the calendar year.

Under the Plan there are separate Annual Deductibles for individuals and for your family. The family Annual Deductible is met when one covered family member meets the individual Annual Deductible, and combined expenses for all family members reach the family Annual Deductible in a calendar year. Once you meet the family Annual Deductible, no further Annual Deductible is required for any family members for the rest of that year.

Amounts paid toward the Annual Deductible for Covered Health Services that are subject to a visit or day limit will also be calculated against that maximum benefit limit. As a result, the limited benefit will be reduced by the number of days or visits you used toward meeting the Annual Deductible.

## Copayment (Applies to Copayment 80 Plan only)

A Copayment (Copay) is the amount you pay each time you receive certain Covered Health Services. The Copay is a flat dollar amount and is paid at the time of service or when billed by the provider. Copays count toward the Out-of-Pocket Maximum. Copays do not count toward the Annual Deductible. You will continue to be responsible for Copays after the Annual Deductible and Out-of-Pocket-Maximum are met. If the Eligible Expense is less than the Copay, you are only responsible for paying the Eligible Expense and not the Copay.

## Coinsurance

Coinsurance is the percentage of Eligible Expenses that you are responsible for paying. Coinsurance is a fixed percentage that applies to certain Covered Health Services after you meet the Annual Deductible. Coinsurance does count toward the Annual Deductible.

---

**Coinsurance – Example**
Let's assume that you are enrolled in the Copayment 80 Plan and receive Plan Benefits for outpatient surgery from a Network provider. Since the Plan pays 80% after you meet the Annual Deductible, you are responsible for paying the other 20%. This 20% is your Coinsurance.

---

## Out-of-Pocket Maximum

The annual Out-of-Pocket Maximum is the most you pay each calendar year for Covered Health Services. There are separate Network and non-Network Out-of-Pocket Maximums for this Plan. If your eligible out-of-pocket expenses in a calendar year exceed the annual maximum, the Plan pays 100% of Eligible Expenses for Covered Health Services through the end of the calendar year.

And when your family's out-of-pocket expenses reach the family Out-of-Pocket Maximum, the Plan likewise pays 100% of Eligible Expenses for Covered Health Services for the rest of the calendar year for all covered family members.

The amounts you pay for Temporomandibular Joint (TMJ) Services do not count towards satisfaction of the Out-of-Pocket Maximum.

The following table identifies what does and does not apply toward your Network and non-Network Out-of-Pocket Maximums:

| Plan Features | Applies to the Network Out-of-Pocket Maximum? | Applies to the Non-Network Out-of-Pocket Maximum? |
|---|---|---|
| Copays (applies to Copayment 80 Plan only) | Yes | Yes (applies to Emergency Health Services Copay) |
| Payments toward the Annual Deductible | Yes | Yes |
| Coinsurance Payments, except for those Covered Health Services identified in the Section 5, Plan Highlights table that do not apply to the Out-of-Pocket Maximum | Yes | Yes |
| Charges for non-Covered Health Services | No | No |
| The amounts of any reductions in Benefits you incur by not obtaining prior authorization from the Claims Administrator as required | No | No |
| Charges that exceed Eligible Expenses | No | No |

## SECTION 4 - PERSONAL HEALTH SUPPORT AND PRIOR AUTHORIZATION

**What this section includes:**
- An overview of the Personal Health Support program.
- Covered Health Services which require prior authorization.

### Care Management

When you seek prior authorization as required, the Claims Administrator will work with you to implement the care management process and to provide you with information about additional services that are available to you, such as disease management programs, health education, and patient advocacy.

UnitedHealthcare provides a program called Personal Health Support designed to encourage personalized, efficient care for you and your covered Dependents.

Personal Health Support Nurses center their efforts on prevention, education, and closing any gaps in your care. The goal of the program is to ensure you receive the most appropriate and cost-effective services available.

If you are living with a chronic condition or dealing with complex health care needs, UnitedHealthcare may assign to you a primary nurse, referred to as a Personal Health Support Nurse to guide you through your treatment. This assigned nurse will answer questions, explain options, identify your needs, and may refer you to specialized care programs. The Personal Health Support Nurse will provide you with their telephone number so you can call them with questions about your conditions, or your overall health and well-being.

Personal Health Support Nurses will provide a variety of different services to help you and your covered family members receive appropriate medical care. Program components are subject to change without notice. When the Claims Administrator is called as required, they will work with you to implement the Personal Health Support process and to provide you with information about additional services that are available to you, such as disease management programs, health education, and patient advocacy. As of the publication of this SPD, the Personal Health Support program includes:

- **Admission counseling** - Nurse Advocates are available to help you prepare for a successful surgical admission and recovery. Call the number on the back of your ID card for support.

- **Inpatient care management** - If you are hospitalized, a nurse will work with your Physician to make sure you are getting the care you need and that your Physician's treatment plan is being carried out effectively.

- **Readmission Management** - This program serves as a bridge between the Hospital and your home if you are at high risk of being readmitted. After leaving the Hospital, if you have a certain chronic or complex condition, you may receive a phone call from a Personal Health Support Nurse to confirm that medications, needed equipment, or follow-up services are in place. The Personal Health Support Nurse will also share

important health care information, reiterate and reinforce discharge instructions, and support a safe transition home.

■ **Risk Management** - Designed for participants with certain chronic or complex conditions, this program addresses such health care needs as access to medical specialists, medication information, and coordination of equipment and supplies. Participants may receive a phone call from a Personal Health Support Nurse to discuss and share important health care information related to the participant's specific chronic or complex condition.

If you do not receive a call from a Personal Health Support Nurse but feel you could benefit from any of these programs, please call the number on your ID card.

## Prior Authorization

> UnitedHealthcare requires prior authorization for certain Covered Health Services. In general, your Network Primary Physician and other Network providers are responsible for obtaining prior authorization before they provide these services to you. There are some Benefits, however, for which you are responsible for obtaining prior authorization. For detailed information on the Covered Health Services that require prior authorization, please refer to Section 6, *Additional Coverage Details*.

It is recommended that you confirm with the Claims Administrator that all Covered Health Services listed in Section 6, *Additional Coverage Details* have been prior authorized as required. Before receiving these services from a Network provider, you may want to contact the Claims Administrator to verify that the Hospital, Physician and other providers are Network providers and that they have obtained the required prior authorization. Network facilities and Network providers cannot bill you for services they fail to prior authorize as required. You can contact the Claims Administrator by calling the number on the back of your ID card.

When you choose to receive certain Covered Health Services from non-Network providers, you are responsible for obtaining prior authorization before you receive these services. Note that your obligation to obtain prior authorization is also applicable when a non-Network provider intends to admit you to a Network facility or refers you to other Network providers.

**To obtain prior authorization, call the number on the back of your ID card**. This call starts the utilization review process. Once you have obtained the authorization, please review it carefully so that you understand what services have been authorized and what providers are authorized to deliver the services that are subject to the authorization.

The utilization review process is a set of formal techniques designed to monitor the use of, or evaluate the clinical necessity, appropriateness, efficacy, or efficiency of, health care services, procedures or settings. Such techniques may include ambulatory review, prospective review, second opinion, certification, concurrent review, case management, discharge planning, retrospective review or similar programs.

---

**Contacting UnitedHealthcare or Personal Health Support is easy.**
Simply call the number on your ID card.

---

Network providers are generally responsible for obtaining prior authorization from the Claims Administrator before they provide certain services to you. However, there are some Network Benefits for which you are responsible for obtaining prior authorization from the Claims Administrator.

When you choose to receive certain Covered Health Services from non-Network providers, you are responsible for obtaining prior authorization from the Claims Administrator before you receive these services. In many cases, your Non-Network Benefits will be reduced if the Claims Administrator has not provided prior authorization.

Services for which you are required to obtain prior authorization are identified in Section 6, *Additional Coverage Details*, within each Covered Health Service Benefit description. Please note that prior authorization timelines apply. Refer to the applicable Benefit description to determine how far in advance you must obtain prior authorization.

## Special Note Regarding Medicare

If you are enrolled in Medicare on a primary basis (Medicare pays before the Plan pays Benefits) the prior authorization requirements do not apply to you. Since Medicare is the primary payer, the Plan will pay as secondary payer as described in Section 10, *Coordination of Benefits (COB)*. You are not required to provide prior authorization before receiving Covered Health Services.

## SECTION 5 - PLAN HIGHLIGHTS FOR COPAYMENT 80 PLAN & COINSURANCE 70 PLAN

> **What this section includes:**
> - Payment Terms and Features.
> - Schedule of Benefits.

### Payment Terms and Features

The table in Appendix A provides an overview of Copays (for Copayment 80 Plan) that apply when you receive certain Covered Health Services, and outlines the Plan's Annual Deductible and Out-of-Pocket Maximum (Copayment 80 and Coinsurance 70 Plan).

.

## SECTION 6 - ADDITIONAL COVERAGE DETAILS

> **What this section includes:**
> ■ Covered Health Services for which the Plan pays Benefits.
>
> ■ Covered Health Services that require you to notify the Claims Administrator before you receive them, and any reduction in Benefits that may apply if you do not call the Claims Administrator.

This section supplements the "Covered Health Services" tables (Copayment 80 Plan and Coinsurance 70 Plan) in Appendix A.

While the "Covered Health Services" tables provide you with Benefit limitations along with Copayment (for Copayment 80 Plan), Coinsurance and Annual Deductible information for each Covered Health Service, this section includes descriptions of the Benefits. These descriptions include any additional limitations that may apply, as well as Covered Health Services for which you must call the Claims Administrator. The Covered Health Services in this section appear in the same order as they do in the tables for easy reference. Services that are not covered are described in Section 8, *Exclusions and Limitations*.

### Acupuncture Services

The Plan pays for acupuncture services for pain therapy provided that the service is performed in an office setting by a provider who is one of the following, either practicing within the scope of his/her license (if state license is available) or who is certified by a national accrediting body:

■ Doctor of Medicine.

■ Doctor of Osteopathy.

■ Chiropractor.

■ Acupuncturist.

Covered Health Services include treatment of nausea as a result of:

■ Chemotherapy.

■ Pregnancy.

■ Post-operative procedures.

> **Did you know…**
> You generally pay less out-of-pocket when you use a Network provider?

### Ambulance Services

The Plan covers Emergency ambulance services and transportation provided by a licensed ambulance service to the nearest Hospital that offers Emergency Health Services. See Section 14, *Glossary* for the definition of Emergency.

Ambulance service by air is covered in an Emergency if ground transportation is impossible, or would put your life or health in serious jeopardy. If special circumstances exist, UnitedHealthcare may pay Benefits for Emergency air transportation to a Hospital that is not the closest facility to provide Emergency Health Services.

The Plan also covers non-Emergency transportation provided by a licensed professional ambulance (either ground or air ambulance, as UnitedHealthcare determines appropriate) between facilities when the transport is:

■   From a non-Network Hospital to a Network Hospital.

■   To a Hospital that provides a higher level of care that was not available at the original Hospital.

■   To a more cost-effective acute care facility.

■   From an acute facility to a sub-acute setting.

> **Prior Authorization Requirement**
> In most cases, the Claims Administrator will initiate and direct non-Emergency ambulance transportation. If you are requesting non-Emergency ambulance services, please remember that you must obtain prior authorization as soon as possible prior to transport. If you fail to obtain prior authorization as required, Benefits will be subject to a $500 reduction.

## Cancer Resource Services (CRS)

The Plan pays Benefits for oncology services provided by Designated Providers participating in the Cancer Resource Services (CRS) program. Designated Provider is defined in Section 14, *Glossary*.

For oncology services and supplies to be considered Covered Health Services, they must be provided to treat a condition that has a primary or suspected diagnosis relating to cancer. If you or a covered Dependent has cancer, you may:

■   Be referred to CRS by the Claims Administrator or a Personal Health Nurse.

■   Call CRS at 1-866-936-6002.

■   Visit www.myoptumhealthcomplexmedical.com.

To receive Benefits for a cancer-related treatment, you are not required to visit a Designated Provider. If you receive oncology services from a facility that is not a Designated Provider, the Plan pays Benefits as described under:

■   Physician's Office Services - Sickness and Injury.

■   Physician Fees for Surgical and Medical Services.

■   Scopic Procedures - Outpatient Diagnostic and Therapeutic.

■   Therapeutic Treatments - Outpatient.

- Hospital - Inpatient Stay.

- Surgery - Outpatient.

**Note:** The services described under *Travel and Lodging* are Covered Health Services only in connection with cancer-related services received at a Designated Provider.

> To receive Benefits under the CRS program, you must contact CRS prior to obtaining Covered Health Services. The Plan will only pay Benefits under the CRS program if CRS provides the proper notification to the Designated Provider performing the services (even if you self-refer to a provider in that Network).

## Cellular and Gene Therapy

Cellular Therapy and Gene Therapy received on an inpatient or outpatient basis at a Hospital or on an outpatient basis at an Alternate Facility or in a Physician's office.

Benefits for CAR-T therapy for malignancies are provided as described under *Transplantation Services.*

> **Prior Authorization Requirement**
> For Network Benefits you must obtain prior authorization from the Claims Administrator as soon as the possibility of a Cellular or Gene Therapy arises. If you do not obtain prior authorization and if, as a result, the services are not received from a Designated Provider, Benefits will not be paid.

## Clinical Trials

Benefits are available for routine patient care costs incurred during participation in a qualifying Clinical Trial for the treatment of:

- Cancer or other life-threatening disease or condition. For purposes of this benefit, a life-threatening disease or condition is one from which the likelihood of death is probable unless the course of the disease or condition is interrupted.

- Cardiovascular disease (cardiac/stroke) which is not life threatening, for which, as UnitedHealthcare determines, a Clinical Trial meets the qualifying Clinical Trial criteria stated below.

- Surgical musculoskeletal disorders of the spine, hip and knees, which are not life threatening, for which, as UnitedHealthcare determines, a Clinical Trial meets the qualifying Clinical Trial criteria stated below.

- Other diseases or disorders which are not life threatening for which, as UnitedHealthcare determines, a Clinical Trial meets the qualifying Clinical Trial criteria stated below.

Benefits include the reasonable and necessary items and services used to prevent, diagnose and treat complications arising from participation in a qualifying Clinical Trial.

Benefits are available only when the Covered Person is clinically eligible for participation in the qualifying Clinical Trial as defined by the researcher.

Routine patient care costs for qualifying Clinical Trials include:

■ Covered Health Services for which Benefits are typically provided absent a Clinical Trial.

■ Covered Health Services required solely for the provision of the Experimental or Investigational Service(s) or item, the clinically appropriate monitoring of the effects of the service or item, or the prevention of complications.

■ Covered Health Services needed for reasonable and necessary care arising from the provision of an Experimental or Investigational Service(s) or item.

Routine costs for Clinical Trials do not include:

■ The Experimental or Investigational Service(s) or item. The only exceptions to this are:
  - Certain *Category B* devices.
  - Certain promising interventions for patients with terminal illnesses.
  - Other items and services that meet specified criteria in accordance with UnitedHealthcare's medical and drug policies.

■ Items and services provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient.

■ A service that is clearly inconsistent with widely accepted and established standards of care for a particular diagnosis.

■ Items and services provided by the research sponsors free of charge for any person enrolled in the trial.

With respect to cancer or other life-threatening diseases or conditions, a qualifying Clinical Trial is a Phase I, Phase II, Phase III, or Phase IV Clinical Trial that is conducted in relation to the prevention, detection or treatment of cancer or other life-threatening disease or condition and which meets any of the following criteria in the bulleted list below.

With respect to cardiovascular disease or musculoskeletal disorders of the spine, hip and knees and other diseases or disorders which are not life-threatening, a qualifying Clinical Trial is a Phase I, Phase II, or Phase III Clinical Trial that is conducted in relation to the detection or treatment of such non-life-threatening disease or disorder and which meets any of the following criteria in the bulleted list below.

■ Federally funded trials. The study or investigation is approved or funded (which may include funding through in-kind contributions) by one or more of the following:
  - *National Institutes of Health (NIH).* (Includes *National Cancer Institute (NCI)*).
  - *Centers for Disease Control and Prevention (CDC).*
  - *Agency for Healthcare Research and Quality (AHRQ).*
  - *Centers for Medicare and Medicaid Services (CMS).*
  - A cooperative group or center of any of the entities described above or the *Department of Defense (DOD)* or the *Veterans Administration (VA)*.
  - A qualified non-governmental research entity identified in the guidelines issued by the *National Institutes of Health* for center support grants.

- The *Department of Veterans Affairs*, the *Department of Defense* or the *Department of Energy* as long as the study or investigation has been reviewed and approved through a system of peer review that is determined by the *Secretary of Health and Human Services* to meet both of the following criteria:

  ♦ Comparable to the system of peer review of studies and investigations used by the *National Institutes of Health*.
  ♦ Ensures unbiased review of the highest scientific standards by qualified individuals who have no interest in the outcome of the review.

■ The study or investigation is conducted under an investigational new drug application reviewed by the *U.S. Food and Drug Administration*.

■ The study or investigation is a drug trial that is exempt from having such an investigational new drug application.

■ The Clinical Trial must have a written protocol that describes a scientifically sound study and have been approved by all relevant institutional review boards (IRBs) before participants are enrolled in the trial. UnitedHealthcare may, at any time, request documentation about the trial.

■ The subject or purpose of the trial must be the evaluation of an item or service that meets the definition of a Covered Health Service and is not otherwise excluded under the Plan.

---

**Prior Authorization Requirement**
You must obtain prior authorization from the Claims Administrator as soon as the possibility of participation in a Clinical Trial arises. If you fail to obtain prior authorization as required, Benefits will be subject to a $500 reduction.

---

## Congenital Heart Disease (CHD) Surgeries

The Plan pays Benefits for Congenital Heart Disease (CHD) surgeries which are ordered by a Physician. CHD surgical procedures include surgeries to treat conditions such as coarctation of the aorta, aortic stenosis, tetralogy of fallot, transposition of the great vessels and hypoplastic left or right heart syndrome.

UnitedHealthcare has specific guidelines regarding Benefits for CHD services. Contact UnitedHealthcare at the number on your ID card for information about these guidelines.

The Plan pays Benefits for CHD services ordered by a Physician and received at a CHD Resource Services program. Benefits include the facility charge and the charge for supplies and equipment. Benefits for Physician services are described under *Physician Fees for Surgical and Medical Services*.

Surgery may be performed as open or closed surgical procedures or may be performed through interventional cardiac catheterization.

Benefits are available for the following CHD services:

---

■ Outpatient diagnostic testing.

■ Evaluation.

■ Surgical interventions.

■ Interventional cardiac catheterizations (insertion of a tubular device in the heart).

■ Fetal echocardiograms (examination, measurement and diagnosis of the heart using ultrasound technology).

■ Approved fetal interventions.

CHD services other than those listed above are excluded from coverage, unless determined by the Claims Administrator to be proven procedures for the involved diagnoses. Contact CHD Resource Services at 1-888-936-7246 before receiving care for information about CHD services. More information is also available at www.myoptumhealthcomplexmedical.com.

If you receive Congenital Heart Disease services from a facility that is not a Designated Provider, the Plan pays Benefits as described under:

■ Physician's Office Services - Sickness and Injury.

■ Physician Fees for Surgical and Medical Services.

■ Scopic Procedures - Outpatient Diagnostic and Therapeutic.

■ Therapeutic Treatments - Outpatient.

■ Hospital - Inpatient Stay.

■ Surgery - Outpatient.

> To receive Benefits under the CHD program, you must contact CHD Resource Services at 1-888-936-7246 prior to obtaining Covered Health Services. The Plan will only pay Benefits under the CHD program if CHD provides the proper notification to the Designated Provider performing the services (even if you self-refer to a provider in that Network).

**Note:** The services described under *Travel and Lodging* are Covered Health Services only in connection with CHD services received at a Congenital Heart Disease Resource Services program.

> **Prior Authorization Requirement**
> For Covered Health Services required to be received at a Designated Provider, you must obtain prior authorization from the Claims Administrator as soon as the possibility of a Congenital Heart Disease (CHD) surgery arises. If you do not obtain prior authorization and if, as a result, the CHD services are not received from a Designated Provider, Network Benefits will not be paid, Non-Network Benefits will apply.
>
> For Non-Network Benefits, you must obtain prior authorization from the Claims Administrator as soon as the possibility of a CHD surgery arises.
>
> If you fail to obtain prior authorization as required, Benefits will be subject to a $500 reduction.

## Dental Services - Accident Only

Dental services are covered by the Plan when all of the following are true:

- Treatment is necessary because of accidental damage.

- Dental services are received from a Doctor of Dental Surgery or a Doctor of Medical Dentistry.

- The dental damage is severe enough that initial contact with a Physician or dentist occurs within 72 hours of the accident. (You may request an extension of this time period provided that you do so within 60 days of the Injury and if extenuating circumstances exist due to the severity of the Injury.)

Please note that dental damage that occurs as a result of normal activities of daily living or extraordinary use of the teeth is not considered having occurred as an accident. Benefits are not available for repairs to teeth that are damaged as a result of such activities.

The Plan also covers dental care (oral examination, X-rays, extractions and non-surgical elimination of oral infection, and care received in a Hospital setting if the patient has an illness or condition that would require the Hospital setting for observation and/or monitoring ) required for the direct treatment of a medical condition limited to:

- dental services related to medical transplant procedures;

- initiation of immunosuppressives (medication used to reduce inflammation and suppress the immune system); and

- direct treatment of acute traumatic Injury, cancer, removal of tumors and cysts, or cleft palate.

Dental services for final treatment to repair the damage caused by accidental Injury must be started within 3 months of the accident, or if not a Covered Person at the time of the accident, within the first three months of coverage under the Plan, unless extenuating circumstances exist (such as prolonged hospitalization or the presence of fixation wires from fracture care) and completed within 12 months of the accident, or if not a Covered Person at the time of the accident, within the first 12 months of coverage under the Plan.

The Plan pays for treatment of accidental Injury only for:

■  Emergency examination.

■  Necessary diagnostic X-rays.

■  Endodontic (root canal) treatment.

■  Temporary splinting of teeth.

■  Prefabricated post and core.

■  Simple minimal restorative procedures (fillings).

■  Extractions.

■  Post-traumatic crowns if such are the only clinically acceptable treatment.

■  Replacement of lost teeth due to the Injury by implant, dentures or bridges.

## Diabetes Services

### Diabetes Self-Management and Training/Diabetic Eye Examinations/Foot Care

Outpatient self-management training for the treatment of diabetes, education and medical nutrition therapy services. Services must be ordered by a Physician and provided by appropriately licensed or registered health care professionals.

Benefits also include medical eye exams (dilated retinal exams) and preventive foot care for diabetes.

Any combination of Network Benefits and Non-Network Benefits for diabetes self-management and training is limited to 2 visits during the entire time you are covered under the Plan.

### Diabetic Self-Management Items

Insulin pumps and supplies for the management and treatment of diabetes, based upon your medical needs include:

■  Insulin pumps that are subject to all the conditions of coverage stated under Durable Medical Equipment (DME).

■  Blood glucose meters including continuous glucose monitors.

Insulin and diabetic supplies are not covered under the medical Plan; rather they are covered under a separate benefit administered by Express Scripts.

---

**Prior Authorization Requirement**
For Non-Network Benefits, you must obtain prior authorization from the Claims Administrator before obtaining any DME for the management and treatment of diabetes that costs more than $1,000 (either retail purchase cost or cumulative retail rental cost of a single item). If you fail to obtain prior authorization as required, Benefits will be subject to a $500 reduction.

---

## Durable Medical Equipment (DME)

The Plan pays for Durable Medical Equipment (DME) that is:

■ Ordered or provided by a Physician for outpatient use.

■ Used for medical purposes.

■ Not consumable or disposable.

■ Not of use to a person in the absence of a Sickness, Injury or disability.

■ Durable enough to withstand repeated use.

■ Appropriate for use in the home.

If more than one piece of DME can meet your functional needs, you will receive Benefits only for the most Cost-Effective piece of equipment. Benefits are provided for a single unit of DME (example: one insulin pump) and for repairs of that unit.

Examples of DME include but are not limited to:

■ Equipment to administer oxygen.

■ Equipment to assist mobility, such as a standard wheelchair.

■ Hospital beds.

■ Delivery pumps for tube feedings.

■ Negative pressure wound therapy pumps (wound vacuums).

■ Burn garments.

■ Cranial banding (helmets).

■ Insulin pumps and all related necessary supplies as described under *Diabetes Services* in this section.

■ External cochlear devices and systems. Surgery to place a cochlear implant is also covered by the Plan. Cochlear implantation can either be an inpatient or outpatient procedure. See *Hospital - Inpatient Stay*, *Rehabilitation Services - Outpatient Therapy* and *Surgery - Outpatient* in this section.

■ Braces that stabilize an injured body part, including necessary adjustments to shoes to accommodate braces. Braces that stabilize an injured body part and braces to treat curvature of the spine are considered Durable Medical Equipment and are a Covered Health Service. Braces that straighten or change the shape of a body part are orthotic devices and are excluded from coverage. Dental braces are also excluded from coverage.

■ Mechanical equipment necessary for the treatment of chronic or acute respiratory failure (except that air-conditioners, humidifiers, dehumidifiers, air purifiers and filters, and personal comfort items are excluded from coverage).

The Plan also covers tubings, nasal cannulas, connectors and masks used in connection with DME.

Benefits also include speech aid devices and tracheo-esophageal voice devices required for treatment of severe speech impediment or lack of speech directly attributed to Sickness or Injury. Benefits for the purchase of speech aid devices and tracheo-esophageal voice devices are available only after completing a required three-month rental period.

**Note:** DME is different from prosthetic devices - see *Prosthetic Devices* in this section.

Benefits for speech aid devices and tracheo-esophageal voice devices are limited to the purchase of one device during the entire period of time a Covered Person is enrolled under the Plan. Benefits for repair/replacement are limited to once every three years.

Benefits are provided for the repair/replacement of a type of Durable Medical Equipment once every three calendar years.

At UnitedHealthcare's discretion, replacements are covered for damage beyond repair with normal wear and tear, when repair costs exceed new purchase price, or when a change in the Covered Person's medical condition occurs sooner than the three year timeframe. Repairs, including the replacement of essential accessories, such as hoses, tubes, mouth pieces, etc., for necessary DME are only covered when required to make the item/device serviceable and the estimated repair expense does not exceed the cost of purchasing or renting another item/device. Requests for repairs may be made at any time and are not subject to the three year timeline for replacement.

---

**Prior Authorization Requirement**

For Non-Network Benefits you must obtain prior authorization from the Claims Administrator before obtaining any DME or orthotic that costs more than $1,000 (either retail purchase cost or cumulative retail rental cost of a single item).

If you fail to obtain prior authorization as required, Benefits will be subject to a $500 reduction.

---

## Emergency Health Services - Outpatient

The Plan's Emergency services Benefit pays for outpatient treatment at a Hospital or Alternate Facility when required to stabilize a patient or initiate treatment.

If you are enrolled in the Copayment 80 Plan and if you are admitted as an inpatient to a Hospital directly from the Emergency room, you will not have to pay the Copay for Emergency Health Services. The Benefits for an Inpatient Stay in a Network Hospital will apply instead.

Network Benefits will be paid for an Emergency admission to a non-Network Hospital as long as the Claims Administrator is notified within 24 hours of the admission or on the same day of admission if reasonably possible after you are admitted to a non-Network Hospital. The Claims Administrator may elect to transfer you to a Network Hospital as soon as it is medically appropriate to do so. If you continue your stay in a non-Network Hospital after the date your Physician determines that it is medically appropriate to transfer you to a Network Hospital, Network Benefits will not be provided. Non-Network Benefits may be

available if the continued stay is determined to be a Covered Health Service. Eligible Expenses will be determined as described under *Eligible Expenses* in Section 3, *How the Plan Works*.

Benefits under this section are available for services to treat a condition that does not meet the definition of an Emergency.

> **Note**: If you are confined in a non-Network Hospital after you receive outpatient Emergency Health Services, you must notify the Claims Administrator within two business days or on the same day of admission if reasonably possible. The Claims Administrator may elect to transfer you to a Network Hospital as soon as it is medically appropriate to do so. If you choose to stay in the non-Network Hospital after the date the Claims Administrator decides a transfer is medically appropriate, Network Benefits will not be provided. Non-Network Benefits may be available if the continued stay is determined to be a Covered Health Service.

## Home Health Care

Covered Health Services are services that a Home Health Agency provides if you need care in your home due to the nature of your condition. Services must be:

■ Ordered by a Physician.

■ Provided by or supervised by a registered nurse in your home, or provided by either a home health aide or licensed practical nurse and supervised by a registered nurse.

■ Not considered Custodial Care, as defined in Section 14, *Glossary*.

■ Provided on a part-time, Intermittent Care schedule when Skilled Care is required. Refer to Section 14, *Glossary* for the definition of Skilled Care.

The Claims Administrator will determine if Skilled Care is needed by reviewing both the skilled nature of the service and the need for Physician-directed medical management. A service will not be determined to be "skilled" simply because there is not an available caregiver.

> **Prior Authorization Requirement**
> For Non-Network Benefits, you must obtain prior authorization from the Claims Administrator five business days before receiving services including nutritional foods and Private Duty Nursing or as soon as is reasonably possible. If you fail to obtain prior authorization as required, Benefits will be subject to a $500 reduction.

## Hospice Care

Hospice care is an integrated program recommended by a Physician which provides comfort and support services for the terminally ill. Hospice care can be provided on an inpatient or outpatient basis and includes physical, psychological, social, spiritual and respite care for the terminally ill person, and short-term grief counseling for immediate family members while the Covered Person is receiving hospice care. Benefits are available only when hospice care is received from a licensed hospice agency, which can include a Hospital.

> **Prior Authorization Requirement**
> For Non-Network Benefits, you must obtain prior authorization from the Claims Administrator five business days before admission for an Inpatient Stay in a hospice facility or as soon as is reasonably possible. If you fail to obtain prior authorization as required, Benefits will be subject to a $500 reduction.

## Hospital - Inpatient Stay

Hospital Benefits are available for:

- Non-Physician services and supplies received during an Inpatient Stay.

- Room and board in a Semi-private Room (a room with two or more beds).

- Physician services for radiologists, anesthesiologists, pathologists and Emergency room Physicians.

The Plan will pay the difference in cost between a Semi-private Room and a private room only if a private room is necessary according to generally accepted medical practice.

Benefits for an Inpatient Stay in a Hospital are available only when the Inpatient Stay is necessary to prevent, diagnose or treat a Sickness or Injury. Benefits for other Hospital-based Physician services are described in this section under *Physician Fees for Surgical and Medical Services*.

Benefits for Emergency admissions and admissions of less than 24 hours are described under *Emergency Health Services* and *Surgery - Outpatient*, *Scopic Procedures - Outpatient Diagnostic and Therapeutic*, and *Therapeutic Treatments - Outpatient*, respectively.

> **Prior Authorization Requirement**
> For Non-Network Benefits, for:
> - A scheduled admission, you must obtain prior authorization five business days before admission.
>
> - A non-scheduled admission (including Emergency admissions), you must provide notification as soon as is reasonably possible.
>
> If you fail to obtain prior authorization from or provide notification to the Claims Administrator as required, Benefits will be subject to a $500 reduction.

## Kidney Resource Services (KRS)

The Plan pays Benefits for Comprehensive Kidney Solution (CKS) that covers both chronic kidney disease and End Stage Renal Disease (ESRD) provided by Designated Providers participating in the Kidney Resource Services (KRS) program. Designated Provider is defined in Section 14, *Glossary*.

In order to receive Benefits under this program, KRS must provide the proper notification to the Network provider performing the services. This is true even if you self-refer to a Network provider participating in the program. Notification is required:

■ Prior to vascular access placement for dialysis.

■ Prior to any ESRD services.

You or a covered Dependent may:

■ Be referred to KRS by the Claims Administrator or Personal Health Support.

■ Call KRS at 1-866-561-7518.

To receive Benefits related to ESRD and chronic kidney disease, you are not required to visit a Designated Provider. If you receive services from a facility that is not a Designated Provider, the Plan pays Benefits as described under:

■ Physician's Office Services - Sickness and Injury.

■ Physician Fees for Surgical and Medical Services.

■ Scopic Procedures - Outpatient Diagnostic and Therapeutic.

■ Therapeutic Treatments - Outpatient.

■ Hospital - Inpatient Stay.

■ Surgery - Outpatient.

> To receive Benefits under the KRS program, you must contact KRS prior to obtaining Covered Health Services. The Plan will only pay Benefits under the KRS program if KRS provides the proper notification to the Designated Provider performing the services (even if you self-refer to a provider in that Network).

## Lab, X-Ray and Diagnostics - Outpatient

Services for Sickness and Injury-related diagnostic purposes, received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office include:

■ Lab and radiology/X-ray.

■ Mammography.

Benefits under this section include:

■ The facility charge and the charge for supplies and equipment.

■ Physician services for radiologists, anesthesiologists and pathologists. (Benefits for other Physician services are described under Physician Fees for Surgical and Medical Services.)

