**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HEALTHCARE JUSTICE COALITION, LLC, | Civil Action No. 1:26-cv-11001-JEK |
| Plaintiff, | |
| v. | |
| UNITEDHEALTHCARE INSURANCE COMPANY, | |
| Defendant. | *Oral argument requested* |

## DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Defendants UnitedHealthcare Insurance Company ("UHIC"), UMR, Inc. ("UMR"), and United HealthCare Services, Inc., ("UHS") (collectively, Defendants), by and through their counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), hereby respectfully request that the Court dismiss Plaintiff's First Amended Complaint ("FAC"), with prejudice.  For the reasons set forth in Defendants' contemporaneously filed memorandum of law, the Court should dismiss Plaintiff's FAC, with prejudice.

WHEREFORE, Defendants respectfully request that the Court dismiss Plaintiff's FAC with prejudice, and grant such further relief as the Court deems just and proper.

### REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1(d), Defendants respectfully request oral argument.

Dated: June 16, 2026

Respectfully submitted,

**SEYFARTH SHAW LLP**

By: */s/ Amanda L. Genovese*
Michael Steinberg, No. 690997
msteinberg@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

Amanda Lyn Genovese (*PHV*)
agenovese@seyfarth.com
SEYFARTH SHAW LLP
620 8th Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Jules A. Levenson (*PHV*)
jlevenson@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Ste. 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
*Attorneys for Defendants*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Amanda L. Genovese, counsel for Defendants in the above-captioned action, hereby certify that, pursuant to Local Rule 7.1(a)(2), counsel for Defendants conferred in good faith with counsel for Plaintiff regarding UHIC's first motion to dismiss.  With respect to the foregoing motion to dismiss, counsel for Defendants contacted counsel for Plaintiff to confirm that no further conferral was necessary in light of the overlapping arguments presented in this second motion to dismiss.  Defendants have attempted to narrow or resolve the issues raised herein but were unable to reach a resolution.

*/s/ Amanda L. Genovese*
Amanda L. Genovese

## CERTIFICATE OF SERVICE

I hereby certify that, on June 16, 2026, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Amanda L. Genovese*
Amanda L. Genovese