UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEALTHCARE JUSTICE COALITION, LLC,

      Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE           Civil Action No.: 1:26-cv-11001-JEK
COMPANY, UMR, INC. and UNITED
HEALTHCARE SERVICES, INC.,

      Defendants.

      /

### PLAINTIFF'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS

Plaintiff, Healthcare Justice Coalition, LLC ("HJC"), pursuant to Fed. R. Civ. P. 6(b), submits its assented-to motion for an extension of time to respond in opposition to Defendants' motion to dismiss. In support of this motion HJC states as follows:

1.      On March 10, 2026, HJC moved this Court for an order staying all case deadlines, including those related to any motions to dismiss, pending resolution of HJC's motion to remand. (ECF Nos. 15 & 16.)

2.      On April 17, 2026, HJC filed its motion to remand which is pending before the Court. (ECF Nos. 36 & 38.)

3.      On June 16, 2026, Defendants filed their motion to dismiss. (ECF No. 52.)

4.      Pursuant to L.R. 7.1(b)(2), the deadline for HJC's response in opposition to Defendants' motion to dismiss is June 30, 2026.

5.      HJC requires additional time to respond to the arguments advanced in the motion to dismiss.

6.      On June 23, 2026, counsel for Defendants advised that Defendants assent to the requested extension.

7.    This motion constitutes HJC's first request for an extension related to Defendant's motion to dismiss, is filed in good faith and prior to HJC's deadline to oppose the motion.

WHEREFORE, HJC respectfully requests that the Court enter an order allowing a twenty-one-day extension of time, up to and including July 21, 2026, to respond in opposition to Defendant's Motion to Dismiss and grant such other relief as the Court deems just and proper.

Dated: June 25, 2026                    Respectfully submitted,

                                        HEALTHCARE JUSTICE COALITION, LLC

                                        By its attorneys,

                                        /s/ John N. Yokow
                                        Phillip Rakhunov (BBO #663746)
                                        John N. Yokow (BBO #694372)
                                        POLLACK SOLOMON DUFFY LLP
                                        31 St. James Ave., Suite 830
                                        Boston, MA 02116
                                        (617) 439-9800
                                        prakhunov@psdfirm.com
                                        jyokow@psdfirm.com

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned certifies that on June 23, 2026, counsel for all parties conferred and the Defendants assent to the relief requested herein.

/s/ *John N. Yokow*
John N. Yokow

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on June 25, 2026.

/s/ *John N. Yokow*
John N. Yokow