UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEALTHCARE JUSTICE COALITION, LLC,

    Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE          Civil Action No.: 1:26-cv-11001-JEK
COMPANY, UMR, INC. and UNITED
HEALTHCARE SERVICES, INC.,

    Defendants.

_____ /

## PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO REMAND

Plaintiff Healthcare Justice Coalition, LLC ("HJC") respectfully moves this Honorable

Court for leave to file a Reply in further support of its Motion to Remand (ECF No. 36).

A reply will assist the Court by permitting HJC to respond to certain arguments advanced

by Defendant for the first time in its Opposition. These arguments include: (a) that the citizenship

of certain of HJC's members should be disregarded for the purpose of diversity citizenship and (b)

that HJC obtained ERISA standing through assignments of benefits. The requested reply will also

clarify and supplement the record as it pertains to these arguments through the submission of the

effective LLC Agreement.

Defendants assent to this motion.

WHEREFORE, HJC respectfully requests that the Court grant leave to file the attached

Reply in Support of its Motion to Remand and grant such other and further relief as the Court

deems just and proper.

-2-

Dated: July 9, 2026

Respectfully submitted,

HEALTHCARE JUSTICE COALITION, LLC

By its attorneys,

/s/ John N. Yokow
Phillip Rakhunov (BBO #663746)
John N. Yokow (BBO #694372)
POLLACK SOLOMON DUFFY LLP
31 St. James Ave., Suite 830
Boston, MA 02116
(617) 439-9800
prakhunov@psdfirm.com
jyokow@psdfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on July 9, 2026.

/s/ *John N. Yokow*
John N. Yokow

## LOCAL RULE 7.1 CERTIFICATION

The undersigned certifies that on July 2, 2026, counsel for Plaintiff conferred with counsel for Defendants concerning this motion and counsel for Defendants assented to the motion.

/s/ *John N. Yokow*
John N. Yokow