■ Presumptive Drug Tests and Definitive Drug Tests.

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services - Sickness and Injury* in this section.

Any combination of Network Benefits and Non-Network Benefits is limited to 18 Presumptive Drug Tests per calendar year.

Any combination of Network Benefits and Non-Network Benefits is limited to 18 Definitive Drug Tests per calendar year.

Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services*. Lab, X-ray and diagnostic services for preventive care are described under *Preventive Care Services* in this section. CT scans, PET scans, MRI, MRA, nuclear medicine and major diagnostic services are described under *Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient* in this section.

---

**Prior Authorization Requirement**

For Non-Network Benefits for sleep studies you must obtain prior authorization from the Claims Administrator five business days before scheduled services are received. If you fail to obtain prior authorization as required, Benefits will be subject to a $500 reduction.

---

## Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient

Services for CT scans, PET scans, MRI, MRA, nuclear medicine, and major diagnostic services received on an outpatient basis at a Hospital or Alternate Facility.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.

- Physician services for radiologists, anesthesiologists and pathologists.

Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services*.

## Mental Health Services

Mental Health Services include those received on an inpatient or outpatient basis in a Hospital and an Alternate Facility or in a provider's office. All services must be provided by or under the direction of a properly qualified behavioral health provider.

Benefits include the following levels of care:

- Inpatient treatment.

- Residential Treatment.

- Partial Hospitalization/Day Treatment.

- Intensive Outpatient Treatment.

- Outpatient treatment.

Services include the following:

- Diagnostic evaluations, assessment and treatment planning.

- Treatment and/or procedures.

---

■   Medication management and other associated treatments.

■   Individual, family and group therapy.

■   Provider-based case management services.

■   Crisis intervention.

The Mental Health/Substance-Related and Addictive Disorders Administrator provides administrative services for the inpatient treatment.

You are encouraged to contact the Mental Health/Substance-Related and Addictive Disorders Administrator for referrals to providers and coordination of care.

---

**Prior Authorization Requirement**

For Non-Network Benefits for:

■   A scheduled admission for Mental Health Services (including Partial Hospitalization/Day Treatment and an admission for services at a Residential Treatment facility), you must obtain authorization from the Claims Administrator five days before admission.

■   A non-scheduled admission (including Emergency admissions) you must provide notification as soon as is reasonably possible.

If you fail to obtain prior authorization as required, Benefits will be subject to a $500 reduction.

---

## Neurobiological Disorders - Autism Spectrum Disorder Services

The Plan pays Benefits for behavior services for Autism Spectrum Disorder (otherwise known as neurodevelopmental disorders) that are both of the following:

■   Provided by or under the direction of an experienced psychiatrist and/or an experienced licensed psychiatric provider.

■   Focused on treating maladaptive/stereotypic behaviors that are posing danger to self, others and property and impairment in daily functioning.

These Benefits describe only the behavior component of treatment for Autism Spectrum Disorder. Medical treatment of Autism Spectrum Disorder is a Covered Health Service for which Benefits are available under the applicable medical Covered Health Services categories as described in this section. Benefits include the following levels of care:

■   Inpatient treatment.

■   Residential Treatment.

■   Partial Hospitalization/Day Treatment.

■   Intensive Outpatient Treatment.

■   Outpatient treatment.

Services include the following:

■   Diagnostic evaluations, assessment and treatment planning.

■   Treatment and/or procedures.

■   Medication management and other associated treatments.

■   Individual, family, and  group therapy.

■   Provider-based case management services.

■   Crisis intervention.

The Mental Health/Substance-Related and Addictive Disorders Administrator provides administrative services for the inpatient treatment.

You are encouraged to contact the Mental Health/Substance-Related and Addictive Disorders Administrator for referrals to providers and coordination of care.

---

**Prior Authorization Requirement**
For Non-Network Benefits for:

■   A scheduled admission for Neurobiological Disorders - Autism Spectrum Disorder Services (including Partial Hospitalization/Day Treatment and an admission for services at a Residential Treatment facility), you must obtain prior authorization from the Claims Administrator five business days before admission.

■   A non-scheduled admission (including Emergency admissions) you must provide notification as soon as is reasonably possible.

If you fail to obtain prior authorization as required, Benefits will be subject to a $500 reduction.

---

## Ostomy Supplies

Benefits for ostomy supplies are limited to:

■   Pouches, face plates and belts.

■   Irrigation sleeves, bags and ostomy irrigation catheters.

■   Skin barriers.

Benefits are not available for deodorants, filters, lubricants, tape, appliance cleaners, adhesive, adhesive remover, or other items not listed above.

## Pharmaceutical Products - Outpatient

The Plan pays for Pharmaceutical Products that are administered on an outpatient basis in a Hospital, Alternate Facility, Physician's office, or in a Covered Person's home. Examples of what would be included under this category are antibiotic injections in the Physician's office or inhaled medication in an Urgent Care Center for treatment of an asthma attack.

Benefits under this section are provided only for Pharmaceutical Products which, due to their characteristics (as determined by UnitedHealthcare), must typically be administered or directly supervised by a qualified provider or licensed/certified health professional.

Depending on where the Pharmaceutical Product is administered, Benefits will be provided for administration of the Pharmaceutical Product under the corresponding Benefit category in this SPD.

If you require certain Pharmaceutical Products, including specialty Pharmaceutical Products, UnitedHealthcare may direct you to a designated dispensing entity with whom UnitedHealthcare has an arrangement to provide those Pharmaceutical Products. Such Dispensing Entities may include an outpatient pharmacy, specialty pharmacy, Home Health Agency provider, Hospital-affiliated pharmacy or hemophilia treatment center contracted pharmacy.

If you/your provider are directed to a designated dispensing entity and you/your provider choose not to obtain your Pharmaceutical Product from a designated dispensing entity, Network Benefits are not available for that Pharmaceutical Product.

Certain Pharmaceutical Products are subject to step therapy requirements. This means that in order to receive Benefits for such Pharmaceutical Products, you must use a different Pharmaceutical Product and/or prescription drug product first. You may find out whether a particular Pharmaceutical Product is subject to step therapy requirements by contacting UnitedHealthcare at www.myuhc.com or by calling the telephone number on your ID card.

UnitedHealthcare may have certain programs in which you may receive an enhanced or reduced Benefit based on your actions such as adherence/compliance to medication or treatment regimens and/or participation in health management programs. You may access information on these programs through the Internet at **www.myuhc.com** or by calling the number on your ID card.

## Physician Fees for Surgical and Medical Services

The Plan pays Physician fees for surgical procedures and other medical care received from a Physician in a Hospital, Skilled Nursing Facility, Inpatient Rehabilitation Facility, Alternate Facility or for Physician house calls.

## Physician's Office Services - Sickness and Injury

Benefits are paid by the Plan for Covered Health Services provided in a Physician's office for the diagnosis and treatment of a Sickness or Injury. Benefits are provided under this section regardless of whether the Physician's office is free-standing, located in a clinic or located in a Hospital. Benefits under this section include allergy injections and hearing exams in case of Injury or Sickness.

Covered Health Services include medical education services that are provided in a Physician's office by appropriately licensed or registered healthcare professionals when both of the following are true:

■    Education is required for a disease in which patient self-management is an important component of treatment.

■    There exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

Covered Health Services include genetic counseling. Benefits are available for Genetic Testing which is ordered by the Physician and authorized in advance by UnitedHealthcare.

Benefits for preventive services are described under *Preventive Care Services* in this section.

Benefits under this section include lab, radiology/X-ray or other diagnostic services performed in the Physician's office. Benefits under this section do not include CT scans, PET scans, MRI, MRA, nuclear medicine and major diagnostic services.

---

**Prior Authorization Requirement**
For Non-Network Benefits, you must obtain prior authorization from the Claims Administrator as soon as is reasonably possible before Genetic Testing – BRCA is performed. If you fail to obtain prior authorization as required, Benefits will be subject to a $500 reduction.

---

**Please Note**
Your Physician does not have a copy of your SPD, and is not responsible for knowing or communicating your Benefits.

---

## Pregnancy - Maternity Services

Benefits for Pregnancy will be paid at the same level as Benefits for any other condition, Sickness or Injury. This includes all maternity-related medical services for prenatal care, postnatal care, delivery, and any related complications. The Plan covers services of a midwife under the supervision of a Physician.

The Plan will pay Benefits for an Inpatient Stay of at least:

■   48 hours for the mother and newborn child following a vaginal delivery.

■   96 hours for the mother and newborn child following a cesarean section delivery.

These are federally mandated requirements under the *Newborns' and Mothers' Health Protection Act of 1996* which apply to this Plan. The Hospital or other provider is not required to get authorization for the time periods stated above. Authorizations are required for longer lengths of stay. If the mother agrees, the attending Physician may discharge the mother and/or the newborn child earlier than these minimum timeframes.

Both before and during a Pregnancy, Benefits include the services of a genetic counselor when provided or referred by a Physician. These Benefits are available to all Covered Persons in the immediate family. Covered Health Services include related tests and treatment.

The Plan does not cover Pregnancy for Dependent children including services for Complications of Pregnancy.

---

**Prior Authorization Requirement**

For Non-Network Benefits, you must obtain prior authorization from the Claims Administrator as soon as reasonably possible if the Inpatient Stay for the mother and/or the newborn will be more than 48 hours for the mother and newborn child following a normal vaginal delivery, or more than 96 hours for the mother and newborn child following a cesarean section delivery. If you fail to obtain prior authorization as required, Benefits will be subject to a $500 reduction.

It is important that you notify the Claims Administrator regarding your Pregnancy. Your notification will open the opportunity to become enrolled in prenatal programs that are designed to achieve the best outcomes for you and your baby.

**Healthy moms and babies**

The Plan provides a special prenatal program to help during Pregnancy. Participation is voluntary and free of charge. See Section 7, *Clinical Programs And Resources*, for details.

## Preventive Care Services

The Plan pays for services for preventive medical care provided on an outpatient basis at a Physician's office, an Alternate Facility or a Hospital.

In general, the Plan pays preventive care Benefits based on the recommendations of the *U.S. Preventive Services Task Force (USPSTF)* although other preventive care services may be covered as well. Your Physician may recommend additional services based on your family or medical history. Examples of preventive medical care are listed below and provide a guide of what is considered a Covered Health Service.

Examples of Covered Health Services for preventive care include:

| Covered Preventive Care Services | |
|---|---|
| Physician Office Services | ■ Routine physical including vision and hearing screenings.<br><br>■ Metabolic screening tests (including phenylketonuria (PKU)).<br><br>■ Immunizations[1].<br><br>■ Well baby and well child care.<br><br>■ Routine gynecological exam including breast and pelvic examination, treatment of minor infections, and PAP test. |
| Lab, X-Ray or Other Preventive Tests | ■ Mammogram.<br><br>■ Colorectal cancer screening.<br><br>■ Cervical cancer screening.<br><br>■ PSA blood test and digital rectal exam.<br><br>■ Bone mineral density tests. |

[1]Covered childhood and adult immunizations include those that are recommended by the *Center for Disease Control and Prevention's Advisory Committee on Immunization Practices (ACIP)* and whose recommendations have been published in the *Center for Disease Control and Prevention's Mortality and Morbidity Weekly Report (MMWR)*.

Preventive care Benefits defined under the *Health Resources and Services Administration (HRSA)* requirement include the cost of renting one breast pump per Pregnancy in conjunction with childbirth. Breast pumps must be ordered by or provided by a Physician. You can obtain additional information on how to access Benefits for breast pumps by going to www.myuhc.com or by calling the number on your ID card. Benefits for breast pumps also include the cost of purchasing one breast pump per Pregnancy in conjunction with childbirth. These Benefits are described under Section 5, *Plan Highlights*, under *Covered Health Services*.

If more than one breast pump can meet your needs, Benefits are available only for the most cost effective pump. UnitedHealthcare will determine the following:

■ Which pump is the most cost effective.

■ Whether the pump should be purchased or rented.

■ Duration of a rental.

■ Timing of an acquisition.

Benefits are only available if breast pumps are obtained from a DME provider or Physician.

For questions about your preventive care Benefits under this Plan call the number on the back of your ID card.

## Private Duty Nursing - Outpatient

The Plan covers Private Duty Nursing care given on an outpatient basis by a licensed nurse such as a Registered Nurse (R.N.), Licensed Practical Nurse (L.P.N.), or Licensed Vocational Nurse (L.V.N.).

The Plan does not pay for services for custodial care; private duty services by sitters or companions and private duty services Registered Nurses or Licensed Practical Nurses unless these services are part of an approved Home Health or Hospice program.

## Prosthetic Devices

Benefits are paid by the Plan for external prosthetic devices that replace a limb or body part limited to:

■ Artificial arms, legs, feet and hands.

■ Artificial face, eyes, ears and noses.

■ Breast prosthesis as required by the *Women's Health and Cancer Rights Act of 1998*. Benefits include mastectomy bras and lymphedema stockings for the arm.

Benefits under this section are provided only for external prosthetic devices and do not include any device that is fully implanted into the body.

If more than one prosthetic device can meet your functional needs, Benefits are available only for the prosthetic device that meets the minimum specifications for your needs. The device must be ordered or provided either by a Physician, or under a Physician's direction. If you purchase a prosthetic device that exceeds these minimum specifications, the Plan will pay only the amount that it would have paid for the prosthetic that meets the minimum specifications, and you may be responsible for paying any difference in cost.

Benefits are available for repairs and replacement, except that:

■    There are no Benefits for repairs due to misuse, malicious damage or gross neglect.

■    There are no Benefits for replacement due to misuse, malicious damage, gross neglect or for lost or stolen prosthetic devices.

Benefits are limited to a single purchase of each type of prosthetic device every three calendar years, unless you are a growing child and need a new replacement due to growth.

At UnitedHealthcare's discretion, prosthetic devices may be covered for damage beyond repair with normal wear and tear, when repair costs are less than the cost of replacement or when a change in the Covered Person's medical condition occurs sooner than the three year timeframe. Replacement of artificial limbs or any part of such devices may be covered when the condition of the device or part requires repairs that cost more than the cost of a replacement device or part.

**Note**: Prosthetic devices are different from DME - see *Durable Medical Equipment (DME)* in this section.

> **Prior Authorization Requirement**
> For Non-Network Benefits, you must obtain prior authorization from the Claims Administrator before obtaining prosthetic devices that exceeds $1,000 in cost per device. If you fail to obtain prior authorization as required, Benefits will be subject to a $500 reduction.

## Reconstructive Procedures

Reconstructive Procedures are services performed when the primary purpose of the procedure is either to treat a medical condition or to improve or restore physiologic function for an organ or body part. Reconstructive Procedures include surgery or other procedures which are associated with an Injury, Sickness or Congenital Anomaly. The primary result of the procedure is not a changed or improved physical appearance.

Improving or restoring physiologic function means that the organ or body part is made to work better. An example of a Reconstructive Procedure is surgery on the inside of the nose so that a person's breathing can be improved or restored.

Benefits for Reconstructive Procedures include breast reconstruction following a mastectomy and reconstruction of the non-affected breast to achieve symmetry.

Replacement of an existing breast implant is covered by the Plan if the initial breast implant followed mastectomy. Other services required by the *Women's Health and Cancer Rights Act of 1998*, including breast prostheses and treatment of complications, are provided in the same manner and at the same level as those for any other Covered Health Service. You can contact UnitedHealthcare at the number on your ID card for more information about Benefits for mastectomy-related services.

There may be times when the primary purpose of a procedure is to make a body part work better. However, in other situations, the purpose of the same procedure is to improve the appearance of a body part. Cosmetic procedures are excluded from coverage. Procedures that correct an anatomical Congenital Anomaly without improving or restoring physiologic function are considered Cosmetic Procedures. A good example is upper eyelid surgery. At times, this procedure will be done to improve vision, which is considered a reconstructive procedure. In other cases, improvement in appearance is the primary intended purpose, which is considered a Cosmetic Procedure. This Plan does not provide Benefits for Cosmetic Procedures, as defined in Section 14, *Glossary.*

The fact that a Covered Person may suffer psychological consequences or socially avoidant behavior as a result of an Injury, Sickness or Congenital Anomaly does not classify surgery (or other procedures done to relieve such consequences or behavior) as a reconstructive procedure.

---

**Prior Authorization Requirement**

For Non-Network Benefits for:

■ A scheduled Reconstructive Procedure, you must obtain prior authorization from the Claims Administrator five business days before a scheduled Reconstructive Procedure is performed.

■ A non-scheduled Reconstructive Procedure, you must provide notification within one business day or as soon as is reasonably possible.

If you fail to obtain prior authorization from or provide notification to the Claims Administrator as required, Benefits will be subject to a $500 reduction.

---

## Rehabilitation Services - Outpatient Therapy and Manipulative Treatment

The Plan provides short-term outpatient rehabilitation services (including habilitative services) limited to:

■ Physical therapy.

■ Occupational therapy.

■ Manipulative Treatment.

■ Speech therapy.

■ Post-cochlear implant aural therapy.

■ Cognitive rehabilitation therapy following a post-traumatic brain injury or cerebral vascular accident;

- Pulmonary rehabilitation.

- Cardiac rehabilitation.

For all rehabilitation services, a licensed therapy provider, under the direction of a Physician (when required by state law), must perform the services. Benefits under this section include rehabilitation services provided in a Physician's office or on an outpatient basis at a Hospital or Alternate Facility. Rehabilitative services provided in a Covered Person's home by a Home Health Agency are provided as described under Home Health Care. Rehabilitative services provided in a Covered Person's home other than by a Home Health Agency are provided as described under this section.

Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed rehabilitation services or if rehabilitation goals have previously been met. Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed Manipulative Treatment or if treatment goals have previously been met. Benefits under this section are not available for maintenance/preventive Manipulative Treatment.

### Habilitative Services

For the purpose of this Benefit, "habilitative services" means Covered Health Services skilled health care services that help a person keep, learn or improve skills and functioning for daily living. Habilitative services are skilled when all of the following are true:

- The services are part of a prescribed plan of treatment or maintenance program that is provided to maintain a Covered Person's current condition or to prevent or slow further decline.

- It is ordered by a Physician and provided and administered by a licensed provider.

- It is not delivered for the purpose of assisting with activities of daily living, including dressing, feeding, bathing or transferring from a bed to a chair.

- It requires clinical training in order to be delivered safely and effectively.

- It is not Custodial Care.

The Claims Administrator will determine if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management. Therapies provided for the purpose of general well-being or conditioning in the absence of a disabling condition are not considered habilitative services. A service will not be determined to be "skilled" simply because there is not an available caregiver.

Benefits are provided for habilitative services provided for Covered Persons with a disabling condition when both of the following conditions are met:

- The treatment is administered by a licensed speech-language pathologist, licensed audiologist, licensed occupational therapist, licensed physical therapist or Physician.

- The initial or continued treatment must be proven and not Experimental or Investigational.

Benefits for habilitative services do not apply to those services that are solely educational in nature or otherwise paid under state or federal law for purely educational services. Custodial Care, respite care, day care, therapeutic recreation, vocational training and Residential Treatment are not habilitative services. A service that does not help the Covered Person to meet functional goals in a treatment plan within a prescribed time frame is not a habilitative service.

The Plan may require that a treatment plan be provided, request medical records, clinical notes, or other necessary data to allow the Plan to substantiate that initial or continued medical treatment is needed. When the treating provider anticipates that continued treatment is or will be required to permit the Covered Person to achieve demonstrable progress, the Plan may request a treatment plan consisting of diagnosis, proposed treatment by type, frequency, anticipated duration of treatment, the anticipated goals of treatment, and how frequently the treatment plan will be updated.

Benefits for Durable Medical Equipment and prosthetic devices, when used as a component of habilitative services, are described under *Durable Medical Equipment* and *Prosthetic Devices*.

Other than as described under Habilitative Services above, please note that the Plan will pay Benefits for speech therapy for the treatment of disorders of speech, language, voice, communication and auditory processing only when the disorder results from Injury, stroke, cancer, Congenital Anomaly, or Autism Spectrum Disorder.

Benefits are limited to:

■ 30 visits per calendar year for physical therapy.

■ 30 visits per calendar year for occupational therapy.

■ 30 visits per calendar year for speech therapy (not for a learning disability).

■ 36 visits per calendar year for cardiac rehabilitation therapy.

■ 20 visits per calendar year for Manipulative Treatment.

■ 30 visits per calendar year for post-cochlear implant aural therapy.

These visit limits apply to Network Benefits and Non-Network Benefits combined.

## Scopic Procedures - Outpatient Diagnostic and Therapeutic

The Plan pays for diagnostic and therapeutic scopic procedures and related services received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office.

Diagnostic scopic procedures are those for visualization, biopsy and polyp removal. Examples of diagnostic scopic procedures include colonoscopy, sigmoidoscopy, and endoscopy.

Benefits under this section include:

■ The facility charge and the charge for supplies and equipment.

■ Physician services for radiologists, anesthesiologists and pathologists.

Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services*.

Please note that Benefits under this section do not include surgical scopic procedures, which are for the purpose of performing surgery. Benefits for surgical scopic procedures are described under *Surgery - Outpatient*. Examples of surgical scopic procedures include arthroscopy, laparoscopy, bronchoscopy, hysteroscopy.

When these services are performed for preventive screening purposes, Benefits are described in this section under *Preventive Care Services*.

## Skilled Nursing Facility/Inpatient Rehabilitation Facility Services

Facility services for an Inpatient Stay in a Skilled Nursing Facility or Inpatient Rehabilitation Facility are covered by the Plan. Benefits include:

- Supplies and non-Physician services received during the Inpatient Stay.

- Room and board in a Semi-private Room (a room with two or more beds).

- Physician services for radiologists, anesthesiologists and pathologists.

Benefits are available when skilled nursing and/or Inpatient Rehabilitation Facility services are needed on a daily basis. Benefits are also available in a Skilled Nursing Facility or Inpatient Rehabilitation Facility for treatment of a Sickness or Injury that would have otherwise required an Inpatient Stay in a Hospital.

Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services*.

UnitedHealthcare will determine if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management. A service will not be determined to be "skilled" simply because there is not an available caregiver.

Benefits are available only if both of the following are true:

- The initial confinement in a Skilled Nursing Facility or Inpatient Rehabilitation Facility was or will be a Cost Effective alternative to an Inpatient Stay in a Hospital.

- You will receive skilled care services that are not primarily Custodial Care.

Skilled care is skilled nursing, skilled teaching, and skilled rehabilitation services when all of the following are true:

- It must be delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome, and provide for the safety of the patient.

- It is ordered by a Physician.

- It is not delivered for the purpose of assisting with activities of daily living, including dressing, feeding, bathing or transferring from a bed to a chair.

■  It requires clinical training in order to be delivered safely and effectively.

You are expected to improve to a predictable level of recovery. Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed rehabilitation services or if discharge rehabilitation goals have previously been met.

**Note:** The Plan does not pay Benefits for Custodial Care or Domiciliary Care, even if ordered by a Physician, as defined in Section 14, *Glossary.*

Any combination of Network Benefits and Non-Network Benefits is limited to 75 days per calendar year.

---

**Prior Authorization Requirement**

For Non-Network Benefits for:

■  A scheduled admission, you must obtain prior authorization five business days before admission.

■  A non-scheduled admission (or admissions resulting from an Emergency) you must provide notification as soon as is reasonably possible.

If you fail to obtain prior authorization from or provide notification to the Claims Administrator as required, Benefits will be subject to a $500 reduction.

---

## Substance-Related and Addictive Disorders Services

Substance-Related and Addictive Disorders Services include those received on an inpatient or outpatient basis in a Hospital, an Alternate Facility, or in a provider's office. All services must be provided by or under the direction of a properly qualified behavioral health provider.

Benefits include the following levels of care:

■  Inpatient treatment.

■  Residential Treatment.

■  Partial Hospitalization/Day Treatment.

■  Intensive Outpatient Treatment.

■  Outpatient treatment.

Services include the following:

■  Diagnostic evaluations, assessment and treatment planning.

■  Treatment and/or procedures.

■  Medication management and other associated treatments.

■  Individual, family, and group therapy.

■  Provider-based case management services.

■  Crisis intervention.

The Mental Health/Substance-Related and Addictive Disorders Administrator provides administrative services for the inpatient treatment.

You are encouraged to contact the Mental Health/Substance-Related and Addictive Disorders Services Administrator for referrals to providers and coordination of care.

---

**Prior Authorization Requirement**

For Non-Network Benefits for:

■ A scheduled admission for Substance-Related and Addictive Disorders Services (including Partial Hospitalization/Day Treatment and admission for services at a Residential Treatment facility), you must obtain prior authorization from the Claims Administrator five business days before admission.

■ A non-scheduled admission (including Emergency admissions) you must provide notification as soon as is reasonably possible.

If you fail to obtain prior authorization from or provide notification to the Claims Administrator as required, Benefits will be subject to a $500 reduction.

---

## Surgery - Outpatient

The Plan pays for surgery and related services received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office.

Benefits under this section include certain scopic procedures. Examples of surgical scopic procedures include arthroscopy, laparoscopy, bronchoscopy and hysteroscopy.

Examples of surgical procedures performed in a Physician's office are mole removal and ear wax removal.

Benefits under this section include:

■ The facility charge and the charge for supplies and equipment.

■ Physician services for radiologists, anesthesiologists and pathologists. Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services.*

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services - Sickness and Injury* in this section.

---

**Prior Authorization Requirement**

For Non-Network Benefits for blepharoplasty, uvulopalatopharyngoplasty, vein procedures, cardiac catheterization, pacemaker insertion, implantable cardioverter defibrillators, diagnostic catheterization, electrophysiology implant and sleep apnea surgeries, and cochlear implant you must obtain prior authorization from the Claims Administrator five business days before scheduled services are received or, for non-scheduled services, within two business days or as soon as is reasonably possible. If you fail to obtain prior authorization as required, Benefits will be subject to a $500 reduction.

---

## Temporomandibular Joint (TMJ) Services

The Plan covers Services for the evaluation and treatment of temporomandibular joint syndrome (TMJ) and associated muscles.

Diagnosis: Examination, radiographs and applicable imaging studies and consultation.

Non-surgical treatment including clinical examinations, oral appliances (non-dental oral appliances), arthrocentesis and trigger-point injections.

Benefits are provided for surgical treatment if the following criteria are met:

■ There is clearly demonstrated radiographic evidence of significant joint abnormality.

■ Non-surgical treatment has failed to adequately resolve the symptoms.

■ Pain or dysfunction is moderate or severe.

Benefits for surgical services include arthrocentesis, arthroscopy, arthroplasty, arthrotomy, open or closed reduction of dislocations. Surgical services do not include hospitalization.

Any combination of Network Benefits and Non-Network Benefits is limited to $1,000 per calendar year per Covered Person. Facility charges are not included in the calendar year maximum.

Amounts paid for TMJ do not count towards the Out-of-Pocket Maximum.

Benefits for an Inpatient Stay in a Hospital and Hospital-based Physician services are described in this section under *Hospital - Inpatient Stay* and *Physician Fees for Surgical and Medical Services*, respectively.

## Therapeutic Treatments - Outpatient

The Plan pays Benefits for therapeutic treatments received on an outpatient basis at a Hospital or Alternate Facility, including dialysis (both hemodialysis and peritoneal dialysis), intravenous chemotherapy or other intravenous infusion therapy and radiation oncology.

Covered Health Services include medical education services that are provided on an outpatient basis at a Hospital or Alternate Facility by appropriately licensed or registered healthcare professionals when:

■ Education is required for a disease in which patient self-management is an important component of treatment.

■ There exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

The Plan does not provide Non-Network coverage for dialysis.

Benefits under this section include:

■ The facility charge and the charge for related supplies and equipment.

■   Physician services for anesthesiologists, pathologists and radiologists. Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services.*

---

**Prior Authorization Requirement**

For Non-Network Benefits for the following outpatient therapeutic services you must obtain prior authorization from the Claims Administrator five business days before scheduled services are received or, for non-scheduled services, within one business day or as soon as is reasonably possible.

Services that require prior authorization: IV infusion, radiation oncology, intensity modulated radiation therapy and MR-guided focused ultrasound. If you fail to obtain prior authorization as required, Benefits will be subject to a $500 reduction.

---

## Transplantation Services

Organ and tissue transplants including CAR-T cell therapy for malignancies when ordered by a Physician. Benefits are available for transplants when the transplant meets the definition of a Covered Health Service, and is not an Experimental or Investigational or Unproven Service.

Examples of transplants for which Benefits are available include bone marrow including CAR-T cell therapy for malignancies, heart, heart/lung, lung, kidney, kidney/pancreas, liver, liver/small bowel, pancreas, small bowel and cornea.

Benefits are available to the donor and the recipient when the recipient is covered under this Plan. Donor costs that are directly related to organ removal or procurement are Covered Health Services for which Benefits are payable through the organ recipient's coverage under the Plan.

The Claims Administrator has specific guidelines regarding Benefits for transplant services. Contact the Claims Administrator at the number on your ID card for information about these guidelines.

Transplantation services including evaluation for transplant, organ procurement and donor searches and transplantation procedures may be received at a Designated Provider, Network facility that is not a Designated Provider or a non-Network facility.

Benefits are also available for cornea transplants. You are not required to notify the Claims Administrator or Personal Health Support of a cornea transplant nor is the cornea transplant required to be performed at a Designated Provider.

**Note:** The services described under *Travel and Lodging* are Covered Health Services only in connection with transplant services received at a Designated Provider.

---

**Prior Authorization Requirement**

For Network Benefits you must obtain prior authorization from the Claims Administrator as soon as the possibility of a transplant arises (and before the time a pre-transplantation evaluation is performed at a transplant center). If you don't obtain prior authorization and if, as a result, the services are not performed at a Designated Provider, Network Benefits will not be paid. Non-Network Benefits will apply.

For Non-Network Benefits you must obtain prior authorization from the Claims Administrator as soon as the possibility of a transplant arises (and before the time a pre-transplantation evaluation is performed at a transplant center). If you don't obtain prior authorization as required, Benefits will be subject to a $500 reduction.

---

**Support in the event of serious illness**

If you or a covered family member has cancer or needs an organ or bone marrow transplant, UnitedHealthcare can put you in touch with quality treatment centers around the country.

---

## Travel and Lodging

Your Plan Sponsor may provide you with Travel and Lodging assistance. Travel and Lodging assistance is only available for you or your eligible family member if you meet the qualifications for the benefit, including receiving care at a Designated Provider and the distance from your home address to the facility. Eligible Expenses are reimbursed after the expense forms have been completed and submitted with the appropriate receipts.

If you have specific questions regarding Travel and Lodging, please call the Travel and Lodging office at 1-800-842-0843.

### Travel and Lodging Expenses

The Plan covers expenses for travel and lodging for the patient, provided he or she is not covered by Medicare, and a companion as follows:

■   Transportation of the patient and one companion who is traveling on the same day(s) to and/or from the site of the qualified procedure provided by a Designated Provider for the purposes of an evaluation, the procedure or necessary post-discharge follow-up.

■   The Eligible Expenses for lodging for the patient (while not a Hospital inpatient) and one companion.

■   If the patient is an enrolled Dependent minor child, the transportation expenses of two companions will be covered.

■   Travel and lodging expenses are only available if the patient resides more than 50 miles from the Designated Provider.

■   Reimbursement for certain lodging expenses for the patient and his/her companion(s) may be included in the taxable income of the Plan participant if the reimbursement exceeds the per diem rate.

---

■ The cancer, congenital heart disease and transplant programs offer a combined overall lifetime maximum of $10,000 per Covered Person for all transportation and lodging expenses incurred by you and reimbursed under the Plan in connection with all qualified procedures.

The Claims Administrator must receive valid receipts for such charges before you will be reimbursed. Reimbursement is as follows:

### *Lodging*

■ A per diem rate, up to $50.00 per day, for the patient or the caregiver if the patient is in the Hospital.

■ A per diem rate, up to $100.00 per day, for the patient and one caregiver. When a child is the patient, two persons may accompany the child.

Examples of items that are not covered:

■ Groceries.

■ Alcoholic beverages.

■ Personal or cleaning supplies.

■ Meals.

■ Over-the-counter dressings or medical supplies.

■ Deposits.

■ Utilities and furniture rental, when billed separate from the rent payment.

■ Phone calls, newspapers, or movie rentals.

### *Transportation*

■ Automobile mileage (reimbursed at the IRS medical rate) for the most direct route between the patient's home and the Designated Provider.

■ Taxi fares (not including limos or car services).

■ Economy or coach airfare.

■ Parking.

■ Trains.

■ Boat.

■ Bus.

■ Tolls.

## Urgent Care Center Services

The Plan provides Benefits for services, including professional services, received at an Urgent Care Center, as defined in Section 14, *Glossary*. When Urgent Care services are

provided in a Physician's office, the Plan pays Benefits as described under *Physician's Office Services - Sickness and Injury* earlier in this section.

## Virtual Visits

Virtual visits for Covered Health Services that include the diagnosis and treatment of low acuity medical conditions for Covered Persons, through the use of interactive audio and video telecommunication and transmissions, and audio-visual communication technology. Virtual visits provide communication of medical information in real-time between the patient and a distant Physician or health care specialist, through use of interactive audio and video communications equipment outside of a medical facility (for example, from home or from work).

Benefits are available only when services are delivered through a Designated Virtual Network Provider. You can find a Designated Virtual Network Provider by going to **www.myuhc.com** or by calling the telephone number on your ID card.

**Please Note**: Not all medical conditions can be appropriately treated through virtual visits. The Designated Virtual Network Provider will identify any condition for which treatment by in-person Physician contact is necessary.

Benefits under this section do not include email, or fax and standard telephone calls, or for telehealth/telemedicine visits that occur within medical facilities (*CMS* defined originating facilities).

## Wigs

The Plan pays Benefits for wigs and other scalp hair prosthesis only for loss of hair resulting from treatment of a malignancy or permanent loss of hair from an accidental injury or medical condition.

Any combination of Network Benefits and Non-Network Benefits is limited to $500 per calendar year.

## SECTION 7 - CLINICAL PROGRAMS AND RESOURCES

---

**What this section includes:**
Health and well-being resources available to you, including:

■    Consumer Solutions and Self-Service Tools.

■    Disease and Condition Management Services.

■    Wellness Programs.

---

Sonoco Products Company believes in giving you the tools you need to be an educated health care consumer. To that end, Sonoco Products Company has made available several convenient educational and support services, accessible by phone and the Internet, which can help you to:

■    Take care of yourself and your family members.

■    Manage a chronic health condition.

■    Navigate the complexities of the health care system.

---

**NOTE:**
Information obtained through the services identified in this section is based on current medical literature and on Physician review. It is not intended to replace the advice of a doctor. The information is intended to help you make better health care decisions and take a greater responsibility for your own health. UnitedHealthcare and Sonoco Products Company are not responsible for the results of your decisions from the use of the information, including, but not limited to, your choosing to seek or not to seek professional medical care, or your choosing or not choosing specific treatment based on the text.

---

### Consumer Solutions and Self-Service Tools

#### Health Survey

You, your Spouse and Dependents older than 18 are invited to learn more about your health and wellness at www.myuhc.com and are encouraged to participate in the online health survey. The health survey is an interactive questionnaire designed to help you identify your healthy habits as well as potential health risks.

Your health survey is kept confidential. Completing the survey will not impact your Benefits or eligibility for Benefits in any way.

To find the health survey, log in to www.myuhc.com. After logging in, access your personalized *Health & Wellness* page. If you need any assistance with the online survey, please call the number on the back of your ID card.

#### NurseLine[SM]

NurseLine[SM] is a telephone service that puts you in immediate contact with an experienced registered nurse any time, 24 hours a day, seven days a week. Nurses can provide health

information for routine or urgent health concerns. When you call, a registered nurse may refer you to any additional resources that Sonoco Products Company has available to help you improve your health and well-being or manage a chronic condition. Call any time when you want to learn more about:

- A recent diagnosis.

- A minor Sickness or Injury.

- Men's, women's, and children's wellness.

- How to take prescription drug products safely.

- Self-care tips and treatment options.

- Healthy living habits.

- Any other health related topic.

NurseLine[SM] gives you another convenient way to access health information. By calling the same number, you can listen to one of the Health Information Library's over 1,100 recorded messages, with over half in Spanish.

NurseLine[SM] is available to you at no cost. To use this convenient service, simply call the number on the back of your ID card.

***Note:*** If you have a medical emergency, call 911 instead of calling NurseLine[SM].

> **Your child is running a fever and it's 1:00 AM. What do you do?**
> Call NurseLine[SM] any time, 24 hours a day, seven days a week. You can count on NurseLine[SM] to help answer your health questions.

With NurseLine[SM], you also have access to nurses online. To use this service, log onto www.myuhc.com and click "Live Nurse Chat" in the top menu bar. You'll instantly be connected with a registered nurse who can answer your general health questions any time, 24 hours a day, seven days a week. You can also request an e-mailed transcript of the conversation to use as a reference.

***Note:*** If you have a medical emergency, call 911 instead of logging onto www.myuhc.com.

### Reminder Programs

To help you stay healthy, UnitedHealthcare may send you and your covered Dependents reminders to schedule recommended screening exams. Examples of reminders include:

- Mammograms for women between the ages of 40 and 68.

- Pediatric and adolescent immunizations.

- Cervical cancer screenings for women between the ages of 20 and 64.

- Comprehensive screenings for individuals with diabetes.

- Influenza/pneumonia immunizations for enrollees age 65 and older.

There is no need to enroll in this program. You will receive a reminder automatically if you have not had a recommended screening exam.

## Decision Support

In order to help you make informed decisions about your health care, UnitedHealthcare has a program called Decision Support. This program targets specific conditions as well as the treatments and procedures for those conditions.

This program offers:

- Access to accurate, objective and relevant health care information.

- Coaching by a nurse through decisions in your treatment and care.

- Expectations of treatment.

- Information on high quality providers and programs.

Conditions for which this program is available include:

- Back pain.

- Knee & hip replacement.

- Prostate disease.

- Prostate cancer.

- Benign uterine conditions.

- Breast cancer.

- Coronary disease.

Participation is completely voluntary and without extra charge. If you think you may be eligible to participate or would like additional information regarding the program, please contact the number on the back of your ID card.

## UnitedHealth Premium® Program

To help people make more informed choices about their health care, the UnitedHealth Premium® program recognizes Network Physicians who meet standards for quality and cost efficiency. UnitedHealthcare uses evidence-based medicine and national industry guidelines to evaluate quality. The cost efficiency standards rely on local market benchmarks for the efficient use of resources in providing care.

For details on the UnitedHealth Premium® Program including how to locate a UnitedHealth Premium Physician, log onto www.myuhc.com or call the number on your ID card.

## www.myuhc.com

UnitedHealthcare's member website, www.myuhc.com, provides information at your fingertips anywhere and anytime you have access to the Internet. www.myuhc.com opens the door to a wealth of health information and convenient self-service tools to meet your needs.

With www.myuhc.com you can:

- Receive personalized messages that are posted to your own website.

- Research a health condition and treatment options to get ready for a discussion with your Physician.

- Search for Network providers available in your Plan through the online provider directory.

- Access all of the content and wellness topics from NurseLine$^{SM}$ including Live Nurse Chat 24 hours a day, seven days a week.

- Complete a health risk assessment to identify health habits you can improve, learn about healthy lifestyle techniques and access health improvement resources.

- Use the treatment cost estimator to obtain an estimate of the costs of various procedures in your area.

- Use the Hospital comparison tool to compare Hospitals in your area on various patient safety and quality measures.

> **Registering on www.myuhc.com**
> If you have not already registered as a www.myuhc.com subscriber, simply go to www.myuhc.com and click on "Register Now." Have your ID card handy. The enrollment process is quick and easy.

Visit **www.myuhc.com** and:

- Make real-time inquiries into the status and history of your claims.

- View eligibility and Plan Benefit information, including Copays and Annual Deductibles.

- View and print all of your Explanation of Benefits (EOBs) online.

- Order a new or replacement ID card or print a temporary ID card.

> **Want to learn more about a condition or treatment?**
> Log on to www.myuhc.com and research health topics that are of interest to you. Learn about a specific condition, what the symptoms are, how it is diagnosed, how common it is, and what to ask your Physician.

## Disease Management Services

If you have been diagnosed with or are at risk for developing certain chronic medical conditions you may be eligible to participate in a disease management program at no cost to you. The heart failure, coronary artery disease, diabetes, asthma programs and Chronic Obstructive Pulmonary Disease (COPD) are designed to support you. This means that you will receive free educational information through the mail, and may even be called by a registered nurse who is a specialist in your specific medical condition. This nurse will be a resource to advise and help you manage your condition.

These programs offer:

■ Educational materials mailed to your home that provide guidance on managing your specific chronic medical condition. This may include information on symptoms, warning signs, self-management techniques, recommended exams and medications.

■ Access to educational and self-management resources on a consumer website.

■ An opportunity for the disease management nurse to work with your Physician to ensure that you are receiving the appropriate care.

■ Access to and one-on-one support from a registered nurse who specializes in your condition. Examples of support topics include:

  - Education about the specific disease and condition.
  - Medication management and compliance.
  - Reinforcement of on-line behavior modification program goals.
  - Preparation and support for upcoming Physician visits.
  - Review of psychosocial services and community resources.
  - Caregiver status and in-home safety.
  - Use of mail-order pharmacy and Network providers.

Participation is completely voluntary and without extra charge. If you think you may be eligible to participate or would like additional information regarding the program, please contact the number on the back of your ID card.

### Cancer Support Program

UnitedHealthcare provides a program that identifies and supports a Covered Person who has cancer. The program is designed to support you. This means that you may be called by a registered nurse who is a specialist in cancer and receive free educational information through the mail. You may also call the program and speak with a nurse whenever you need to. This nurse will be a resource and advocate to help you manage your condition. This program will work with you and your Physicians, as appropriate, to offer support and education on cancer, and self-care strategies treatment options.

Participation is completely voluntary and without extra charge. If you think you may be eligible to participate or would like additional information regarding the program, please call the number on the back of your ID card or call the program directly at 1-866 936-6002.

For information regarding specific Benefits for cancer treatment within the Plan, see Section 6, *Additional Coverage Details* under the heading *Cancer Resource Services (CRS)*.

### HealtheNotes$^{SM}$

UnitedHealthcare provides a service called HealtheNotes$^{SM}$ to help educate members and make suggestions regarding your medical care. HealtheNotes$^{SM}$ provides you and your Physician with suggestions regarding preventive care, testing or medications, potential interactions with medications you have been prescribed, and certain treatments. In addition, your HealtheNotes$^{SM}$ report may include health tips and other wellness information.

UnitedHealthcare makes these suggestions through a software program that provides retrospective, claims-based identification of medical care. Through this process patients are identified whose care may benefit from suggestions using the established standards of evidence based medicine as described in Section 14, *Glossary* under the definition of Covered Health Services.

If your Physician identifies any concerns after reviewing his or her HealtheNotes[SM] report, he or she may contact you if he or she believes it to be appropriate. In addition, you may use the information in your report to engage your Physician in discussions regarding your health and the identified suggestions. Any decisions regarding your care, though, are always between you and your Physician.

If you have questions or would like additional information about this service, please call the number on the back of your ID card.

## Wellness Programs

### *Orthopedic Health Support Program*

Orthopedic Health Support is a program that provides you access to specialized nurses and high-performing providers to help meet your specific needs from early pain onset through treatment and beyond.

This program offers:

■  Early intervention and appropriate care.

■  Coaching to support behavior change.

■  Shared decision-making.

■  Pre- and post-surgical counseling.

■  Support in choosing treatment options.

■  Education on back-related information and self-care strategies.

■  Long-term support.

Participation is completely voluntary and without extra charge. If you think you may be eligible to participate or would like additional information regarding the program, please call the number on the back of your ID card.

If you are considering any of the above surgeries you must contact an Orthopedic nurse prior to surgery to enroll in the program in order for the surgery to be a considered a Covered Health Service under the Plan.

### *Healthy Pregnancy Program*

If you are pregnant and enrolled in the medical Plan, you can get valuable educational information and advice by calling the number on your ID card. This program offers:

■  Pregnancy consultation to identify special needs.

- Written and on-line educational materials and resources.

- 24-hour access to experienced maternity nurses.

- A phone call from a care coordinator during your Pregnancy, to see how things are going.

- A phone call from a care coordinator approximately four weeks postpartum to give you information on infant care, feeding, nutrition, immunizations and more.

Participation is completely voluntary and without extra charge. To take full advantage of the program, you are encouraged to enroll within the first 12 weeks of Pregnancy. You can enroll any time, up to your 34th week. To enroll, call the number on the back of your ID card.

As a program participant, you can call any time, 24 hours a day, seven days a week, with any questions or concerns you might have.

## SECTION 8 - EXCLUSIONS AND LIMITATIONS: WHAT THE MEDICAL PLAN WILL NOT COVER

> **What this section includes:**
> ■   Services, supplies and treatments that are not Covered Health Services, except as may be specifically provided for in Section 6, *Additional Coverage Details*.

The Plan does not pay Benefits for the following services, treatments or supplies even if they are recommended or prescribed by a provider or are the only available treatment for your condition.

When Benefits are limited within any of the Covered Health Services categories described in Section 6, *Additional Coverage Details*, those limits are stated in the corresponding Covered Health Service category in Section 5, *Plan Highlights*. Limits may also apply to some Covered Health Services that fall under more than one Covered Health Service category. When this occurs, those limits are also stated in Section 5, *Plan Highlights*. Please review all limits carefully, as the Plan will not pay Benefits for any of the services, treatments, items or supplies that exceed these benefit limits.

**Please note that in listing services or examples, when the SPD says "this includes," or "including but not limited to", it is not UnitedHealthcare's intent to limit the description to that specific list. When the Plan does intend to limit a list of services or examples, the SPD specifically states that the list "is limited to."**

### Alternative Treatments

1.   Acupressure.

2.   Aromatherapy.

3.   Hypnotism.

4.   Massage therapy.

5.   Rolfing.

6.   Art therapy, music therapy, dance therapy, horseback therapy and other forms of alternative treatment as defined by the *National Center for Complementary and Alternative Medicine (NCCAM)* of the *National Institutes of Health*. This exclusion does not apply to Manipulative Treatment and non-manipulative osteopathic care for which Benefits are provided as described in Section 6, *Additional Coverage Details*.

### Dental

1.   Dental care (which includes dental X-rays, supplies and appliances and all associated expenses, including hospitalizations and anesthesia).

This exclusion does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in Section 6, *Additional Coverage Details.*

This exclusion does not apply to dental care (oral examination, X-rays, extractions and non-surgical elimination of oral infection) required for the direct treatment of a medical condition for which Benefits are available under the Plan, limited to:

- Transplant preparation.
- Prior to the initiation of immunosuppressive drugs.
- The direct treatment of acute traumatic Injury, cancer or cleft palate.

Dental care that is required to treat the effects of a medical condition, but that is not necessary to directly treat the medical condition, is excluded. Examples include treatment of dental caries resulting from dry mouth after radiation treatment or as a result of medication.

Endodontics, periodontal surgery and restorative treatment are excluded.

2. Preventive care, diagnosis, treatment of or related to the teeth, jawbones or gums. Examples include:

   - Extractions (including wisdom teeth), restoration and replacement of teeth.
   - Medical or surgical treatments of dental conditions.
   - Services to improve dental clinical outcomes.

   This exclusion does not apply to preventive care for which Benefits are provided under the *United States Preventive Services Task Force* requirement or the *Health Resources and Services Administration (HRSA)* requirement. This exclusion also does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in Section 6, *Additional Coverage Details.*

3. Dental implants, bone grafts, and other implant-related procedures.

   This exclusion does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in Section 6, *Additional Coverage Details.*

4. Dental braces (orthodontics).

5. Treatment of congenitally missing, malpositioned or supernumerary (extra) teeth, even if part of a Congenital Anomaly.

## Devices, Appliances and Prosthetics

1. Devices used specifically as safety items or to affect performance in sports-related activities.

2. Orthotic appliances and devices that straighten or re-shape a body part, except as described under *Durable Medical Equipment (DME)* in Section 6, *Additional Coverage Details.*

   Examples of excluded orthotic appliances and devices include but are not limited to, foot orthotics and some type of braces, including orthotic braces available over-the-

counter. This exclusion does not include diabetic footwear which may be covered for a Covered Person with diabetic foot disease.

3.  The following items are excluded, even if prescribed by a Physician:

    -   Blood pressure cuff/monitor.
    -   Enuresis alarm.
    -   Non-wearable external defibrillator.
    -   Trusses.
    -   Ultrasonic nebulizers.

4.  Repairs to prosthetic devices due to misuse, malicious damage or gross neglect.

5.  Replacement of prosthetic devices due to misuse, malicious damage or gross neglect or to replace lost or stolen items.

6.  Devices and computers to assist in communication and speech except for speech aid devices and tracheo-esophageal voice devices for which Benefits are provided as described under Durable Medical Equipment in Section 6, Additional Coverage Details.

4.  Oral appliances for snoring.

## Drugs

*Note:  See Attachment 2 of this SPD for information regarding the Plan's outpatient prescription drug benefits.*

1.  Prescription drug products for outpatient use that are filled by a prescription order or refill.

2.  Self-injectable medications. This exclusion does not apply to medications which, due to their characteristics, (as determined by UnitedHealthcare, must typically be administered or directly supervised by a qualified provider or licensed/certified health professional in an outpatient setting).

3.  Non-injectable medications given in a Physician's office. This exclusion does not apply to non-injectable medications that are required in an Emergency and consumed in the Physician's office.

4.  Over-the-counter drugs and treatments.

5.  Growth hormone therapy (unless deemed medically necessary by a Physician).

6.  Certain specialty medications ordered by a Physician through ExpressScripts.

7.  Certain New Pharmaceutical Products and/or new dosage forms until the date as determined by the Claims Administrator or the Claims Administrator's designee, but no later than December 31st of the following calendar year.

This exclusion does not apply if you have a life-threatening Sickness or condition (one that is likely to cause death within one year of the request for treatment). If you have a life-threatening Sickness or condition, under such circumstances, Benefits may be available for the New Pharmaceutical Product to the extent provided for in Section 6, *Additional Coverage Details*.

8.  A Pharmaceutical Product that contains (an) active ingredient(s) available in and therapeutically equivalent (having essentially the same efficacy and adverse effect profile) to another covered Pharmaceutical Product. Such determinations may be made up to six times during a calendar year.

9.  A Pharmaceutical Product that contains (an) active ingredient(s) which is (are) a modified version of and therapeutically equivalent (having essentially the same efficacy and adverse effect profile) to another covered Pharmaceutical Product. Such determinations may be made up to six times during a calendar year.

10. Benefits for Pharmaceutical Products for the amount dispensed (days' supply or quantity limit) which exceeds the supply limit.

11. A Pharmaceutical Product with an approved biosimilar or a biosimilar and therapeutically equivalent (having essentially the same efficacy and adverse effect profile) to another covered Pharmaceutical Product. For the purpose of this exclusion a "biosimilar" is a biological Pharmaceutical Product approved based on showing that it is highly similar to a reference product (a biological Pharmaceutical Product) and has no clinically meaningful differences in terms of safety and effectiveness from the reference product. Such determinations may be made up to six times per calendar year.

12. Certain Pharmaceutical Products for which there are therapeutically equivalent (having essentially the same efficacy and adverse effect profile) alternatives available, unless otherwise required by law or approved by us. Such determinations may be made up to six times during a calendar year.

## Experimental or Investigational or Unproven Services

1.  Experimental or Investigational Services and Unproven Services and all services related to Experimental or Investigational and Unproven Services are excluded. The fact that an Experimental or Investigational or Unproven Service, treatment, device or pharmacological regimen is the only available treatment for a particular condition will not result in Benefits if the procedure is considered to be Experimental or Investigational or Unproven in the treatment of that particular condition.

    This exclusion does not apply to Covered Health Services provided during a Clinical Trial for which Benefits are provided as described under *Clinical Trials* in Section 6, *Additional Coverage Details*.

## Foot Care

1.  Routine foot care.

    This exclusion does not apply to preventive foot care for Covered Persons with diabetes

for which Benefits are provided as described under *Diabetes Services* in Section 6, *Additional Coverage Details*.

2.  Nail trimming, cutting, or debriding (removal of dead skin or underlying tissue).

3.  Hygienic and preventive maintenance foot care. Examples include:

    -   Cleaning and soaking the feet.
    -   Applying skin creams in order to maintain skin tone.

    This exclusion does not apply to preventive foot care for Covered Persons who are at risk of neurological or vascular disease arising from diseases such as diabetes.

4.  Treatment of flat feet.

5   Treatment of subluxation of the foot.

6.  Shoe inserts.

7.  Arch supports.

13. Shoes (standard or custom), lifts and wedges.

9   Shoe orthotics.

## Medical Supplies and Equipment

1.  Prescribed or non-prescribed medical supplies. Examples include:

    -   Compression stockings, ace bandages, gauze and dressings, diabetic strips, and syringes.
    -   Urinary catheters.

    This exclusion does not apply to:

    -   Ostomy bags and related supplies for which Benefits are provided as described under *Ostomy Supplies* in Section 6, *Additional Coverage Details*.
    -   Disposable supplies necessary for the effective use of Durable Medical Equipment for which Benefits are provided as described under *Durable Medical Equipment* in Section 6, *Additional Coverage Details*.
    -   Diabetic supplies for which Benefits are provided as described under *Diabetes Services* in Section 6, *Additional Coverage Details*.

2.  Tubings and masks except when used with Durable Medical Equipment as described under *Durable Medical Equipment* in Section 6, *Additional Coverage Details*.

## Mental Health, Neurobiological Disorders - Autism Spectrum Disorder and Substance-Related and Addictive Disorders Services

In addition to all other exclusions listed in this Section 8, *Exclusions and Limitations*, the exclusions listed directly below apply to services described under *Mental Health Services*,

*Neurobiological Disorders - Autism Spectrum Disorder Services* and/or *Substance-Related and Addictive Disorders Services* in Section 6, *Additional Coverage Details*.

1. Services performed in connection with conditions not classified in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association*.

2. Outside of an initial assessment, services as treatments for a primary diagnosis of conditions and problems that may be a focus of clinical attention, but are specifically noted not to be mental disorders within the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

3. Outside of initial assessment, services as treatments for the primary diagnoses of learning disabilities, conduct and disruptive impulse and conduct control disorders, gambling disorder and paraphilic disorders.

4. Services that are solely educational in nature or otherwise paid under state or federal law for purely educational purposes.

5. Tuition for or services that are school-based for children and adolescents required to be provided by, or paid for by, the school under the *Individuals with Disabilities Education Act*.

6. Outside of initial assessment, unspecified disorders for which the provider is not obligated to provide clinical rationale as defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

7. Intensive Behavioral Therapies such as Applied Behavior Analysis for Autism Spectrum Disorders.

8. Transitional Living services.

## Nutrition

1. Nutritional or cosmetic therapy using high dose or mega quantities of vitamins, minerals or elements, and other nutrition based therapy. Examples include supplements, electrolytes and foods of any kind (including high protein foods and low carbohydrate foods).

2. Individual and group nutritional counseling. This exclusion does not apply to nutritional counseling services that are billed as *Preventive Care Services* or to nutritional education services that are provided by appropriately licensed or registered health care professionals when both of the following are true:

    - Nutritional education is required for a disease in which patient self-management is an important component of treatment.
    - There exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

3. Food of any kind. Foods that are not covered include:

- Enteral feedings and other nutritional and electrolyte formulas, including infant formula and donor breast milk, unless they are the only source of nutrition or unless they are specifically created to treat inborn errors of metabolism such as phenylketonuria (PKU). Infant formula available over the counter is always excluded.
- Foods to control weight, treat obesity (including liquid diets), lower cholesterol or control diabetes.
- Oral vitamins and minerals.
- Meals you can order from a menu, for an additional charge, during an Inpatient Stay.
- Other dietary and electrolyte supplements.

4. Health education classes unless offered by UnitedHealthcare or its affiliates, including but not limited to asthma, smoking cessation, and weight control classes.

## Personal Care, Comfort or Convenience

1. Television.

2. Telephone.

3. Beauty/barber service.

4. Guest service.

5. Supplies, equipment and similar incidentals for personal comfort. Examples include:

- Air conditioners, air purifiers and filters and dehumidifiers.
- Batteries and battery chargers.
- Breast pumps. This exclusion does not apply to breast pumps for which Benefits are provided under the *Health Resources and Services Administration (HRSA)* requirement;
- Car seats.
- Chairs, bath chairs, feeding chairs, toddler chairs, ergonomically correct chairs, chair lifts and recliners.
- Exercise equipment and treadmills.
- Hot tubs.
- Humidifiers.
- Jacuzzis.
- Medical alert systems.
- Motorized beds, non-Hospital beds, comfort beds and mattresses.
- Music devices.
- Personal computers.
- Pillows.
- Power-operated vehicles.
- Radios.
- Safety equipment.
- Saunas.
- Stair lifts and stair glides.
- Strollers.
- Treadmills.
- Vehicle modifications such as van lifts.

SECTION 8 - EXCLUSIONS AND LIMITATIONS

- Video players.
- Whirlpools.

## Physical Appearance

1. Cosmetic Procedures. See the definition in Section 14, *Glossary*. Examples include:

   - Liposuction or removal of fat deposits considered undesirable, including fat accumulation under the male breast and nipple.
   - Pharmacological regimens, nutritional procedures or treatments.
   - Scar or tattoo removal or revision procedures (such as salabrasion, chemosurgery and other such skin abrasion procedures).
   - Hair removal or replacement by any means.
   - Treatments for skin wrinkles or any treatment to improve the appearance of the skin.
   - Treatment for spider veins.
   - Skin abrasion procedures performed as a treatment for acne.
   - Treatments for hair loss.
   - Varicose vein treatment of the lower extremities, when it is considered cosmetic.

2. Replacement of an existing intact breast implant if the earlier breast implant was performed as a Cosmetic Procedure. **Note**: Replacement of an existing breast implant is considered reconstructive if the initial breast implant followed mastectomy. See *Reconstructive Procedures* in Section 6, *Additional Coverage Details*.

3. Physical conditioning programs such as athletic training, body-building, exercise, fitness, flexibility, health club memberships and programs, spa treatments and diversion or general motivation.

4. Weight loss programs whether or not they are under medical supervision or for medical reasons, even if for morbid obesity.

5. Wigs and other scalp hair prosthesis regardless of the reason for the hair loss except for loss of hair resulting from treatment of a malignancy or permanent loss of hair from an accidental injury or medical condition, in which case the Plan pays up to a maximum of $500 per Covered Person per calendar year. Hair transplants, hair weaving or any drug, if such drug is used in conjunction with baldness, is not covered by the Plan.

6. Treatment of benign gynecomastia (abnormal breast enlargement in males).

## Procedures and Treatments

1. Biofeedback.

2. Medical and surgical treatment of snoring, except when provided as a part of treatment for documented obstructive sleep apnea (a sleep disorder in which a person regularly stops breathing for 10 seconds or longer).

3. Rehabilitation services and Manipulative Treatment to improve general physical condition that are provided to reduce potential risk factors, where significant therapeutic

improvement is not expected, including routine, long-term or maintenance/preventive treatment.

4.  Outpatient cognitive rehabilitation therapy except as Medically Necessary following traumatic brain Injury or cerebral vascular accident.

5.  Speech therapy to treat stuttering, stammering, or other articulation disorders.

6.  Speech therapy, except when required for treatment of a speech impediment or speech dysfunction that results from Injury, stroke, cancer, Congenital Anomaly or Autism Spectrum Disorder as identified under *Rehabilitation Services - Outpatient Therapy and Manipulative Treatment* in Section 6, *Additional Coverage Details*.

7.  Excision or elimination of hanging skin on any part of the body. Examples include plastic surgery procedures called abdominoplasty or abdominal panniculectomy and brachioplasty.

8.  Psychosurgery (lobotomy).

9.  Stand-alone multi-disciplinary smoking cessation programs. These are programs that usually include health care providers specializing in smoking cessation and may include a psychologist, social worker or other licensed or certified professional. The programs usually include intensive psychological support, behavior modification techniques and medications to control cravings.

10. Chelation therapy, except to treat heavy metal poisoning.

11. Physiological modalities and procedures that result in similar or redundant therapeutic effects when performed on the same body region during the same visit or office encounter.

12. Sex transformation operations and related services.

13. The following treatments for obesity:

    -   Non-surgical treatment of obesity, even if for morbid obesity.
    -   Surgical treatment of obesity even if there is a diagnosis of morbid obesity.

14. Medical and surgical treatment of excessive sweating (hyperhidrosis).

15. The following services for the diagnosis and treatment of temporomandibular joint syndrome (TMJ): surface electromyography, Doppler analysis, vibration analysis, computerized mandibular scan or jaw tracking, craniosacral therapy, orthodontics, occlusal adjustment, and dental restorations.

16. Upper and lower jawbone surgery, orthognathic surgery and jaw alignment. This exclusion does not apply to reconstructive jaw surgery required for Covered Persons because of a Congenital Anomaly, acute traumatic Injury, dislocation, tumors, cancer or obstructive sleep apnea.

17. Breast reduction surgery that is determined to be a Cosmetic Procedure.

    This exclusion does not apply to breast reduction surgery which the Claims Administrator determines is requested to treat a physiologic functional impairment or to coverage required by the *Women's Health and Cancer Rights Act of 1998* for which Benefits are described under *Reconstructive Procedures* in Section 6, *Additional Coverage Details*.

18. Habilitative services for maintenance/preventive treatment.

## Providers

1. Services performed by a provider who is a family member by birth or marriage, including your Spouse, brother, sister, parent or child. This includes any service the provider may perform on himself or herself.

2. Services performed by a provider with your same legal residence.

3. Services ordered or delivered by a Christian Science practitioner.

4. Services performed by an unlicensed provider or a provider who is operating outside of the scope of his/her license.

5. Services provided at a free-standing or Hospital-based diagnostic facility without an order written by a Physician or other provider. Services that are self-directed to a free-standing or Hospital-based diagnostic facility. Services ordered by a Physician or other provider who is an employee or representative of a free-standing or Hospital-based diagnostic facility, when that Physician or other provider:

    - Has not been actively involved in your medical care prior to ordering the service.
    - Is not actively involved in your medical care after the service is received.

    This exclusion does not apply to mammography.

## Reproduction

1. Health services and associated expenses for infertility treatments, including assisted reproductive technology, regardless of the reason for the treatment.

    This exclusion does not apply to services required to treat or correct underlying causes of infertility.

2. Surrogate parenting, donor eggs, donor sperm and host uterus.

3. Storage and retrieval of all reproductive materials (examples include eggs, sperm, testicular tissue and ovarian tissue).

4. The reversal of voluntary sterilization.

5. Prenatal, labor and delivery coverage for enrolled Dependent children, including those that have Complications of Pregnancy as defined in Section 14, *Glossary.*

6. Health services and associated expenses for surgical, non-surgical or drug-induced Pregnancy termination. This exclusion does not apply to treatment of a molar Pregnancy, ectopic Pregnancy, or missed abortion (commonly known as a miscarriage).

7. Services provided by a doula (labor aide). Services of a midwife are covered under the supervision of a Physician.

8. Parenting, pre-natal or birthing classes.

## Services Provided under Another Plan

Services for which coverage is available:

1. Under another plan, except for Eligible Expenses payable as described in Section 10, *Coordination of Benefits (COB)*.

2. Under workers' compensation, no-fault automobile coverage or similar legislation if you could elect it, or could have it elected for you.

3. While on active military duty.

4. For treatment of military service-related disabilities when you are legally entitled to other coverage, and facilities are reasonably available to you.

## Transplants

1. Health services for organ and tissue transplants except as identified under *Transplantation Services* in Section 6*, Additional Coverage Details* unless UnitedHealthcare determines the transplant to be appropriate according to UnitedHealthcare's transplant guidelines.

2. Health services for transplants involving permanent mechanical or animal organs, except services related to the implant or removal of a circulatory assist device (a device that supports the heart while the patient waits for a suitable donor heart to become available).

3. Health services connected with the removal of an organ or tissue from you for purposes of a transplant to another person. (Donor costs for removal are payable for a transplant through the organ recipient's Benefits under the Plan.)

## Travel

1. Travel or transportation expenses, even if ordered by a Physician, except as identified under *Travel and Lodging* in Section 6, *Additional Coverage Details*. Additional travel expenses related to Covered Health Services received from a Designated Provider may be reimbursed at the Plan's discretion. This exclusion does not apply to ambulance transportation for which Benefits are provided as described under *Ambulance Services* in Section 6, *Additional Coverage Details*.

## Types of Care

1. Custodial Care or maintenance care as defined in Section 14, *Glossary* or maintenance care.

2.  Domiciliary Care, as defined in Section 14, *Glossary.*

3.  Multi-disciplinary pain management programs provided on an inpatient basis for acute pain or for exacerbation of chronic pain.

4.  Private Duty Nursing received on an inpatient basis.

5.  Respite care. This exclusion does not apply to respite care that is part of an integrated hospice care program of services provided to a terminally ill person by a licensed hospice care agency for which Benefits are provided as described under *Hospice Care* in Section 6, *Additional Coverage Details.*

6.  Rest cures.

7.  Services of personal care attendants.

8.  Work hardening (individualized treatment programs designed to return a person to work or to prepare a person for specific work).

## Vision and Hearing

1.  Routine vision examinations, including refractive examinations to determine the need for vision correction. This does not apply to vision screenings for which Benefits are provided as described under *Preventive Care Services* in Section 6, *Additional Coverage Details.*

2.  Implantable lenses used only to correct a refractive error (such as *Intacs* corneal implants).

3.  Purchase cost and associated fitting charges for eyeglasses or contact lenses (except following cataract surgery for lenses and hardware for initial pair).

4.  Purchase cost and associated fitting and testing charges for hearing aids, Bone Anchor Hearing Aids (BAHA) and all other hearing assistive devices (excluding cochlear devices).

5.  Eye exercise or vision therapy.

6.  Surgery and other related treatment that is intended to correct nearsightedness, farsightedness, presbyopia and astigmatism including, but not limited to, procedures such as laser and other refractive eye surgery and radial keratotomy.

## All Other Exclusions

1.  Autopsies and other coroner services and transportation services for a corpse.

2.  Charges for:

    -   Missed appointments.
    -   Room or facility reservations.
    -   Completion of claim forms.

- Record processing.

3. Charges prohibited by federal anti-kickback or self-referral statutes.

4. Diagnostic tests that are:

   - Delivered in other than a Physician's office or health care facility.
   - Self-administered home diagnostic tests, including but not limited to HIV and Pregnancy tests.

5. Expenses for health services and supplies:

   - That are received as a result of war or any act of war, whether declared or undeclared, while part of any armed service force of any country. This exclusion does not apply to Covered Persons who are civilians injured or otherwise affected by war, any act of war or terrorism in a non-war zone.
   - That are received after the date your coverage under this Plan ends, including health services for medical conditions which began before the date your coverage under the Plan ends.
   - For which you have no legal responsibility to pay, or for which a charge would not ordinarily be made in the absence of coverage under this Benefit Plan.
   - That exceed Eligible Expenses or any specified limitation in this SPD.
   - For which a non-Network provider waives the Copay, Annual Deductible or Coinsurance amounts.

6. Foreign language and sign language services.

7. Long term (more than 30 days) storage of blood, umbilical cord or other material.

8. Health services related to a non-Covered Health Service: When a service is not a Covered Health Service, all services related to that non-Covered Health Service are also excluded. This exclusion does not apply to services the Plan would otherwise determine to be Covered Health Services if they are to treat complications that arise from the non-Covered Health Service.

   For the purpose of this exclusion, a "complication" is an unexpected or unanticipated condition that is superimposed on an existing disease and that affects or modifies the prognosis of the original disease or condition. Examples of a "complication" are bleeding or infections, following a Cosmetic Procedure, that require hospitalization.

9. Physical, psychiatric or psychological exams, testing, vaccinations, immunizations or treatments when:

   - Required solely for purposes of education, sports or camp, travel, career or employment, insurance, marriage or adoption; or as a result of incarceration.
   - Conducted for purposes of medical research. This exclusion does not apply to Covered Health Services provided during a Clinical Trial for which Benefits are provided as described under *Clinical Trials* in Section 6, *Additional Coverage Details*.
   - Related to judicial or administrative proceedings or orders.

- Required to obtain or maintain a license of any type.
10. Health services and supplies that do not meet the definition of a Covered Health Service - see the definition in Section 14, *Glossary*. Covered Health Services are those health services including services, supplies or Pharmaceutical Products, which the Claims Administrator determines to be all of the following:

    - Medically Necessary.
    - Described as a Covered Health Service in this SPD under Section 6, *Additional Coverage Details* and in Section 5, *Plan Highlights*.
    - Not otherwise excluded in this SPD under this Section 8, Exclusions and Limitations.

## SECTION 9 - CLAIMS PROCEDURES

**What this section includes:**
- How Network and non-Network claims work.

- What to do if your claim is denied, in whole or in part.

### Network Benefits

In general, if you receive Covered Health Services from a Network provider, UnitedHealthcare will pay the Physician or facility directly. If a Network provider bills you for any Covered Health Service other than your Copay or Coinsurance, please contact the provider or call UnitedHealthcare at the phone number on your ID card for assistance.

Keep in mind, you are responsible for meeting the Annual Deductible and paying any Copay or Coinsurance owed to a Network provider at the time of service, or when you receive a bill from the provider.

### Non-Network Benefits

If you receive a bill for Covered Health Services from a non-Network provider, you (or the provider if they prefer) must send the bill to UnitedHealthcare for processing. To make sure the claim is processed promptly and accurately, a completed claim form must be attached and mailed to UnitedHealthcare at the address on the back of your ID card.

### If Your Provider Does Not File Your Claim

You can obtain a claim form by visiting www.myuhc.com, calling the toll-free number on your ID card or contacting the Benefits Department. If you do not have a claim form, simply attach a brief letter of explanation to the bill, and verify that the bill contains the information listed below. If any of these items are missing from the bill, you can include them in your letter:

- Your name and address.

- The patient's name, age and relationship to the Employee.

- The number as shown on your ID card.

- The name, address and tax identification number of the provider of the service(s).

- A diagnosis from the Physician.

- The date of service.

- An itemized bill from the provider that includes:
  - The Current Procedural Terminology (CPT) codes.
  - A description of, and the charge for, each service.
  - The date the Sickness or Injury began.
  - A statement indicating either that you are, or you are not, enrolled for coverage under any other health insurance plan or program. If you are enrolled for other coverage you must include the name and address of the other carrier(s).

Failure to provide all the information listed above may delay any reimbursement that may be due you.

For medical claims, the above information should be filed with UnitedHealthcare at the address on your ID card.

After UnitedHealthcare has processed your claim, you will receive payment for Benefits that the Plan allows. It is your responsibility to pay the non-Network provider the charges you incurred, including any difference between what you were billed and what the Plan paid.

### Payment of Benefits

When you assign your Benefits under the Plan to a non-Network provider with UnitedHealthcare's consent, and the non-Network provider submits a claim for payment, you and the non-Network provider represent and warrant that the Covered Health Services were actually provided and were medically appropriate.

To be recognized as a valid assignment of Benefits under the Plan, the assignment must reflect the Covered Person's agreement that the non-Network provider will be entitled to all the Covered Person's rights under the Plan and applicable state and federal laws, including legally required notices and procedural reviews concerning the Covered Person's Benefits, and that the Covered Person will no longer be entitled to those rights. If an assignment form does not comply with this requirement, but directs that your benefit payment should be made directly to the provider, UnitedHealthcare may in its discretion make payment of the benefits directly to the provider for your convenience, but will treat you, rather than the provider, as the beneficiary of your claim. If Benefits are assigned or payment to a non-Network provider is made, Sonoco reserves the right to offset Benefits to be paid to the provider by any amounts that the provider owes Sonoco (including amounts owed as a result of the assignment of other plans' overpayment recovery rights to the Plan) pursuant to *Refund of Overpayments* in Section 10, *Coordination of Benefits*.

UnitedHealthcare will pay Benefits to you unless:

■   The provider submits a claim form to UnitedHealthcare that you have provided signed authorization to assign Benefits directly to that provider.

■   You make a written request for the non-Network provider to be paid directly at the time you submit your claim.

UnitedHealthcare will only pay Benefits to you or, with written authorization by you, your Provider, and not to a third party, even if your provider purports to have assigned Benefits to that third party.

### Form of Payment of Benefits

Payment of Benefits under the Plan shall be in cash or cash equivalents, or in the form of other consideration that UnitedHealthcare in its discretion determines to be adequate. Where Benefits are payable directly to a provider, such adequate consideration includes the forgiveness in whole or in part of amounts the provider owes to other plans for which UnitedHealthcare makes payments, where the Plan has taken an assignment of the other plans' recovery rights for value.

## Health Statements

Each month in which UnitedHealthcare processes at least one claim for you or a covered Dependent, you will receive a Health Statement in the mail. Health Statements make it easy for you to manage your family's medical costs by providing claims information in easy-to-understand terms.

If you would rather track claims for yourself and your covered Dependents online, you may do so at www.myuhc.com. You may also elect to discontinue receipt of paper Health Statements by making the appropriate selection on this site.

## Explanation of Benefits (EOB)

You may request that UnitedHealthcare send you a paper copy of an Explanation of Benefits (EOB) after processing the claim. The EOB will let you know if there is any portion of the claim you need to pay. If any claims are denied in whole or in part, the EOB will include the reason for the denial or partial payment. If you would like paper copies of the EOBs, you may call the toll-free number on your ID card to request them. You can also view and print all of your EOBs online at www.myuhc.com. See Section 14, *Glossary*, for the definition of Explanation of Benefits.

> **Important - Timely Filing of Non-Network Claims**
> All claim forms for non-Network services must be submitted within 12 months after the date of service. Otherwise, the Plan will not pay any Benefits for that Eligible Expense, or Benefits will be reduced, as determined by Sonoco Products Company. This 12-month requirement does not apply if you are legally incapacitated. If your claim relates to an Inpatient Stay, the date of service is the date your Inpatient Stay ends.

## Claim Denials and Appeals

### *If Your Claim is Denied*

If a claim for Benefits is denied in part or in whole, you may call UnitedHealthcare at the number on your ID card before requesting a formal appeal. If UnitedHealthcare cannot resolve the issue to your satisfaction over the phone, you have the right to file a formal appeal as described below.

### *How to Appeal a Denied Claim*

If you wish to appeal a denied pre-service request for Benefits, post-service claim or a rescission of coverage as described below, you or your authorized representative must submit your appeal in writing within 180 days of receiving the adverse benefit determination. You do not need to submit urgent care appeals in writing. This communication should include:

- The patient's name and ID number as shown on the ID card.

- The provider's name.

- The date of medical service.

- The reason you disagree with the denial.

■     Any documentation or other written information to support your request.

You or your authorized representative may send a written request for an appeal to:

UnitedHealthcare - Appeals
P.O. Box 30432
Salt Lake City, Utah 84130-0432

For urgent care requests for Benefits that have been denied, you or your provider can call UnitedHealthcare at the toll-free number on your ID card to request an appeal.

> **Types of claims**
> The timing of the claims appeal process is based on the type of claim you are appealing. If you wish to appeal a claim, it helps to understand whether it is an:
> ■     Urgent care request for Benefits.
>
> ■     Pre-service request for Benefits.
>
> ■     Post-service claim.
>
> ■     Concurrent claim.

### Review of an Appeal

UnitedHealthcare will conduct a full and fair review of your appeal. The appeal may be reviewed by:

■     An appropriate individual(s) who did not make the initial benefit determination.

■     A health care professional with appropriate expertise who was not consulted during the initial benefit determination process.

Once the review is complete, if UnitedHealthcare upholds the denial, you will receive a written explanation of the reasons and facts relating to the denial.

### Filing a Second Appeal

Your Plan offers two levels of appeal. If you are not satisfied with the first level appeal decision, you have the right to request a second level appeal from Sonoco Products Company within 60 days from receipt of the first level appeal determination.

*Note*: Upon written request and free of charge, any Covered Persons may examine documents relevant to their claim and/or appeals and submit opinions and comments. Sonoco Products Company will review all claims in accordance with the rules established by the *U.S. Department of Labor.*

## Federal External Review Program

If, after exhausting your internal appeals, you are not satisfied with the determination made by Sonoco Products Company, or if Sonoco Products Company fails to respond to your appeal in accordance with applicable regulations regarding timing, you may be entitled to request an external review of Sonoco Products Company's determination. The process is available at no charge to you.

If one of the above conditions is met, you may request an external review of adverse benefit determinations based upon any of the following:

■   Clinical reasons.

■   The exclusions for Experimental or Investigational Service(s) or Unproven Service(s).

■   Rescission of coverage (coverage that was cancelled or discontinued retroactively).

■   As otherwise required by applicable law.

You or your representative may request a standard external review by sending a written request to the address set out in the determination letter. You or your representative may request an expedited external review, in urgent situations as detailed below, by calling the number on your ID card or by sending a written request to the address set out in the determination letter. A request must be made within four months after the date you received Sonoco Products Company's decision.

An external review request should include all of the following:

■   A specific request for an external review.

■   The Covered Person's name, address, and insurance ID number.

■   Your designated representative's name and address, when applicable.

■   The service that was denied.

■   Any new, relevant information that was not provided during the internal appeal.

An external review will be performed by an Independent Review Organization (IRO). UnitedHealthcare has entered into agreements with three or more IROs that have agreed to perform such reviews. There are two types of external reviews available:

■   A standard external review.

■   An expedited external review.

**Standard External Review**

A standard external review is comprised of all of the following:

■   A preliminary review by UnitedHealthcare of the request.

■   A referral of the request by UnitedHealthcare to the IRO.

■   A decision by the IRO.

Within the applicable timeframe after receipt of the request, UnitedHealthcare will complete a preliminary review to determine whether the individual for whom the request was submitted meets all of the following:

■   Is or was covered under the Plan at the time the health care service or procedure that is at issue in the request was provided.

■   Has exhausted the applicable internal appeals process.

■    Has provided all the information and forms required so that UnitedHealthcare may process the request.

After UnitedHealthcare completes the preliminary review, UnitedHealthcare will issue a notification in writing to you. If the request is eligible for external review, UnitedHealthcare will assign an IRO to conduct such review. UnitedHealthcare will assign requests by either rotating claims assignments among the IROs or by using a random selection process.

The IRO will notify you in writing of the request's eligibility and acceptance for external review. You may submit in writing to the IRO within ten business days following the date of receipt of the notice additional information that the IRO will consider when conducting the external review. The IRO is not required to, but may, accept and consider additional information submitted by you after ten business days.

UnitedHealthcare will provide to the assigned IRO the documents and information considered in making Sonoco Products Company's determination. The documents include:

■    All relevant medical records.

■    All other documents relied upon by Sonoco Products Company.

■    All other information or evidence that you or your Physician submitted. If there is any information or evidence you or your Physician wish to submit that was not previously provided, you may include this information with your external review request and UnitedHealthcare will include it with the documents forwarded to the IRO.

In reaching a decision, the IRO will review the claim anew and not be bound by any decisions or conclusions reached by Sonoco Products Company. The IRO will provide written notice of its determination (the "Final External Review Decision") within 45 days after it receives the request for the external review (unless they request additional time and you agree). The IRO will deliver the notice of Final External Review Decision to you and UnitedHealthcare, and it will include the clinical basis for the determination.

Upon receipt of a Final External Review Decision reversing Sonoco Products Company determination, the Plan will immediately provide coverage or payment for the benefit claim at issue in accordance with the terms and conditions of the Plan, and any applicable law regarding plan remedies. If the Final External Review Decision is that payment or referral will not be made, the Plan will not be obligated to provide Benefits for the health care service or procedure.

### Expedited External Review

An expedited external review is similar to a standard external review. The most significant difference between the two is that the time periods for completing certain portions of the review process are much shorter, and in some instances you may file an expedited external review before completing the internal appeals process.

You may make a written or verbal request for an expedited external review if you receive either of the following:

■   An adverse benefit determination of a claim or appeal if the adverse benefit determination involves a medical condition for which the time frame for completion of an expedited internal appeal would seriously jeopardize the life or health of the individual or would jeopardize the individual's ability to regain maximum function and you have filed a request for an expedited internal appeal.

■   A final appeal decision, if the determination involves a medical condition where the timeframe for completion of a standard external review would seriously jeopardize the life or health of the individual or would jeopardize the individual's ability to regain maximum function, or if the final appeal decision concerns an admission, availability of care, continued stay, or health care service, procedure or product for which the individual received emergency services, but has not been discharged from a facility.

Immediately upon receipt of the request, UnitedHealthcare will determine whether the individual meets both of the following:

■   Is or was covered under the Plan at the time the health care service or procedure that is at issue in the request was provided.

■   Has provided all the information and forms required so that UnitedHealthcare may process the request.

After UnitedHealthcare completes the review, UnitedHealthcare will immediately send a notice in writing to you. Upon a determination that a request is eligible for expedited external review, UnitedHealthcare will assign an IRO in the same manner UnitedHealthcare utilizes to assign standard external reviews to IROs. UnitedHealthcare will provide all necessary documents and information considered in making the adverse benefit determination or final adverse benefit determination to the assigned IRO electronically or by telephone or facsimile or any other available expeditious method. The IRO, to the extent the information or documents are available and the IRO considers them appropriate, must consider the same type of information and documents considered in a standard external review.

In reaching a decision, the IRO will review the claim anew and not be bound by any decisions or conclusions reached by Sonoco Products Company. The IRO will provide notice of the final external review decision for an expedited external review as expeditiously as the claimant's medical condition or circumstances require, but in no event more than 72 hours after the IRO receives the request. If the initial notice is not in writing, within 48 hours after the date of providing the initial notice, the assigned IRO will provide written confirmation of the decision to you and to UnitedHealthcare.

You may contact UnitedHealthcare at the toll-free number on your ID card for more information regarding external review rights, or if making a verbal request for an expedited external review.

### Timing of Appeals Determinations

Separate schedules apply to the timing of claims appeals, depending on the type of claim. There are three types of claims:

- ■ Urgent care request for Benefits - a request for Benefits provided in connection with urgent care services.

- ■ Pre-Service request for Benefits - a request for Benefits which the Plan must approve or in which you must notify UnitedHealthcare before non-urgent care is provided.

- ■ Post-Service - a claim for reimbursement of the cost of non-urgent care that has already been provided.

Please note that the decision is based only on whether or not Benefits are available under the Plan for the proposed treatment or procedure.

You may have the right to external review through an *Independent Review Organization (IRO)* upon the completion of the internal appeal process. Instructions regarding any such rights, and how to access those rights, will be provided in the Claims Administrator's decision letter to you.

The tables below describe the time frames which you and UnitedHealthcare are required to follow.

| Urgent Care Request for Benefits* | |
|---|---|
| **Type of Request for Benefits or Appeal** | **Timing** |
| If your request for Benefits is incomplete, UnitedHealthcare must notify you within: | **24 hours** |
| You must then provide completed request for Benefits to UnitedHealthcare within: | **48 hours** after receiving notice of additional information required |
| UnitedHealthcare must notify you of the benefit determination within: | **72 hours** |
| If UnitedHealthcare denies your request for Benefits, you must appeal an adverse benefit determination no later than: | **180 days** after receiving the adverse benefit determination |
| UnitedHealthcare must notify you of the appeal decision within: | **72 hours** after receiving the appeal |

*You do not need to submit urgent care appeals in writing. You should call UnitedHealthcare as soon as possible to appeal an urgent care request for Benefits.

| Pre-Service Request for Benefits* | |
|---|---|
| **Type of Request for Benefits or Appeal** | **Timing** |
| If your request for Benefits is filed improperly, | **5 days** |

| Pre-Service Request for Benefits* | |
|---|---|
| **Type of Request for Benefits or Appeal** | **Timing** |
| UnitedHealthcare must notify you within: | |
| If your request for Benefits is incomplete, UnitedHealthcare must notify you within: | **15 days** |
| You must then provide completed request for Benefits information to UnitedHealthcare within: | **45 days** |
| UnitedHealthcare must notify you of the benefit determination: | |
| ■ if the initial request for Benefits is complete, within: | **15 days** |
| ■ after receiving the completed request for Benefits (if the initial request for Benefits is incomplete), within: | **15 days** |
| You must appeal an adverse benefit determination no later than: | **180 days** after receiving the adverse benefit determination |
| UnitedHealthcare must notify you of the first level appeal decision within: | **15 days** after receiving the first level appeal |
| You must appeal the first level appeal (file a second level appeal) within: | **60 days** after receiving the first level appeal decision |
| Sonoco Products Company must notify you of the second level appeal decision within: | **15 days** after receiving the second level appeal |

*UnitedHealthcare may require a one-time extension for the initial claim determination, of no more than 15 days, only if more time is needed due to circumstances beyond control of the Plan.

| Post-Service Claims | |
|---|---|
| **Type of Claim or Appeal** | **Timing** |
| If your claim is incomplete, UnitedHealthcare must notify you within: | **30 days** |
| You must then provide completed claim information to UnitedHealthcare within: | **45 days** |
| UnitedHealthcare must notify you of the benefit determination: | |
| ■ if the initial claim is complete, within: | **30 days** |
| ■ after receiving the completed claim (if the initial claim is incomplete), within: | **30 days** |

| Post-Service Claims | |
|---|---|
| **Type of Claim or Appeal** | **Timing** |
| You must appeal an adverse benefit determination no later than: | **180 days** after receiving the adverse benefit determination |
| UnitedHealthcare must notify you of the first level appeal decision within: | **30 days** after receiving the first level appeal |
| You must appeal the first level appeal (file a second level appeal) within: | **60 days** after receiving the first level appeal decision |
| Sonoco Products Company must notify you of the second level appeal decision within: | **30 days** after receiving the second level appeal |

### Concurrent Care Claims

If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and your request to extend the treatment is an urgent care request for Benefits as defined above, your request will be decided within 24 hours, provided your request is made at least 24 hours prior to the end of the approved treatment. UnitedHealthcare will make a determination on your request for the extended treatment within 24 hours from receipt of your request.

If your request for extended treatment is not made at least 24 hours prior to the end of the approved treatment, the request will be treated as an urgent care request for Benefits and decided according to the timeframes described above. If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and you request to extend treatment in a non-urgent circumstance, your request will be considered a new request and decided according to post-service or pre-service timeframes, whichever applies.

**Limitation of Action**

You cannot bring any legal action against Sonoco Products Company or the Claims Administrator to recover reimbursement until 90 days after you have properly submitted a request for reimbursement as described in this section and all required reviews of your claim have been completed. If you want to bring a legal action against Sonoco Products Company or the Claims Administrator, you must do so within two years from the expiration of the time period in which a request for reimbursement must be submitted or you lose any rights to bring such an action against Sonoco Products Company or the Claims Administrator.

You cannot bring any legal action against Sonoco Products Company or the Claims Administrator for any other reason unless you first complete all the steps in the appeal process described in this section. After completing that process, if you want to bring a legal action against Sonoco Products Company or the Claims Administrator you must do so within two years of the date you are notified of the final decision on your appeal or you lose any rights to bring such an action against Sonoco Products Company or the Claims Administrator.

## SECTION 10 - COORDINATION OF BENEFITS (COB)

**What this section includes:**
■  How your Benefits under this Plan coordinate with other medical plans.

■  How coverage is affected if you become eligible for Medicare.

■  Procedures in the event the Plan overpays Benefits.

Coordination of Benefits (COB) applies to you if you are covered by more than one health benefits plan, including any one of the following:

■  Another employer sponsored health benefits plan.

■  A medical component of a group long-term care plan, such as skilled nursing care.

■  No-fault or traditional "fault" type medical payment benefits or personal injury protection benefits under an auto insurance policy.

■  Medical payment benefits under any premises liability or other types of liability coverage.

■  Medicare or other governmental health benefit.

If coverage is provided under two or more plans, COB determines which plan is primary and which plan is secondary. The plan considered primary pays its benefits first, without regard to the possibility that another plan may cover some expenses. Any remaining expenses may be paid under the other plan, which is considered secondary. The secondary plan may determine its benefits based on the benefits paid by the primary plan. How much this Plan will reimburse you, if anything, will also depend in part on the allowable expense. The term, "allowable expense," is further explained below. How much this Plan will reimburse you, if anything, will also depend in part on the allowable expense.  The term, "allowable expense," is further explained below.

**Don't forget to update your Dependents' Medical Coverage Information**
Avoid delays on your Dependent claims by updating your Dependent's medical coverage information. Just log on to the UnitedHealthcare Website or call the toll-free number on your ID card to update your COB information. You will need the name of your Dependent's other medical coverage, along with the policy number.

## Determining Which Plan is Primary

### Order of Benefit Determination Rules

If you are covered by two or more plans, the benefit payment follows the rules below in this order:

■  This Plan will always be secondary to medical payment coverage or personal injury protection coverage under any auto liability or no-fault insurance policy.

■  When you have coverage under two or more medical plans and only one has COB provisions, the plan without COB provisions will pay benefits first.

- A plan that covers a person as an employee pays benefits before a plan that covers the person as a dependent.

- If you are receiving COBRA continuation coverage under another employer plan, this Plan will pay Benefits first.

- Your dependent children will receive primary coverage from the parent whose birth date occurs first in a calendar year. If both parents have the same birth date, the plan that pays benefits first is the one that has been in effect the longest. This birthday rule applies only if:
  - The parents are married or living together whether or not they have ever been married and not legally separated.
  - A court decree awards joint custody without specifying that one party has the responsibility to provide health care coverage.

- If two or more plans cover a dependent child of divorced or separated parents and if there is no court decree stating that one parent is responsible for health care, the child will be covered under the plan of:
  - The parent with custody of the child; then
  - The Spouse of the parent with custody of the child; then
  - The parent not having custody of the child; then
  - The Spouse of the parent not having custody of the child.

- Plans for active employees pay before plans covering laid-off or retired employees.

- The plan that has covered the individual claimant the longest will pay first.

- Finally, if none of the above rules determines which plan is primary or secondary, the allowable expenses shall be shared equally between the plans meeting the definition of Plan. In addition, this Plan will not pay more than it would have paid had it been the primary Plan.

The following examples illustrate how the Plan determines which plan pays first and which plan pays second.

> **Determining Primary and Secondary Plan - Examples**
> 1) Let's say you and your Spouse both have family medical coverage through your respective employers. You are unwell and go to see a Physician. Since you're covered as an Employee under this Plan, and as a Dependent under your Spouse's plan, this Plan will pay Benefits for the Physician's office visit first.
> 2) Again, let's say you and your Spouse both have family medical coverage through your respective employers. You take your Dependent child to see a Physician. This Plan will look at your birthday and your Spouse's birthday to determine which plan pays first. If you were born on June 11 and your Spouse was born on May 30, your Spouse's plan will pay first.

## When This Plan is Secondary

If this Plan is secondary to any plan other than Medicare, it determines the amount it will pay for a Covered Health Service by following the steps below.

- The Plan determines the amount it would have paid based on the allowable expense.

- If this Plan would have paid the same amount or less than the primary plan paid, this Plan pays no Benefits.

- If this Plan would have paid more than the primary plan paid, the Plan will pay the difference.

You will be responsible for any Copay, Coinsurance or Deductible payments as part of the COB payment. The maximum combined payment you can receive from all plans may be less than 100% of the allowable expense.

### Determining the Allowable Expense If This Plan is Secondary

> **What is an allowable expense?**
> For purposes of COB, an allowable expense is a health care expense that is covered at least in part by one of the health benefit plans covering you.

When the provider is a Network provider for both the primary plan and this Plan, the allowable expense is the primary plan's network rate. When the provider is a network provider for the primary plan and a non-Network provider for this Plan, the allowable expense is the primary plan's network rate. When the provider is a non-Network provider for the primary plan and a Network provider for this Plan, the allowable expense is the reasonable and customary charges allowed by the primary plan. When the provider is a non-Network provider for both the primary plan and this Plan, the allowable expense is the greater of the two Plans' reasonable and customary charges. If this plan is secondary to Medicare, please also refer to the discussion in the section below, titled "Determining the Allowable Expense When This Plan is Secondary to Medicare".

## When a Covered Person Qualifies for Medicare

### Determining Which Plan is Primary

As permitted by law, this Plan will pay Benefits second to Medicare when you become eligible for Medicare, even if you don't elect it. There are, however, Medicare-eligible individuals for whom the Plan pays Benefits first and Medicare pays benefits second:

- Employees with active current employment status age 65 or older and their Spouses age 65 or older.

- Individuals with end-stage renal disease, for a limited period of time.

- Disabled individuals under age 65 with current employment status and their Dependents under age 65.

### Determining the Allowable Expense When This Plan is Secondary to Medicare

If this Plan is secondary to Medicare, the Medicare approved amount is the allowable expense, as long as the provider accepts reimbursement directly from Medicare. If the

provider accepts reimbursement directly from Medicare, the Medicare approved amount is the charge that Medicare has determined that it will recognize and which it reports on an "explanation of Medicare benefits" issued by Medicare (the "EOMB") for a given service. Medicare typically reimburses such providers a percentage of its approved charge – often 80%.

If the provider does not accept assignment of your Medicare benefits, the Medicare limiting charge (the most a provider can charge you if they don't accept Medicare – typically 115% of the Medicare approved amount) will be the allowable expense. Medicare payments, combined with Plan Benefits, will not exceed 100% of the allowable expense.

If you are eligible for, but not enrolled in, Medicare, and this Plan is secondary to Medicare, or if you have enrolled in Medicare but choose to obtain services from a provider that does not participate in the Medicare program (as opposed to a provider who does not accept assignment of Medicare benefits), Benefits will be paid on a secondary basis under this Plan and will be determined as if you timely enrolled in Medicare and obtained services from a Medicare participating provider.

When calculating the Plan's Benefits in these situations, and when Medicare does not issue an EOMB, for administrative convenience UnitedHealthcare will treat the provider's billed charges for covered services as the allowable expense for both the Plan and Medicare, rather than the Medicare approved amount or Medicare limiting charge.

## Medicare Crossover Program

The Plan offers a Medicare Crossover program for Medicare Part A and Part B and Durable Medical Equipment (DME) claims. Under this program, you no longer have to file a separate claim with the Plan to receive secondary benefits for these expenses. Your Dependent will also have this automated Crossover, as long as he or she is eligible for Medicare and this Plan is your only secondary medical coverage.

Once the Medicare Part A and Part B and DME carriers have reimbursed your health care provider, the Medicare carrier will electronically submit the necessary information to the Claims Administrator to process the balance of your claim under the provisions of this Plan.

You can verify that the automated crossover took place when your copy of the explanation of Medicare benefits (EOMB) states your claim has been forwarded to your secondary carrier.

This crossover process does not apply to expenses that Medicare does not cover. You must continue to file claims for these expenses.

For information about enrollment or if you have questions about the program, call the telephone number listed on the back of your ID card.

## Right to Receive and Release Needed Information

Certain facts about health care coverage and services are needed to apply these COB rules and to determine benefits payable under this Plan and other plans. UnitedHealthcare may get

the facts needed from, or give them to, other organizations or persons for the purpose of applying these rules and determining benefits payable under this Plan and other plans covering the person claiming benefits.

UnitedHealthcare does not need to tell, or get the consent of, any person to do this. Each person claiming benefits under this Plan must give UnitedHealthcare any facts needed to apply those rules and determine benefits payable. If you do not provide UnitedHealthcare the information needed to apply these rules and determine the Benefits payable, your claim for Benefits will be denied.

## Overpayment and Underpayment of Benefits

If you are covered under more than one medical plan, there is a possibility that the other plan will pay a benefit that the Plan should have paid. If this occurs, the Plan may pay the other plan the amount owed.

If the Plan pays you more than it owes under this COB provision, you should pay the excess back promptly. Otherwise, the Company may recover the amount in the form of salary, wages, or benefits payable under any Company-sponsored benefit plans, including this Plan. The Company also reserves the right to recover any overpayment by legal action or offset payments on future Eligible Expenses.

If the Plan overpays a health care provider, UnitedHealthcare reserves the right to recover the excess amount from the provider pursuant to *Refund of Overpayments*, below.

### *Refund of Overpayments*

If the Plan pays for Benefits for expenses incurred on account of a Covered Person, that Covered Person, or any other person or organization that was paid, must make a refund to the Plan if:

■    The Plan's obligation to pay Benefits was contingent on the expenses incurred being legally owed and paid by the Covered Person, but all or some of the expenses were not paid by the Covered Person or did not legally have to be paid by the Covered Person.

■    All or some of the payment the Plan made exceeded the Benefits under the Plan.

■    All or some of the payment was made in error.

The amount that must be refunded equals the amount the Plan paid in excess of the amount that should have been paid under the Plan. If the refund is due from another person or organization, the Covered Person agrees to help the Plan get the refund when requested.

If the refund is due from the Covered Person and the Covered Person does not promptly refund the full amount owed, the Plan may recover the overpayment by reallocating the overpaid amount to pay, in whole or in part, future Benefits for the Covered Person that are payable under the Plan. If the refund is due from a person or organization other than the Covered Person, the Plan may recover the overpayment by reallocating the overpaid amount to pay, in whole or in part, (i) future Benefits that are payable in connection with services provided to other Covered Persons under the Plan; or (ii) future benefits that are payable in connection with services provided to persons under other plans for which UnitedHealthcare

makes payments, pursuant to a transaction in which the Plan's overpayment recovery rights are assigned to such other plans in exchange for such plans' remittance of the amount of the reallocated payment. The reallocated payment amount will equal the amount of the required refund or, if less than the full amount of the required refund, will be deducted from the amount of refund owed to the Plan. The Plan may have other rights in addition to the right to reallocate overpaid amounts and other enumerated rights, including the right to commence a legal action.

## SECTION 11 - SUBROGATION AND REIMBURSEMENT

The Plan has a right to subrogation and reimbursement. References to "you" or "your" in this Subrogation and Reimbursement section shall include you, your estate and your heirs and beneficiaries unless otherwise stated.

Subrogation applies when the plan has paid Benefits on your behalf for a Sickness or Injury for which any third party is allegedly to be responsible. The right to subrogation means that the Plan is substituted to and shall succeed to any and all legal claims that you may be entitled to pursue against any third party for the Benefits that the Plan has paid that are related to the Sickness or Injury for which any third party is considered responsible.

> **Subrogation - Example**
> Suppose you are injured in a car accident that is not your fault, and you receive Benefits under the Plan to treat your injuries. Under subrogation, the Plan has the right to take legal action in your name against the driver who caused the accident and that driver's insurance carrier to recover the cost of those Benefits.

The right to reimbursement means that if it is alleged that any third party caused or is responsible for a Sickness or Injury for which you receive a settlement, judgment, or other recovery from any third party, you must use those proceeds to fully return to the Plan 100% of any Benefits you receive for that Sickness or Injury. The right of reimbursement shall apply to any Benefits received at any time until the rights are extinguished, resolved or waived in writing.

> **Reimbursement - Example**
> Suppose you are injured in a boating accident that is not your fault, and you receive Benefits under the Plan as a result of your injuries. In addition, you receive a settlement in a court proceeding from the individual who caused the accident. You must use the settlement funds to return to the plan 100% of any Benefits you received to treat your injuries.

The following persons and entities are considered third parties:

- A person or entity alleged to have caused you to suffer a Sickness, Injury or damages, or who is legally responsible for the Sickness, Injury or damages.

- Any insurer or other indemnifier of any person or entity alleged to have caused or who caused the Sickness, Injury or damages.

- The Plan Sponsor in a workers' compensation case or other matter alleging liability .

- Any person or entity who is or may be obligated to provide Benefits or payments to you, including Benefits or payments for underinsured or uninsured motorist protection, no-fault or traditional auto insurance, medical payment coverage (auto, homeowners or otherwise), workers' compensation coverage, other insurance carriers or third party administrators.

- Any person or entity against whom you may have any claim for professional and/or legal malpractice arising out of or connected to a Sickness or Injury you allege or could have alleged were the responsibility of any third party.

- Any person or entity that is liable for payment to you on any equitable or legal liability theory.

You agree as follows:

- You will cooperate with the Plan in protecting its legal and equitable rights to subrogation and reimbursement in a timely manner, including, but not limited to:
  - Notifying the Plan, in writing, of any potential legal claim(s) you may have against any third party for acts which caused Benefits to be paid or become payable.
  - Providing any relevant information requested by the Plan.
  - Signing and/or delivering such documents as the Plan or its agents reasonably request to secure the subrogation and reimbursement claim.
  - Responding to requests for information about any accident or injuries.
  - Making court appearances.
  - Obtaining the Plan's consent or its agents' consent before releasing any party from liability or payment of medical expenses.
  - Complying with the terms of this section.

  Your failure to cooperate with the Plan is considered a breach of contract. As such, the Plan has the right to terminate your Benefits, deny future Benefits, take legal action against you, and/or set off from any future Benefits the value of Benefits the Plan has paid relating to any Sickness or Injury alleged to have been caused or caused by any third party to the extent not recovered by the Plan due to you or your representative not cooperating with the Plan. If the Plan incurs attorneys' fees and costs in order to collect third party settlement funds held by you or your representative, the Plan has the right to recover those fees and costs from you. You will also be required to pay interest on any amounts you hold which should have been returned to the Plan.

- The Plan has a first priority right to receive payment on any claim against any third party before you receive payment from that third party. Further, the Plan's first priority right to payment is superior to any and all claims, debts or liens asserted by any medical providers, including but not limited to hospitals or emergency treatment facilities, that assert a right to payment from funds payable from or recovered from an allegedly responsible third party and/or insurance carrier.

- The Plan's subrogation and reimbursement rights apply to full and partial settlements, judgments, or other recoveries paid or payable to you or your representative, your estate, your heirs and beneficiaries, no matter how those proceeds are captioned or characterized. Payments include, but are not limited to, economic, non-economic, pecuniary, consortium and punitive damages. The Plan is not required to help you to pursue your claim for damages or personal injuries and no amount of associated costs, including attorneys' fees, shall be deducted from the Plan's recovery without the Plan's express written consent. No so-called "Fund Doctrine" or "Common Fund Doctrine" or "Attorney's Fund Doctrine" shall defeat this right.

■ Regardless of whether you have been fully compensated or made whole, the Plan may collect from you the proceeds of any full or partial recovery that you or your legal representative obtain, whether in the form of a settlement (either before or after any determination of liability) or judgment, no matter how those proceeds are captioned or characterized. Proceeds from which the Plan may collect include, but are not limited to, economic, non-economic, and punitive damages. No "collateral source" rule, any "Made-Whole Doctrine" or "Make-Whole Doctrine," claim of unjust enrichment, nor any other equitable limitation shall limit the Plan's subrogation and reimbursement rights.

■ Benefits paid by the Plan may also be considered to be Benefits advanced.

■ If you receive any payment from any party as a result of Sickness or Injury, and the Plan alleges some or all of those funds are due and owed to the Plan, you and/or your representative shall hold those funds in trust, either in a separate bank account in your name or in your representative's trust account.

■ By participating in and accepting Benefits from the Plan, you agree that (i) any amounts recovered by you from any third party shall constitute Plan assets to the extent of the amount of Plan Benefits provided on behalf of the Covered Person, (ii) you and your representative shall be fiduciaries of the Plan (within the meaning of ERISA) with respect to such amounts, and (iii) you shall be liable for and agree to pay any costs and fees (including reasonable attorney fees) incurred by the Plan to enforce its reimbursement rights.

■ The Plan's rights to recovery will not be reduced due to your own negligence.

■ By participating in and accepting Benefits from the Plan, you agree to assign to the Plan any Benefits, claims or rights of recovery you have under any automobile policy - including no-fault Benefits, PIP Benefits and/or medical payment Benefits - other coverage or against any third party, to the full extent of the Benefits the Plan has paid for the Sickness or Injury.  By agreeing to provide this assignment in exchange for participating in and accepting Benefits, you acknowledge and recognize the Plan's right to assert, pursue and recover on any such claim, whether or not you choose to pursue the claim, and you agree to this assignment voluntarily. .

■ The Plan may, at its option, take necessary and appropriate action to preserve its rights under these provisions, including but not limited to, providing or exchanging medical payment information with an insurer, the insurer's legal representative or other third party; filing an ERISA reimbursement lawsuit to recover the full amount of medical Benefits you receive for the Sickness or Injury out of any settlement, judgment or other recovery from any third party considered responsible and filing suit in your name or your estate's name, which does not obligate the Plan in any way to pay you part of any recovery the Plan might obtain. Any ERISA reimbursement lawsuit stemming from a refusal to refund Benefits as required under the terms of the Plan is governed by a six-year statute of limitations.

■ You may not accept any settlement that does not fully reimburse the Plan, without its written approval.

■ The Plan has the authority and discretion to resolve all disputes regarding the interpretation of the language stated herein.

■ In the case of your death, giving rise to any wrongful death or survival claim, the provisions of this section apply to your estate, the personal representative of your estate, and your heirs or beneficiaries. In the case of your death the Plan's right of reimbursement and right of subrogation shall apply if a claim can be brought on behalf of you or your estate that can include a claim for past medical expenses or damages. The obligation to reimburse the Plan is not extinguished by a release of claims or settlement agreement of any kind.

■ No allocation of damages, settlement funds or any other recovery, by you, your estate, the personal representative of your estate, your heirs, your beneficiaries or any other person or party, shall be valid if it does not reimburse the Plan for 100% of its interest unless the Plan provides written consent to the allocation.

■ The provisions of this section apply to the parents, guardian, or other representative of a Dependent child who incurs a Sickness or Injury caused by any third party. If a parent or guardian may bring a claim for damages arising out of a minor's Sickness or Injury, the terms of this subrogation and reimbursement clause shall apply to that claim.

■ If any third party causes or is alleged to have caused you to suffer a Sickness or Injury while you are covered under this Plan, the provisions of this section continue to apply, even after you are no longer covered.

■ In the event that you do not abide by the terms of the Plan pertaining to reimbursement, the Plan may terminate Benefits to you, your dependents or the employee, deny future Benefits, take legal action against you, and/or set off from any future Benefits the value of Benefits the Plan has paid relating to any Sickness or Injury alleged to have been caused or caused by any third party to the extent not recovered by the Plan due to your failure to abide by the terms of the Plan. If the Plan incurs attorneys' fees and costs in order to collect third party settlement funds held by you or your representative, the Plan has the right to recover those fees and costs from you. You will also be required to pay interest on any amounts you hold which should have been returned to the Plan.

■ The Plan and all Administrators administering the terms and conditions of the Plan's subrogation and reimbursement rights have such powers and duties as are necessary to discharge its duties and functions, including the exercise of its discretionary authority to (1) construe and enforce the terms of the Plan's subrogation and reimbursement rights and (2) make determinations with respect to the subrogation amounts and reimbursements owed to the Plan.

## Right of Recovery

The Plan also has the right to recover Benefits it has paid on you or your Dependent's behalf that were:

■ Made in error.

■ Due to a mistake in fact.

■ Advanced during the time period of meeting the calendar year Deductible.

■ Advanced during the time period of meeting the Out-of-Pocket Maximum for the calendar year.

Benefits paid because you or your Dependent misrepresented facts are also subject to recovery.

If the Plan provides a Benefit for you or your Dependent that exceeds the amount that should have been paid, the Plan will:

■    Require that the overpayment be returned when requested.

■    Reduce a future Benefit payment for you or your Dependent by the amount of the overpayment.

If the Plan provides an advancement of Benefits to you or your Dependent during the time period of meeting the Deductible and/or meeting the Out-of-Pocket Maximum for the calendar year, the Plan will send you or your Dependent a monthly statement identifying the amount you owe with payment instructions. The Plan has the right to recover Benefits it has advanced by:

■    Submitting a reminder letter to you or a covered Dependent that details any outstanding balance owed to the Plan.

■    Conducting courtesy calls to you or a covered Dependent to discuss any outstanding balance owed to the Plan.

## SECTION 12 - WHEN COVERAGE ENDS

> **What this section includes:**
> ■ Circumstances that cause coverage to end.
>
> ■ How to continue coverage after it ends.

Your entitlement to Benefits automatically ends on the date that coverage ends, even if you are hospitalized or are otherwise receiving medical treatment on that date.

When your coverage ends, Sonoco Products Company will still pay claims for Covered Health Services that you received before your coverage ended. However, once your coverage ends, Benefits are not provided for health services that you receive after coverage ended, even if the underlying medical condition occurred before your coverage ended.

Your coverage under the Plan will end on the earliest of:

■ The last day of the month your employment with the Company ends.

■ The date the Plan ends.

■ The last day of the month you stop making the required contributions.

■ The last day of the month you are no longer eligible.

■ The last day of the month UnitedHealthcare receives written notice from Sonoco Products Company to end your coverage, or the date requested in the notice, if later.

■ The last day of the month you retire or are pensioned under the Plan, unless specific coverage is available for retired or pensioned persons and you are eligible for that coverage.

Coverage for your eligible Dependents will end on the earliest of:

■ The date your coverage ends.

■ The last day of the month you stop making the required contributions.

■ The last day of the month UnitedHealthcare receives written notice from Sonoco Products Company to end your coverage, or the date requested in the notice, if later.

■ The last day of the month your Dependents no longer qualify as Dependents under this Plan.

### Other Events Ending Your Coverage

The Plan will provide at least thirty days' prior written notice to you that your coverage will end on the date identified in the notice if you commit an act, practice, or omission that constituted fraud, or an intentional misrepresentation of a material fact including, but not limited to, false information relating to another person's eligibility or status as a Dependent. You may appeal this decision during the 30-day notice period. The notice will contain information on how to pursue your appeal.

**Note:** If UnitedHealthcare and Sonoco Products Company find that you have performed an act, practice, or omission that constitutes fraud, or have made an intentional misrepresentation of material fact Sonoco Products Company has the right to demand that you pay back all Benefits Sonoco Products Company paid to you, or paid in your name, during the time you were incorrectly covered under the Plan.

## Coverage for a Disabled Child

If an unmarried enrolled Dependent child with a mental or physical disability reaches an age when coverage would otherwise end, the Plan will continue to cover the child, as long as:

■   The child is unable to be self-supporting due to a mental or physical handicap or disability.

■   The child depends mainly on you for support.

■   You provide to Sonoco Products Company proof of the child's incapacity and dependency within 31 days of the date coverage would have otherwise ended because the child reached a certain age.

■   You provide proof, upon Sonoco Products Company's request, that the child continues to meet these conditions.

The proof might include medical examinations at Sonoco Products Company's expense. However, you will not be asked for this information more than once a year. If you do not supply such proof within 60 days, the Plan will no longer pay Benefits for that child.

Coverage will continue, as long as the enrolled Dependent is incapacitated and dependent upon you, unless coverage is otherwise terminated in accordance with the terms of the Plan.

## Continuing Coverage Through COBRA

If you lose your Plan coverage, you may have the right to extend it under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), as defined in Section 14, *Glossary.*

Continuation coverage under COBRA is available only to Plans that are subject to the terms of COBRA. You can contact your Plan Administrator to determine if Sonoco Products Company is subject to the provisions of COBRA.

### *Continuation Coverage under Federal Law (COBRA)*

Much of the language in this section comes from the federal law that governs continuation coverage. You should call your Plan Administrator if you have questions about your right to continue coverage.

In order to be eligible for continuation coverage under federal law, you must meet the definition of a "Qualified Beneficiary". A Qualified Beneficiary is any of the following persons who were covered under the Plan on the day before a qualifying event:

■   An Employee.

■    An Employee's enrolled Dependent, including with respect to the Employee's children, a child born to or placed for adoption with the Employee during a period of continuation coverage under federal law.

■    An Employee's former Spouse.

### Qualifying Events for Continuation Coverage under COBRA

The following table outlines situations in which you may elect to continue coverage under COBRA for yourself and your Dependents, and the maximum length of time you can receive continued coverage. These situations are considered qualifying events.

| If Coverage Ends Because of the Following Qualifying Events: | You May Elect COBRA: | | |
|---|---|---|---|
| | For Yourself | For Your Spouse | For Your Child(ren) |
| Your work hours are reduced | 18 months | 18 months | 18 months |
| Your employment terminates for any reason (other than gross misconduct) | 18 months | 18 months | 18 months |
| You or your family member become eligible for Social Security disability benefits at any time within the first 60 days of losing coverage[1] | 29 months | 29 months | 29 months |
| You die | N/A | 36 months | 36 months |
| You divorce (or legally separate) | N/A | 36 months | 36 months |
| Your child is no longer an eligible family member (e.g., reaches the maximum age limit) | N/A | N/A | 36 months |
| You become entitled to Medicare | N/A | See table below | See table below |
| Sonoco Products Company files for bankruptcy under Title 11, United States Code.[2] | 36 months | 36 months[3] | 36 months[3] |

[1]Subject to the following conditions: (i) notice of the disability must be provided within the latest of 60 days after a). the determination of the disability, b). the date of the qualifying event, c). the date the Qualified Beneficiary would lose coverage under the Plan, and in no event later than the end of the first 18 months; (ii) the Qualified Beneficiary must agree to pay any increase in the required premium for the additional 11 months over the original 18 months; and (iii) if the Qualified Beneficiary entitled to the 11 months of coverage has non-disabled family members who are also Qualified Beneficiaries, then those non-disabled Qualified Beneficiaries are also entitled to the additional 11 months of continuation coverage. Notice of any final determination that the Qualified Beneficiary is no longer disabled must be provided within 30 days of such determination. Thereafter, continuation coverage may be terminated on the first day of the month that begins more than 30 days after the date of that determination.

[2]This is a qualifying event for any retired Employee and his or her enrolled Dependents if there is a substantial elimination of coverage within one year before or after the date the bankruptcy was filed.

[3]From the date of the Employee's death if the Employee dies during the continuation coverage.

## How Your Medicare Eligibility Affects Dependent COBRA Coverage

The table below outlines how your Dependents' COBRA coverage is impacted if you become entitled to Medicare.

| If Dependent Coverage Ends When: | You May Elect COBRA Dependent Coverage For Up To: |
|---|---|
| You become entitled to Medicare and don't experience any additional qualifying events | 18 months |
| You become entitled to Medicare, after which you experience a second qualifying event* before the initial 18-month period expires | 36 months |
| You experience a qualifying event*, after which you become entitled to Medicare before the initial 18-month period expires; and, if absent this initial qualifying event, your Medicare entitlement would have resulted in loss of Dependent coverage under the Plan | 36 months |

* Your work hours are reduced or your employment is terminated for reasons other than gross misconduct.

## Getting Started

You will be notified by mail if you become eligible for COBRA coverage as a result of a reduction in work hours or termination of employment. The notification will give you instructions for electing COBRA coverage, and advise you of the monthly cost. Your monthly cost is the full cost, including both Employee and Employer costs, plus a 2% administrative fee or other cost as permitted by law.

You will have up to 60 days from the date you receive notification or 60 days from the date your coverage ends to elect COBRA coverage, whichever is later. You will then have an

additional 45 days to pay the cost of your COBRA coverage, retroactive to the date your Plan coverage ended.

During the 60-day election period, the Plan will, only in response to a request from a provider, inform that provider of your right to elect COBRA coverage, retroactive to the date your COBRA eligibility began.

While you are a participant in the medical Plan under COBRA, you have the right to change your coverage election:

■   During Open Enrollment.

■   Following a change in family status, as described under *Changing Your Coverage* in Section 2*, Introduction*.

### Notification Requirements

If your covered Dependents lose coverage due to divorce, legal separation, or loss of Dependent status, you or your Dependents must notify the Plan Administrator within 60 days of the latest of:

■   The date of the divorce, legal separation or an enrolled Dependent's loss of eligibility as an enrolled Dependent.

■   The date your enrolled Dependent would lose coverage under the Plan.

■   The date on which you or your enrolled Dependent are informed of your obligation to provide notice and the procedures for providing such notice.

You or your Dependents must also notify the Plan Administrator when a qualifying event occurs that will extend continuation coverage.

If you or your Dependents fail to notify the Plan Administrator of these events within the 60 day period, the Plan Administrator is not obligated to provide continued coverage to the affected Qualified Beneficiary. If you are continuing coverage under federal law, you must notify the Plan Administrator within 60 days of the birth or adoption of a child.

Once you have notified the Plan Administrator, you will then be notified by mail of your election rights under COBRA.

### Notification Requirements for Disability Determination

If you extend your COBRA coverage beyond 18 months because you are eligible for disability benefits from Social Security, you must provide the Sonoco Benefit Center with notice of the Social Security Administration's determination within 60 days after you receive that determination, and before the end of your initial 18-month continuation period.

The notice requirements will be satisfied by providing written notice to the Plan Administrator at the address stated in Section 15, *Important Administrative Information: ERISA*. The contents of the notice must be such that the Plan Administrator is able to determine the covered Employee and qualified beneficiary(ies), the qualifying event or disability, and the date on which the qualifying event occurred.

*Trade Act of 2002*

The Trade Act of 2002 amended COBRA to provide for a special second 60-day COBRA election period for certain Employees who have experienced a termination or reduction of hours and who lose group health plan coverage as a result. The special second COBRA election period is available only to a very limited group of individuals: generally, those who are receiving trade adjustment assistance (TAA) or 'alternative trade adjustment assistance' under a federal law called the Trade Act of 1974. These Employees are entitled to a second opportunity to elect COBRA coverage for themselves and certain family members (if they did not already elect COBRA coverage), but only within a limited period of 60 days from the first day of the month when an individual begins receiving TAA (or would be eligible to receive TAA but for the requirement that unemployment benefits be exhausted) and only during the six months immediately after their group health plan coverage ended.

If an Employee qualifies or may qualify for assistance under the Trade Act of 1974, he or she should contact the Plan Administrator for additional information. The Employee must contact the Plan Administrator promptly after qualifying for assistance under the Trade Act of 1974 or the Employee will lose his or her special COBRA rights. COBRA coverage elected during the special second election period is not retroactive to the date that Plan coverage was lost, but begins on the first day of the special second election period.

## When COBRA Ends

COBRA coverage will end before the maximum continuation period, on the earliest of the following dates:

■   The date, after electing continuation coverage, that coverage is first obtained under any other group health plan.

■   The date, after electing continuation coverage, that you or your covered Dependent first becomes entitled to Medicare.

■   The date coverage ends for failure to make the first required premium payment (premium is not paid within 45 days).

■   The date coverage ends for failure to make any other monthly premium payment (premium is not paid within 30 days of its due date).

■   The date the entire Plan ends.

■   The date coverage would otherwise terminate under the Plan as described in the beginning of this section.

*Note*: If you selected continuation coverage under a prior plan which was then replaced by coverage under this Plan, continuation coverage will end as scheduled under the prior plan or in accordance with the terminating events listed in this section, whichever is earlier.

## Uniformed Services Employment and Reemployment Rights Act

An Employee who is absent from employment for more than 30 days by reason of service in the Uniformed Services may elect to continue Plan coverage for the Employee and the Employee's Dependents in accordance with the Uniformed Services Employment and Reemployment Rights Act of 1994, as amended (USERRA).

The terms "Uniformed Services" or "Military Service" mean the Armed Forces, the Army National Guard and the Air National Guard when engaged in active duty for training, inactive duty training, or full-time National Guard duty, the commissioned corps of the Public Health Service, and any other category of persons designated by the President in time of war or national emergency.

If qualified to continue coverage pursuant to the USERRA, Employees may elect to continue coverage under the Plan by notifying the Plan Administrator in advance, and providing payment of any required contribution for the health coverage. This may include the amount the Plan Administrator normally pays on an Employee's behalf. If an Employee's Military Service is for a period of time less than 31 days, the Employee may not be required to pay more than the regular contribution amount, if any, for continuation of health coverage.

An Employee may continue Plan coverage under USERRA for up to the lesser of:

■ The 24 month period beginning on the date of the Employee's absence from work.

■ The day after the date on which the Employee fails to apply for, or return to, a position of employment.

Regardless of whether an Employee continues health coverage, if the Employee returns to a position of employment, the Employee's health coverage and that of the Employee's eligible Dependents will be reinstated under the Plan. No exclusions or waiting period may be imposed on an Employee or the Employee's eligible Dependents in connection with this reinstatement, unless a Sickness or Injury is determined by the Secretary of Veterans Affairs to have been incurred in, or aggravated during, the performance of military service.

You should call the Plan Administrator if you have questions about your rights to continue health coverage under USERRA.

## SECTION 13 - OTHER IMPORTANT INFORMATION

**What this section includes:**
- Court-ordered Benefits for Dependent children.

- Your relationship with UnitedHealthcare and Sonoco Products Company.

- Relationships with providers.

- Interpretation of Benefits.

- Information and records.

- Incentives to providers and you.

- The future of the Plan.

- How to access the official Plan documents.

### Qualified Medical Child Support Orders (QMCSOs)

A qualified medical child support order (QMCSO) is a judgment, decree or order issued by a court or appropriate state agency that requires a child to be covered for medical benefits. Generally, a QMCSO is issued as part of a paternity, divorce, or other child support settlement.

If the Plan receives a medical child support order for your child that instructs the Plan to cover the child, the Plan Administrator will review it to determine if it meets the requirements for a QMCSO. If it determines that it does, your child will be enrolled in the Plan as your Dependent, and the Plan will be required to pay Benefits as directed by the order.

You may obtain, without charge, a copy of the procedures governing QMCSOs from the Plan Administrator.

***Note:*** A National Medical Support Notice will be recognized as a QMCSO if it meets the requirements of a QMCSO.

### Your Relationship with UnitedHealthcare and Sonoco Products Company

In order to make choices about your health care coverage and treatment, Sonoco Products Company believes that it is important for you to understand how UnitedHealthcare interacts with the Plan Sponsor's benefit Plan and how it may affect you. UnitedHealthcare helps administer the Plan Sponsor's benefit plan in which you are enrolled. UnitedHealthcare does not provide medical services or make treatment decisions. This means:

- UnitedHealthcare communicates to you decisions about whether the Plan will cover or pay for the health care that you may receive. The Plan pays for Covered Health Services, which are more fully described in this SPD.

- The Plan may not pay for all treatments you or your Physician may believe are necessary. If the Plan does not pay, you will be responsible for the cost.

Sonoco Products Company and UnitedHealthcare may use individually identifiable information about you to identify for you (and you alone) procedures, products or services that you may find valuable. Sonoco Products Company and UnitedHealthcare will use individually identifiable information about you as permitted or required by law, including in operations and in research. Sonoco Products Company and UnitedHealthcare will use de-identified data for commercial purposes including research.

## Relationship with Providers

The relationships between Sonoco Products Company, UnitedHealthcare and Network providers are solely contractual relationships between independent contractors. Network providers are not Sonoco Products Company's agents or employees, nor are they agents or employees of UnitedHealthcare. Sonoco Products Company and any of its employees are not agents or employees of Network providers, nor are UnitedHealthcare and any of its employees agents or employees of Network providers.

Sonoco Products Company and UnitedHealthcare do not provide health care services or supplies, nor do they practice medicine. Instead, Sonoco Products Company and UnitedHealthcare arrange for health care providers to participate in a Network and pay Benefits. Network providers are independent practitioners who run their own offices and facilities. UnitedHealthcare's credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided. They are not Sonoco Products Company's employees nor are they employees of UnitedHealthcare. Sonoco Products Company and UnitedHealthcare do not have any other relationship with Network providers such as principal-agent or joint venture. Sonoco Products Company and UnitedHealthcare are not liable for any act or omission of any provider.

UnitedHealthcare is not considered to be an employer of the Plan Administrator for any purpose with respect to the administration or provision of benefits under this Plan.

Sonoco Products Company is solely responsible for:

- Enrollment and classification changes (including classification changes resulting in your enrollment or the termination of your coverage).
- The timely payment of the service fee to UnitedHealthcare.
- The funding of Benefits on a timely basis.
- Notifying you of the termination or modifications to the Plan.

## Your Relationship with Providers

The relationship between you and any provider is that of provider and patient. You:

- Are responsible for choosing your own provider.
- Are responsible for paying, directly to your provider, any amount identified as a member responsibility, including Copayments, Coinsurance, any annual deductible and any amount that exceeds Eligible Expenses.

■    Are responsible for paying, directly to your provider, the cost of any non-Covered Health Service.

■    Must decide if any provider treating you is right for you (this includes Network providers you choose and providers to whom you have been referred).

■    Must decide with your provider what care you should receive.

Your provider is solely responsible for the quality of the services provided to you.

The relationship between you and Sonoco Products Company is that of employer and employee, Dependent or other classification as defined in this SPD.

## Interpretation of Benefits

Sonoco Products Company and UnitedHealthcare have the sole and exclusive discretion to:

■    Interpret Benefits under the Plan.

■    Interpret the other terms, conditions, limitations and exclusions of the Plan, including this SPD and any Summary of Material Modifications and/or Amendments.

■    Make factual determinations related to the Plan and its Benefits.

Sonoco Products Company and UnitedHealthcare may delegate this discretionary authority to other persons or entities that provide services in regard to the administration of the Plan.

In certain circumstances, for purposes of overall cost savings or efficiency, Sonoco Products Company may, in its discretion, offer Benefits for services that would otherwise not be Covered Health Services. The fact that Sonoco Products Company does so in any particular case shall not in any way be deemed to require Sonoco Products Company to do so in other similar cases.

## Information and Records

Sonoco Products Company and UnitedHealthcare may use your individually identifiable health information to administer the Plan and pay claims, to identify procedures, products, or services that you may find valuable, and as otherwise permitted or required by law. Sonoco Products Company and UnitedHealthcare may request additional information from you to decide your claim for Benefits. Sonoco Products Company and UnitedHealthcare will keep this information confidential. Sonoco Products Company and UnitedHealthcare may also use your de-identified data for commercial purposes, including research, as permitted by law.

By accepting Benefits under the Plan, you authorize and direct any person or institution that has provided services to you to furnish Sonoco Products Company and UnitedHealthcare with all information or copies of records relating to the services provided to you. Sonoco Products Company and UnitedHealthcare have the right to request this information at any reasonable time. This applies to all Covered Persons, including enrolled Dependents whether or not they have signed the Employee's enrollment form. Sonoco Products Company and UnitedHealthcare agree that such information and records will be considered confidential.

Sonoco Products Company and UnitedHealthcare have the right to release any and all records concerning health care services which are necessary to implement and administer the terms of the Plan, for appropriate medical review or quality assessment, or as Sonoco Products Company is required to do by law or regulation. During and after the term of the Plan, Sonoco Products Company and UnitedHealthcare and its related entities may use and transfer the information gathered under the Plan in a de-identified format for commercial purposes, including research and analytic purposes.

For complete listings of your medical records or billing statements Sonoco Products Company recommends that you contact your health care provider. Providers may charge you reasonable fees to cover their costs for providing records or completing requested forms.

If you request medical forms or records from UnitedHealthcare, they also may charge you reasonable fees to cover costs for completing the forms or providing the records.

In some cases, Sonoco Products Company and UnitedHealthcare will designate other persons or entities to request records or information from or related to you, and to release those records as necessary. UnitedHealthcare's designees have the same rights to this information as does the Plan Administrator.

## Incentives to Providers

Network providers may be provided financial incentives by UnitedHealthcare to promote the delivery of health care in a cost efficient and effective manner. These financial incentives are not intended to affect your access to health care.

Examples of financial incentives for Network providers are:

■ Bonuses for performance based on factors that may include quality, member satisfaction, and/or cost-effectiveness.

■ A practice called capitation which is when a group of Network providers receives a monthly payment from UnitedHealthcare for each Covered Person who selects a Network provider within the group to perform or coordinate certain health services. The Network providers receive this monthly payment regardless of whether the cost of providing or arranging to provide the Covered Person's health care is less than or more than the payment.

If you have any questions regarding financial incentives you may contact the telephone number on your ID card. You can ask whether your Network provider is paid by any financial incentive, including those listed above; however, the specific terms of the contract, including rates of payment, are confidential and cannot be disclosed. In addition, you may choose to discuss these financial incentives with your Network provider.

## Incentives to You

Sometimes you may be offered coupons or other incentives to encourage you to participate in various wellness programs or certain disease management programs, surveys, discount programs and/or programs to seek care in a more cost effective setting and/or from Designated Providers. In some instances, these programs may be offered in combination

with a non-UnitedHealthcare entity. The decision about whether or not to participate is yours alone but Sonoco Products Company recommends that you discuss participating in such programs with your Physician. These incentives are not Benefits and do not alter or affect your Benefits. You may call the number on the back of your ID card if you have any questions. Additional information may be found in Section 7, *Clinical Programs and Resources*.

## Workers' Compensation Not Affected

Benefits provided under the Plan do not substitute for and do not affect any requirements for coverage by workers' compensation insurance.

## Future of the Plan

Although the Company expects to continue the Plan indefinitely, it reserves the right to discontinue, alter or modify the Plan in whole or in part, at any time and for any reason, at its sole determination.

The Company's decision to terminate or amend a Plan may be due to changes in federal or state laws governing employee benefits, the requirements of the Internal Revenue Code or Employee Retirement Income Security Act of 1974 (ERISA) or any other reason. A plan change may transfer plan assets and debts to another plan or split a plan into two or more parts. If the Company does change or terminate a plan, it may decide to set up a different plan providing similar or different benefits.

If this Plan is terminated, Covered Persons will not have the right to any other Benefits from the Plan, other than for those claims incurred prior to the date of termination, or as otherwise provided under the Plan. In addition, if the Plan is amended, Covered Persons may be subject to altered coverage and Benefits.

The amount and form of any final benefit you receive will depend on any Plan document or contract provisions affecting the Plan and Company decisions. After all Benefits have been paid and other requirements of the law have been met, certain remaining Plan assets will be turned over to the Company and others as may be required by any applicable law.

## Plan Document

This Summary Plan Description (SPD) represents an overview of your Benefits. In the event there is a discrepancy between the SPD and the official plan document, the plan document will govern. A copy of the plan document is available for your inspection during regular business hours in the office of the Plan Administrator. You (or your personal representative) may obtain a copy of this document by written request to the Plan Administrator, for a nominal charge.

## Review and Determine Benefits in Accordance with UnitedHealthcare Reimbursement Policies

UnitedHealthcare develops its reimbursement policy guidelines, in its sole discretion, in accordance with one or more of the following methodologies:

■    As indicated in the most recent edition of the Current Procedural Terminology (CPT), a publication of the American Medical Association, and/or the *Centers for Medicare and Medicaid Services (CMS)*.

■    As reported by generally recognized professionals or publications.

■    As used for Medicare.

■    As determined by medical staff and outside medical consultants pursuant to other appropriate sources or determinations that UnitedHealthcare accepts.

Following evaluation and validation of certain provider billings (e.g., error, abuse and fraud reviews), UnitedHealthcare's reimbursement policies are applied to provider billings. UnitedHealthcare shares its reimbursement policies with Physicians and other providers in UnitedHealthcare's Network through UnitedHealthcare's provider website. Network Physicians and providers may not bill you for the difference between their contract rate (as may be modified by UnitedHealthcare's reimbursement policies) and the billed charge. However, non-Network providers are not subject to this prohibition, and may bill you for any amounts the Plan does not pay, including amounts that are denied because one of UnitedHealthcare's reimbursement policies does not reimburse (in whole or in part) for the service billed. You may obtain copies of UnitedHealthcare's reimbursement policies for yourself or to share with your non-Network Physician or provider by going to www.myuhc.com or by calling the telephone number on your ID card.

UnitedHealthcare may apply a reimbursement methodology established by *OptumInsight* and/or a third party vendor, which is based on *CMS* coding principles, to determine appropriate reimbursement levels for Emergency Health Services. The methodology is usually based on elements reflecting the patient complexity, direct costs, and indirect costs of an Emergency Health Service. If the methodology(ies) currently in use become no longer available, UnitedHealthcare will use a comparable methodology(ies). UnitedHealthcare and *OptumInsight* are related companies through common ownership by *UnitedHealth Group*. Refer to UnitedHealthcare's website at **www.myuhc.com** for information regarding the vendor that provides the applicable methodology.

## SECTION 14 - GLOSSARY

> **What this section includes:**
> ■  Definitions of terms used throughout this SPD.

Many of the terms used throughout this SPD may be unfamiliar to you or have a specific meaning with regard to the way the Plan is administered and how Benefits are paid. This section defines terms used throughout this SPD, but it does not describe the Benefits provided by the Plan.

**Addendum** - any attached written description of additional or revised provisions to the Plan. The benefits and exclusions of this SPD and any amendments thereto shall apply to the Addendum except that in the case of any conflict between the Addendum and SPD and/or Amendments to the SPD, the Addendum shall be controlling.

**Alternate Facility** - a health care facility that is not a Hospital and that provides one or more of the following services on an outpatient basis, as permitted by law:

■  Surgical services.

■  Emergency Health Services.

■  Rehabilitative, laboratory, diagnostic or therapeutic services.

An Alternate Facility may also provide Mental Health Services or Substance-Related and Addictive Disorders Services on an outpatient basis or inpatient basis (for example a Residential Treatment Facility).

**Amendment** - any attached written description of additional or alternative provisions to the Plan. Amendments are effective only when distributed by the Plan Sponsor or the Plan Administrator. Amendments are subject to all conditions, limitations and exclusions of the Plan, except for those that the amendment is specifically changing.

**Annual Deductible (or Deductible)** - the amount you must pay for Covered Health Services in a calendar year before the Plan will begin paying Benefits in that calendar year. The Deductible is shown in the first table in Section 5, *Plan Highlights*.

**Autism Spectrum Disorder** - a condition marked by enduring problems communicating and interacting with others, along with restricted and repetitive behavior, interests or activities.

**Benefits** - Plan payments for Covered Health Services, subject to the terms and conditions of the Plan and any Addendums and/or Amendments.

**Cancer Resource Services (CRS)** - a program administered by UnitedHealthcare or its affiliates made available to you by Sonoco Products Company. The CRS program provides:

■  Specialized consulting services, on a limited basis, to Employees and enrolled Dependents with cancer.

■  Access to cancer centers with expertise in treating the most rare or complex cancers.

■  Education to help patients understand their cancer and make informed decisions about their care and course of treatment.

**Cellular Therapy** - administration of living whole cells into a patient for the treatment of disease.

**CHD** - see Congenital Heart Disease (CHD).

**Claims Administrator** - UnitedHealthcare (also known as United Healthcare Services, Inc.) and its affiliates, who provide certain claim administration services for the Plan.

**Clinical Trial** - a scientific study designed to identify new health services that improve health outcomes. In a Clinical Trial, two or more treatments are compared to each other and the patient is not allowed to choose which treatment will be received.

**COBRA** - see Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA).

**Coinsurance** - the charge, stated as a percentage of Eligible Expenses, that you are required to pay for certain Covered Health Services as described in Section 3, *How the Plan Works*.

**Company** - Sonoco Products Company.

**Complications of Pregnancy** - a condition suffered by a Dependent child that requires medical treatment before or after Pregnancy ends.

**Congenital Anomaly** - a physical developmental defect that is present at birth and is identified within the first twelve months of birth.

**Congenital Heart Disease (CHD)** - any structural heart problem or abnormality that has been present since birth. Congenital heart defects may:

■  Be passed from a parent to a child (inherited).

■  Develop in the fetus of a woman who has an infection or is exposed to radiation or other toxic substances during her Pregnancy.

■  Have no known cause.

**Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA)** - a federal law that requires employers to offer continued health insurance coverage to certain employees and their dependents whose group health insurance has been terminated.

**Copayment (or Copay)** - the charge, stated as a set dollar amount, that you are required to pay for certain Covered Health Services as described in Section 3, *How the Plan Works*.

Please note that for Covered Health Services, you are responsible for paying the lesser of the following:

■    The applicable Copayment.

■    The Eligible Expense.

**Cosmetic Procedures** - procedures or services that change or improve appearance without significantly improving physiological function, as determined by the Claims Administrator. Reshaping a nose with a prominent bump is a good example of a Cosmetic Procedure because appearance would be improved, but there would be no improvement in function like breathing.

**Cost-Effective** - the least expensive equipment that performs the necessary function. This term applies to Durable Medical Equipment and prosthetic devices.

**Covered Health Services** - those health services, including services, supplies or Pharmaceutical Products, which the Claims Administrator determines to be:

■    Provided for the purpose of preventing, evaluating, diagnosing or treating a Sickness, Injury, Mental Illness, substance-related and addictive disorders, condition, disease or its symptoms.

■    Medically Necessary.

■    Described as a Covered Health Service in this SPD under Section 5 (see Appendix A, Medical Plan Highlights), *Plan Highlights* and 6, *Additional Coverage Details.*

■    Provided to a Covered Person who meets the Plan's eligibility requirements, as described under *Eligibility* in Section 2, *Introduction.*

■    Not otherwise excluded in this SPD under Section 8, *Exclusions and Limitations.*

**Covered Person** - either the Employee or an enrolled Dependent, but this term applies only while the person is enrolled and eligible for Benefits under the Plan. References to "you" and "your" throughout this SPD are references to a Covered Person.

**CRS** - see Cancer Resource Services (CRS).

**Custodial Care** - services that are any of the following:

■    Non-health-related services, such as assistance in activities of daily living (examples include feeding, dressing, bathing, transferring and ambulating).

■    Health-related services that are provided for the primary purpose of meeting the personal needs of the patient or maintaining a level of function (even if the specific services are considered to be skilled services), as opposed to improving that function to an extent that might allow for a more independent existence.

■    Services that do not require continued administration by trained medical personnel in order to be delivered safely and effectively.

**Deductible** - see Annual Deductible.

**Definitive Drug Test** - test to identify specific medications, illicit substances and metabolites and is qualitative or quantitative to identify possible use or non-use of a drug.

**Dependent** - an individual who meets the eligibility requirements specified in the Plan, as described under *Eligibility* in Section 2, *Introduction*. A Dependent does not include anyone who is also enrolled as an Employee. No one can be a Dependent of more than one Employee.

**Designated Provider** - a provider and/or facility that:

■    Has entered into an agreement with UnitedHealthcare, or with an organization contracting on UnitedHealthcare's behalf, to provide Covered Health Services for the treatment of specific diseases or conditions; or

■    UnitedHealthcare has identified through UnitedHealthcare's designation programs as a Designated Provider. Such designation may apply to specific treatments, conditions and/or procedures.

A Designated Provider may or may not be located within your geographic area. Not all Network Hospitals or Network Physicians are Designated Providers.

You can find out if your provider is a Designated Provider by contacting UnitedHealthcare at www.myuhc.com or the telephone number on your ID card.

**DME** - see Durable Medical Equipment (DME).

**Domiciliary Care** - living arrangements designed to meet the needs of people who cannot live independently but do not require Skilled Nursing Facility services.

**Durable Medical Equipment (DME)** - medical equipment that is all of the following:

■    Is used to serve a medical purpose with respect to treatment of a Sickness, Injury or their symptoms.

■    Is not disposable.

■    Is generally not useful to a person in the absence of a Sickness, Injury or their symptoms.

■    Can withstand repeated use.

■    Is not implantable within the body.

■    Is appropriate for use, and is primarily used, within the home.

**Eligible Expenses** - for Covered Health Services, incurred while the Plan is in effect, Eligible Expenses are determined by UnitedHealthcare as stated below and as detailed in Section 3, *How the Plan Works*.

Eligible Expenses are determined solely in accordance with UnitedHealthcare's reimbursement policy guidelines. UnitedHealthcare develops the reimbursement policy guidelines, in UnitedHealthcare's discretion, following evaluation and validation of all provider billings in accordance with one or more of the following methodologies:

■ As indicated in the most recent edition of the Current Procedural Terminology (CPT), a publication of the American Medical Association, and/or the Centers for Medicare and Medicaid Services (CMS).

■ As reported by generally recognized professionals or publications.

■ As used for Medicare.

■ As determined by medical staff and outside medical consultants pursuant to other appropriate source or determination that UnitedHealthcare accept.

**Emergency** - a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) so that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in any of the following:

■ Placing the health of the Covered Person (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy.

■ Serious impairment to bodily functions.

■ Serious dysfunction of any bodily organ or part.

**Emergency Health Services** - **with respect to an Emergency, both of the following:**

■ A medical screening examination (as required under section *1867 of the Social Security Act, 42 U.S.C. 1395dd)* that is within the capability of the emergency department of a Hospital, including ancillary services routinely available to the emergency department to evaluate such Emergency.

■ Such further medical examination and treatment, to the extent they are within the capabilities of the staff and facilities available at the Hospital, as are required under section *1867 of the Social Security Act (42 U.S.C. 1395dd(e)(3)).*

**Employee** - a full-time Employee of the Employer who meets the eligibility requirements specified in the Plan, as described under *Eligibility* in Section 2, *Introduction.* An Employee must be on the Sonoco U.S. payroll.  For purposes of this SPD, the term Employee does not include individuals covered by a collective bargaining agreement who are employed at the Company's New Albany, Menasha, DePere, or Pardeeville locations.

**Employee Retirement Income Security Act of 1974 (ERISA)** – the federal legislation that regulates retirement and employee welfare benefit programs maintained by employers and unions.

**Employer** - Sonoco Products Company.

**EOB** - see Explanation of Benefits (EOB).

**ERISA** – see Employee Retirement Income Security Act of 1974 (ERISA).

**Experimental or Investigational Services** - medical, surgical, diagnostic, psychiatric, mental health, substance-related and addictive disorders or other health care services, technologies, supplies, treatments, procedures, drug therapies, medications or devices that, at

the time UnitedHealthcare and Sonoco Products Company make a determination regarding coverage in a particular case, are determined to be any of the following:

■   Not approved by the *U.S. Food and Drug Administration (FDA)* to be lawfully marketed for the proposed use and not identified in the *American Hospital Formulary Service* or the *United States Pharmacopoeia Dispensing Information* as appropriate for the proposed use.

■   Subject to review and approval by any institutional review board for the proposed use. (Devices which are *FDA* approved under the *Humanitarian Use Device* exemption are not considered to be Experimental or Investigational.)

■   The subject of an ongoing Clinical Trial that meets the definition of a Phase I, II or III Clinical Trial set forth in the *FDA* regulations, regardless of whether the trial is actually subject to *FDA* oversight.

Exceptions:

■   Clinical Trials for which Benefits are available as described under *Clinical Trials* in Section 6, *Additional Coverage Details*.

■   If you are not a participant in a qualifying Clinical Trial as described under Section 6, *Additional Coverage Details,* and have a Sickness or condition that is likely to cause death within one year of the request for treatment, the Claims Administrator and Sonoco Products Company may, at their discretion, consider an otherwise Experimental or Investigational Service to be a Covered Health Service for that Sickness or condition. Prior to such consideration, the Claims Administrator and Sonoco Products Company must determine that, although unproven, the service has significant potential as an effective treatment for that Sickness or condition.

**Explanation of Benefits (EOB)** - a statement provided by UnitedHealthcare to you, your Physician, or another health care professional that explains:

■   The Benefits provided (if any).

■   The allowable reimbursement amounts.

■   Deductibles.

■   Coinsurance.

■   Any other reductions taken.

■   The net amount paid by the Plan.

■   The reason(s) why the service or supply was not covered by the Plan.

**Gene Therapy** - therapeutic delivery of nucleic acid (DNA or RNA) into a patient's cells as a drug to treat a disease.

**Genetic Testing** - examination of blood or other tissue for chromosomal and DNA abnormalities and alterations, or other expressions of gene abnormalities that may indicate an increased risk for developing a specific disease or disorder.

**Health Statement(s)** - a single, integrated statement that summarizes EOB information by providing detailed content on account balances and claim activity.

**Home Health Agency** - a program or organization authorized by law to provide health care services in the home.

**Hospital** - an institution, operated as required by law and that meets both of the following:

■  It is primarily engaged in providing health services, on an inpatient basis, for the acute care and treatment of sick or injured individuals. Care is provided through medical, mental health, substance-related and addictive disorders, diagnostic and surgical facilities, by or under the supervision of a staff of Physicians.

■  It has 24-hour nursing services.

A Hospital is not primarily a place for rest, Custodial Care or care of the aged and is not a nursing home, convalescent home or similar institution.

**Injury** - bodily damage other than Sickness, including all related conditions and recurrent symptoms.

**Inpatient Rehabilitation Facility** - a long term acute rehabilitation center, a Hospital (or a special unit of a Hospital designated as an Inpatient Rehabilitation Facility) that provides rehabilitation services (including physical therapy, occupational therapy and/or speech therapy) on an inpatient basis, as authorized by law.

**Inpatient Stay** - an uninterrupted confinement, following formal admission to a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility.

**Intensive Behavioral Therapy (IBT**) – outpatient behavioral/educational services that aim to reinforce adaptive behaviors, reduce maladaptive behaviors and improve the mastery of functional age appropriate skills in people with Autism Spectrum Disorders. Examples include *Applied Behavior Analysis (ABA)*, *The Denver Model*, and *Relationship Development Intervention (RDI)*.

**Intensive Outpatient Treatment** - a structured outpatient mental health or substance-related and addictive disorders treatment program that may be free-standing or Hospital-based and provides services for at least three hours per day, two or more days per week.

**Intermittent Care** - skilled nursing care that is provided or needed either:

■  Fewer than seven days each week.

■  Fewer than eight hours each day for periods of 21 days or less.

Exceptions may be made in special circumstances when the need for additional care is finite and predictable.

**Kidney Resource Services (KRS)** - a program administered by UnitedHealthcare or its affiliates made available to you by Sonoco Products Company. The KRS program provides:

■ Specialized consulting services to Employees and enrolled Dependents with ESRD or chronic kidney disease.

■ Access to dialysis centers with expertise in treating kidney disease.

■ Guidance for the patient on the prescribed plan of care.

**Manipulative Treatment** - the therapeutic application of chiropractic and/or osteopathic manipulative treatment with or without ancillary physiologic treatment and/or rehabilitative methods rendered to restore/improve motion, reduce pain and improve function in the management of an identifiable neuromusculoskeletal condition.

**Medicaid** - a federal program administered and operated individually by participating state and territorial governments that provides medical benefits to eligible low-income people needing health care. The federal and state governments share the program's costs.

**Medically Necessary** – health care services that are all of the following as determined by the Claims Administrator or its designee, within the Claims Administrator's sole discretion. The services must be:

■ In accordance with Generally Accepted Standards of Medical Practice.

■ Clinically appropriate, in terms of type, frequency, extent, service site and duration, and considered effective for your Sickness, Injury, Mental Illness, substance-related and addictive disorders disease or its symptoms.

■ Not mainly for your convenience or that of your doctor or other health care provider.

■ Not more costly than an alternative drug, service(s), service site or supply that is at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of your Sickness, Injury, disease or symptoms.

*Generally Accepted Standards of Medical Practice* are standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, relying primarily on controlled clinical trials, or, if not available, observational studies from more than one institution that suggest a causal relationship between the service or treatment and health outcomes.

If no credible scientific evidence is available, then standards that are based on Physician specialty society recommendations or professional standards of care may be considered. The Claims Administrator reserves the right to consult expert opinion in determining whether health care services are Medically Necessary. The decision to apply Physician specialty society recommendations, the choice of expert and the determination of when to use any such expert opinion, shall be within the Claims Administrator's sole discretion.

The Claims Administrator develops and maintains clinical policies that describe the *Generally Accepted Standards of Medical Practice* scientific evidence, prevailing medical standards and clinical guidelines supporting its determinations regarding specific services. These clinical policies (as developed by the Claims Administrator and revised from time to time), are available to Covered Persons on **www.myuhc.com** or by calling the number on your ID card, and to Physicians and other health care professionals on **www. UHCprovider.com**.

**Medicare** - Parts A, B, C and D of the insurance program established by Title XVIII, *United States Social Security Act*, as amended by 42 U.S.C. Sections 1394, et seq. and as later amended.

**Mental Health Services** - Covered Health Services for the diagnosis and treatment of those mental health or psychiatric categories that are listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or the *Diagnostic and Statistical Manual of the American Psychiatric Association*. The fact that a condition is listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment for the condition is a Covered Health Service.

**Mental Health/Substance-Related and Addictive Disorders Services Disorders Administrator** - the organization or individual designated by Sonoco Products Company who provides or arranges Mental Health and Substance-Related and Addictive Disorders Services under the Plan.

**Mental Illness** – those mental health or psychiatric diagnostic categories listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association*. The fact that a condition is listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment for the condition is a Covered Health Service.

**Neonatal Resource Services (NRS)** - a program administered by UnitedHealthcare or its affiliates made available to you by Sonoco Products Company. The NRS program provides guided access to a network of credentialed NICU providers and specialized nurse consulting services to help manage NICU admissions.

**Network** - when used to describe a provider of health care services, this means a provider that has a participation agreement in effect (either directly or indirectly) with the Claims Administrator or with its affiliate to participate in the Network; however, this does not include those providers who have agreed to discount their charges for Covered Health Services by way of their participation in the Shared Savings Program. The Claims Administrator's affiliates are those entities affiliated with the Claims Administrator through common ownership or control with the Claims Administrator or with the Claims Administrator's ultimate corporate parent, including direct and indirect subsidiaries.

A provider may enter into an agreement to provide only certain Covered Health Services, but not all Covered Health Services, or to be a Network provider for only some products. In this case, the provider will be a Network provider for the Covered Health Services and products included in the participation agreement, and a non-Network provider for other Covered Health Services and products. The participation status of providers will change from time to time.

**Network Benefits** - for Benefit Plans that have a Network Benefit level, this is the description of how Benefits are paid for Covered Health Services provided by Network providers. Refer to Section 5, *Plan Highlights* to determine whether or not your Benefit plan

offers Network Benefits and Section 3, *How the Plan Works*, for details about how Network Benefits apply.

**New Pharmaceutical Product** - a Pharmaceutical Product or new dosage form of a previously approved Pharmaceutical Product. It applies to the period of time starting on the date the Pharmaceutical Product or new dosage form is approved by the *U.S. Food and Drug Administration (FDA)* and ends on the earlier of the following dates.

■   The date it is reviewed.

■   December 31st of the following calendar year.

**Non-Network Benefits** - for Benefit Plans that have a Non-Network Benefit level, this is the description of how Benefits are paid for Covered Health Services provided by non-Network providers. Refer to Section 5, *Plan Highlights* to determine whether or not your Benefit plan offers Non-Network Benefits and Section 3, *How the Plan Works*, for details about how Non-Network Benefits apply.

**Open Enrollment** - the period of time, determined by Sonoco Products Company, during which eligible Employees may enroll themselves and their Dependents under the Plan. Sonoco Products Company determines the period of time that is the Open Enrollment period.

**Out-of-Pocket Maximum** - for Benefit plans that have an Out-of-Pocket Maximum, this is the maximum amount you pay every calendar year. Refer to Section 5, *Plan Highlights* for the Out-of-Pocket Maximum amount. See Section 3, *How the Plan Works* for a description of how the Out-of-Pocket Maximum works.

**Partial Hospitalization/Day Treatment** - a structured ambulatory program that may be a free-standing or Hospital-based program and that provides services for at least 20 hours per week.

**Personal Care Nurse** - the primary nurse that the Claims Administrator may assign to you if you have a chronic or complex health condition. If a Personal Care Nurse is assigned to you, this nurse will call you to assess your progress and provide you with information and education.

**Pharmaceutical Product(s)** – *U.S. Food and Drug Administration (FDA)*-approved prescription medications or products administered in connection with a Covered Health Service by a Physician.

**Physician** - any *Doctor of Medicine* or *Doctor of Osteopathy* who is properly licensed and qualified by law.

Please note: Any podiatrist, dentist, psychologist, chiropractor, optometrist or other provider who acts within the scope of his or her license will be considered on the same basis as a Physician. The fact that a provider is described as a Physician does not mean that Benefits for services from that provider are available to you under the Plan.

**Plan** - one or more medical coverage options described in this SPD which are part of the Sonoco Health and Group Benefits Plan, and generally known as the Sonoco Medical Plan.

**Plan Administrator** - Sonoco Products Company or its designee.

**Plan Sponsor** - Sonoco Products Company.

**Pregnancy** - includes all of the following:

■ Prenatal care.

■ Postnatal care.

■ Childbirth.

■ Any complications associated with the above. The Plan does not cover Pregnancy for Dependent children including services for Complications of Pregnancy.

**Presumptive Drug Test** - test to determine the presence or absence of drugs or a drug class in which the results are indicated as negative or positive result.

**Primary Physician** – a Physician who has a majority of his or her practice in general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine.

**Private Duty Nursing** - nursing care that is provided to a patient on a one-to-one basis by licensed nurses in a home setting when any of the following are true:

■ No skilled services are identified.

■ Skilled nursing resources are available in the facility.

■ The skilled care can be provided by a Home Health Agency on a per visit basis for a specific purpose.

■ The service is provided to a Covered Person by an independent nurse who is hired directly by the Covered Person or his/her family. This includes nursing services provided on a home-care basis, whether the service is skilled or non-skilled independent nursing.

**Reconstructive Procedure** - a procedure performed to address a physical impairment where the expected outcome is restored or improved function. The primary purpose of a Reconstructive Procedure is either to treat a medical condition or to improve or restore physiologic function. Reconstructive Procedures include surgery or other procedures which are associated with an Injury, Sickness or Congenital Anomaly. The primary result of the procedure is not changed or improved physical appearance. The fact that a person may suffer psychologically as a result of the impairment does not classify surgery or any other procedure done to relieve the impairment as a Reconstructive Procedure.

**Residential Treatment** - treatment in a facility which provides Mental Health Services or Substance-Related and Addictive Disorders Services treatment .The facility meets all of the following requirements:

■ It is established and operated in accordance with applicable state law for Residential Treatment programs.

■ It provides a program of treatment under the active participation and direction of a Physician and approved by the Mental Health/Substance-Related and Addictive Disorders Administrator.

■ It has or maintains a written, specific and detailed treatment program requiring full-time residence and full-time participation by the patient.

■ It provides at least the following basic services in a 24-hour per day, structured milieu:

  - Room and board.
  - Evaluation and diagnosis.
  - Counseling.
  - Referral and orientation to specialized community resources.

A Residential Treatment facility that qualifies as a Hospital is considered a Hospital.

**Semi-private Room** - a room with two or more beds. When an Inpatient Stay in a Semi-private Room is a Covered Health Service, the difference in cost between a Semi-private Room and a private room is a benefit only when a private room is necessary in terms of generally accepted medical practice, or when a Semi-private Room is not available.

**Shared Savings Program** – a program in which UnitedHealthcare may obtain a discount to a non-Network provider's billed charges. This discount is usually based on a schedule previously agreed to by the non-Network provider. When this happens, you may experience lower out-of-pocket amounts. Plan coinsurance and deductibles would still apply to the reduced charge. Sometimes Plan provisions or administrative practices conflict with the scheduled rate, and a different rate is determined by UnitedHealthcare. In this case the non-Network provider may bill you for the difference between the billed amount and the rate determined by UnitedHealthcare. If this happens you should call the number on your ID Card. Shared Savings Program providers are not Network providers and are not credentialed by UnitedHealthcare.

**Sickness** - physical illness, disease or Pregnancy. The term Sickness as used in this SPD includes Mental Illness or substance-related and addictive disorders, regardless of the cause or origin of the Mental Illness or substance-related and addictive disorder.

**Skilled Care** - skilled nursing, teaching, and rehabilitation services when:

■ They are delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome and provide for the safety of the patient.

■ A Physician orders them.

■ They are not delivered for the purpose of assisting with activities of daily living, including dressing, feeding, bathing or transferring from a bed to a chair.

■ They require clinical training in order to be delivered safely and effectively.

■　They are not Custodial Care, as defined in this section.

**Skilled Nursing Facility** - a Hospital or nursing facility that is licensed and operated as required by law. A Skilled Nursing Facility that is part of a Hospital is considered a Skilled Nursing Facility for purposes of the Plan.

**Specialist Physician** - a Physician who has a majority of his or her practice in areas other than general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine.

**Spouse** - an individual to whom you are legally married.

**Substance-Related and Addictive Disorders Services** - Covered Health Services for the diagnosis and treatment of alcoholism and substance-related and addictive disorders that are listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association*. The fact that a disorder is listed in the edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment of the disorder is a Covered Health Service.

**Transitional Living** - Mental Health Services/Substance-Related and Addictive Disorders Services that are provided through facilities, group homes and supervised apartments that provide 24-hour supervision that are either:

■　Sober living arrangements such as drug-free housing, alcohol/drug halfway houses. These are transitional, supervised living arrangements that provide stable and safe housing, an alcohol/drug-free environment and support for recovery. A sober living arrangement may be utilized as an adjunct to ambulatory treatment when treatment doesn't offer the intensity and structure needed to assist the Covered Person with recovery.

■　Supervised living arrangements which are residences such as facilities, group homes and supervised apartments that provide members with stable and safe housing and the opportunity to learn how to manage their activities of daily living. Supervised living arrangements may be utilized as an adjunct to treatment when treatment doesn't offer the intensity and structure needed to assist the Covered Person with recovery.

**UnitedHealth Premium Program**[SM] – a program that identifies Network Physicians or facilities that have been designated as a UnitedHealth Premium ProgramSM Physician or facility for certain medical conditions.

To be designated as a UnitedHealth Premium[SM] provider, Physicians and facilities must meet program criteria. The fact that a Physician or facility is a Network Physician or facility does not mean that it is a UnitedHealth Premium Program[SM] Physician or facility.

**UnitedHealthcare Website** – The internet website located at www.myuhc.com.

**Unproven Services** - health services, including medications that are determined not to be effective for treatment of the medical condition and/or not to have a beneficial effect on health outcomes due to insufficient and inadequate clinical evidence from well-conducted

randomized controlled trials or cohort studies in the prevailing published peer-reviewed medical literature.

■    Well-conducted randomized controlled trials are two or more treatments compared to each other, with the patient not being allowed to choose which treatment is received.

■    Well-conducted cohort studies from more than one institution are studies in which patients who receive study treatment are compared to a group of patients who receive standard therapy. The comparison group must be nearly identical to the study treatment group.

UnitedHealthcare has a process by which it compiles and reviews clinical evidence with respect to certain health services. From time to time, UnitedHealthcare issues medical and drug policies that describe the clinical evidence available with respect to specific health care services. These medical and drug policies are subject to change without prior notice. You can view these policies on the UnitedHealthcare Website.

Please note:

■    If you have a life threatening Sickness or condition (one that is likely to cause death within one year of the request for treatment), UnitedHealthcare and Sonoco Products Company may, at their discretion, consider an otherwise Unproven Service to be a Covered Health Service for that Sickness or condition. Prior to such a consideration, UnitedHealthcare and Sonoco Products Company must first establish that there is sufficient evidence to conclude that, albeit unproven, the service has significant potential as an effective treatment for that Sickness or condition.

The decision about whether such a service can be deemed a Covered Health Service is solely at UnitedHealthcare and Sonoco Products Company's discretion. Other apparently similar promising but unproven services may not qualify.

**Urgent Care** - care that requires prompt attention to avoid adverse consequences, but does not pose an immediate threat to a person's life. Urgent care is usually delivered in a walk-in setting and without an appointment. Urgent care facilities are a location, distinct from a hospital emergency department, an office or a clinic. The purpose is to diagnose and treat illness or injury for unscheduled, ambulatory patients seeking immediate medical attention.

**Urgent Care Center** - a facility that provides Covered Health Services that are required to prevent serious deterioration of your health, and that are required as a result of an unforeseen Sickness, Injury, or the onset of acute or severe symptoms.

## SECTION 15 - IMPORTANT ADMINISTRATIVE INFORMATION: ERISA

**What this section includes:**
- Plan administrative information, including your rights under ERISA.

This section includes information on the administration of the medical Plan, as well as information required of all Summary Plan Descriptions by ERISA as defined in Section 14, *Glossary*. While you may not need this information for your day-to-day participation, it is information you may find important.

### Plan Sponsor and Administrator

Sonoco Products Company is the Plan Sponsor and Plan Administrator of the Medical Plan and has the discretionary authority to interpret the Plan. You may contact the Plan Administrator at:

Plan Administrator – Medical Plan
Sonoco Products Company
1 N. 2nd Street
Hartsville, SC 29550
(843) 383-7843

### Claims Administrator

UnitedHealthcare is the Plan's Claims Administrator. The role of the Claims Administrator is to handle the day-to-day administration of the Plan's coverage as directed by the Plan Administrator, through an administrative agreement with the Company. The Claims Administrator shall not be deemed or construed as an employer for any purpose with respect to the administration or provision of Benefits under the Plan Sponsor's Plan. The Claims Administrator shall not be responsible for fulfilling any duties or obligations of an employer with respect to the Plan Sponsor's Plan.

You may contact the Claims Administrator by phone at the number on your ID card or in writing at:

United HealthCare Services, Inc.
9900 Bren Road East
Minnetonka, MN 55343

### Agent for Service of Legal Process

Should it ever be necessary, you or your personal representative may serve legal process on the agent of service for legal process for the Plan. The Plan's Agent of Service is:

Agent for Legal Process – Medical Plan
Sonoco Products Company
1 N. 2nd Street
Hartsville, SC 29550
(843) 383-7843

Legal process may also be served on the Plan Administrator.

### Other Administrative Information

This section of your SPD contains information about how the Plan is administered as required by ERISA.

### Type of Administration

The Plan is a self-funded welfare plan and the administration is provided through one or more third party administrators.

| | |
|---|---|
| **Plan Name:** | Sonoco Health and Group Benefits Plan |
| **Plan Number:** | 501 |
| **Employer ID:** | 57-0248420 |
| **Plan Type:** | Welfare benefits plan |
| **Plan Year:** | January 1 – December 31 |
| **Plan Administration:** | Self-Insured |
| **Source of Plan Contributions:** | Employee and Company |
| **Source of Benefits:** | Assets of the Company |

### Your ERISA Rights

As a participant in the Plan, you are entitled to certain rights and protections under ERISA. ERISA provides that all Plan participants shall be permitted to:

- receive information about Plan Benefits;

- examine, without charge, at the Plan Administrator's office and at other specified worksites, all plan documents – including pertinent insurance contracts, collective bargaining agreements (if applicable), and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and other documents available at the Public Disclosure Room of the Employee Benefits Security Administration; and

- obtain copies of all Plan documents and other Plan information, including insurance contracts and collective bargaining agreements (if applicable), copies of the latest annual report (Form 5500 series) and updated Summary Plan Descriptions, by writing to the Plan Administrator. The Plan Administrator may make a reasonable charge for copies.

You can continue health care coverage for yourself, Spouse or Dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your Dependents may have to pay for such coverage. Review this Summary Plan Description and the Plan documents to understand the rules governing your COBRA continuation coverage rights.

In addition to creating rights for Plan participants, ERISA imposes duties on the people who are responsible for the operation of the Plan. The people who operate your Plan, who are called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your Employer, your union, or

any other person may fire you or otherwise discriminate against you in any way to prevent you from obtaining a Plan Benefit or exercising your rights under ERISA.

If your claim for a Plan Benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. See Section 9, *Claims Procedures*, for details.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of the plan document from the Plan, and do not receive it within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent for reasons beyond the control of the Plan Administrator.

If you have a claim for Benefits, which is denied or ignored, in whole or in part, and you have exhausted the administrative remedies available under the Plan, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order or medical child support order, you may file suit in federal court. If it should happen that the Plan's fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court.

The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if it finds your claim is frivolous.

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory, or write to the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W. Washington, DC 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration at (866) 444-3272.

> The Plan's Benefits are administered by Sonoco Products Company, the Plan Administrator. UnitedHealthcare is the Claims Administrator and processes claims for the Plan and provides appeal services; however, UnitedHealthcare and Sonoco Products Company are not responsible for any decision you or your Dependents make to receive treatment, services or supplies, whether provided by a Network or non-Network provider. UnitedHealthcare and Sonoco Products Company are neither liable nor responsible for the treatment, services or supplies provided by Network or non-Network providers.

## ATTACHMENT I - HEALTH CARE REFORM NOTICES

### Patient Protection and Affordable Care Act ("PPACA")

*Patient Protection Notices*

The Claims Administrator generally allows the designation of a primary care provider. You have the right to designate any primary care provider who participates in the Claims Administrator's network and who is available to accept you or your family members. For information on how to select a primary care provider, and for a list of the participating primary care providers, contact the Claims Administrator at the number on the back of your ID card.

For children, you may designate a pediatrician as the primary care provider.

You do not need prior authorization from the Claims Administrator or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in the Claims Administrator's network who specializes in obstetrics or gynecology. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals. For a list of participating health care professionals who specialize in obstetrics or gynecology, contact the Claims Administrator at the number on the back of your ID card.

## ATTACHMENT II - LEGAL NOTICES

### Women's Health and Cancer Rights Act of 1998

As required by the *Women's Health and Cancer Rights Act of 1998*, the Plan provides Benefits under the Plan for mastectomy, including reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy (including lymphedema).

If you are receiving Benefits in connection with a mastectomy, Benefits are also provided for the following Covered Health Services, as you determine appropriate with your attending Physician:

■  All stages of reconstruction of the breast on which the mastectomy was performed.

■  Surgery and reconstruction of the other breast to produce a symmetrical appearance.

■  Prostheses and treatment of physical complications of the mastectomy, including lymphedema.

The amount you must pay for such Covered Health Services (including Copayments and any Annual Deductible) are the same as are required for any other Covered Health Service. Limitations on Benefits are the same as for any other Covered Health Service.

### Statement of Rights under the Newborns' and Mothers' Health Protection Act

Under Federal law, group health Plans and health insurance issuers offering group health insurance coverage generally may not restrict Benefits for any Hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a delivery by cesarean section. However, the Plan or issuer may pay for a shorter stay if the attending provider (e.g., your physician, nurse midwife, or physician assistant), after consultation with the mother, discharges the mother or newborn earlier.

Also, under Federal law, plans and issuers may not set the level of Benefits or out-of-pocket costs so that any later portion of the 48-hour (or 96-hour) stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay.

In addition, a plan or issuer may not, under Federal law, require that a physician or other health care provider obtain authorization for prescribing a length of stay of up to 48 hours (or 96 hours). However, to use certain providers or facilities, or to reduce your out-of-pocket costs, you may be required to obtain prior authorization or notify the Claims Administrator. For information on notification or prior authorization, contact your issuer.

## ATTACHMENT III – PRESCRIPTION DRUG BENEFIT

**THE PHARMACY BENEFITS DESCRIBED ON THE FOLLOWING PAGES ARE NOT ADMINISTERED BY UNITEDHEALTHCARE. THE ADMINISTRATOR FOR THE PHARMACY BENEFITS IS EXPRESS SCRIPTS.**

The Plan's prescription drug coverage encourages the use of cost-effective generic drugs and takes advantage of volume purchasing power and reduced wholesale pricing. It eliminates the need for filing a claim and involves you more in your medical care. You will receive a separate ID card from Express Scripts.

**Mail-order service is mandatory for maintenance medications.** Tell your doctor that you're required to use the mail-order service to fill prescriptions for maintenance medications (prescriptions that you take every day), such as birth control pills, high-blood pressure, and diabetes medications, etc.

Ask for two prescriptions when you see your doctor:

■ One for a 30-day supply of medication (with two refills) that you can fill at your local pharmacy while you begin using the mail-order service; and

■ One for a 90-day supply (with appropriate refills) that you can send to the mail-order service.

### Coverage Highlights

The following are highlights of your prescription drug coverage:

| Your Cost* for Prescription Drugs | | |
|---|---|---|
| **Drug Type** | **Retail Pharmacy** <br> *(up to a 30-day supply)* | **Mail-Order Pharmacy** <br> *(up to a 90-day supply)* |
| **Generic** | 20% Coinsurance; $10 Min/$30 Max | 20% Coinsurance; $25 Min/$50 Max |
| ***Preferred brand*** | 20% Coinsurance; $35 Min/$70 Max | 20% Coinsurance; $87.50 Min/$115 Max |
| ***Non-Preferred brand*** | 20% Coinsurance; $70 Min/$100 Max | 20% Coinsurance; $175 Min/$210 Max |
| ***Rx Out-of-pocket Maximum*** | $2,000 individual / $4,000 family | |

\* Prescription drug copayments do not count toward your annual deductible or out-of-pocket maximum under the Medical Plan. You have a separate Prescription Out-of-Pocket Maximum which is outlined in the above table.

The plan covers the following preventive medications at a $0 copayment. To receive these medications at a $0 copayment, you must have an authorized prescription for the product and it must be dispensed by a participating mail or retail pharmacy:

■ Aspirin - an over-the-counter product for men age 45 to 79 and women age 55 to 79 for cardiovascular protection.

■ Folic acid - over-the-counter doses of 400 to 800 mcg/day for women who are pregnant or who are planning to become pregnant.

■ Fluoride - a prescription product for children up to age 6 to prevent dental cavities.

- Iron supplements - an over-the-counter product to treat/prevent anemia up to age one (1) year.

- Smoking cessation products for patients 18 and over - some of these products are available over the counter and some are prescription products:

  Nicotrol NS
  Nicotrol Inhaler
  Zyban (bupropion)
  Chantix
  Nicorette Gum/Lozenge
  Nicotine Transdermal System

### Retail Pharmacy Service

Sonoco participates in a national pharmacy network created and administered by Express-Scripts. Thousands of pharmacies are in this managed care network, including most of the national and regional drug chains.

To locate a participating pharmacy near you, contact Express-Scripts by calling **1-800-766-6267.** If the local pharmacy you currently use is not a participating pharmacy, contact Express-Scripts for details on how to get your pharmacy in the network. In the meantime, you will need to use your prescription drug coverage ID card at the participating pharmacy to receive maximum value from the plan.

Under the retail pharmacy prescription drug program, you pay 20% Coinsurance ($10 Min/$30 Max) for generic drugs. You pay a 20% Coinsurance ($35 Min/$70 Max)for a preferred brand-name drug and 20% Coinsurance ($70 Min/$100 Max) for a non-preferred brand-name drug). Regardless of which copay applies, you will never pay more than the discounted cost of the drug.

The formulary is a list of prescription drugs that are covered under the plan's prescription drug coverage. These preferred brand-name drugs can meet a patient's needs, often at a lower cost than other brand-name drugs. Formulary drugs are selected for their safety and quality, along with their cost-effectiveness. For more information on how drugs are selected and an up-to-date listing of the current formulary, go to www.expressscripts.com.

### Mail-Order Pharmacy Service

Use of the mail-order pharmacy program is required with Express-Scripts for maintenance medications. The program is designed for people who use prescription medicines known as maintenance drugs for the treatment of chronic or long-term conditions such as diabetes, arthritis, ulcers, high blood pressure, or heart disease. You order up to a 90-day supply from the mail-order service.

Under the mail-order pharmacy program, you pay a 20% Coinsurance ($25 Min/$50 Max) for generic drugs. You pay a 20% Coinsurance ($87.50 Min/$115 Max)for a preferred brand-name drug (on the formulary list) and a 20% Coinsurance ($175 Min/$210 Max)for a non-preferred brand-name drug (not on the formulary list). Regardless of which copay applies, you will never pay more than the discounted cost of the drug.

**Note:** State law prohibits any controlled substances from being filled for a full 90-day supply through mail order.

### Diabetic Supplies

All insulin is covered by the generic copay.  Certain diabetic supplies are covered at no cost to you if you have your physician write a prescription for the following diabetic supplies:

- Lancets
- Test Strips
- Syringes
- Alcohol Swabs

Other diabetic supplies or equipment are not covered under the prescription drug benefit, however, may be covered under the medical plan benefit if considered Durable Medical Equipment (DME).  Refer to the Schedule of Benefits for the Medical Plan.

### Smoking Cessation Program

- Includes both Rx and over the counter (OTC); retail and mail
- There will be a $0 copayment; supplies will be limited to 180 days and available to covered medical plan participants 18 and older
- Nicotine Transdermal Systems: (Habitrolâ-OTC, Nicotrolâ-OTC, Nicodermâ CQ-OTC, NicotineÒ Transdermal - RX)
- Nicotine Polacrilex (Nicoretteâ gum-OTC, Commitâ lozenge - OTC)
- Nicotine Nasal Spray (Nicotrolâ NS - RX)
- Nicotine Inhalation System (Nicotrolâ Inhaler- RX)
- Bupropion Sustained-release Tablet (Zybanâ - RX)
- Varenicline (Chantixâ- RX)

### Preferred Drug Step Therapy

This program requires that you use the generic or preferred brand before a non-preferred brand is covered.  Selected non-preferred brands must undergo a coverage review and be approved before coverage for the non-preferred brand is authorized.

### Express-Scripts Special Care Pharmacy

Enhanced pharmacy services for some conditions, such as anemia, hepatitis C, multiple sclerosis, asthma, and rheumatoid arthritis that are treated with specialty medications.  These special services include:

- Access to nurses who are trained ins specialty medications.
- Answers to your questions about specialty medications from a pharmacists 24 hours a day, 7 days a week
- Coordination of home care and other healthcare services.

■ Members are required to obtain most Specialty Medications through Express-Scripts Special Care Pharmacy.

### Prescription Drug Utilization Review

Utilization review, a managed care concept in the plan's prescription drug coverage, has an important role in prescription drug benefits. The increasing numbers of complex new medicines, combined with patients seeing multiple physicians, contribute to the potential for inappropriate and unnecessarily costly drug use.

In the plan's utilization review program, a computerized drug monitoring service screens your prescriptions filled at a participating pharmacy or through the mail-order program. The service looks for:

■ Unusually high or low drug dosages;

■ Drugs inappropriate for your age;

■ Common interactions of all the drugs you are taking; and

■ Drugs inappropriate if you are pregnant.

If your pharmacist receives a warning message from the system, you should check with your physician about your medication.

### Exclusions under the Plan's Prescription Drug Benefit

The following items are not included in the prescription drug coverage:

■ Devices and supplies, except for diabetic supplies.

■ Illegal drugs and medicines that may not be prescribed within the scope of the doctor's license.

■ Prescriptions that must be shipped overseas and to Canada, except Puerto Rico, Hawaii, and Alaska.

■ Drugs and devices for cosmetic purposes.

■ Prescriptions for more than a 90-day supply at any one time from the mail-order service plan.

■ Prescriptions for more than a 30-day supply at any one time from the retail pharmacy prescription drug program.

■ Prescriptions for Retin A for patients over age 30.

■ Prescriptions that can be reimbursed under any Workers' Compensation law or government program.

■ Prescriptions ordered later than one year from the date the doctor wrote the prescription (or earlier if required by applicable law).

■ Prescriptions ordered for a quantity greater than the doctor prescribed.

■ Prescriptions for infertility.

■    Drugs that are purchased over-the-counter unless required by health care reform act.

■    Prescriptions purchased at out-of-network pharmacies.

■    Prescription drugs used for weight control, obesity, cosmetic purposes, hair growth, or fertility.

■    More than a 30-day supply of prescription drugs dispensed by a pharmacist, except for 100-unit doses of thyroid products, nitroglycerin, digitalis leaf, and alkaloids.

■    Prescription refills in excess of the number specified on the physician's prescription order or prescription drug refills dispensed more than one year after the original prescription date.

■    Devices of any type, even though dispensed through a prescription, such as, but not limited to, contraceptive devices, therapeutic devices, and artificial appliances or similar devices, except as specified in this SPD.

■    More than the recommended daily dosage of any prescription drug as described in the current Physicians' Desk Reference or as recommended under the guidelines of the prescription drug benefit, whichever is lower.

■    Drugs prescribed for a specific medical condition that are not approved by the Food and Drug Administration for treatment of that condition. This excludes prescription drugs for the treatment of a specific type of cancer, provided the drug is recognized for treatment of that specific cancer in at least one standard reference compendia or is found to be safe and effective in formal clinical studies, the results of which have been published in peer-reviewed professional medical journals.

■    Any type of service charge or handling fee, including the administration or injection of a prescription drug, except as noted in this SPD.

■    Drugs that require Preauthorization by the plan when Preauthorization is not obtained.

## ATTACHMENT IV – GETTING HELP IN OTHER LANGUAGES OR FORMATS

You have the right to get help and information in your language at no cost. To request an interpreter, call the toll-free member phone number listed on your health plan ID card, press 0. TTY 711.

This letter is also available in other formats like large print. To request the document in another format, please call the toll-free member phone number listed on your health plan ID card, press 0. TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

| Language | Translated Taglines |
|---|---|
| 1.  Albanian | Ju keni të drejtë të merrni ndihmë dhe informacion falas në gjuhën tuaj. Për të kërkuar një përkthyes, telefononi në numrin që gjendet në kartën e planit tuaj shëndetësor, shtypni 0. TTY 711. |
| 2.  Amharic | ያለ ምንም ክፍያ በቋንቋዎ እርዳታና መረጃ የማግኘት መብት አላችሁ። አስተርጓሚ እንዲቀርብልዎ ከፈለጉ በጤና ፕላን መታወቂያዎት ላይ ባለው በተጻ መስመር ስልክ ቁጥር ይደውሉና 0ን ይጫኑ። TTY 711 |
| 3.  Arabic | لك الحق في الحصول على المساعدة والمعلومات بلغتك دون تحمل أي تكلفة. لطلب مترجم فوري، اتصل برقم الهاتف المجاني الخاص بالأعضاء المدرج ببطاقة مُعرّف العضوية الخاصة بخطتك الصحية، واضغط على 0. الهاتف النصي (TTY) 711 |
| 4.  Armenian | Թարգմանիչ պահանջելու համար, զանգահարե՛ք Ձեր առողջապահական ծրագրի իսկնության (ID) տոմսի վրա նշված անվճար Անդամների հեռախոսահամարով, սեղմե՛ք 0: TTY 711 |
| 5.  Bantu-Kirundi | Urafise uburenganzira bwo kuronka ubufasha n'amakuru mu rurimi rwawe ku buntu. Kugira usabe umusemuzi, hamagara inomero ya telephone y'ubuntu yagenewe abanywanyi iri ku rutonde ku karangamuntu k'umugambi wawe w'ubuzima, fyonda 0. TTY 711 |
| 6.  Bisayan-Visayan (Cebuano) | Aduna kay katungod nga mangayo og tabang ug impormasyon sa imong lengguwahe nga walay bayad. Aron mohangyo og tighubad, tawag sa toll-free nga numero sa telepono sa miyembro nga nakalista sa imong ID kard sa plano sa panglawas, pindota ang 0. TTY 711 |
| 7.  Bengali-Bangala | অনুবাদকের অনুরোধ থাকলে, আপনার স্বাস্থ্য পরিকল্পনার আই ডি কার্ড এ তালিকাভুক্ত ও কর দিতে হবে না এমন টেলিফোন নম্বরে ফোন করুন। (০) শূন্য চাপুন। TTY 711 |
| 8.  Burmese | ကုန်ကျစရိတ်ပေးရန်မလိုဘဲ မိမိဘာသာစကားဖြင့် အကူအညီနှင့် သတင်းအချက်အလက်များ ကိုရယူနိုင်ခြင်း သည်သင်၏အခွင့်အရေးဖြစ်သည်။ စကားပြန်တစ်ဦးတောင်းဆိုရန်သင်၏ကျန်းမာရေးအစီအစဉ် လက်မှတ်ပေါ်ရှိအသင်းဝင်များအတွက်အခမဲ့ဖုန်းလိုင်းသို့ခေါ်ဆိုပြီး 0 ကိုနှိပ်ပါ။ TTY 711 |

ATTACHMENT IV – GETTING HELP IN
OTHER LANGUAGES OR FORMATS

SONOCO MEDICAL PLAN – COPAYMENT 80 & COINSURANCE 70

| Language | Translated Taglines |
|---|---|
| 9. Cambodian-Mon-Khmer | អ្នកមានសិទ្ធិទទួលជំនួយ និងព័ត៌មាន ជាភាសារបស់អ្នក ដោយមិនអស់ថ្លៃ។ ដើម្បីស្នើសុំអ្នកបកប្រែ សូមទូរស័ព្ទទៅលេខឥតគេតច្បា់ថ្លៃ សំរាប់សមាជិក ដែលមានកត់នៅក្នុងប័ណ្ណ ID គំនាងសុខភាពរបស់អ្នក រូចហើយចុច 0។ TTY 711 |
| 10. Cherokee | Ꮎ Ꭺ4ꮼ ᎼᎮ ᏓᏓᏎᏃᏯ Ꮣ4ꭷᏓᎠ �•ᎠᏫᏒᎳ ᎥᏓ ᏣᎱᎮ ᏬᎱ ᎼᎡ ᏓᏣᎠᏆᎠ ᎠᏣꭷᎠᏆᎠ ᎢᎾᎱꭶᎠᎢᏔ, ꭷᏘᎤꭷᎶ 0. TTY 711 |
| 11. Chinese | 您有權利免費以您的母語得到幫助和訊息。洽詢一位翻譯員，請撥打您健保計劃會員卡上的免付費會員電話號碼，再按 0。聽力語言殘障服務專線 711 |
| 12. Choctaw | Chim anumpa ya, apela micha nana aiimma yvt nan aivlli keyu ho ish isha hinla kvt chim aiivlhpesa. Tosholi ya asilhha chi hokmvt chi achukmaka holisso kallo iskitini ya tvli aianumpuli holhtena ya ibai achvffa yvt peh pila ho ish i paya cha 0 ombetipa. TTY 711 |
| 13. Cushite-Oromo | Kaffaltii male afaan keessaniin odeeffannoofi deeggarsa argachuuf mirga ni qabdu. Turjumaana gaafachuufis sarara bilbilaa kan bilisaa waraqaa eenyummaa karoora fayyaa keerratti tarreefame bilbiluun, 0 tuqi. TTY 711 |
| 14. Dutch | U heeft het recht om hulp en informatie in uw taal te krijgen zonder kosten. Om een tolk aan te vragen, bel ons gratis nummer die u op uw ziekteverzekeringskaart treft, druk op 0. TTY 711 |
| 15. French | Vous avez le droit d'obtenir gratuitement de l'aide et des renseignements dans votre langue. Pour demander à parler à un interprète, appelez le numéro de téléphone sans frais figurant sur votre carte d'affilié du régime de soins de santé et appuyez sur la touche 0. ATS 711. |
| 16. French Creole-Haitian Creole | Ou gen dwa pou jwenn èd ak enfòmasyon nan lang natifnatal ou gratis. Pou mande yon entèprèt, rele nimewo gratis manm lan ki endike sou kat ID plan sante ou, peze 0. TTY 711 |
| 17. German | Sie haben das Recht, kostenlose Hilfe und Informationen in Ihrer Sprache zu erhalten. Um einen Dolmetscher anzufordern, rufen Sie die gebührenfreie Nummer auf Ihrer Krankenversicherungskarte an und drücken Sie die 0. TTY 711 |
| 18. Greek | Έχετε το δικαίωμα να λάβετε βοήθεια και πληροφορίες στη γλώσσα σας χωρίς χρέωση. Για να ζητήσετε διερμηνέα, καλέστε το δωρεάν αριθμό τηλεφώνου που βρίσκεται στην κάρτα μέλους ασφάλισης, πατήστε 0. TTY 711 |

| Language | Translated Taglines |
|---|---|
| 19. Gujarati | તમને વિના મૂલ્યે મદદ અને તમારી ભાષામાં માહિતી મેળવવાનો અધિકાર છે. દુભાષિયા માટે વિનંતી કરવા, તમારા હેલ્થ પ્લાન ID કાર્ડ પરની સૂચીમાં આપેલ  ટોલ-ફ્રી મેમ્બર ફોન નંબર ઉપર કોલ કરો, 0 દબાવો. TTY 711 |
| 20. Hawaiian | He pono ke kōkua ʻana aku iā ʻoe ma ka maopopo ʻana o kēia ʻike ma loko o kāu ʻōlelo ponoʻī me ka uku ʻole ʻana.<br>E kamaʻilio ʻoe me kekahi kanaka unuhi, e kāhea i ka helu kelepona kāki ʻole ma kou kāleka olakino, a e kaomi i ka helu 0. TTY 711. |
| 21. Hindi | आप के पास अपनी भाषा में सहायता एवं जानकारी नि:शुल्क प्राप्त करने का अधिकार है। दुभाषिए के लिए अनुरोध करने के लिए, अपने हैल्थ प्लान ID कार्ड पर सूचीबद्ध टोल-फ्री नंबर पर फ़ोन करें, 0 दबाएं। TTY 711 |
| 22. Hmong | Koj muaj cai tau kev pab thiab tau cov ntaub ntawv sau ua koj hom lus pub dawb. Yog xav tau ib tug neeg txhais, hu tus xov tooj rau tswv cuab hu dawb uas sau muaj nyob ntawm koj daim yuaj them nqi kho mob, nias 0. TTY 711. |
| 23. Ibo | Inwere ikike inweta enyemaka nakwa ịmụta asụsụ gị n'efu n'akwughị ụgwọ. Maka ịkpọtụrụ onye nsụgharị okwu, kpọọ akara ekwentị nke dị nákwụkwọ njirimara gị nke emere maka ahụike gị, pịa 0. TTY 711. |
| 24. Ilocano | Adda karbengam nga makaala ti tulong ken impormasyon iti pagsasaom nga libre. Tapno agdawat iti maysa nga agipatarus, tumawag iti toll-free nga numero ti telepono nga para kadagiti kameng nga nakalista ayan ti ID card mo para ti plano ti salun-at, ipindut ti 0. TTY 711 |
| 25. Indonesian | Anda berhak untuk mendapatkan bantuan dan informasi dalam bahasa Anda tanpa dikenakan biaya. Untuk meminta bantuan penerjemah, hubungi nomor telepon anggota, bebas pulsa, yang tercantum pada kartu ID rencana kesehatan Anda, tekan 0. TTY 711 |
| 26. Italian | Hai il diritto di ottenere aiuto e informazioni nella tua lingua gratuitamente. Per richiedere un interprete, chiama il numero telefonico verde indicato sulla tua tessera identificativa del piano sanitario e premi lo 0. Dispositivi per non udenti/TTY: 711 |

| Language | Translated Taglines |
|---|---|
| 27. Japanese | ご希望の言語でサポートを受けたり、情報を入手したりすることができます。料金はかかりません。通訳をご希望の場合は、医療プランのID<br>カードに記載されているメンバー用のフリーダイヤルまでお電話の上、0を押してください。TTY専用番号は 711です。 |
| 28. Karen | နအိၣ်ဒီးတၢ်ခွဲးတၢ်ယာ်လၢက�’နၢၣ်ဘၣ်တၢ်မၤစၢၤဒီးတၢ်ဂ့ၢ်တၢ်ကျိၤလၢနကျိာ်ဒၣ်နဲဝဲလၢတလိၣ်ဟ့ၣ်အ<br>ပှၤဘၣ်နူၣ်လီၤ.လၢတၢ်ကယုန့ၢ်ပၢၤကဟိၤကျိၤထံတၢ်တဲၤအဂီၢ်ကီၤ:ဘၣ်လီၣ်ဝိအကျိၤလၢကရၢဖိအတၤလီၣ်ဟုၣ်အပှၤလၢအအိၣ်လၢနတၢ်အိၣ်ဆူၣ်အိၣ်ချ့အတၢ်ရဲၣ်တၢ်ကျိၤ:<br>အကၢးအလီၤ:ဆိၣ်လီၤနီၢ်ဂံၢ် 0 တက့ၢ်.TTY 711 |
| 29. Korean | 귀하는 도움과 정보를 귀하의 언어로 비용 부담없이 얻을 수 있는 권리가 있습니다. 통역사를 요청하기 위해서는 귀하의 플랜 ID카드에 기재된 무료 회원 전화번호로 전화하여 0번을 누르십시오. TTY 711 |
| 30. Kru- Bassa | Ni gwe kunde I bat mahola ni mawin u hop nan nipehmes be to dolla. Yu kwel ni Kobol mahop seblana, soho ni sebel numba I ni tehe mu I ticket I docta I nan, bep 0. TTY 711 |
| 31. Kurdish-Sorani | مافەی ئەوەت هەیە کە بێبەرامبەر، یارمەتی و زانیاری پێویست بە زمانی خۆت وەرگریت. بۆ داواکردنی وەرگێڕێکی زارەکی، پەیوەندی بکە بە ژمارە تەلەفۆنی نووسراو لەناو ئای دی کارتی پیناسەیی پلانی تەندروستی خۆت و پاشان 0 داگرە. TTY 711. |
| 32. Laotian | ທ່ານມີສິດທິ່ຈະໄດ້ຮັບການຊ່ວຍເຫຼືອແລະຂໍ້ມູນຢ່າງສານທິ່ເປັນພາສາ ໆຂອງທ່ານບໍ່ມີຄ່າໃຊ້ຈ່າຍ. ເພື່ອຂໍຮ້ອງນາຍພາສາ,ໂທຫຼຶຫາງມາຍເລກໂທະຊັບສໍາວັບສະມາ ຊິກທິ່ໄດ້ລະບຸໄວ້ໃນບັດສະມາຊິກຂອງທ່ານ,ກົດເລກ 0. TTY 711 |
| 33. Marathi | आपल्याला आपल्या भाषेत विनामूल्य मदत आणि माहिती मिळण्याचा अधिकार आहे. दूभाषकास विनंती करण्यासाठी आपल्या आरोग्य योजना ओळखपत्रावरील सूचीबध्द केलेल्या सदस्यास विनामूल्य फोन नंबरवर संपर्क करण्यासाठी दाबा 0. TTY 711 |
| 34. Marshallese | Eor aṃ maroñ ñan bok jipañ im meḷeḷe ilo kajin eo aṃ ilo ejjeḷok wōṇāān. Ñan kajjitōk ñan juon ri-ukok, kūrḷok nōṃba eo eṃōj an jeje ilo kaat in ID in karōk in ājmour eo aṃ, jiped 0. TTY 711 |
| 35. Micronesian-Pohnpeian | Komw ahneki manaman unsek komwi en alehdi sawas oh mengihtik ni pein omwi tungoal lokaia ni soh isepe. Pwen peki sawas en soun kawehweh, eker delepwohn nempe ong towehkan me soh isepe me ntingihdi ni pein omwi doaropwe me pid koasoandi en kehl, padik 0. TTY 711. |

ATTACHMENT IV – GETTING HELP IN
                                                OTHER LANGUAGES OR FORMATS

SONOCO MEDICAL PLAN – COPAYMENT 80 & COINSURANCE 70

| Language | Translated Taglines |
|---|---|
| 36. Navajo | T'áá jíík'eh doo bááḥ 'alínígóó bee baa hane'ígíí t'áá ni nizaád bee niká'e'eyeego bee ná'ahoot'i'. 'Ata' halne'í ła yíníkeedgo, ninaaltsoos nit['iz7 'ats'77s bee baa'ahay1 bee n44hozin7g77 bik11' b44sh bee hane'7 t'11 j77k'eh bee hane'7 bik1'7g77 bich'8' hodíilnih dóó 0 bił 'adidíílchił. TTY 711 |
| 37. Nepali | तपाईंले आफ्नो भाषामा निःशुल्क सहयोग र जानकारी प्राप्त गर्ने अधिकार तपाईंसँग छ। अनुवादक प्राप्त गरीपाऊँ भनी अनुरोध गर्न, तपाईंको स्वास्थ्य योजना परिचय कार्डमा सूचीकृत टोल-फ्री सदस्य फोन नम्बरमा सम्पर्क गर्नुहोस्, 0 थिच्नुहोस्। TTY 711 |
| 38. Nilotic-Dinka | Yin nɔŋ löŋ bë yi kuɔny në ẅerëyic de thöŋ du äbac ke cin wëu tääue ke piny. Äcän bä ran yë kɔc ger thok thiëëc, ke yin cɔl nämba yene yup abac de ran töŋ ye kɔc wäär thok tɔ në ID kat duön de pänakim yic, thäny 0 yic. TTY 711. |
| 39. Norwegian | **Du har rett til å få gratis hjelp og informasjon på ditt eget språk. For å be om en tolk, ring gratisnummeret for medlemmer som er oppført på helsekortet ditt og trykk 0. TTY 711** |
| 40. Pennsylvania Dutch | Du hoscht die Recht fer Hilf unn Information in deine Schprooch griege, fer nix. Wann du en Iwwersetzer hawwe willscht, kannscht du die frei Telefon Nummer uff dei Gesundheit Blann ID Kaarde yuuse, dricke 0. **TTY 711** |
| 41. Persian-Farsi | شما حق دارید که کمک و اطلاعات به زبان خود را به طور رایگان دریافت نمایید. برای درخواست مترجم شفاهی با شماره تلفن رایگان قید شده در کارت شناسایی برنامه بهداشتی خود تماس حاصل نموده و 0 را فشار دهید. TTY 711 |
| 42. Punjabi | ਤੁਹਾਡੇ ਕੋਲ ਆਪਣੀ ਭਾਸ਼ਾ ਵਿੱਚ ਸਹਾਇਤਾ ਅਤੇ ਜਾਣਕਾਰੀ ਮੁਫ਼ਤ ਪ੍ਰਾਪਤ ਕਰਨ ਦਾ ਅਧਿਕਾਰ ਹੈ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਤੁਹਾਡੇ ਹੈਲਥ ਪਲਾਨ ਆਈਡੀ ਦਿੱਤੇ ਗਏ ਟਾੱਲ ਫ੍ਰੀ ਮੈਂਬਰ ਫ੍ਰੇਨ ਨੰਬਰ ਟੀਟੀਵਾਈ 711 ਤੇ ਕਾੱਲ ਕਰੋ, 0 ਦੱਬੋ। |
| 43. Polish | Masz prawo do uzyskania bezpłatnej informacji i pomocy we własnym języku. Po usługi tłumacza zadzwoń pod bezpłatny numer umieszczony na karcie identyfikacyjnej planu medycznego i wciśnij 0. TTY 711 |
| 44. Portuguese | Você tem o direito de obter ajuda e informação em seu idioma e sem custos. Para solicitar um intérprete, ligue para o número de telefone gratuito que consta no cartão de ID do seu plano de saúde, pressione 0. TTY 711 |
| 45. Romanian | Aveți dreptul de a obține gratuit ajutor și informații în limba dumneavoastră. Pentru a cere un interpret, sunați la numărul de telefon gratuit care se găsește pe cardul dumneavoastră de sănătate, apăsați pe tasta 0. TTY 711 |

| Language | Translated Taglines |
|---|---|
| 46. Russian | Вы имеете право на бесплатное получение помощи и информации на вашем языке. Чтобы подать запрос переводчика позвоните по бесплатному номеру телефона, указанному на обратной стороне вашей идентификационной карты и нажмите 0. Линия TTY 711 |
| 47. Samoan-Fa'asamoa | E iai lou āiā tatau e maua atu ai se fesoasoani ma fa'amatalaga i lau gagana e aunoa ma se totogi. Ina ia fa'atalosagaina se tagata fa'aliliu, vili i le telefoni mo sui e le totogia o loo lisi atu i lau peleni i lau pepa ID mo le soifua maloloina, oomi le 0. TTY 711. |
| 48. Serbo-Croation | Imate pravo da besplatno dobijete pomoć i informacije na Vašem jeziku. Da biste zatražili prevodioca, nazovite besplatni broj naveden na iskaznici Vašeg zdravstenog osiguranja i pritisnite 0. TTY 711. |
| 49. Spanish | Tiene derecho a recibir ayuda e información en su idioma sin costo. Para solicitar un intérprete, llame al número de teléfono gratuito para miembros que se encuentra en su tarjeta de identificación del plan de salud y presione 0.<br>TTY 711 |
| 50. Sudanic-Fulfulde | Ɗum hakke maaɗa mballeɗaa kadin keɓaa habaru nder wolde maaɗa naa maa a yoɓii. To a yiɗi pirtoowo, noddu limngal mo telefol caahu limtaaɗo nder kaatiwol ID maaɗa ngol njamu, nyo"u 0. TTY 711. |
| 51. Swahili | Una haki ya kupata msaada na taarifa kwa lugha yako bila gharama. Kuomba mkalimani, piga nambariya wanachama ya bure iliyoorodheshwa kwenye TAM ya kadi yako ya mpango wa afya, bonyeza 0. TTY 711 |
| 52. Syriac-Assyrian | ܐܝܼܬ݂ ܠܘܼܟ݂ ܗܲܩܘܼܬ݂ܐ ܕܩܲܒ݂ܠܸܬ ܗܲܝܲܪܬܵܐ ܘܡܲܘܕܥܵܢܘܼܬ݂ܐ ܒܠܸܫܵܢܘܼܟ݂ ܕܠܵܐ ܛܹܝܡܵܐ ܕܠܝܼܬܵܘܗܝ. ܒܘܼܩܵܪܵܐ ܠܲܡܬܲܪܓܡܵܢܵܐ، ܡܛܲܠܸܦ ܥܲܠ ܡܸܢܝܵܢܵܐ ܕܛܸܠܝܼܦܘܿܢ ܦܲܠܛܵܢܵܐ ܕܠܝܼܬܵܘܗܝ ܡܸܢܝܵܢܵܐ 0. TTY 711 |
| 53. Tagalog | May karapatan kang makatanggap ng tulong at impormasyon sa iyong wika nang walang bayad. Upang humiling ng tagasalin, tawagan ang toll-free na numero ng telepono na nakalagay sa iyong ID card ng planong pangkalusugan, pindutin ang 0. TTY 711 |
| 54. Telugu | ఎలాంటి ఖర్చు లేకుండా మీ భాషలో సాయంటు మరియు సమాచార పొంద డానికి మీకు హక్కు ఉంది. ఒకవేళ దుబాషి కావాలంటే, మీ హెల్త్ ప్లాన్ ఐడి కార్డు మీద జాబితా చేయబడ్డ టోల్ ఫ్రీ నెంబరుకు ఫోన్ చేసి, 0 ప్రెస్ చేస్కో. TTY 711 |

| Language | Translated Taglines |
|---|---|
| 55. Thai | คุณมีสิทธิที่จะได้รับความช่วยเหลือและข้อมูลในภาษาของคุณได้โดยไม่มีค่าใช้จ่าย หากต้องการขอล่ามแปลภาษา โปรดโทรศัพท์ถึงหมายเลขโทรฟรีที่อยู่บนบัตรประจำตัวสำหรับแผนสุขภาพของคุณ แล้วกด 0 สำหรับผู้ที่มีความบกพร่องทางการได้ยินหรือการพูด โปรดโทรฯถึงหมายเลข 711 |
| 56. Tongan-Fakatonga | 'Oku ke ma'u 'a e totonu ke ma'u 'a e tokoni mo e 'u fakamatala 'i ho'o lea fakafonua ta'etotongi. Ke kole ha tokotaha fakatonulea, ta ki he fika telefoni ta'etotongi ma'ae kau memipa 'a ee 'oku lisi 'I ho'o kaati ID ki ho'o palani ki he mo'uilelei, Lomi'I 'a e 0. TTY 711 |
| 57. Trukese (Chuukese) | Mi wor omw pwung om kopwe nounou ika amasou noum ekkewe aninis ika toropwen aninis nge epwe awewetiw non kapasen fonuom, ese kamo. Ika ka mwochen tungoren aninisin chiakku, kori ewe member nampa, ese pwan kamo, mi pachanong won an noum health plan katen ID, iwe tiki "0". Ren TTY, kori 711. |
| 58. Turkish | Kendi dilinizde ücretsiz olarak yardım ve bilgi alma hakkınız bulunmaktadır. Bir tercüman istemek için sağlık planı kimlik kartınızın üzerinde yer alan ücretsiz telefon numarasını arayınız, sonra 0'a basınız. TTY (yazılı iletişim) için 711 |
| 59. Ukrainian | У Вас є право отримати безкоштовну допомогу та інформацію на Вашій рідній мові. Щоб подати запит про надання послуг перекладача, зателефонуйте на безкоштовний номер телефону учасника, вказаний на вашій ідентифікаційній карті плану медичного страхування, натисніть 0. TTY 711 |
| 60. Urdu | آپ کو اپنی زبان میں مفت مدد اور معلومات حاصل کرنے کا حق ہے۔ کسی ترجمان سے بات کرنے کے لئے، ٹول فری ممبر فون نمبر پر کال کریں جو آپ کے ہیلتھ پلان آئی ڈی کارڈ پر درج ہے، 0 دبائیں۔ TTY 711 |
| 61. Vietnamese | Quý vị có quyền được giúp đỡ và cấp thông tin bằng ngôn ngữ của quý vị miễn phí.  Để yêu cầu được thông dịch viên giúp đỡ, vui lòng gọi số điện thoại miễn phí dành cho hội viên được nêu trên thẻ ID chương trình bảo hiểm y tế của quý vị, bấm số 0. TTY 711 |
| 62. Yiddish | איר האט די רעכט צו באקומען הילף און אינפארמאציע אין אייער שפראך פריי פון אפצאל. צו פארלאנגען א דאלמעטשער, רופט דעם טאל פרייע מעמבער טעלעפאן נומער וואס שטייט אויף אייער העלט פלאן ID קארטל , דרוקט 0. TTY 711 |
| 63. Yoruba | O ní ẹtọ lati rí iranwọ àti ìfitónilétí gbà ní èdè rẹ láìsanwó. Láti bá ògbufọ kan sọrọ, pè sórí nọmbà ẹrọ ibánisọrọ láisanwó ibodè ti a tò sóri kádi idánimọ ti ètò ilera rẹ, tẹ '0'. TTY 711 |

ATTACHMENT IV – GETTING HELP IN OTHER LANGUAGES OR FORMATS

## APPENDIX A – MEDICAL PLAN HIGHLIGHTS

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
|---|---|---|---|---|
| | **Network** | **Non-Network** | **Network Coinsurance** | **Non-Network Coinsurance** |
| **Copays:** In addition to these Copays, you may be responsible for meeting the Annual Deductible for the Covered Health Services described in the chart on the following pages. | | | | |
| ■ Dental Services -Accident Only | $50 | N/A | 30% | 50% |
| ■ Emergency Health Services | $250 | $250 | 30% | 30% for true Emergency, or 50% |
| ■ Physician's Office Visit - Primary Physician | $25 | N/A | 30% | 50% |
| ■ Physician's Office Visit - allergy injections | $15 | N/A | 30% | 50% |
| ■ Physician's Office Visit - Specialist | $50 | N/A | 30% | 50% |
| ■ Rehabilitation Services | $50 | N/A | 30% | 50% |
| ■ Urgent Care Center Services | $50 | N/A | 30% | 50% |
| ■ Virtual Visits | $40 | N/A | 30% | N/A |
| Copays do not apply toward the Annual Deductible | | | | |
| Copays apply toward the Out-of-Pocket Maximum | | | | |

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
|---|---|---|---|---|
| | Network | Non-Network | Network Coinsurance | Non-Network Coinsurance |
| **Annual Deductible**<br><br>■ Individual<br><br>■ Family (not to exceed the applicable Individual amount per Covered Person) | $1,500<br><br><br>$3,000 | $3,000<br><br><br>$6,000 | $2,000<br><br><br>$4,000 | $4,000<br><br><br>$8,000 |
| **Annual Out-of-Pocket Maximum**<br><br>■ Individual<br><br>■ Family<br><br>The Annual Deductible applies toward the Out-of-Pocket Maximum for all Covered Health Services. | $3,900<br>$7,800 | $7,800<br>$15,600 | $4,400<br>$8,800 | $8,800<br>$17,600 |
| **Lifetime Maximum Benefit** | Unlimited<br><br>There is no dollar limit to the amount the Plan will pay for essential Benefits during the entire period you are enrolled in this Plan.<br><br>Generally the following are considered to be essential benefits under the *Patient Protection and Affordable Care Act*:<br><br>Ambulatory patient services; emergency services, hospitalization; maternity and newborn care, mental health and substance-related and addictive disorders services (including behavioral health treatment); prescription drug products; rehabilitative and habilitative services and devices; laboratory services; preventive and wellness services and chronic disease management; and pediatric services. | | | |

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
|---|---|---|---|---|
| | **Network** | **Non-Network** | **Network Coinsurance** | **Non-Network Coinsurance** |
| **Covered Health Services** | | | | |
| **Acupuncture Services** | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Ambulance Services**<br><br>■ Emergency Ambulance<br><br><br><br><br>■ Non-Emergency Ambulance<br><br><br><br>Ground or air ambulance, as the Claims Administrator determines appropriate. | *Ground and/or Air Ambulance*<br><br><br>80%, Annual Deductible <u>does not apply</u><br><br><br><br>80% after Annual Deductible is met | *Ground and/or Air Ambulance*<br><br><br>Same as Network<br><br><br><br>60% after Annual Deductible is met | *Ground and/or Air Ambulance*<br><br>70%, Annual Deductible <u>does not apply</u><br><br><br>70% after Annual Deductible is met | *Ground and/or Air Ambulance*<br><br><br>Same as Network<br><br><br><br>50% after Annual Deductible is met |
| **Cancer Resource Services (CRS)**<br><br>For Network Benefits, oncology services must be received at a Designated Provider.<br><br>See Cancer Resource Services (CRS) in Section 6, Additional Coverage Details. | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category. | Non-Network Benefits are not available. | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category. | Non-Network Benefits are not available. |

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
|---|---|---|---|---|
| | Network | Non-Network | Network Coinsurance | Non-Network Coinsurance |
| **Cellular and Gene Therapy** | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. | Non-Network Benefits are not available | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. | Non-Network Benefits are not available |
| **Clinical Trials**<br><br>Benefits are available when the Covered Health Services are provided by either Network or non-Network providers. | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. | | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. | |
| **Congenital Heart Disease (CHD) Surgeries**<br><br>For Network Benefits, CHD surgeries must be received at a Designated Provider.<br><br>Non-Network Benefits include services provided at a Network facility that is not a Designated Provider and services provided at a non-Network facility.<br><br>Non-Network Benefits under this section include only the CHD surgery. Depending upon | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |

APPENDIX A - MEDICAL PLAN HIGHLIGHTS

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
|---|---|---|---|---|
| | Network | Non-Network | Network Coinsurance | Non-Network Coinsurance |
| where the Covered Health Service is provided, Benefits for diagnostic services, cardiac catheterization and non-surgical management of CHD will be the same as those stated under each Covered Health Service category in this section. | | | | |
| **Dental Services - Accident Only** | 100% after a $50 Copay per visit when billed as part of an office visit; OR 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Diabetes Services** Diabetes Self-Management and Training/ Diabetic Eye Examinations/Foot Care (up to 2 visits per lifetime) | Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management and training/diabetic eye examinations/foot care will be paid the same as those stated under each applicable Covered Health Service category. | | Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management and training/diabetic eye examinations/foot care will be paid the same as those stated under each applicable Covered Health Service category. | |

143                                                    APPENDIX A - MEDICAL PLAN HIGHLIGHTS

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
| --- | --- | --- | --- | --- |
| | **Network** | **Non-Network** | **Network Coinsurance** | **Non-Network Coinsurance** |
| Diabetes Self-Management Items<br><br>■  Diabetes equipment | Benefits for diabetes equipment will be the same as those stated under *Durable Medical Equipment*. | Benefits for diabetes equipment will be the same as those stated under *Durable Medical Equipment* | Benefits for diabetes equipment will be the same as those stated under *Durable Medical Equipment*. | Benefits for diabetes equipment will be the same as those stated under *Durable Medical Equipment* |
| ■  Diabetes supplies | Insulin and diabetic supplies are not covered under the medical Plan; rather they are covered under a separate benefit administered by Express Scripts. | | Insulin and diabetic supplies are not covered under the medical Plan; rather they are covered under a separate benefit administered by Express Scripts. | |
| **Durable Medical Equipment (DME)** | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |

APPENDIX A - MEDICAL PLAN HIGHLIGHTS

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
|---|---|---|---|---|
| | Network | Non-Network | Network Coinsurance | Non-Network Coinsurance |
| **Emergency Health Services – Outpatient**<br><br>If you are admitted as an inpatient to a Hospital directly from the Emergency room, you will not have to pay this Copay. The Benefits for an Inpatient Stay in a Hospital will apply instead. | 100% after a $250 Copay per visit; OR; 80% after Annual Deductible is met for services that do not meet the definition of Emergency Care | Same as Network; OR; 60% after Annual Deductible is met for services that do not meet the definition of Emergency Care | 70% - Annual Deductible <u>does not apply</u>; OR, 70% after Annual Deductible is met for services that do not meet the definition of Emergency Care | Same as Network; OR, 50%after Annual Deductible is met for services that do not meet the definition of Emergency Care |
| **Hearing Care - Cochlear Implant Surgery**<br>See *Hospital - Inpatient Stay,* and *Surgery - Outpatient* in this Section 6, *Additional Coverage Details*. | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Home Health Care** | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Hospice Care** | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Hospital - Inpatient Stay** | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |

APPENDIX A - MEDICAL PLAN HIGHLIGHTS

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
|---|---|---|---|---|
| | **Network** | **Non-Network** | **Network Coinsurance** | **Non-Network Coinsurance** |
| **Kidney Services**<br>For Network Benefits, kidney services must be received at a Designated Provider.<br><br>*See Kidney Resource Services (KRS) in Section 6, Additional Coverage Details.* | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category. | | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category. | |
| **Lab, X-Ray and Diagnostics - Outpatient**<br><br>■ Lab Testing - Outpatient | 80% after Annual Deductible is met; or 100% after you pay the applicable office visit copay and diagnostic services are performed as part of an office visit; or 100% <u>and no copay</u> if NO office visit is billed | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| ■ X-Ray and Other Diagnostic Testing - Outpatient | 80% after Annual Deductible is met; or 100% after you pay the applicable office visit copay and diagnostic services are performed as part of an office visit or 100% <u>and no</u> | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
|---|---|---|---|---|
| | **Network** | **Non-Network** | **Network Coinsurance** | **Non-Network Coinsurance** |
| | copay if NO office visit is billed | | | |
| **Lab, X-Ray and Major Diagnostics - CT, PET, MRI, MRA and Nuclear Medicine – Outpatient** | 80% after the Annual Deductible | 60% after the Annual Deductible | 70% after the Annual Deductible | 50% after the Annual Deductible |
| **Mental Health Services** | | | | |
| ■  Inpatient | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| ■  Outpatient<br>* If there is no outpatient Network provider available, after an appointment search is completed, the Plan will pay Benefits for a non-Network provider at billed charges | 100% after a $50 Copay per visit* or per session | 60% after Annual Deductible is met | 70% - Annual Deductible does not apply | 50% after Annual Deductible is met |
| **Neurobiological Disorders - Autism Spectrum Disorder Services** | | | | |
| ■  Inpatient | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| ■  Outpatient<br>* If there is no outpatient Network provider available, after an appointment search is completed, the Plan will pay Benefits for a non-Network provider at billed charges | 100% after a $50 Copay per visit* or per session | 60% after Annual Deductible is met | 70% - Annual Deductible does not apply | 50% after Annual Deductible is met |

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
| --- | --- | --- | --- | --- |
| | Network | Non-Network | Network Coinsurance | Non-Network Coinsurance |
| **Ostomy Supplies** | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Pharmaceutical Products – Outpatient** | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Physician Fees for Surgical and Medical Services**<br><br>■ Primary Physician | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| ■ Specialist Physician | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Physician's Office Services - Sickness and Injury**<br><br>■ Primary Physician | 100% after a $25 Copay per visit | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| ■ Specialist Physician | 100% after a $50 Copay per visit | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
|---|---|---|---|---|
| | **Network** | **Non-Network** | **Network Coinsurance** | **Non-Network Coinsurance** |
| ■ Physician's Office Services - allergy injections | 100% after a $15 Copay per visit when performed as part of an office visit; or 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Pregnancy – Maternity Services** A Deductible will not apply for a newborn child whose length of stay in the Hospital is the same as the mother's length of stay. If newborn remains in Hospital, then newborn starts their Annual Deductible. No Copayment applies to Physician's office visits for prenatal care after the first visit in which a $25 PCP/ $50 Specialist copay applies (applicable only for Copayment 80 Plan). *Note: Dependent children covered under this Plan are ineligible for this benefit.* | Benefits will be the same as those stated under each Covered Health Service category | | Benefits will be the same as those stated under each Covered Health Service category | |

APPENDIX A - MEDICAL PLAN HIGHLIGHTS

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
|---|---|---|---|---|
| | **Network** | **Non-Network** | **Network Coinsurance** | **Non-Network Coinsurance** |
| **Preventive Care Services** | | | | |
| ■ Physician Office Services | 100% | Not Covered | 100% | Not Covered |
| ■ Lab, X-ray or Other Preventive Tests | 100%; Colonoscopies and Mammograms are covered at 100% regardless of diagnosis up to one per calendar year. Any additional in the same calendar year will be payable by the Plan at 80% after Annual Deductible is met | Not Covered | 100%; Colonoscopies and Mammograms are covered at 100% regardless of diagnosis up to one per calendar year. Any additional in the same calendar year will be payable by the Plan at 70% after Annual Deductible is met | Not Covered |
| ■ Breast Pumps | 100% | 60% after Annual Deductible is met | 100% | 50% after Annual Deductible is met |
| ■ Sterilization | 100% for females only; OR 80% after the Annual Deductible is met for males | 60% after Annual Deductible is met | 100% for females only; OR 70% after the Annual Deductible is met for males | 50% after Annual Deductible is met |

APPENDIX A - MEDICAL PLAN HIGHLIGHTS

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
|---|---|---|---|---|
| | **Network** | **Non-Network** | **Network Coinsurance** | **Non-Network Coinsurance** |
| ■ IUD, Diaphragm (device, fitting and removal) and Depo Provera | 100% | 60% after Annual Deductible is met | 100% | 50% after Annual Deductible is met |
| **Private Duty Nursing - Outpatient** | 80% after the Annual Deductible | 60% after the Annual Deductible | 70% after the Annual Deductible | 50% after the Annual Deductible |
| **Prosthetic Devices** | 80% after Annual Deductible is met | 60%after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Reconstructive Procedures** | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category. | | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category. | |
| **Rehabilitation Services - Outpatient Therapy** <br><br> See Section 6, *Additional Coverage Details*, for visit limit <br><br> ■ Manipulative Treatment | 100% after a $35 Copay per visit | 60% - Annual Deductible does not apply | 70% - Annual Deductible does <u>not</u> apply | 50% - Annual Deductible does <u>not</u> apply |
| ■ Post-cochlear implant aural therapy | 100% after a 25 Copay per visit when performed as part of a Physician's office visit; or 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
|---|---|---|---|---|
| | **Network** | **Non-Network** | **Network Coinsurance** | **Non-Network Coinsurance** |
| ■ Occupational therapy, Speech therapy, and pulmonary therapy | 100% after a $50 Copay per visit | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| ■ Physical Therapy | 100% after a $35 Copay per visit | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| ■ Cardiac rehabilitation therapy | 100% after a $50 Copay per visit | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Scopic Procedures - Outpatient Diagnostic and Therapeutic** | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Skilled Nursing Facility/Inpatient Rehabilitation Facility Services** See Section 6, *Additional Coverage Details*, for limits. | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Substance-Related and Addictive Disorders Services** | | | | |
| ■ Inpatient | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| ■ Outpatient* If there is no outpatient Network provider available, after an appointment search is completed, the Plan will pay Benefits for a non-Network provider at billed charges | 100% after a $50 Copay per visit* or per session | 60% after Annual Deductible is met | 70% - Annual Deductible does <u>not</u> apply | 50% after Annual Deductible is met |

APPENDIX A - MEDICAL PLAN HIGHLIGHTS

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
|---|---|---|---|---|
| | **Network** | **Non-Network** | **Network Coinsurance** | **Non-Network Coinsurance** |
| **Surgery – Outpatient** | 80% after Annual Deductible is met; or 100% after you pay a $50 Copay per visit when received in a Physician's office setting | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Temporomandibular Joint (TMJ) Services** See Section 6, *Additional Coverage Details*, for limits. The amounts you pay for Temporomandibular Joint (TMJ) Services do not count towards satisfaction of the Out-of-Pocket Maximum. | 80% - Annual Deductible does <u>not</u> apply | 60% - Annual Deductible does <u>not</u> apply | 70% - Annual Deductible does <u>not</u> apply | 50% - Annual Deductible does <u>not</u> apply |
| **Therapeutic Treatments – Outpatient** (i.e. chemotherapy, radiation, etc.) | 80% after Annual Deductible is met | 60% after Annual Deductible is met. There is no non-network coverage for dialysis. | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Transplantation Services** | Depending upon where the Covered Health Services is provided, Benefits for transplantation services will be paid the same as those stated under each applicable Covered Health Services category | | Depending upon where the Covered Health Services is provided, Benefits for transplantation services will be paid the same as those stated under each applicable Covered Health Services category | |

| Plan Features | Copayment 80 Plan | | Coinsurance 70 Plan | |
|---|---|---|---|---|
| | **Network** | **Non-Network** | **Network Coinsurance** | **Non-Network Coinsurance** |
| **Travel and Lodging** Covered Health Services must be received at a Designated Provider. | For patient and companion(s) of patient undergoing cancer treatment, Congenital Heart Disease treatment or transplant procedures | | For patient and companion(s) of patient undergoing cancer treatment, Congenital Heart Disease treatment or transplant procedures | |
| **Urgent Care Center Services** In addition to the Copayment stated in this section, the Coinsurance and any Deductible for the following services apply when the Covered Health Service is performed at an Urgent Care Center: ■ Outpatient therapeutic procedures described under *Therapeutic Treatments - Outpatient.* | 100% after a $50 Copay per visit | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |
| **Virtual Visits** Network Benefits are available only when services are delivered through a Designated Virtual Network Provider. You can find a Designated Virtual Network Provider by going to www.myuhc.com or by calling the telephone number on your ID card. | 100% after you pay a Copayment of $40 per visit | Non-Network Benefits are not available. | 70% after Annual Deductible is met | Non-Network Benefits are not available. |
| **Wigs** See Section 6, *Additional Coverage Details*, for limits. | 80% after Annual Deductible is met | 60% after Annual Deductible is met | 70% after Annual Deductible is met | 50% after Annual Deductible is met |

[1]Please obtain prior authorization from the Claims Administrator before receiving Covered Health Services, as described in Section 6, *Additional Coverage Details.*

50198488 Sᴇᴛs 001_002 –FINAL 03/21/2019

# EXHIBIT D

```
1 FLN/DCC  2106271693917   ID#:   ███████      SRC IND: 7        VENDOR ID  EN   837 CLAIM FORM - MEDICARE S   DATE 03/03/21
+-----------------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER          ID#:  ███████    HIC# 5QF7KV3GR46  RTE:   ATTCH:     KEYER: 111111999  DT: 03 03 21|
+-----------------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM), REL DOB SEX            |4 INSUREDS NAME (LFM)                            DOB    SEX |
| PAT REL TO INSD 01/SPOUSE    DOB ██████  SEX F |  ██████                                                   |
| VARGAS        AIDA                      I |  ██████                  ██          00000000         |
+-----------------------------------------------------------------------------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |
| ██████                                        |                                                |
| ██████           ██████                       |                                                |
|                        PHONE#  0000000000     |              PHONE#  0000000000                |
+-----------------------------------------------------------------------------------------------------------------------+
|8 STAT      MARITAL:          EMPLOYMENT:          STUDENT:        DECEASED:                              |
+-----------------------------------------------------------------------------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)          DOB   SEX  |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID |
| ██                                            |  EMPLOYMENT STATUS CODE:                        |
|                        I                      |                                                |
| INSURED ID#: ███████          00000000        |                                                |
| PATIENT RELATIONSHIP TO INSURED: ████         |                              ID #              |
+-----------------------------------------------------------------------------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7B INSUREDS POLICY, GROUP OR FECA# AND NAME  |
| ██████                                        |                                    SPEC PRG IND|
| ██████           ██████                       |     751948                               000|
|                        PHONE# 0000000000      |7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC |
|------------------------------------------------|  UNITED HEALTHCARE                            |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME     |  PAYOR SEQ # P                 87726  CI/COMM INS |
|                        SPEC PRG IND|--------------------------------------------------|
|                              000 |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?       |
|                                  |  YES, PATIENT HAS OTHER INSURANCE             |
+-----------------------------------------------------------------------------------------------------------------------+
|9C INSURANCE PLAN/PROGRAM NAME, PAYOR ID, SPC, FILING IND |7E INSURANCE ADDRESS                      |
| NATIONAL GOVT SERVICES    SECOND              |                                                |
|            14212                             |                                                |
| CLM FILING IND:MB                            |                                                |
| DESCRIPTION:MEDICARE PART B                  |                                                |
+-----------------------------------------------------------------------------------------------------------------------+
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID |9E OTHER INSURANCE ADDRESS INFORMATION     |
|  EMPLOYMENT STATUS CODE:                      |                                                |
|                        ID#                   |                                                |
+-----------------------------------------------------------------------------------------------------------------------+
|10 IS PATIENTS CONDITION RELATED TO:    A EMPLOYMENT?  N/NOT EMP REL                              |
|                          B AUTO/OTHER ACCIDENT?  NO ACCIDENT      PLACE/ST   DATE 000000   HOUR |
+-----------------------------------------------------------------------------------------------------------------------+
|11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S                                                  |
| LAKES NATL EMERGENCY PHYS INC                                                                  |
| 533 4TH AVENUE                                                                                 |
| HUNTINGTON              WV  257011318                PHONE# 3045230746                         |
| TIN# ██████            EIN/SSN  EIN              UPIN#                                          |
| UHC ID                 NPI 1114426772           MDCD#                                          |
+-----------------------------------------------------------------------------------------------------------------------+
|11A PAY TO PROVIDER ADDRESS                                                                     |
| PAY-TO ADDR-1:   PO BOX 936522                                                                 |
| PAY-TO ADDR-2:                                                                                 |
| CITY-1: ATLANTA            ST: GA   ZIP CODE:  311936522   COUNTRY:                            |
+-----------------------------------------------------------------------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE |12A CLAIM FREQ  |13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE |
|                                            |  TYPE CODE     |                                |
| Y/PROVIDER HAS SIGNED RELEASE ON FILE FOR CLAIM ADJUDI.| 1 | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER |
+-----------------------------------------------------------------------------------------------------------------------+
|13A CLAIM DELAY REASON CODE:                                                                    |
+-----------------------------------------------------------------------------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR |15 SAME/SIMILAR |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|                     INJURY-ACCIDENT OR        | ILLNESS DATE   |                                |
|    000000          PREGNANCY-LMP              |                | TOTAL DISABILITY   FROM 000000   TO 000000 |
|                                               |    000000      | PARTIAL DISABILITY FROM 000000   TO 000000 |
| SAME SYMPTOM IND:    FIRST SYMPTOM IND:        |                | DATE RETURNED TO WORK  000000  |
+-----------------------------------------------------------------------------------------------------------------------+
|17 REFERRING PHYS (RX ORDERING PHY) LFM  NPI   |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICE |
|                                               | FROM  000000          TO  000000              |
| SUPERVISING PHYS           LFM  NPI           |                                                |
+-----------------------------------------------------------------------------------------------------------------------+
```

```
+----------------------------------------------------------+------------------------------------------------+
|17A ID# OF REF. PHY.                                       |20 OUTSIDE LAB?              $CHARGE             |
|                                                          |                                                |
|                                                          |                                                |
|                                                          |                                                |
+----------------------------------------------------------+------------------------------------------------+
|19 REF PHY UPIN                                            REF PHY TAX ID & TYPE                           |
+----------------------------------------------------------+------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD VERSION 0 (0,9) |22 RESUBMISSION                          |
|   (RELATE ITEMS 1 THROUGH 12 TO 24E BY LINE)             |                                                |
| 1  H60311                         2                      |    CODE        ORIG REF NO                     |
|                                                          |                                                |
| 3                                 4                      +------------------------------------------------+
|                                                          |23 PRIOR AUTHORIZATION NUMBER                   |
| 5                                 6                      |                                                |
| 7                                 8                      |                                                |
| 9                                10                      |23A CLIA# (CLAIM LEVEL)                         |
| 11                               12                      |                                                |
+----------------------------------------------------------+------------------------------------------------+
| 21B ATTACHMENTS:                                                                                          |
+----------------------------------------------------------------------------------------------------------+
|CTL NO:                                              ID CD:    ATTCH RPT CD:OZ   TRANS CD:AA               |
+-------------+----+----+--------------------+------+----------+------+----+----+----+----+---------+----------+----------+
|24MS   A     | B  | C  |          D         | E    | F        | G    | GG | H  | HH | I  | J       | K        | L        |
|DATES OF SERVICE|PLC/|TYPE| CPT/       MOD  |DIAG. | $CHARGES | DAY/ |ANES|ACTN|EPSDT|PAY| APPROVED| PAID     |DEDUCTIBLE|
| FROM    TO  | SV |/SV | HCPCS  1, 2, 3, 4  |CODE  |          | UNITS|TIME|CODE| IND |TYP| AMOUNT  | AMOUNT   | AMOUNT   |
+-------------+----+----+--------------------+------+----------+------+----+----+----+----+---------+----------+----------+
| 020621 020621 | 23 |    | 99283    SA      |1000  |   648.00|00001.0|0000|    |    |    |    .00|      .00|      .00|
| 020621 020621 | 23 |    | 4131F            |1000  |     .00|00001.0|0000|    |    |    |    .00|      .00|      .00|
+-------------+----+----+--------------------+------+----------+------+----+----+----+----+---------+----------+----------+
|24M LINE INFO                          |
+----------------------+----------------------------+-----------------------+-----------+----------+-----------+
|SERVICE LINE # | LINE ITEM CNTRL NO     | CLIA# (LINE LEVEL)           | SVC NPI   | CLIA # QUAL |
+----------------------+----------------------------+-----------------------+-----------+----------+
| 001           |381594                  |                              |           |          |
| 002           |381595                  |                              |           |          |
+---------------+----------+-----------+-------------------+
|24H EPSDT IND    CODE1     CODE2      CODE3      |
+----------------------+-----------+-------------------+
|SERVICE LINE # | EPSDT IND |FAMILY PLANNING IND|
+---------------+-----------+-------------------+
| 001           |           |                   |
| 002           |           |                   |
+---------------+-----------+-------------------+
```

```
+------------------+-------------+---------------------+------------------+------------+------------------------+
|25 FEDERAL TAX ID# SSN/EIN|26 PATIENTS ACCOUNT#|27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE|
|                  |         |          |        |         |        |             |
|   [REDACTED]  EIN| [REDACTED]         |    A/ASSIGNED    |   648.00|      .00|PD    .00ALW      .00|
+------------------+-------------+---------------------+------------------+------------+------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY    |32B - ENCOUNTER PAID |
|   SUPPLIER (FL)                    |   WHERE SERVICES WERE RENDERED    |     DATES:          |
|                                    |                                   |                     |
|   TAXONOMY CODE    207P00000X      |   HOLYOKE MEDICAL CENTER          |CLAIM LEVEL:         |
|                                    |   575 BEECH STREET                |                     |
|                                    |                                   | LINE LEVEL:         |
|                                    |   HOLYOKE              MA 010402223|                     |
|   ST LICENSE#                      |   SVC NPI (CLAIM LEVEL): 1114426772|                     |
+------------------------------------+-----------------------------------+---------------------+
|33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC                |33B - ORG ID AND    |
|                                                                       |     RECEIPT DATE   |
|   CURRIE                                    MELANIE                    |                     |
|                                                                       |ORG ID:              |
|                                                                       |                     |
|                                    PHONE# 0000000000                  |ORG RCPT DATE:       |
|   NABP#          UPIN#          NPI 1891087052                        |                     |
|   MEDICARE#              MEDICAID#                                     |                     |
+-----------------------------------------------------------------------+---------------------+
|34 PAY-TO PROVIDER NPI:          CLRNG HOUSE CLAIM ID: L33EMH018U022E     CLINICAL TRIAL#:    |
+----------------------------------------------------------------------------------------------+
|S1 OTHER INSURED2 INFORMATION -        |S4 MEDICARE INFORMATION -                             |
|                                       |                                                      |
|                                       | NATIONAL GOVT SERVICES     SECOND                   |
| DOB, SEX, ID#:  00000000              | CLAIM NUMBER:                                       |
| PATIENT RELATION TO INSURED:          | PAYER RESP SEQ  : S   ROUTE IND:                    |
| ADDR1:                                | CLAIM TOTAL MEDICARE PAID AMOUNT:        .00        |
| ADDR2:                                | CLAIM TOTAL DEDUCTIBLE AMOUNT:       .00            |
| CITY,ST,ZIP:                          | CLAIM CONTRACTUAL ADJ:        .00                   |
| PHONE:  0000000000                    | CLAIM INTEREST AMOUNT PAID:        .00              |
|                                       | CLAIM TOTAL COINSURANCE AMOUNT:        .00          |
| EMPLOYMENT STATUS CODE:               |                                                      |
| EMPLOYERS/SCHOOL NAME:                | REMARK CODE 1,2,3 AND 4:                             |
| ADDR:                                 | CLAIM ADJUSTMENT INDICATOR:                         |
```

```
| CITY,ST,ZIP                                            | CLAIM ADJUSTMENT ORIG. PAYMENT:        .00             |
| EMPLOYEE ID:                                           |                                                       |
+-------------------------------------------------------+ REMITTANCE ADVICE REMARK CODE1:                       |
|S2 OTHER PAYOR2 INFORMATION -                           | REMITTANCE ADVICE REMARK CODE2:                       |
|                                                        | REMITTANCE ADVICE REMARK CODE3:                       |
| POL/GROUP#:                                            | REMITTANCE ADVICE REMARK CODE4:                       |
|                                  SPEC PRG IND:  000    | REMITTANCE ADVICE REMARK CODE5:                       |
| INSURANCE PLAN/GROUP NAME:                             |-------------------------------------------------------|
| PAYOR2 ID AND SPC:  00000        PAYER RESP SEQ :      |S5 OTHER PAYOR2 PLAN/PROGRAM NAME AND ADDRESS INFORMATION |
+-------------------------------------------------------+                                                       |
|S3 MISCELLANEOUS CLAIM INFORMATION -                    |                                                       |
|                                                        |                                                       |
| CLAIM TAX AMOUNT:         .00                          |                                                       |
| PROVIDER DISCOUNT AMOUNT:        .00                   |                                                       |
+-------------------------------------------------------+-------------------------------------------------------+
+-------------------------------------------------------------------------------------------------------------+
```